BOIES, SCHILLER & FLEXNER LLP
  Stuart Singer (*pro hac vice* pending)
  David Nelson (*pro hac vice* pending)
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022
Email: ssinger@bsfllp.com; dnelson@bsfllp.com

FOOTE, MEYERS, MIELKE FLOWERS LLC
  Robert M. Foote (*pro hac vice* pending)
  Kathleen Chavez (*pro hac vice* pending)
  Matthew Herman (*pro hac vice* pending)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Tel: 630-232-6333
Fax: 630-845-8982
Email: rmf@foote-meyers.com; kchavez@foote-meyers.com; mherman@foote-meyers.com

LEE, TRAN & LIANG APLC
  James M. Lee (CA Bar No. 192301)
  Enoch H. Liang (CA Bar No. 212324)
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: 213-612-3737
Fax: 213-612-3773
Email: jml@ltlcounsel.com; ehl@ltlcounsel.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br>　　　　Plaintiff,<br>　v.<br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC.; a Delaware Corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br>　　　　Defendants. | Case No.: CV10 3738 DSF (AGRx)<br><br>**NOTICE OF RELATED CASES** |

-1-

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the following cases that have previously been filed in this Court are related to the instant case in that the trademarks sought to be enforced in the prior cases are sought to be enforced in this case as well, and in that the instant case calls for the determination of the same or substantially identical questions of law.

The related cases include the following:

- <u>Academy of Motion Picture Arts and Sciences v. Avon Products, Inc.</u>, No. CV-07-6008 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Associazione Italiana Sommelier Roma</u>, No. CV 05-7918 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Escovar, et al.</u>, No. CV05-6175 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Morkes, et al.</u>, No. CV05-5018 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Joseph E. Talles, et al.</u>, No. CV04-1445 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Nat'l Broadcasting Co., et al.</u>; No. CV 03-04229 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Albertson's, Inc.</u>; No. CV 03-01386 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Karol Western Corp., et al.</u>, No. CV 02-00321 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Pipedream Products, Inc.</u>, No. CV 02-01093 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Billy W. Allen, Inc.</u>, No. CV 02-01220 ABC;

- <u>Academy of Motion Picture Arts and Sciences v. Plastic Dress-Up Co., et al.</u>, No. CV 02-05635 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. DCI Prod., Inc.</u>, No. CV 02-09626 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Butterfields Auctioneers Corp.</u>, No. CV 01-7420 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Schifter</u>, No. CV 01-7618 ABC;
- <u>Academy of Motion Picture Arts and Sciences v. Michael Sidney Luft</u>, No. CV 01-09003 ABC; and
- <u>Academy of Motion Picture Arts and Sciences v. Harwood Assocs, et al.</u>, No. CV 99-4796 ABC.

Dated: May 18, 2010

_/s/_

BOIES, SCHILLER & FLEXNER LLP

FOOTE, MEYERS, MIELKE FLOWERS LLC

LEE, TRAN & LIANG APLC

Counsel for Plaintiff Academy of Motion Picture Arts and Sciences