1  John L. Slafsky (State Bar No. 195513)
   WILSON SONSINI GOODRICH & ROSATI
2  650 Page Mill Road
   Palo Alto, CA 94304-1050
3  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
4  E-mail: jslafsky@wsgr.com

5  Attorneys for Defendants
   GODADDY.COM, INC., THE GODADDY GROUP INC. and
6  DOMAINS BY PROXY, INC.

7
   LEE TRAN & LIANG APLC
8  James M. Lee (CA Bar No. 192301)
   Enoch H. Liang (CA Bar No. 212324)
9  601 South Figueroa Street, Suite 4025
   Los Angeles, CA 90017
10 Telephone: (213) 612-3737
   Facsimile:  (213) 612-3773
11 E-mail: jml@ltlcounsel.com; ehl@ltlcounsel.com

12
   Attorneys for Plaintiff
13 ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKT.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10 3738 DSF (AGRx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint served: May 19, 2010<br>Current response date: June 9, 2010<br>New response date: June 30, 2010 |
|---|---|

3986941

Stipulation To Extend Time To Respond To Complaint
Case No. CV10 3738 DSF (AGRx)

1. Plaintiff ACADEMY OF MOTION PICTURE ARTS AND SCIENCES ("Academy"), on the one hand, and defendants GODADDY.COM, INC., THE GODADDY GROUP INC. and DOMAINS BY PROXY, INC. (collectively "Defendants"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 19, 2010, Academy served GODADDY.COM, INC., THE GODADDY GROUP INC. and DOMAINS BY PROXY, INC. with the Complaint in the above-captioned action;

WHEREAS, the time for GODADDY.COM, INC., THE GODADDY GROUP INC. and DOMAINS BY PROXY, INC. to respond to the Complaint would be June 9, 2010 and no extension of time has been requested of the Court on this matter previously;

WHEREAS, Academy and Defendants have stipulated and agreed that Defendants shall receive an extension of time to answer or otherwise respond to the Complaint in this action;

NOW, THEREFORE, the parties stipulate and agree as follows:

1. The deadline for GODADDY.COM, INC. to answer or otherwise respond to the Complaint in the above-captioned action shall be extended by 21 days to June 30, 2010.

2. The deadline for THE GODADDY GROUP INC. to answer or otherwise respond to the Complaint in the above-captioned action shall be extended by 21 days to June 30, 2010.

3. The deadline for DOMAINS BY PROXY, INC. to answer or otherwise respond to the Complaint in the above-captioned action shall be extended by 21 days to June 30, 2010.

/ / /

/ / /

/ / /

-2-

3986941

Stipulation To Extend Time To Respond To Complaint
Case No. CV10 3738 DSF (AGRx)

| | |
|---|---|
| 1 | / / / |
| 2 | Dated: 6/3, 2010      WILSON SONSINI GOODRICH & ROSATI |

By: _____
John L. Slafsky

Attorneys for Defendants
GODADDY.COM, INC., THE GODADDY GROUP INC. and DOMAINS BY PROXY, INC.

Dated: 6/2/ 2010      LEE TRAN & LIANG APLC

By: _____
James M. Lee

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE ARTS AND SCIENCES


BOIES, SCHILLER & FLEXNER, LLP
Stuart Singer (*pro hac vice*)
David Nelson (*pro hac vice*)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com; dnelson@bsfllp.com

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE ARTS AND SCIENCES


FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982
E-mail: rmf@foote-meyers.com; kchavez@foote-meyers.com; mherman@foote-meyers.com

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

3986941

Stipulation To Extend Time To Respond To Complaint
Case No. CV10 3738 DSF (AGRx)