John L. Slafsky (State Bar No. 195513)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: jslafsky@wsgr.com

Attorneys for Defendants
GODADDY.COM, INC., THE GODADDY GROUP INC. and
DOMAINS BY PROXY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>                    Plaintiff,<br>          v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKT.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>                    Defendants. | Case No. CV10 3738 DSF (AGRx)<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Defendants GoDaddy.com, Inc., The GoDaddy Group, Inc. and Domains By Proxy, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. The representations are made to enable the Court to evaluate possible disqualification or recusal.

        Hiscox, Ltd. – potential insurance coverage

3991228v1

1                  Bob Parsons – shareholder of The GoDaddy Group, Inc.

2

3    Dated: June 3, 2010            WILSON SONSINI GOODRICH & ROSATI
4                                             Professional Corporation

5

6                                  By:  /s/ John L. Slafsky
7                                        John L. Slafsky

8                                Attorneys for Defendants

9                                GODADDY.COM, INC., THE GODADDY
                                   GROUP INC. and DOMAINS BY PROXY, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28