1  BRYAN CAVE LLP
   Aaron M. McKown, California Bar No. 208781
2  Paula L. Zecchini, California Bar No. 238731
   3161 Michelson Dr., Suite 1500
3  Irvine, California 92612-4414
   Telephone:   (949) 223-7000
4  Facsimile:    (949) 223-7100
   E-mail: aaron.mckown@bryancave.com;
5           paula.zecchini@bryancave.com

6  Attorneys for Defendants
   GODADDY.COM, INC., THE GODADDY GROUP INC., and
7  DOMAINS BY PROXY, INC.

8
   LEE TRAN & LIANG APLC
9  James M. Lee, California Bar No. 192301
   Enoch H. Liang California Bar No.  212324
10 601 South Figueroa Street, Suite 4025
   Los Angeles, CA 90017
11 Telephone: (213) 612-3737
   Facsimile: (213) 612-3773
12 E-mail: jml@ltlcounsel.com; ehl@ltlcounsel.com

13 Attorneys for Plaintiff
   ACADEMY OF MOTION PICTURE ARTS AND SCIENCES
14

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17

18 ACADEMY OF MOTION PICTURE          Case No. CV10 3738 ABC (CW)
   ARTS AND SCIENCES, a California
19 nonprofit corporation,
                                      STIPULATION TO DISMISS
20          Plaintiff,                DEFENDANT THE GODADDY
                                      GROUP INC. WITHOUT
21      v.                            PREJUDICE AND TO SET
                                      BRIEFING SCHEDULE FOR
22 GODADDY.COM, INC., a Delaware      HEARING ON MOTION TO
   corporation; THE GODADDY GROUP     DISMISS
23 INC., a Delaware corporation; DOMAINS
   BY PROXY, INC., a Delaware Corporation;
24 GREENDOMAINMARKT.COM, an           Complaint served:      May 19, 2010
   unknown entity; BDS, an unknown entity;
25 and XPDREAMTEAM LLC, a California
   limited liability corporation,
26
            Defendants.
27

28
                                      **STIPULATION TO DISSMISS DEFENDANT**
                                      **THE GODADAY GROUP INC. AND TO SET**
                                      **BREIFING SCHEDULE ON MOTION TO**
                                      **DISMISS**
                                      **Case No. CV10 3738 ABC (CW)W**

Plaintiff ACADEMY OF MOTION PICTURE ARTS AND SCIENCES ("Academy"), on the one hand, and defendants GODADDY.COM, INC., THE GODADDY GROUP INC. and DOMAINS BY PROXY, INC. (collectively "Defendants"), on the other hand, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 19, 2010, Academy served GODADDY.COM, INC., THE GODADDY GROUP INC. and DOMAINS BY PROXY, INC. with the Complaint in the above-captioned action;

WHEREAS, pursuant to stipulation between the parties, Defendants' initial response to the Complaint is presently due on July 14, 2010;

WHEREAS, as a result of meet and confer discussions between the parties' counsels of record, the parties agreed to dismiss Defendant The GoDaddy Group Inc., without prejudice, and with leave to amend if facts implicating Defendant The GoDaddy Group Inc.'s liability come out during the course of discovery. The parties further agreed to the following briefing schedule for Defendants' Motion to Dismiss:

- The Defendants Motion to Dismiss shall be due on July 14, 2010;
- The Academy's response to Defendants' Motion to Dismiss shall be due August 24, 2010;
- The Defendants' reply brief shall be due September 6, 2010;
- The hearing on Defendants' Motion to Dismiss shall be set for September 20, 2010 at 10:00 a.m in Courtroom 680 of the above entitled court.

NOW, THEREFORE, the parties stipulate and agree as follows:

1)  Defendant The GoDaddy Group Inc. will be dismissed from all counts in this matter, without prejudice;

2) The Acadamy shall be entitled to leave to amend its claim against

2

1      Defendant The GoDaddy Group Inc. if facts implicating Defendant The

2      GoDaddy Group Inc.'s liability come out during the course of discovery;

3     3) Defendants' Motion to Dismiss shall be heard pursuant to the following

4      briefing schedule:

5        - The Defendants Motion to Dismiss shall be due on July 14, 2010;

6        - The Academy's response to Defendants' Motion to Dismiss shall be

7        due August 24, 2010;

8        - The Defendants' reply brief shall be due September 6, 2010;

9        - The hearing on Defendants' Motion to Dismiss shall be set for

10       September 20, 2010 at 10:00 a.m in Courtroom 680 of the above

11       entitled court.

12 **SO STIPULATED.**

13 Dated:  July 15, 2010            **BRYAN CAVE LLP**

14

15                           By:   /s/ Paula L. Zecchini

16                               Paula L. Zecchini
                             Attorneys for Defendants
                             GODADDY.COM, INC., THE GODADDY

17                           GROUP INC., and DOMAINS BY
                             PROXY, INC.

18

19

20 Dated:  July 15, 2010           **LEE TRAN & LIANG APLC**

21

22                           By:   /s/ Enoch Liang
                                     Enoch Liang

23                           Attorneys for Plaintiff
                             ACADEMY OF MOTION PICTURE

24                           ARTS AND SCIENCES

25

26                           **BOIES, SCHILLER & FLEXNER, LLP**
                             Stuart Singer (*pro hac vice*)

27                           David Nelson (*pro hac vice*)

28

401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail : ssinger@bsfllp.com;
dnelson@bsfllp.com
Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES
FOOTE, MEYERS, MIELKE FLOWERS
LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982
E-mail: rmf@foote-meyers.com;
kchavez@footemeyers.
com; mherman@foote-meyers.com
Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES

4

1

### PROOF OF SERVICE

**STATE OF CALIFORNIA)**
**COUNTY OF LOS ANGELES)**

2

3      I am employed in the county of Los Angeles State of California.  I am over the age of 18 and not a party to the within action; my business address is: 601 S. Figueroa Street, Suite 4025, Los Angeles, CA 90017.

4

5      On **July 15, 2010**, I served the foregoing document(s) described as:
**STIPULATION TO DISMISS DEFENDANT THE GODADDY GROUP INC. WITHOUT PREJUDICE AND TO SET BRIEFING SCHEDULE FOR HEARING ON MOTION TO DISMISS**

6

7 on the interested parties in this action.

8 [X]    By placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

9

| | |
|---|---|
| BDS<br>c/o Vince Flores<br>1158 26th Street, #107<br>Santa Monica, CA 90403 | Greendomainmarket.com<br>1444 S. Saltair Avenue<br>Los Angeles, CA 90025 |
| XPDream Team LLC<br>T. Huguet, Chief Technical Officer<br>7150 Calabria Ct., Unit D<br>San Diego, CA 92122 | |

10

11

12

13

14

15

16

17 [X]    **BY MAIL** I placed such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

18

19      As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

20

21

22 Executed on **July 15, 2010**, at Los Angeles, California.

23 [ ]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24 [X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25

26  LYNETTE W. SUKSNGUAN                    /s/ Lynette W. Suksnguan_____

27 Type or Print Name                          Signature

28