**BRYAN CAVE LLP**
Gregory D. Trimarche, Bar No. 143686
Aaron M. McKown, Bar No. 208781
Paula L. Zecchini, Bar No. 238731
3161 Michelson Dr., Suite 1500
Irvine, California 92612-4414
Telephone:   (949) 223-7000
Facsimile:   (949) 223-7100
Email: gregory.trimarche@bryancave.com
        aaron.mckown@bryancave.com
        paula.zecchini@bryancave.com

**BRYAN CAVE LLP**
Kara Cenar, *Pro Hac Vice Pending*
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Telephone:   (312) 602-5000
Facsimile:   (312) 602-5050
Email: kara.cenar@bryancave.com

**THE GODADDY GROUP, INC.**
Christine Jones, *Pro Hac Vice Pending*
Kelly Lewis, *Pro Hac Vice Pending*
14455 North Hayden Road
Scottsdale, AZ 85260

Attorneys for Defendants
GODADDY.COM, INC. AND DOMAINS BY PROXY, INC.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURES ARTS AND SCIENCES, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP, INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; XPDREAMTEAM, LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738 ABC (CW)<br><br>**NOTICE OF LODGMENT OF REGISTRAR'S CERTIFICATE** |

IR01DOCS452581.1

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD

2        PLEASE TAKE NOTICE that GoDaddy.com, Inc. and Wild West Domains,

3    Inc., registrars of the Internet domain names at issue in this action, lodge the

4    attached Registrar's Certificate with the Court.

5

6    Dated:  July 15, 2010                **BRYAN CAVE LLP**
                                          Gregory Trimarche
7                                         Aaron M. McKown
                                          Paula L. Zecchini
8

9

10                                        By:  */s/Aaron M. McKown*
11                                             Aaron M. McKown
                                          Attorneys for Defendants
12                                        GODADDY.COM, INC. and DOMAINS
                                          BY PROXY, INC.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IR01DOCS452581.1                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

### United States District Court
### Central District of California

ACADEMY OF MOTION PICTURE ARTS
AND SCIENCES, a California nonprofit
corporation

    Plaintiff

  v.

GODADDY.COM, INC., a Delaware
corporation; THE GODADDY GROUP, INC.;
a Delaware corporation; DOMAINS BY
PROXY, INC., a Delaware corporation;
GREENDOMAINMARKET.COM, an
unknown entity; BDS, an unknown entity; and
XPDREAMTEAM LLC, a California limited
liability corporation

Defendants.

Registrar's Certificate

Case No. CV10-3738 DSF (AGRx)

16

17

18

19

20

21

22

23

24

25

26

  I, Matthew Bilunes, a representative of GoDaddy.com, Inc. and Wild West Domains, Inc., registrars of Internet domain names under the top level domains .com, .org. and .net, among others, hereby declare:

  1.  I have personal knowledge of the facts stated herein, and would testify to such facts if so called to testify.

  2.  GoDaddy.com, Inc. and Wild West Domains, Inc. are the registrars of the Domain Names listed in Attachment A that are at issue in this case.

  3.  On May 21, 2010, GoDaddy.com, Inc. and Wild West Domains, Inc. received written notification of a filed, stamped copy of the Complaint in the instant case.

15 U.S.C. §1125(d)(2)(D)(i)(I) Declaration
7/14/2010

1      4.      Per the Complaint filed at this Court, GoDaddy.com, Inc. and Wild West

2  Domains, Inc., placed the Domain Names on registrar lock, thus preventing the Domain

3  Names from being transferred, modified or otherwise managed or manipulated.

4      5.      Furthermore, GoDaddy.com, Inc. and Wild West Domains, Inc. will not modify

5  the status of the Domain Names unless and until instructed to do so by Order of the court in

6

7  the instant case.

8      6.      Therefore, the Domain Names should be construed to be under the dominion and

9  control of the court until such time as GoDaddy.com, Inc. and Wild West Domains, Inc.

10  receive further instruction with regard to the Domain Names.

11      7.      I declare under penalty of perjury that the foregoing is true and correct.

12  **DATED** this July 13, 2010.

13

14                                        GoDaddy.com, Inc. and Wild West
                                          Domains, Inc.
15
                                          By: _____
16                                            Matthew Bilunes
                                            Disputes Supervisor
17

18

19

20

21

22

23

24

25

26

# ATTACHMENT A

1.  20110SCARS.COM
2.  ACADEMYAWARDZ.COM
3.  AWARDSOSCAR.COM
4.  BOOTLEGOSCARS.COM
5.  BOOTLEGOSCARS.NET
6.  COSCARAUDIOSALES.COM
7.  DOGACADEMYAWARD.COM
8.  E-OSCAR.COM
9.  E-OSCARHOME.COM
10. E-OSCARONLINE.NET
11. FUTUREOSCARWINNER.NET
12. GUIDETOOSCARSEVENTS.COM
13. HOLLYWOODOSCAR.COM
14. HOMEMOVIEOSCARS.COM
15. HOMEOSCARS.COM
16. IMAGEOSCAR.NET
17. IMAGEOSCARS.COM
18. INTERNETOSCAR.COM
19. INTERNET-OSCAR.COM
20. IXOSCAR.COM
21. JAYLENOSCARS.COM
22. LISTOSCAR.COM
23. LOCATIONSOSCAR.COM
24. MYOSCARCOLLECTION.COM
25. MYOSCARCOLLECTION.NET
26. MYOSCARCOLLECTIONNOW.COM
27. MYOSCARCOLLECTIONONLINE.COM
28. OASINOSCAR.COM
29. OFFICEOSCARS.COM
30. OFFICIALE-OSCARONLINE.COM
31. OSCAR2.COM
32. OSCARANDEMMY.COM
33. OSCARATTHEMOVIES.COM
34. OSCARAWARDBOOKS.COM
35. OSCARBET.COM
36. OSCARBETANCUR.COM
37. OSCARBETS.COM
38. OSCARBLOG.COM
39. OSCARBLOGGER.COM
40. OSCARCAM.COM
41. OSCARCLAIM.COM
42. OSCARCLAIM.NET
43. OSCARCLAIMS.NET
44. OSCARCOMEDY.COM
45. OSCARDOESITAGAIN.COM
46. OSCARDOM.COM
47. OSCARDOW.COM
48. OSCARDVDS.COM
49. OSCARELIGIBLE.COM
50. OSCARELIGIBLE.NET

51. OSCARGOODIES.COM
52. OSCARHOPE.COM
53. OSCARHOSPITALITY.COM
54. OSCARI.COM
55. OSCARI.NET
56. OSCARIMAGE.COM
57. COLLEGIATEACADEMYAWARDS.COM
58. COLLEGIATEACADEMYAWARDS.ORG
59. ACADEMYAWARDSINC.COM
60. ANDTHEOSCARGOESTOTHEHANGOVER.COM
61. MAKINGTHEROUNDSWITHOSCAR.COM
62. OSCARLIST.COM
63. OSCARLOCATIONS.COM
64. OSCARMOVIEMAKER.COM
65. OSCARRESPONSE.COM
66. OSCARRUN.COM
67. OSCARSBLOG.COM
68. OSCARSFANTASY.COM
69. OSCARSGOODIEBAGS.COM
70. OSCARSGOODIES.COM
71. OSCARSHOTELS.COM
72. OSCARSHOTELS.NET
73. OSCARSINAMINUTE.COM
74. OSCARSLIVEBLOGGING.COM
75. OSCARSLLC.COM
76. OSCARSNUB.COM
77. OSCARSOPENHOUSE.COM
78. OSCARSOTO.COM
79. OSCARSPICTURES.COM
80. OSCARSTWEET.COM
81. OSCARSUNPLUGGED.COM
82. OSCARTEL.COM
83. OSCARTHEATERS.COM
84. OSCARTRAILER.COM
85. OSCARTRAVELWEB.COM
86. OSCARTWEETS.COM
87. OSCARWEAR.NET
88. OSCARWINNERS.NET
89. OSCARWINNINGFILMS.COM
90. OSCARWORTHYMANSION.COM
91. ROUNDINGWITHOSCAR.COM
92. ROUNDING-WITH-OSCAR.COM
93. SAYSOSCAR.COM
94. TEXTILEOSCARS.COM
95. TEXTILEOSCARS.NET
96. THEFANTASYOSCARS.COM
97. THEIMAGEOSCAR.COM
98. THEIMAGEOSCARS.COM
99. THELIQUIDOSCARS.COM
100. THELOCATIONSOSCAR.COM
101. THEOSCARCOPS.NET
102. THEOSCARGOES2.COM
103. THEOSCARSTWEET.COM

104. THEOSCARSTWEETS.COM
105. THEOSCARTOUR.COM
106. THINKOSCAR.COM
107. THINKOSCAR.NET
108. TRAVELOSCAR.COM
109. TRAVELOSCARS.COM
110. TRAVELOSCARS.NET
111. GREENOSCAR.COM
112. OSCARCINEMAS.COM
113. OSCARSLIST.COM
114. THEOSCARTEAM.COM
115. 2013OSCARS.COM
116. 2013OSCARS.NET
117. ACADEMYAWARDBUZZ.COM
118. OSCAR360.COM
119. OSCARENTERTAINMENT.COM
120. OSCARMOVIES.NET
121. 3DOSCAR.COM
122. ACADEMYAWARDS.NET
123. MYOSCARSPEECH.COM
124. OSCARGURU.COM
125. OSCARORNOT.COM
126. OSCARRESULTS.COM
127. OSCARRESULTS.NET
128. OSCARSEATON.COM
129. OSCARSGIFTINGSUITE.COM
130. OSCARSMILE.COM
131. OSCARSORNOT.COM
132. OSCARSRESULTS.COM
133. OSCARSRESULTS.NET
134. OSCARSWIN.COM
135. OSCARUNIVERSE.COM
136. THEOSCARGURU.COM
137. THEOSCARORNOT.COM
138. THEOSCARSORNOT.COM
139. THEOSCARSXXX.COM
140. WEBACADEMYAWARDS.COM