1   BRYAN CAVE LLP
    Aaron M. McKown, California Bar No. 208781
2   Paula L. Zecchini, California Bar No. 238731
    3161 Michelson Dr., Suite 1500
3   Irvine, California 92612-4414
    Telephone:   (949) 223-7000
4   Facsimile:    (949) 223-7100
    E-mail: aaron.mckown@bryancave.com;
5            paula.zecchini@bryancave.com

6   Attorneys for Defendants
    GODADDY.COM, INC., THE GODADDY GROUP INC., and
7   DOMAINS BY PROXY, INC.

8
    LEE TRAN & LIANG APLC
9   James M. Lee, California Bar No. 192301
    Enoch H. Liang California Bar No.  212324
10  601 South Figueroa Street, Suite 4025
    Los Angeles, CA 90017
11  Telephone: (213) 612-3737
    Facsimile: (213) 612-3773
12  E-mail: jml@ltlcounsel.com; ehl@ltlcounsel.com

13  Attorneys for Plaintiff
    ACADEMY OF MOTION PICTURE ARTS AND SCIENCES
14

15              UNITED STATES DISTRICT COURT

16             CENTRAL DISTRICT OF CALIFORNIA

17

18  ACADEMY OF MOTION PICTURE            Case No. CV10 3738 ABC (CWx)
    ARTS AND SCIENCES, a California
19  nonprofit corporation,
                                         [PROPOSED] ORDER TO DISMISS
20          Plaintiff,                   DEFENDANT THE GODADDY
                                         GROUP INC. WITHOUT
21      v.                               PREJUDICE AND TO SET
                                         BRIEFING SCHEDULE FOR
22  GODADDY.COM, INC., a Delaware        HEARING ON MOTION TO
    corporation; THE GODADDY GROUP       DISMISS
23  INC., a Delaware corporation; DOMAINS
    BY PROXY, INC., a Delaware Corporation;
24  GREENDOMAINMARKT.COM, an             Complaint served:      May 19, 2010
    unknown entity; BDS, an unknown entity;
25  and XPDREAMTEAM LLC, a California
    limited liability corporation,
26
            Defendants.
27

28
                                         [PROPOSED] ORDER TO DISSMISS
                                         DEFENDANT THE GODDADY GROUP INC.
                                         AND TO SET BREIFING SCHEDULE ON
                                         MOTION TO DISMISS
                                         Case No. CV10 3738 ABC (CW)W

**[PROPOSED] ORDER**

The Court has read and considered the Stipulation To Dismiss Defendant The Godaddy Group Inc. Without Prejudice And To Set Briefing Schedule For Hearing On Motion To Dismiss filed jointly filed by Plaintiff Academy of Motion Pictures Arts and Sciences ("Acadamy") and Defendants GoDaddy.com, Inc., The GoDaddy Group Inc., and Domains By Proxy Inc., (collectively "Defendants") as well as the case file in this action.  Having found good cause appearing for the requested relief, the Court orders as follows:

1) Defendant The GoDaddy Group Inc. will be dismissed from all counts in this matter, without prejudice;

2) The Acadamy shall be entitled to leave to amend its claim against Defendant The GoDaddy Group Inc. if facts implicating Defendant The GoDaddy Group Inc.'s liability come out during the course of discovery;

3) Defendants' Motion to Dismiss shall be heard pursuant to the following briefing schedule:

   - The Defendants Motion to Dismiss shall be due on July 14, 2010;
   - The Academy's response to Defendants' Motion to Dismiss shall be due August 24, 2010;
   - The Defendants' reply brief shall be due September 6, 2010;
   - The hearing on Defendants' Motion to Dismiss shall be set for September 20, 2010 at 10:00 a.m in Courtroom 680 of the above entitled court.

IT IS SO ORDERED.

Dated:  July 16, 2010
_____

_____
Hon. Audrey B. Collins

2