1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   CENTRAL DISTRICT OF CALIFORNIA
8
9   ACADEMY OF MOTION PICTURE      )   Case No. CV10 3738 ABC (CWx)
    ARTS AND SCIENCES, a California )
10  nonprofit corporation,          )
                                    )
11              Plaintiff,          )   [[~~PROPOSED~~] ORDER OF
                                    )   DISMISSAL WITHOUT PREJUDICE
12        v.                        )   AS TO DEFENDANT BDS ONLY
                                    )
13  GODADDY.COM, INC., a Delaware   )
    corporation; THE GODADDY GROUP  )
14  INC., a Delaware corporation;   )
    DOMAINS BY PROXY, INC., a       )
15  Delaware Corporation;           )   Date Action Filed:  May 18, 2010
    GREENDOMAINMARKT.COM, an        )
16  unknown entity; BDS, an unknown )
    entity; and XPDREAMTEAM LLC, a  )
17  California limited liability corporation, )
                                    )
18              Defendants.         )
                                    )
19  _____ )
20
21
22
23
24
25
26
27
28

                    PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE

1

## **ORDER**

2

3    Based on the stipulation of Plaintiff Academy of Motion Picture Arts and

4  Sciences and Defendant BDS, and good cause appearing therefore,

5    IT IS HEREBY ORDERED that the Complaint in this above-captioned

6  matter is dismissed *without prejudice* as to Defendant BDS only.

7

8  DATED: 8/10/2010                    _____

9                                      Honorable Audrey B. Collins

10                                     Chief Judge Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER OF DISMISSAL WITHOUT PREJUDICE