BOIES, SCHILLER & FLEXNER, LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
Joshua Riley (*pro hac vice*)
jriley@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

"Lodged Proposed Order"

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKT.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10 3738 ABC (CWx)<br><br>**PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date Action Filed: May 18, 2010<br>Discovery Cut-Off: Aug. 13, 2011<br>Pre-Trial Conference: Jan. 23, 2011<br>Trial Date: Feb. 7, 2011 |

Plaintiff requests the Court's permission to file certain documents under seal, and, as grounds, states as follows:

WHEREAS Plaintiff has cited three exhibits in its Supplemental Memorandum in Support of Plaintiff's Motion to Compel, two of which, Exhibits A and C, are at issue here; and

WHEREAS Exhibit A contains financial information for certain domain names; and

WHEREAS Exhibit C is an email from a GoDaddy employee to a domain name registrant; and

WHEREAS GoDaddy designated the documents contained in Exhibits A and C as "Confidential" when GoDaddy produced those documents to the Academy during discovery; and

WHEREAS the text of the Supplemental Memorandum describes Exhibits A and C; and

WHEREAS Paragraph 12 of the parties' Stipulation and Protective Order (Dkt. No. 80) provides that documents designated as "Confidential" are to be filed under seal; and

WHEREAS Local Rule 79-5.1 provides that a party wishing to file a document under seal must obtain the Court's permission to do so,

THEREFORE, Plaintiff respectfully requests the Court's permission to (1) file Exhibit A under seal; (2) file Exhibit C under seal; and (3) file an unredacted version of the Supplemental Memorandum under seal. Enclosed with this Motion is a Proposed Order granting the Motion and a complete and unredacted copy of the Supplemental Memorandum and all exhibits thereto. In addition, a redacted version of the Supplemental Memorandum has been filed electronically.

DATED: April 19, 2011     By /s/ Joshua Riley

BOIES, SCHILLER & FLEXNER, LLP
Stuart Singer (*pro hac vice*)

David Nelson (*pro hac vice*)
Joshua Riley (*pro hac vice*)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

LEE TRAN & LIANG APLC
James M. Lee, California Bar No. 192301
Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

*Attorneys for Plaintiff*

## Certificate of Service

Pursuant to L.R. 5–3, I hereby certify that on April 19, 2011, I served the foregoing document via U.S. Mail, postage pre-paid, on the following parties:

| BRYAN CAVE LLP<br>Aaron M McKown<br>aaron.mckown@bryancave.com<br>Paula L Zecchini<br>paula.zecchini@bryancave.com<br>3161 Michelson Drive Ste 1500<br>Irvine, CA 92612-4414<br>949-223-7000<br>Fax: 949-223-7100 | GODADDY.COM, INC.<br>Christine Newman Jones<br>cjones@godaddy.com<br>Kelly William Lewis<br>klewis@godaddy.com<br>14455 North Hayden Road Suite 219<br>Scottsdale, AZ 85260<br>480-508-8812<br>Fax: 480-247-4132 |
|---|---|

Pursuant to L.R. 5–3, I further certify that on April 19, 2011, I served the foregoing document via email on the following parties:

> BRYAN CAVE LLP
> Aaron M McKown
> aaron.mckown@bryancave.com
> Paula L Zecchini
> paula.zecchini@bryancave.com
> 3161 Michelson Drive Ste 1500
> Irvine, CA 92612-4414
> 949-223-7000
> Fax: 949-223-7100

                                                  s/ Joshua Riley
                                                  Joshua Riley