

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

[Additional Counsel Listed On Signature Page]

Attorneys for Plaintiff *Academy of Motion Picture Arts and Sciences*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation, | Case No.:  2:10-cv-03738 ABC (CWx) |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5.1 AND GENERAL ORDER 10-07 |
| v. | |
| GODADDY.COM, INC., et al., | |
| Defendants. | |

FILED
CLERK, U.S. DISTRICT COURT

NOV 21 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

LODGED

2011 NOV 18 PM 3:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

1    THIS CAUSE comes before the Court on Plaintiff's Unopposed
2    Application to File Under Seal in Connection with Plaintiff's Motion to
3    Compel Discovery from GoDaddy's Executive Management Team, filed on
4    November 18, 2011.  The Court has reviewed the file and is fully advised on
5    the premises whereby Plaintiff seeks to file under seal the following
6    documents:

7        1. Exhibit A to the Declaration of Enoch H. Liang in Support of
8    Plaintiff's Motion to Compel Discovery from GoDaddy's Executive
9    Management Team; and

10       2. Exhibit O to the Declaration of Enoch H. Liang in Support of
11   Plaintiff's Motion to Compel Discovery from GoDaddy's Executive
12   Management Team.

13

14       It is hereby ORDERED AND ADJUDGED that the Application is
15   GRANTED.

16

17       DONE AND ORDERED in Chambers in Los Angeles, California on the
18   21st day of November 2011.

19

20

21   The Hon. Carla M. Woehrle
     United States Magistrate Judge

22

23

24

25

26

27

28

1

[PROPOSED] ORDER