**BRYAN CAVE LLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
3161 Michelson Dr., Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100
E-mail: aaron.mckown@bryancave.com;
paula.zecchini@bryancave.com

**GODADDY.COM, INC./DOMAINS BY PROXY, INC.**
Christine Jones, *Pro Hac Vice*
Kelly Lewis, *Pro Hac Vice*
14455 North Hayden Road
Scottsdale, AZ 85260

Attorneys for Defendants
GODADDY.COM, INC. AND DOMAINS BY PROXY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKT.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10 3738 ABC (CWx)<br><br>**GODADDY.COM, INC.'S UNOPPOSED APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR PROTECTIVE ORDER TO PREVENT THE DEPOSITION OF GODADDY.COM CEO BOB PARSONS**<br><br>**[DISCOVERY MATTER]** |

GoDaddy.com, Inc.'s Application to File Documents Under Seal in Connection with Motion for Protective Order

Defendant GoDaddy.com, Inc. ("GoDaddy.com") requests the Court's permission to file certain documents under seal. In support of this request, GoDaddy.com states as follows:

WHEREAS GoDaddy.com filed its Motion for Protective Order to Prevent the Deposition of GoDaddy.com CEO Bob Parsons ("Motion for Protective Order") on December 14, 2011;

WHEREAS Exhibits A, M, N, and O to the Declaration of Aaron M. McKown, filed in support of the Motion for Protective Order, are designated confidential and/or highly confidential due to the fact that the documents contain either (1) corporate information that is highly confidential and proprietary in nature or (2) personal personal information of third parties;

WHEREAS Paragraph 12 of the parties' Stipulation and Protective Order [Dkt. No. 80] provides that documents designated as "Confidential" are to be filed under seal;

WHEREAS Local Rule 79-5.1 provides that a party wishing to file a document under seal must obtain the Court's permission to do so; and

WHEREAS counsel for Plaintiff Academy of Motion Picture Arts and Sciences ("AMPAS") has been notified of this Application and has stated that he does not oppose this Application;

///
///
///
///
///
///
///
///
GoDaddy.com, Inc.'s Application to File Documents Under Seal in Connection with Motion for Protective Order
-1-

1  THEREFORE, GoDaddy.com respectfully requests the Court's permission to file Exhibits A, M, N and O under seal. Enclosed with this Application is (a) a Proposed Order granting this Application and (b) Exhibits A, M, N, and O to the Declaration of Aaron M. McKown filed in support of the Motion for Protective Order.

DATED: December 15, 2011      By: _____

BRYAN CAVE LLP
Aaron M. McKown
aaron.mckown@bryancave.com
Paula L. Zecchini
paula.zecchini@bryancave.com
3161 Michelson Drive Ste 1500
Irvine, CA 92612-4414
Telephone: 949-223-7000
Facsimile: 949-223-7100

*Attorneys for Defendants*
*GoDaddy.com, Inc. and Domains By Proxy, Inc.*


Case 2:10-cv-03738-ABC-CW   Document 182   Filed 12/15/11   Page 4 of 5   Page ID #:4310

# PROOF OF SERVICE
CCP 1013a(3) Revised 5/1/88

AMPAS v. GoDaddy.com, Inc., et al.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 3161 Michelson Drive, Suite 1500, Irvine, CA 92612-4414. My e-mail address is: gloria.gomez@bryancave.com

On **December 15, 2011**, I served the following document(s) described as: ***GODADDY.COM, INC.'S UNOPPOSED APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR PROTECTIVE ORDER TO PREVENT THE DEPOSITION OF GODADDY.COM CEO BOB PARSONS***

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Enoch H. Liang<br>James M. Lee<br>Lee Tran & Liang APLC<br>601 South Figueroa Street, Suite 4025<br>Los Angeles, CA 90017 | Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences<br>Phone: 213-612-3737<br>Fax: 213-612-3773<br>E-mail: jml@ltlcounsel.com;<br>ehl@ltlcounsel.com |
| Stuart Singer<br>David Nelson<br>Boies, Schiller & Flexner, LLP<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301**Original Served | Phone: 954-356-0011<br>Fax: 954-356-0022<br>E-mail: ssinger@bsfllp.com;<br>dnelson@bsfllp.com; jriley@bsfllp.com |
| David L. Zifkin, Esq.<br>Boies, Schiller & Flexner LLP<br>225 Santa Monica Blvd., 11th Flr<br>Santa Monica, CA 90401 | Phone: 310-395-5800<br>Fax: 310-578-7898<br>Email: dzifkin@bsfllp.com<br>dmichaels@bsfllp.com |
| Robert M. Foote<br>Kathleen Chavez<br>Matthew Herman<br>Foote, Meyers, Mielke & Flowers LLC<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174 | Phone: 630-232-6333<br>Fax: 630-845-8982<br>E-mail: rmf@foote-meyers.com;<br>kchavez@foote-meyers.com;<br>mherman@foote-meyers.com |


BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

479672.1

PROOF OF SERVICE

1  [☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 15, 2011**, at Irvine, California.

_____
Gloria L. Gomez

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

479672.1

2

PROOF OF SERVICE