

**BRYAN CAVE LLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
3161 Michelson Dr., Suite 1500
Irvine, California 92612-4414
Telephone:  (949) 223-7000
Facsimile:   (949) 223-7100
E-mail: aaron.mckown@bryancave.com;
        paula.zecchini@bryancave.com

**GODADDY.COM, INC./DOMAINS BY PROXY, INC.**
Christine Jones, *Pro Hac Vice*
Kelly Lewis, *Pro Hac Vice*
14455 North Hayden Road
Scottsdale, AZ 85260

Attorneys for Defendants
GODADDY.COM, INC. AND DOMAINS BY PROXY, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKT.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>        Defendants. | Case No. CV10 3738 ABC (CWx)<br><br>**GODADDY.COM, INC.'S UNOPPOSED APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH THE JOINT STIPULATION RE: DEFENDANT GODADDY.COM, INC.'S MOTION TO COMPEL PRODUCTION OF RESPONSIVE DOCUMENTS AND TO IMAGE PLAINTIFF'S COMPUTER SYSTEM**<br><br>**[DISCOVERY MATTER]** |

Defendant GoDaddy.com, Inc. ("GoDaddy.com") requests the Court's permission to file certain documents under seal. In support of this request, GoDaddy.com states as follows:

WHEREAS GoDaddy.com filed its Joint Stipulation Re: Defendant GoDaddy.com, Inc.'s Motion to Compel Production of Responsive Documents and to Image Plaintiff's Computer Systems ("Joint Stipulation") on December 20, 2011;

WHEREAS Exhibits I, J, K, L, P, and U to the Declaration of Aaron M. McKown, filed in support of the Joint Stipulation, are designated confidential and/or highly confidential due to the fact that the documents contain either (1) corporate information that is highly confidential and proprietary in nature or (2) personal personal information of third parties;

WHEREAS Paragraph 12 of the parties' Stipulation and Protective Order [Dkt. No. 80] provides that documents designated as "Confidential" are to be filed under seal;

WHEREAS Local Rule 79-5.1 provides that a party wishing to file a document under seal must obtain the Court's permission to do so; and

WHEREAS counsel for Plaintiff Academy of Motion Picture Arts and Sciences ("AMPAS") has been notified of this Application and has stated that he does not oppose this Application;

///
///
///
///
///
///
///

1       THEREFORE, GoDaddy.com respectfully requests the Court's permission

2  to file Exhibits I, J, K, L, P, and U under seal.  Enclosed with this Application is

3  (a) a Proposed Order granting this Application and (b) Exhibits I, J, K, L, P, and U

4  to the Declaration of Aaron M. McKown filed in support of the Motion for

5  Protective Order.

6

7  DATED: December 21, 2011    By:_____

8

9                   BRYAN CAVE LLP
                      Aaron M. McKown

10                  aaron.mckown@bryancave.com
                      Paula L. Zecchini

11                  paula.zecchini@bryancave.com
                      3161 Michelson Drive Ste 1500

12                  Irvine, CA 92612-4414
                      Telephone: 949-223-7000

13                  Facsimile: 949-223-7100

14

15

16                  *Attorneys for Defendants*
                      *GoDaddy.com, Inc. and Domains By Proxy, Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

1

2          AMPAS v. GoDaddy.com, Inc., et al.

3   STATE OF CALIFORNIA, COUNTY OF ORANGE

4          I am employed in the County of Orange, State of California.  I am over the age of
5   18 and not a party to the within action.  My business address is: 3161 Michelson Drive,
    Suite 1500, Irvine, CA  92612-4414.  My e-mail address is: gloria.gomez@bryancave.com

6          On *December 21, 2011,* I served the following document(s) described as:
7   *GODADDY.COM, INC'S UNOPPOSED APPLICATION TO FILE DOCUMENTS*
    *UNDER SEAL IN CONNECTION WITH THE JOINT STIPULATION RE:*
8   *DEFENDANT GODADDY.COM, INC.'S MOITON TO COMPEL PRODUCTION OF*
    *RESPONSIVE DOCUMENTS AND TO IMAGE PLAINTIFF'S COMPUTER*
9   *SYSTEM*

10         on all interested parties in this action by placing [☒] a true copy [☐] the original
    thereof enclosed in sealed envelopes addressed as follows:

11   Enoch H. Liang                         Attorneys for Plaintiff Academy of
     James M. Lee                           Motion Picture Arts and Sciences
12   Lee Tran & Liang APLC                  Phone:  213-612-3737
13   601 South Figueroa Street, Suite 4025  Fax:  213-612-3773
     Los Angeles, CA 90017                  E-mail: jml@ltlcounsel.com;
14                                          ehl@ltlcounsel.com

15   Stuart Singer
     David Nelson                           Phone:  954-356-0011
16   Boies, Schiller & Flexner, LLP         Fax:  954-356-0022
     401 East Las Olas Blvd., Suite 1200    E-mail:  ssinger@bsfllp.com;
17   Fort Lauderdale, FL 33301**Original    dnelson@bsfllp.com; jriley@bsfllp.com
18   Served

19   David L. Zifkin, Esq.                  Phone:  310-395-5800
20   Boies, Schiller & Flexner LLP          Fax:  310-578-7898
     225 Santa Monica Blvd., 11th Flr       Email:  dzifkin@bsfllp.com
21   Santa Monica, CA  90401                dmichaels@bsfllp.com

22   Robert M. Foote                        Phone:  630-232-6333
23   Kathleen Chavez                        Fax:  630-845-8982
     Matthew Herman                         E-mail:  rmf@foote-meyers.com;
24   Foote, Meyers, Mielke & Flowers LLC    kchavez@foote-meyers.com;
     3 North Second Street, Suite 300       mherman@foote-meyers.com
25   St. Charles, IL 60174

26

27         [☒] BY MAIL - As follows: I am "readily familiar" with the firm's practice of
28   collection and processing correspondence for mailing. Under that practice it would be

479672.1

PROOF OF SERVICE

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on __*December 21, 2011*__, at Irvine, California.

Gloria L. Gomez

BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

479672.1

2

PROOF OF SERVICE