1  **BRYAN CAVE LLP**
2  Aaron M. McKown, California Bar No. 208781
   aaron.mckown@bryancave.com
3  Paula L. Zecchini, California Bar No. 238731
4  paula.zecchini@bryancave.com
   3161 Michelson Drive, Suite 1500
5  Irvine, California 92612-4414
6  Tel.: (949) 223-7000
   Fax: (949) 223-7100
7  Attorneys for Defendants

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738-ABC (CWX)<br><br>Assigned to Hon. Audrey B. Collins<br>Courtroom 680<br><br>**NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION TO ENFORCE COMPLIANCE WITH COURT'S JANUARY 17, 2012 ORDER ON GODADDY.COM'S MOTION TO COMPEL**<br><br>Date Action Filed:   May 18, 2010<br>Discovery Cut-Off:   May 10, 2012<br>Trial Date:          November 5, 2012<br><br>[DISCOVERY MATTER] |

**TO: THE HONORABLE CARLA WOEHRLE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Defendants hereby withdraws its *Ex Parte Application to Enforce Compliance with Court's January 17, 2012 Order on GoDaddy.Com's Motion to Compel* e-filed on February 16, 2012, [Doc. 233] with the Court.

DATED: February 17, 2012     By /s/Aaron M .McKown

BRYAN CAVE LLP
Aaron M. McKown
aaron.mckown@bryancave.com
Paula L. Zecchini
paula.zecchini@bryancave.com
3161 Michelson Drive Ste 1500
Irvine, CA 92612-4414
Telephone: 949-223-7000
Facsimile: 949-223-7100

*Attorneys for Defendants
GoDaddy.com, Inc. and Domains By Proxy, Inc.*