1  WRENN BENDER LLLP
   Aaron M. McKown, California Bar No. 208781
2  Paula L. Zecchini, California Bar No. 238731
   2 Park Plaza, Suite 550
3  Irvine, California 92614
   Telephone:  (949) 202-5810
4  Facsimile:   (949) 679-7939
   E-mail: amckown@wrennbender.com;
5          pzecchini@wrennbender.com

6  Attorneys for Defendants
   GODADDY.COM, INC., and
7  DOMAINS BY PROXY, INC.

8
   BOIES, SCHILLER & FLEXNER, LLP
9  Stuart Singer (*pro hac vice*)
   David Nelson (*pro hac vice*)
10 401 East Las Olas Blvd., Suite 1200
   Fort Lauderdale, FL 33301
11 Tel:  (954) 356-0011
   Fax:  (954) 356-0022
12
   Attorneys for Plaintiff
13 ACADEMY OF MOTION PICTURE ARTS AND SCIENCES

14
                    **UNITED STATES DISTRICT COURT**
15
                    **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br>18<br>19         Plaintiff,<br>20    v.<br>21  GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKT.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br>22<br>23<br>24<br>25<br>26         Defendants. | Case No. CV10 3738 ABC (CWx)<br><br>[~~PROPOSED~~] ORDER ON JOINT MOTION TO CONTINUE TRIAL AND CERTAIN PRETRIAL AND TRIAL DEADLINES<br><br>[Filed concurrently with Notice of Joint Motion to Continue Trial and Certain Pretrial and Trial Deadlines and [Proposed] Order] |

27                         NOTE: CHANGES MADE BY THE COURT
28

**Wrenn Bender LLLP**
**2 Park Plaza, Suite 550**
**Irvine, California 92614**

The Court has read and considered the Joint Motion to Continue Trial and Certain Pretrial Dates and Trial Deadlines as well as the case file in this action. Good cause appearing for the requested relief, the Court orders as follows:

1. The following pretrial and trial deadlines are continued for a minimum of forty-five (45) days, as follows:

    a. The Motions and Claims Cut-Off, previously **July 16, 2012**, is now set for **September 4, 2012**.

    b. The Fact Discovery Cut-Off, previously **August 9, 2012**, is now set for **September 27, 2012**.

    c. Initial Expert Reports, previously due on **September 10**, are now due on October 29**, 2012**.

    d. Rebuttal Expert Reports, previously due on **October 8, 2012**, are now due on **November 26, 2012**.

    e. Expert Discovery Cut-Off, previously set for **October 22, 2012**, is now set for **December 10, 2012**.

    f. Dispositive Motion Cut-Off, previously set for J **October 29, 2012**, is now set for **December 17, 2012**.

    g. Dispositive Motion Hearing Date, previously set for **December 3, 2012**, is now set for ~~January 22, 2013~~. **JANUARY 29, 2013**

2. The Final Pretrial Conference, previously set for **January 28, 2013**, is now set for **March 18, 2013**.

3. The Trial, previously set for February 12, 2013, is now set for ~~**April 1, 2013.**~~ **APRIL 2, 2013. ALL TRIALS ARE SCHEDULED ON TUESDAYS**

DONE AND ORDERED in Chambers in Los Angeles, California on this 19 day of July, 2012.

_Audrey B. Collins_
The Hon. Audrey Collins
United States District Judge