**WRENN BENDER LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California 92614
Telephone.: (949) 202-5810
Facsimile:  (949) 679-7939
E-Mail:     amckown@wrennbender.com
            pzecchini@wrennbender.com

Attorneys for Defendants
GODADDY.COM, INC. and DOMAINS BY PROXY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738-ABC (CW)<br><br>Assigned to Hon. Audrey B. Collins<br>Courtroom 680<br><br>**DEFENDANT GO DADDY.COM, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 22, 2013<br>Time: 10:00 a.m.<br><br>Complaint Filed:  May 18, 2010<br>Trial Date:       May 21, 2013 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on April 22, 2013, at 10:00 a.m., or as soon
3  thereafter as the matter may be heard by the above-entitled Court, located at the
4  Edward Roybal Federal Office Building, 255 East Temple Street, Los Angeles,
5  California 90012, in Courtroom 680, before the Honorable Audrey B. Collins,
6  Defendant GoDaddy.com, Inc. ("Go Daddy") will, and hereby does, move pursuant
7  to Federal Rule of Civil Procedure 56 for summary judgment in its favor on all
8  claims asserted by Plaintiff Academy of Motion Pictures Arts and Sciences
9  ("AMPAS") in this action. Alternatively, Go Daddy seeks partial summary
10 judgment as to each of AMPAS' claims, as to a subset of domains in dispute, and to
11 the issue of whether any of the domain names were dilutive of AMPAS' marks. The
12 motion is based on this Notice of Motion and Motion, the Memorandum of Points
13 and Authorities and Appendices thereto, the declarations filed concurrently
14 herewith, and exhibits thereto, the pleadings and papers on file in this action, and
15 any other submissions or arguments of counsel as may be presented to the Court.

**STATEMENT OF ISSUES TO BE DECIDED**

17 1. Is Go Daddy entitled to summary judgment dismissing AMPAS' Anti-
18 Cybersquatting Consumer Protection Act ("ACPA") claim because there is no
19 evidence that Go Daddy registered, trafficked in, or used the domains names at
20 issue?

21 2. Is Go Daddy entitled to summary judgment dismissing AMPAS'
22 Contributory Cybersquatting claim because (a) there is no finding of any
23 cybersquatting to which Go Daddy could contribute, (b) there is no evidence that Go
24 Daddy controlled the cybersquatting conduct; and (c) there is no evidence that Go
25 Daddy had the requisite knowledge of the underlying cybersquatting?

26 3. Is Go Daddy immune from direct or contributory liability under the
27 ACPA because it merely performed the basic functions of a registrar?

28 4. Is Go Daddy entitled to summary judgment dismissing AMPAS'

1  Unfair Competition claim because there is no basis for the underlying
2  cybersquatting claims and no evidence supporting the claim?

3     5.    Is Go Daddy entitled to partial summary judgment regarding a subset of
4  disputed domains because they are not identical or confusingly similar to AMPAS'
5  trademarks?

6     6.    Is Go Daddy entitled to partial summary judgment finding that none of
7  the domain names at issue are dilutive of AMPAS' marks because there is no
8  evidence that AMPAS suffered any lost profits, diversion of traffics from its own
9  websites, tarnishment, harm, or any other objective indicator of dilution resulting
10 from any of the domain names at issue?

11     This motion is made following the conference of counsel pursuant to Local
12 Rule 7-3, pursuant to which the parties met and conferred "to discuss thoroughly . . .
13 the substance of the contemplated motion and any potential resolution."
14 Specifically, the parties' counsel conferred by email on February 1, 2013, by
15 telephone on March 4, 2013, and by email on March 8, 11, and 12, 2013.

17 Dated: March 14, 2013

**BRYAN CAVE LLP**
Aaron M. McKown
Paula L. Zecchini

By:  */s/ Aaron M. McKown*
         Aaron M. McKown

Attorneys for Defendant
GODADDY.COM, INC.