# EXHIBIT A

**Janette Dockstader**

| | |
|---|---|
| **From:** | Enoch H. Liang <ehl@ltlcounsel.com> |
| **Sent:** | Wednesday, September 14, 2011 11:07 AM |
| **To:** | McKown, Aaron M.; Zecchini, Paula L. |
| **Cc:** | acpa@ltlcounsel.com |
| **Subject:** | Academy v. GoDaddy Proposal on Scheduling |
| **Attachments:** | Proposed 90-day Extension Schedule.xls |

Dear Aaron,

I had a chance to speak with the team yesterday after the hearing.  In order to narrow the issues that the parties have to bring to the Court's attention, we would like to make the following proposal:

1. The Academy will agree to extend all deadlines in the case by 90 days.  The revised case schedule proposed to Judge Collins is attached for your review/confirmation.  Please check the dates that I propose.

2. The Academy will agree to provide fee bills from QEUS to the Academy from 2007 to present, unredacted except for clearly privileged or work product entries, i.e. those that show specifically the legal advice QEUS was providing or that show the areas of law QEUS was researching.

   In other words, we will endeavor to unredact those fee bills so that GoDaddy can make a determination of what domain names/websites QEUS was billing the Academy for with respect to that time entry.

   However, it must be clear that the Academy is not waiving its right to claim attorney-client privilege or attorney work product in general.  While GoDaddy can continue to assert its waiver arguments as set forth in its Sept. 9 Joint Stipulation, GoDaddy must agree <u>not</u> to argue that the Academy <u>further</u> waived any of its rights by providing these unredacted fee bills from 2007 to present.

3. In return, GoDaddy and the Academy will agree to take the depositions in Phoenix next week off calendar.  Given the 90-day extension of all deadlines, GoDaddy and the Academy will work together to reschedule those depositions at a later date, possibly in early November around the Christine Jones deposition.

   The reasoning behind the delay in these depositions is so that the Academy can review the ESI being produced within 14 days.  That way, we will avoid the possibility (even if remote) that these 4 witnesses will need to be reposed.  A secondary reason is that the Academy wants to complete the Iowa depositions before proceeding with these 4 witnesses.

4. Finally, in return, we would like a short 5-day extension of time to provide you our portion of the Joint Stipulation, *i.e.*, until Wednesday September 21, 2011.  Given the 90-day extension, I think the time need is less pressing here.

5. <u>However</u>, the Academy will continue to oppose the following:

   a. GoDaddy's attempt to seek pre-filing communications between Quinn Emanuel and the Academy regarding investigation into the Academy's claim;

   b. GoDaddy's attempt to seek post-filing communications between Quinn Emanuel and the Academy regarding Defendants and/or this lawsuit; and

    c.   GoDaddy's attempt to seek an additional 20 depositions to depose Registrants in the CP program.

6.   As discussed yesterday, the Academy will (a) provide a revised privilege log in response to your Sept. 8, 2011 email; (b) native emails in response to your Sept. 8, 2011 email; and (c) dates for its witnesses once we receive a 30b6 notice from GoDaddy.

7.   We look forward to receiving your response to the Academy's September 9, 2011 meet and confer letter.

Let me know re the foregoing proposal,

Enoch

# EXHIBIT B

**Janette Dockstader**

| | |
|---|---|
| **From:** | Enoch H. Liang <ehl@ltlcounsel.com> |
| **Sent:** | Thursday, September 15, 2011 3:54 PM |
| **To:** | McKown, Aaron M.; Zecchini, Paula L. |
| **Cc:** | acpa@ltlcounsel.com |
| **Subject:** | RE: Academy v. GoDaddy Proposal on Scheduling |

Sorry if I was not clear.

The proposal is your FIRST understanding below.  In other words, the Academy is agreeable to extending the fact discovery cut-off by 90 days, provided that AMPAS can seek guidance from the Court to add additional DN's discovered in the time period up to 60 days before the new fact discovery cut-off, *i.e.*, as the Court noted in the original scheduling order in October 2010.

GoDaddy, of course, will have the right to oppose anything that AMPAS files with the Court on this issue.

Enoch

**From:** McKown, Aaron M. [mailto:aaron.mckown@bryancave.com]
**Sent:** Thursday, September 15, 2011 3:40 PM
**To:** 'Enoch H. Liang'; Zecchini, Paula L.
**Cc:** acpa@ltlcounsel.com
**Subject:** RE: Academy v. GoDaddy Proposal on Scheduling

Enoch,

I want to make sure that I understand your point regarding No.1 as it appears inconsistent with me and ultimately, I'm not sure I understand what you are proposing.  First, you say that you are agreeable provided AMPAS can seek guidance from the Court to add additional domain names discovered in the next 90 days (assuming we do not extend the cutoff?).  Then, you say that either party should have the right to seek guidance regarding handling of additional domain names (assuming we don't extend the cutoff?).  I'm not certain I understand what we would be agreeing to that would ultimately be any different than agreeing to extend the deadline for new domain names.

My proposal below was to provide certainty so that the parties can prepare for and finalize their discovery efforts.  It is not at all uncommon for parties to agree to extend certain deadlines while not agreeing to extend others, especially where certain deadlines have already passed.  I was stating below that in light of the fact that the deadline to add domain names has now passed, that should not be a date included in the 90-day extension.  The 90-day extension issue arose as part of Defendants' meet and confer efforts before filing a motion with the Court.  If we were to file a motion to continue in order to conduct additional discovery relating to the contributory cybersquatting claim, we would not be asking the Court to continue the claims deadline.  In fact, our position would be that the claims deadline has passed and should not be extended.  AMPAS has had nearly 18 months to identify additional domain names, 2 extensions of the deadline, and has served 2 supplements since filing this lawsuit.  That is more than ample time to identify the universe of domain names at issue in this case.  The biggest problem, which necessitate this discussion in the first place, was that by allowing AMPAS to add a contributory cybersquatting claim, we now need to take third-party depositions, including several overseas once service is effectuated through the time consuming Hague process.  By continually moving the claims deadline, we will not be able to finalize our efforts to conduct third party discovery, particularly if newly named registrants live abroad, thereby likely requiring us to seek another extension.  Of course, if we seek a further extension and that extension includes another extension of the claims deadline, we could be repeating the same cycle all over again.  In order to avoid this

scenario, it makes much more sense to exclude the new claims/domain names deadline from the 90-day extension
as that date has passed and AMPAS has had ample time to identify.

Regards,
Aaron

**Aaron M. McKown**
**Bryan Cave LLP**
3161 Michelson Drive, Ste 1500
Irvine, CA 92612
Direct Line:  949.223.7134
Facsimile:   949.223.7100
aaron.mckown@bryancave.com

---

**From:** Enoch H. Liang [mailto:ehl@ltlcounsel.com]
**Sent:** Thursday, September 15, 2011 3:02 PM
**To:** McKown, Aaron M.; Zecchini, Paula L.
**Cc:** acpa@ltlcounsel.com
**Subject:** RE: Academy v. GoDaddy Proposal on Scheduling

Dear Aaron,

Our comments are below.

---

**From:** McKown, Aaron M. [mailto:aaron.mckown@bryancave.com]
**Sent:** Thursday, September 15, 2011 2:09 PM
**To:** 'Enoch H. Liang'; Zecchini, Paula L.
**Cc:** acpa@ltlcounsel.com
**Subject:** RE: Academy v. GoDaddy Proposal on Scheduling

Enoch,

I had a chance to discuss the terms of your proposal below with my client.  We are amenable to the
proposal as follows:

1.  The 90-day continuance is acceptable, including the dates you proposed, with one exception -- the
deadline to add new domain names to this lawsuit.  We received AMPAS' second supplement yesterday,
which was the deadline to add.  At this point, there is no date to continue as the deadline has passed.  The
parties have considerable discovery upcoming, including depositions, so having certainty regarding the
universe of domain names is critical so that these witnesses can adequately prepare.  AMPAS has had nearly
a year and a half to identify and name additional domain names.  It is now appropriate to cut off any
additional names in light of yesterday's deadline.
We are amenable to agreeing to #1, provided that neither side is agreeing that AMPAS canNOT seek Court
guidance on its ability to identify additional infringing domain names (should any pop up in the Parking
Programs in the next 90 days).

The original scheduling order (attached) gave AMPAS until 60 days before the fact discovery cut-off to identify
additional infringing domain names.  If the fact discovery cut-off is extended 90 days, then AMPAS should have
the right to identify additional infringing domain names.

Our proposal is—notwithstanding the 90-day continuance, either party can seek guidance from the Court on this issue and brief this issue if necessary.  If that works, please send over a proposed Joint Stipulation.

2.  We agree not to use or otherwise argue that the production of unredacted fee bills itself constitutes a waiver of any privilege understanding that we continue to maintain that AMPAS' claim of incurring attorneys' fees for investigating its claims in this action as a basis for standing under 17200 is what constitutes a waiver, which we will continue to pursue as set forth in the Joint Stipulation provided last week.
Fine.

3.  We are agreeable to taking the depositions next week off calendar and for rescheduling them for a mutually convenient time after the completion of the next and final round of Iowa depositions.  However, given my upcoming calendar, I don't anticipate that we'll be able to travel to Iowa and Phoenix for a week or so each within the next 60 days.  In light of the 90-day continuance, and in order to minimize expenses, perhaps we should consider continuing Ms. Jones' deposition for a later date to proceed in conjunction with the ones that were scheduled for next week.
Fine.  We can continue the Christine Jones deposition to a mutually agreeable date so we don't have to travel to Phoenix multiple times.

4.  We are agreeable to the 5-day continuance you requested provided you are willing to grant a similar request in the future.
Of course.  I understand that we have worked together on continuances for Joint Stips in the past and will continue to do so going forward.

5.  I understand AMPAS' intent to maintain its challenge to those matters and agree that nothing in this proposal constitutes a waiver of AMPAS' position with respect thereto.
Ok.

6.  Thank you.  Please provide a date for Ms. Clarke's deposition at your earliest convenience.
November 7 or 8 work.  Send us a depo notice with the date that you pick.

7.  I am working on the response now.  Your letter was longer than I anticipated so I will likely not have a response for you until Monday.
Ok.

Please confirm our agreement at your earliest convenience so that I can cancel pre-arranged travel plans, notify our Phoenix office to cancel the conference rooms, and inform the witnesses that they will not need to attend depositions next week.

Regards,
Aaron


**Aaron M. McKown**
**Bryan Cave LLP**
3161 Michelson Drive, Ste 1500
Irvine, CA 92612
Direct Line:  949.223.7134
Facsimile:   949.223.7100
aaron.mckown@bryancave.com

**From:** Enoch H. Liang [mailto:ehl@ltlcounsel.com]
**Sent:** Wednesday, September 14, 2011 11:07 AM
**To:** McKown, Aaron M.; Zecchini, Paula L.
**Cc:** acpa@ltlcounsel.com
**Subject:** Academy v. GoDaddy Proposal on Scheduling

Dear Aaron,

I had a chance to speak with the team yesterday after the hearing.  In order to narrow the issues that the parties have to bring to the Court's attention, we would like to make the following proposal:

1.   The Academy will agree to extend all deadlines in the case by 90 days.  The revised case schedule proposed to Judge Collins is attached for your review/confirmation.  Please check the dates that I propose.

2.   The Academy will agree to provide fee bills from QEUS to the Academy from 2007 to present, unredacted except for clearly privileged or work product entries, i.e. those that show specifically the legal advice QEUS was providing or that show the areas of law QEUS was researching.

    In other words, we will endeavor to unredact those fee bills so that GoDaddy can make a determination of what domain names/websites QEUS was billing the Academy for with respect to that time entry.

    However, it must be clear that the Academy is not waiving its right to claim attorney-client privilege or attorney work product in general.  While GoDaddy can continue to assert its waiver arguments as set forth in its Sept. 9 Joint Stipulation, GoDaddy must agree <u>not</u> to argue that the Academy <u>further</u> waived any of its rights by providing these unredacted fee bills from 2007 to present.

3.   In return, GoDaddy and the Academy will agree to take the depositions in Phoenix next week off calendar.  Given the 90-day extension of all deadlines, GoDaddy and the Academy will work together to reschedule those depositions at a later date, possibly in early November around the Christine Jones deposition.

    The reasoning behind the delay in these depositions is so that the Academy can review the ESI being produced within 14 days.  That way, we will avoid the possibility (even if remote) that these 4 witnesses will need to be redeposed.  A secondary reason is that the Academy wants to complete the Iowa depositions before proceeding with these 4 witnesses.

4.   Finally, in return, we would like a short 5-day extension of time to provide you our portion of the Joint Stipulation, *i.e.*, until Wednesday September 21, 2011.  Given the 90-day extension, I think the time need is less pressing here.

5.   <u>However</u>, the Academy will continue to oppose the following:

    a.   GoDaddy's attempt to seek pre-filing communications between Quinn Emanuel and the Academy regarding investigation into the Academy's claim;

    b.   GoDaddy's attempt to seek post-filing communications between Quinn Emanuel and the Academy regarding Defendants and/or this lawsuit; and

     c.   GoDaddy's attempt to seek an additional 20 depositions to depose Registrants in the CP program.

6.   As discussed yesterday, the Academy will (a) provide a revised privilege log in response to your Sept. 8, 2011 email; (b) native emails in response to your Sept. 8, 2011 email; and (c) dates for its witnesses once we receive a 30b6 notice from GoDaddy.

7.   We look forward to receiving your response to the Academy's September 9, 2011 meet and confer letter.

Let me know re the foregoing proposal,

Enoch

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
bcllp2011

# EXHIBIT C

LEE TRAN & LIANG APLC
James M. Lee, California Bar No. 192301
Enoch H. Liang, California Bar No. 212324
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
E-mail: jml@ltlcounsel.com; ehl@ltlcounsel.com

Attorneys for Plaintiff Academy of Motion Pictures Arts and Sciences

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation, <br><br> Defendants. | Case No. CV10 3738 ABC (CW) <br><br> **ADDITIONAL INFRINGING DOMAIN NAMES IDENTIFIED BY PLAINTIFF ACADEMY OF MOTION PICTURE ARTS AND SCIENCES** <br><br> [Pursuant to June 9, 2011 Court Order] <br><br> Action filed: May 18, 2010 |

TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff the Academy of Motion Picture Arts and Sciences hereby identifies the following additional infringing domain names. Should the Court later extend the discovery deadlines in this matter, Plaintiff reserves the right to identify additional infringing domain names 60 days before the new discovery cut-off.

-1-

## ADDITIONAL INFRINGING DOMAIN NAMES

1
2  WWW.2011THEOSCARS.COM
3  WWW.2012ACADEMYAWARDS.COM
4  WWW.2013ACADEMYAWARDS.COM
5  WWW.24HOURSATOSCARS.COM
6  WWW.24HOURSATTHEOSCARS.COM
7  WWW.2OSCARS.COM
8  WWW.ACADEMYAWARDS2011WINNERS.COM
9  WWW.ACADEMYAWARDS2012WINNERS.COM
10  WWW.ALLOSCAR.COM
11  WWW.ALLOSCARWINNERS.COM
12  WWW.BILLYCRYSTAL2012ACADEMYAWARDS.COM
13  WWW.BILLYCRYSTAL2012OSCARS.COM
14  WWW.LISTOFACADEMYAWARDWINNERS.COM
15  WWW.MYOSCARORNOT.COM
16  WWW.MYOSCARSORNOT.COM
17  WWW.NIGHTATOSCARS.COM
18  WWW.OSCARBUZ.COM
19  WWW.OSCARCAP.COM
20  WWW.OSCARGOODIEBAGS.COM
21  WWW.OSCARIMAGES.COM
22  WWW.OSCARMOMINEE.COM
23  WWW.OSCARMOMINEES.COM
24  WWW.OSCARMONLINE.COM
25  WWW.OSCARMOVIEPOSTERS.COM
26  WWW.OSCARREDCARPET.COM
27  WWW.OSCARS-EMPORIUM.COM
28  WWW.OSCARWINNERS2009.COM

ADDITIONAL INFRINGING DOMAIN NAMES IDENTIFIED BY PLAINTIFF

1   WWW.OSCARWINNERS2012.COM

2   WWW.OSCARWINNINGMOVIES.COM

3   WWW.THEOSCARS2011.COM

4   WWW.TWOOSCARS.COM

5   DATED:  December 12, 2011          FOOTE, MEYERS, MIELKE &

6                                      FLOWERS LLC

7

8                                      By: _____

9                                      Attorneys for Plaintiff

10                                     ACADEMY OF MOTION PICTURE
                                       ARTS AND SCIENCES
11

12                                     BOIES, SCHILLER & FLEXNER,
                                       LLP
13                                     Stuart Singer (*pro hac vice*)
                                       David Nelson (*pro hac vice*)
14                                     Josh Riley (*pro hac vice*
                                       401 East Las Olas Blvd., Suite 1200
15                                     Fort Lauderdale, FL 33301
                                       Telephone: (954) 356-0011
16                                     Facsimile: (954) 356-0022
                                       E-mail : ssinger@bsfllp.com;
17                                     dnelson@bsfllp.com
                                       Attorneys for Plaintiff
18                                     ACADEMY OF MOTION PICTURE
                                       ARTS AND SCIENCES
19

20                                     FOOTE, MEYERS, MIELKE &
                                       FLOWERS LLC
21                                     Robert M. Foote (*pro hac vice*)
                                       Kathleen Chavez (*pro hac vice*)
22                                     Matthew Herman (*pro hac vice*)
                                       3 North Second Street, Suite 300
23                                     St. Charles, IL 60174
                                       Telephone: (630) 232-6333
24                                     Facsimile: (630) 845-8982

25

26

27

28

-3-

ADDITIONAL INFRINGING DOMAIN NAMES IDENTIFIED BY PLAINTIFF

1

2

E-mail: rmf@foote-meyers.com;
kchavez@footemeyers.com;
mherman@foote-meyers.com

3

4

5

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

ADDITIONAL INFRINGING DOMAIN NAMES IDENTIFIED BY PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2011, I caused a copy of the foregoing document to be served pursuant to the Federal Rules of Civil Procedure upon the counsel listed below, via-electronic mail and via pre-paid U.S. First-Class Mail, by placing the same in an envelope correctly addressed, sealed and with postage fully prepaid thereon, and depositing the same in the United States Post Office Box in the City of St. Charles, Illinois.

**BRYAN CAVE LLP**
Gregory D. Trimarche, Esq.
Aaron M. McKown, Esq.
Paula L. Zecchini, Esq.
3161 Michelson Dr., Suite 1500
Irvine, California 92612-4414
Email:
gregory.trimarche@bryancave.com
aaron.mckown@bryancave.com
paula.zecchini@bryancave.com

**BRYAN CAVE LLP**
Kara Cenar, Esq.
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
Email: kara.cenar@bryancave.com

**GODADDY.COM, INC./DOMAINS BY PROXY, INC.**
Christine Jones, Esq.
Kelly Lewis, Esq.
14455 North Hayden Road
Scottsdale, AZ 85260
Email: cjones@godaddy.com;
klewis@godaddy.com

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 12, 2011.

ADDITIONAL INFRINGING DOMAIN NAMES IDENTIFIED BY PLAINTIFF

1  LEE TRAN & LIANG APLC
   James M. Lee, California Bar No. 192301
2  Enoch H. Liang, California Bar No. 212324
   601 South Figueroa Street, Suite 4025
3  Los Angeles, CA 90017
   Telephone: (213) 612-3737
4  Facsimile: (213) 612-3773
   E-mail: jml@ltlcounsel.com; ehl@ltlcounsel.com
5
6  Attorneys for Plaintiff Academy of Motion Pictures Arts and Sciences

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9   ACADEMY OF MOTION PICTURE          ) Case No. CV10 3738 ABC (CW)
    ARTS AND SCIENCES, a California     )
10  nonprofit corporation,             )
                                        ) **ADDITIONAL INFRINGING**
11           Plaintiff,                 ) **DOMAIN NAMES IDENTIFIED**
                                        ) **BY PLAINTIFF ACADEMY OF**
12       v.                             ) **MOTION PICTURE ARTS AND**
                                        ) **SCIENCES**
13  GODADDY.COM, INC., a Delaware       )
    corporation; THE GODADDY GROUP      )
14  INC., a Delaware corporation;       ) Action filed:  May 18, 2010
    DOMAINS BY PROXY, INC., a           )
15  Delaware Corporation;               )
    GREENDOMAINMARKET.COM, an           )
16  unknown entity; BDS, an unknown     )
    entity; and XPDREAMTEAM LLC, a      )
17  California limited liability corporation, )
                                        )
18           Defendants.                )
    _____ )
19
20
       TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:
21
    PLEASE TAKE NOTICE that Plaintiff the Academy of Motion Picture Arts
22
    and Sciences hereby identifies the following additional infringing domain
23
    names.  Should the Court later extend the discovery deadlines in this matter,
24
    Plaintiff reserves the right to identify additional infringing domain names 60
25
    days before the new discovery cut-off.
26
27
28

                              -1-

| | |
|---|---|
| 1 | **ADDITIONAL INFRINGING DOMAIN NAMES** |
| 2 | 100OSCAR.COM |
| 3 | 100THOSCAR.COM |
| 4 | 100OSCARS.COM |
| 5 | 24HOURSATOSCARS.COM |
| 6 | 24HOURSATTHEOSCARS.COM |
| 7 | ACADEMYAWARD100.COM |
| 8 | ALLOSCARWINNERS.COM |
| 9 | BESTPICTUREOSCARNOMINATIONS.COM |
| 10 | BESTOSCARPARTYINTOWN.COM |
| 11 | COMEDYOSCARS.COM |
| 12 | IAMANOSCARWINNER.COM |
| 13 | LETSTALKOSCARS.COM |
| 14 | OSCAR2014LIVE.COM |
| 15 | OSCAR2013LIVE.COM |
| 16 | OSCAR2013LIVESTREAM.COM |
| 17 | OSCARAWARD2013LIVE.COM |
| 18 | OSCARAWARDS2013.COM |
| 19 | OSCARHOSTS.COM |
| 20 | OSCARLIVE2013.COM |
| 21 | OSCARNOMINATEDMOVIES.COM |
| 22 | OSCARPICTURES.COM |
| 23 | OSCARS2013LIVE.COM |
| 24 | OSCARSFILM.COM |
| 25 | OSCARSNOBINATIONS.COM |
| 26 | OSCARSWINNER.COM |
| 27 | OSCARWEEK.COM |
| 28 | OSCARWINNERS2009.COM |

ADDITIONAL INFRINGING DOMAIN NAMES IDENTIFIED BY PLAINTIFF

1   OSCARWINNINGACTORS.COM

2   OSCARWINNERS2012.COM

3   THEOSCARS2011.COM

4   WATCHOSCAR2013ONLINE.COM

5   YOUTUBEOSCARS.COM

6   ZBIGATTIACADEMYAWARDS.COM

7   ACADEMYAWARDSWINNERSLIST.COM

8   ACADEMY-AWARDS-POOL.COM

9   OSCAR-AWARDS-POOL.COM

10   WATCHOSCARAWARDS2012ONLINE.COM

11   WATCHACADEMYAWARDS2012ONLINE.COM

12   2012ACADEMYAWARDS.COM

13   2013ACADEMYAWARDS.COM

14   BILLYCRYSTAL2012ACADEMYAWARDS.COM

15   OSCARNOMINATIONS2013.COM

16

17   DATED:  June 7, 2012                    FOOTE, MEYERS, MIELKE &

18                                           FLOWERS LLC

19

20                                           By:

21                                           Attorneys for Plaintiff

22                                           ACADEMY OF MOTION PICTURE
                                             ARTS AND SCIENCES
23

24                                           BOIES, SCHILLER & FLEXNER,
                                             LLP
25                                           Stuart Singer (*pro hac vice*)
                                             David Nelson (*pro hac vice*)
26                                           401 East Las Olas Blvd., Suite 1200
27                                           Fort Lauderdale, FL 33301
                                             Telephone: (954) 356-0011
28

ADDITIONAL INFRINGING DOMAIN NAMES IDENTIFIED BY PLAINTIFF

Facsimile: (954) 356-0022
E-mail : ssinger@bsfllp.com;
dnelson@bsfllp.com
Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES

FOOTE, MEYERS, MIELKE &
FLOWERS LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
3 North Second Street, Suite 300
St. Charles, IL 60174
Telephone: (630) 232-6333
Facsimile: (630) 845-8982
E-mail: rmf@foote-meyers.com;
kchavez@footemeyers.com;
mherman@foote-meyers.com

Attorneys for Plaintiff
ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES

ADDITIONAL INFRINGING DOMAIN NAMES IDENTIFIED BY PLAINTIFF

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on June 7, 2012, I caused a copy of the

3  foregoing document to be served pursuant to the Federal Rules of Civil

4  Procedure upon the counsel listed below, via-electronic mail and via pre-

5  paid U.S. First-Class Mail, by placing the same in an envelope correctly

6  addressed, sealed and with postage fully prepaid thereon, and depositing

7  the same in the United States Post Office Box in the City of St. Charles,

8  Illinois.

9

10  **WRENN BENDER LLLP**
   Aaron M. McKown, Esq.
11  Paula L. Zecchini, Esq.
   2 Park Plaza, Suite 550
12  Irvine, CA 92614

13

14  Email:
   amckown@ wrennbender.com
15  pzecchini@wrennbender.com

16

17      I certify under penalty of perjury under the laws of the United States

18  of America that the foregoing is true and correct. Executed on June 7,

19  2012.

20

21

22

23

24

25

26

27

28

# EXHIBIT D

**EXPERT REPORT OF**

**PROFESSOR CAROL A. SCOTT**

**January 14, 2013**

## I.    Background and Qualifications

1.      I am a Professor of Marketing Emeritus at the Anderson Graduate School of Management at the University of California, Los Angeles ("UCLA").  I hold a Ph.D. in Marketing from Northwestern University, where my minor field of study was Social Psychology. I also received a Master of Science in Management degree from Northwestern University and a Bachelor of Science in Business and History Education degree from the University of Texas at Austin.  I have served variously as the Chairman of the Faculty, Associate Dean, and Assistant Dean of the Anderson Graduate School of Management from 1985 through 1994.  I am currently the faculty director of the Anderson School Executive Program.

2.      For over thirty years, I have taught courses on Marketing Strategy and Management, Consumer Behavior, Advertising, Distribution Strategy, and International Marketing to students in undergraduate and graduate education programs at UCLA, Stanford Business School, Harvard Business School, and Ohio State University.  I also have published numerous journal articles, research reports, and book chapters on Consumer Behavior, Marketing Research and other marketing topics, a complete list of which is included in my Curriculum Vitae, attached hereto (Exhibit 1).  I have served on the editorial boards of the Journal of Marketing, Journal of Marketing Research, Journal of Consumer Research and the California Management Review.  I have been a member of the board of directors for Sizzler International and A-Fem Medical Corporation, Inc. and currently am a member of the board of directors of United Online, Inc.  Over the past 26 years I have served as a consultant and have qualified as a testifying expert in a number of cases and for a variety of issues.  I am a founding partner of Crossfield Associates, LLC, a litigation consulting company.   A list of my recent testimony projects is attached (Exhibit 2).

1

## II.    Scope of Opinions

3.    I have been asked by counsel for GoDaddy.com, Inc. to assess consumer

perceptions regarding various domain names alleged by the Academy of Motion Picture Arts and

Sciences to infringe on its registered marks.  Specifically, I have been asked to determine the

extent to which 75 accused domain names are confusingly similar to the marks Oscar®, Oscars®,

Oscar Night®, Academy Award®, or Academy Awards® registered by the Academy of Motion

Picture Arts and Sciences (hereafter, "the Academy's marks").

## III.    Summary of Opinions

4.    Based upon a series of surveys of consumers that I conducted in January 2013

testing 75 accused domain names, it is my opinion that with a single exception these domain

names are not confusingly similar to the Academy's marks.  When shown each of these domain

names and asked what associations come to mind, consumers generally do not provide responses

that relate to the Academy's marks.  When compared to the average of three control marks, net

associations even broadly related to the Academy's marks range from only zero to 6% for 74 of

the domain names tested.  For only one of the domain names did net associations with the

Academy's marks exceed 15%.

## IV.    Basis of Opinion

5.    My opinion is based on the results of 78 surveys of consumers that I conducted in

January 2013.  In my opinion, the surveys undertaken for this report were done in a proper and

unbiased manner consistent with well-accepted standards of marketing and consumer research

done in the context of litigation.[1]  These results are valid and reliable.  I am continuing my

review and analysis, and I may refine or expand my opinions as further information and

---

[1] *See* Diamond, Shari Seidman, "Reference Guide on Survey Research," in *Reference Manual on
Scientific Evidence, 3rd. Ed.* (Federal Judicial Center, 2011), pp. 359-423.

2

materials come to my attention.  I reserve the right to supplement this report to the extent that additional information becomes available which may affect my opinions.  Attached as Exhibit 3 is a listing of documents obtained from Counsel or by myself or a member of my staff.

**Survey Methodology**

6.      Seventy-eight samples of consumers, one for each accused and control domain name tested, were used to assess the degree to which each domain name evoked associations broadly related to the Academy's marks.  Participants were screened so as to ensure that the samples would be representative of the general population with respect to age (between 18 and 80 years) and gender.[2]  The demographic characteristics of the sample population are shown in Exhibit 4-1.  To prevent any potential bias in responses to the main survey questions of interest, the usual question designed to screen out respondents who work for advertising, marketing research companies or in industries related to the topic of the survey was asked at the end of the survey.[3]  Approximately 19,047 consumers satisfied the screening requirements and participated in the surveys, with sample sizes for each domain name tested ranging from 253 to 235.[4]

---

[2] General population characteristics were used because of the belief that movies in general, and the Academy Awards (Oscars) in particular, draw a diverse audience and because they are widely publicized in mainstream media.  See recent coverage of this year's nominations, for example, in *The New York Times*, "'Lincoln' Leads Oscar Field With 12 Nominations", January 10, 2013, <http://carpetbagger.blogs.nytimes.com/2013/01/10/oscar-2013-nominations>; *The Wall Street Journal*, "Lincoln Leads With 12 Oscar Nominations", January 10, 2013, <http://online.wsj.com/article/SB10001424127887324081704578233591554057074.html>.

[3] Respondents who indicated that they or someone in their household worked in the "Film or Motion Picture Industry," in "Acting" or "Motion picture production and/or performance" occupations, and/or in Market Research/Public Relations/Advertising occupations, were excluded in my analyses.  Including these respondents would not change the conclusions I have reached in this report.

[4] In accordance with standard quality control procedures for online surveys, participants were eliminated if they provided gibberish answers or if they took an inordinately short (under 8 seconds to respond to the first question and follow-up occupation question) or long (over 13 minutes to answer all three survey questions) amount of time.  Participants were also eliminated

7.     All surveys were conducted online.  Respondents were drawn from an Internet panel maintained by SSI, a well-known, major commercial marketing research firm that I have used many times in the past and have found to be capable and reliable.

8.     Respondents who completed the main survey questionnaire were told that they would be shown an Internet domain name and asked several questions about it.  They were instructed to answer the questions based only on the information provided, and not to leave the browser window before responding.  If they did not know the answer to a question, they were asked to indicate that, and they were asked to be sure they were wearing whatever eyeglasses or contact lenses they usually wear when viewing their computer screen.  Respondents were then asked: "When you see [domain name] what product(s), services(s), organizations(s), activity(ies), or other associations, if any, come to mind?"  This was an open-ended question, and respondents simply typed in whatever answer came to mind, or they could check a box that indicated that they didn't know or weren't sure.  If the respondent gave any answer other than "Don't Know/Not Sure", he/she was then asked, "What makes you say that?"  A copy of the screening questions and the main survey questionnaire used for all surveys is included in Exhibit 5.  Each respondent was shown and asked about only one domain name.

9.     Members of my staff did the initial coding of the open-ended responses into various categories associated with entertainment such as the Academy of Motion Picture Arts and Sciences, Academy Awards, the Oscars, movie/film/motion picture awards, movies, films,

---

if they mentioned that they had left the browser window to look up domain names, or if the answers they provided to questions regarding gender and age did not match SSI's records for them.  Additionally, SSI applies the strictest quality processes, including digital fingerprinting to combat fraud, double opt-in recruitment procedures and real-time address verification.  *See* http://www.surveysampling.com/custom-panels/panel-services

motion pictures, film/entertainment industry, Hollywood, theaters/cinemas, etc.  Other members of my staff reviewed this coding, and I reviewed and approved these classifications.

10.     To determine the likelihood that entertainment-related associations would come to mind even for domain names that contain the word "Oscar" but are structurally or obviously dissimilar to the Academy's marks, three control domain names were tested.  These were:  (1) oscar.sca.org, (2) oscar.symplicity.com, and (3) www.oscarsymplicity.com.  The first two of these domain names include an extra period indicating a different kind of domain name. Oscar.sca.org is the website for the SCA Laurel Sovereign of Arms, while Oscar.symplicity.com is operated by the United States Courts as the central online resource of federal law clerks and appellate court staff hiring.  The third control, www.oscarsymplicity.com, as far as can be determined, is a fictitious domain name not currently is use.  It was created by simply adding "www" in front of "oscar.symplicity.com" and removing the extra dot in order to include one control group that was similar in form to the accused domain names being tested.  The percentage of consumers who expressed an entertainment-related association in response to each of these three control domain names was averaged and used as an indicator of the degree to which entertainment-related associations would be called to mind in response to any domain name that contains the word "oscar".

### Survey Results

11.     The open-ended associations mentioned by respondents in each domain name condition were examined and given one or more codes corresponding to a number of categories that were created to capture all of the meanings expressed.  These codes are shown in Exhibit 4-3.  Exhibits 4-4 and 4-5 shows the percent of respondents who mentioned any entertainment-related association that could be connected to the Academy's marks.  Exhibit 4-4 is based only

5

on answers to the first question of what comes to mind. Exhibit 4-5 includes participants whose associations may not have been classified as entertainment related, but whose answers to the second question ("What makes you say that?") made it clear that the association could be related to the Academy's marks. As shown in Exhibit 4-5, the percent of respondents giving a relevant entertainment association for the 75 accused domain names ranged from 48.8% for "www.oscarsornot.com" to zero for www.dermoscars.com and www.doscarlos.net. However, the average percent of control respondents giving a relevant entertainment association was 18.1%. Taking this general level of association or "noise" into account, the net percent of relevant entertainment associations for www.oscarsornot.com was 30.7%. The net percent of relevant entertainment associations for all other accused domain names tested ranged from 5.9% to zero.

12.     The findings do not change significantly even if a broader criterion for a relevant entertainment association is used. Exhibit 4-5A counts as relevant all of the association categories used in Exhibit 4-5 as well as associations that fell into the "general entertainment" category that included such mentions as home movies, television, or entertainment not specifically connected to the Academy's marks. As shown in this exhibit, once again www.oscarsornot.com was an outlier with 49.2% of respondents providing an association that could be broadly construed as connected to the Academy's marks before taking the level of association for the control domain names into account. The percent of respondents providing an association that could be broadly construed as connected to the Academy's marks for the other 74 accused domain names ranged from 24.4% to zero before taking the level of relevant associations for the control domain names into account. Accounting for the general level of

6

association or "noise", the net percent of relevant associations was 31.1% for www.oscarsornot.com, and ranged from 6.3% to zero for all other accused domain names.

**Summary**

13.      In summary, associations connected to the Academy's marks generally do not arise when consumers see 74 out of the 75 accused domain names that I tested. The percent of consumers who associate 74 of the domain names tested with the Academy's marks is generally quite low. This percent falls well below 10% when taking into account the likelihood that consumers might associate any domain name that contains the word "oscar", no matter how dissimilar, with some aspect related to the Academy's marks. This is true even when using broad criteria of relatedness. Thus, I conclude that 74 of the 75 domain names that I tested are not confusingly similar to the Academy's marks since no associations related to them come to mind for most consumers.

## V.      <u>Compensation</u>

14.      I am being compensated at my usual rate of $650 per hour for my work on this assignment. The opinions expressed in this report are my own, and my compensation is not dependent upon the substance of these opinions.

_Carol A. Scott_

Carol A. Scott
January 14, 2013

Exhibit 1

# CAROL A. SCOTT

Anderson Graduate School of Management
University of California
Los Angeles, California 90024
(310) 825-4458
(310) 206-2019 (fax)

1834 Park Blvd.
Palo Alto, CA  94306
(650) 473-9297
(650) 473-9298 (fax)

## EDUCATION

Ph. D.          Northwestern University, June 1975
                     Major Field:  Marketing
                     Minor Field:  Social Psychology

M.S.            Northwestern University, August 1972
                     Major:  Management

B.S.            University of Texas at Austin, December 1970
                     Major:  Business and history education
                     Graduated with highest honors

## TEACHING EXPERIENCE

| 1977 - present | **University of California, Los Angeles** | |
|---|---|---|
| | 2011- | Professor Emeritus of Marketing |
| | 1989-2011 | Professor of Marketing |
| | 1980-89 | Associate Professor of Marketing |
| | 1979-80 | Acting Associate Professor of Marketing |
| | 1978-79 | Assistant Professor of Marketing |
| | 1977-78 | Visiting Assistant Professor of Marketing (on leave from The Ohio State University) |

| 2009 | **Stanford University** | |
|---|---|---|
| | 2009 | Visiting Professor of Marketing |

1985 - 1986    **Harvard Business School**
                     Visiting Associate Professor, Business Administration

1974 - 1978    **The Ohio State University**
                     Assistant Professor of Marketing

**ACADEMIC ADMINISTRATIVE EXPERIENCE**

1990 - 94     Chairman of the Faculty, Department (School) of Management
              Responsible for all matters pertaining to the approximately
              100 faculty FTE in the Anderson Graduate School of Management,
              a single department school, including:  recruiting, retention,
              promotions, salary adjustments, scheduling and staffing of courses,
              and student and peer evaluation of teaching.  Manage budget and
              process all appointments for temporary faculty.

1987 - 91     Associate Dean, Academic Affairs
1993 - 94     Act for the dean in his absence.  Responsible for all academic
              degree programs and support services including:  full-time, Fully
              Employed and Executive MBA Programs,  Ph.D. and M.S.
              Programs, Management Communications Program, Management
              Field Studies Office, Computing Services Center, and all
              interdisciplinary study centers (e.g., Entrepreneurial Studies
              Center, Finance and Real Estate, International Business, etc.).

1986 - 87     Assistant Dean, MBA Curriculum & Policy
              Responsible for all academic policies pertaining to the full-time
              MBA Program.  Coordinated a review of this program which
              resulted in revised core curriculum;  implemented computerized
              bidding system for course enrollment.

**JOURNAL ARTICLES PUBLISHED**

Robert A. Hansen and Carol A. Scott.  Comments on attribution theory and advertiser
    credibility. *Journal of Marketing Research*, *13*, May 1976.

Carol A. Scott.  Effects of trial and incentives on repeat purchase behavior. *Journal of
    Marketing Research*, *13*, August 1976.

Carol A. Scott.  Modifying socially-conscious behavior:  The foot-in-the-door technique.
    *Journal of Consumer Research*, *4*, December 1977.

Carol A. Scott and Richard F. Yalch.  A test of the self-perception explanation of the
    effects of rewards on intrinsic interest. *Journal of Experimental Social
    Psychology*, *14*, January, 1978.

Carol A. Scott and Richard F. Yalch.  Consumer response to initial product trial:  A
    Bayesian analysis. *Journal of Consumer Research*, *7*, June 1980.

Alice M. Tybout and Carol A. Scott.  Availability of well-defined internal knowledge and the attitude formation process:  Information aggregation versus self-perception. *Journal of Personality and Social Psychology*, *44*, March 1983.

Deborah Roedder John, Carol A. Scott, and James R. Bettman.  Sampling data for covariation assessment:  The effect of prior beliefs on search patterns.  *Journal of Consumer Research*, *13*, June 1986.

James R. Bettman, Deborah Roedder John, and Carol A. Scott.  Covariation assessment by consumers.  *Journal of Consumer Research, 13*, December, 1986.

James R. Bettman, Elizabeth H. Creyer, Deborah Roedder John, and Carol A. Scott.  Covariation assessment in rank order data.  *Behavioral Decision Making*, *1*, October-December, 1988, 239-254.

Aimee Drolet, Loraine Lau-Gesk, and Carol A. Scott.  The Influence of Aging on Preferences for Sequences of Mixed Affective Events.  *Journal of Behavioral Decision Making*, forthcoming.


## REPORTS, PRESENTATIONS, CHAPTERS IN BOOKS

Carol A. Scott, Decade of the Executive Woman, New York: Korn/Ferry, International, 1993.

Vicky L. Crittenden, Carol A. Scott, and Rowland T. Moriarty.  The effects of prior product experience on organizational buying behavior.  In Paul Anderson and Melanie Wallendorf eds.)  *Advances In Consumer Research*, vol. 14, 1986.

James R. Bettman, Deborah Roedder, and Carol A. Scott.  Consumers' assessment of covariation.  In T. Kinnear (ed.), *Advances In Consumer Research*, vol. 11, 1983.

Carol A. Scott and Alice M. Tybout.  Some indirect effects of case vs. base rate data on information processing strategies.  In R. Bagozzi and A. M. Tybout (eds.), *Advances in Consumer Research*, 10, Association for Consumer Research, 1982. (Abstract).

Carol A. Scott.  On using attribution theory to understand advertising effects.  In A. Mitchell (ed), *Advances in Consumer Research*, 9, Association for Consumer Research, 1981.

Carol A. Scott and Alice M. Tybout.  Theoretical perspectives on the impact of negative information:  Does valence matter?  Abstract published in K. Monroe (ed.), *Advances in Consumer Research*, 8, Association for Consumer Research, 1980

Carol A. Scott. Consumer satisfaction: Perspectives from self-perception theory. Paper presented at the American Psychological Association conference, Montreal, Canada, September, 1980.

Carol A. Scott. Forming beliefs from experience: Evidence from self-perception theory. In H. H. Kassarjian and T. S. Robertson (eds.), *Perspectives In Consumer Behavior*, 3rd edition, Scott, Foresman, 1981.

Alice M. Tybout and Carol A. Scott. Extending the self-perception explanation: The effect of cue salience on behavior. In W. L. Wilkie (ed.), *Advances in Consumer Research*, 6, Association for Consumer Research, 1979.

Carol A. Scott. Attribution theory in consumer research: Scope, issues, and contributions. Proceedings, American Marketing Association Fall Educators' Conference, S. Jain (ed.), 1978.

Carol A. Scott. The role of self-perception processes in consumer behavior: Interpreting one's own experiences. In Keith Hunt (ed.), *Advances in Consumer Research*, 5, Association for Consumer Research.

Robert A. Hansen and Carol A Scott. Alternative approaches to assessing the quality of self-report data. In Keith Hunt (ed.), *Advances in Consumer Research*, 5, Association for Consumer Research, 1978.

Robert A. Hansen and Carol A. Scott. Improving the representativeness of survey research: Some issues and unanswered questions. Proceedings, American Marketing Association Fall Educators' Conference, 1977.

Richard F. Yalch and Carol A. Scott. Effect of initial trial of a new product on attitude-behavior consistency. In W. D. Perreault, Jr. (ed.), *Advances in Consumer Research*, 4, Association for Consumer Research, 1977.

Carol A. Scott, Researching the broadened concept of consumer behavior. In G. Zaltman and B. Sternthal (eds.), *Broadening the Concept of Consumer Behavior*. Association for Consumer Research monograph, 1975.

Brian Sternthal, Carol A. Scott, and Ruby Roy. Self-perception as a means of personal influence: The foot-in-the-door technique. In B. Anderson (ed.), *Advances in Consumer Research*, 3, Association for Consumer Research, 1975.

Carol A. Scott. Hendley distributors. Consumer behavior research case in Gerald Zaltman, Philip C. Burger, and Randall L. Schultz, *Cases in Marketing Research*, New York: Dryden Press, 1975.

**AWARDS**

1984        Outstanding Teacher of the Year, presented by MBA students at the
            Graduate School of Management, UCLA.

**GRANTS RECEIVED (non-university)**

New Roles for Corporate Communications.  Grant received from the Marketing Science
        Institute (with James R. Bettman, Richard J. Lutz, and Barton A. Weitz),
        December 1980 - May 1981.

**SELECTED PROFESSIONAL ACTIVITIES**

Academic Advisory Council, Marketing Science Institute, 1987 to 1990

Editorial Boards:
        Journal of Marketing Research, December 1975 to July 1985
        Journal of Marketing, July 1978 to July 1986; January 1991 - August 1993
        Journal of Consumer Research, December 1980 -

Occasional reviewer, Journal of Personality and Social Psychology and Journal of
        Applied Psychology

Distinguished lecturer at University of Pennsylvania (1978), University of Washington
        (1979), University of Florida (1979), Berkeley/Stanford (1980), University of
        California, Santa Barbara (1982)

AMA Doctoral Dissertation Competition chairperson, 1985

Treasurer, Association for Consumer Research, 1980-81

Resident Faculty Member, American Marketing Association Doctoral Consortium,
        1979, 1980, 1983.  Consortium speaker 1984, 1985, 1986

Program Committee, 1979 Annual Conference, Association for Consumer
        Research, Prof. Jerry Olson, chairman

**Consulting projects** for a number of profit, not-for-profit, and governmental
organizations in Ohio and California.  Assignments have included strategic marketing
audits, development of strategic marketing plans, advertising planning consultation,
marketing research analysis and interpretation, and expert witness testimony preparation.
Member of the board of directors, Petco, Inc. (1989-1991), Sizzler International (1993-
1999), A-Fem Medical (1995-2003), Classmates Media (2007-2010), and United Online,

Inc., 2003 to present.  Co-founder of Crossfield Associates, LLC, a firm that provides expert marketing analysis for litigation as well as marketing strategy and research consulting services.

## PROFESSIONAL MEMBERSHIPS

Association for Consumer Research

## COURSES TAUGHT
Undergraduate (primarily at The Ohio State University)
 Consumer Behavior; Advertising
Masters' (primarily at UCLA)
 Consumer Behavior; Introductory Marketing; Advanced Marketing Management;
 Management of Distribution Channels; Global Marketing Management; Market
 Assessment; Marketing Strategy and Policy (Executive MBA Program)
Ph.D. (UCLA, Harvard, and Ohio State)
 Consumer Behavior Theory and Research
 Attribution Theory Research in Marketing
 Doctoral research paper supervision

## THESIS ADVISING
Chair, Ph.D. Thesis Committee 6 students
Member, Ph.D. Thesis Committee - 9 students
Member, Masters Examining Committee (Ohio State) - 3 students

## RECENT COMMITTEE ASSIGNMENTS (UCLA only)
Task Force on Women at Anderson, 2001 –
University Committee on Research, 1999-2001
 Chair, Faculty Grants Program
Dean Search Committee, 1997-1999
Executive Education Advisory Committee 1997 – 1999
MBA Admissions Committee 1997-99
Academic Staffing Committee 1997-98
Faculty Executive Committee, 1993 - 1997
Professional Educational Task Force (University), 1993-94
UCLA Child Care Services Advisory Board, 1990 - present; Chair, 1991 - 1993

Exhibit 2

**Carol A. Scott**
**Expert Testimony During the Past Four Years***
**(Testimony at Trial or in Deposition)**

1. AKH Company, Inc. *vs.* The Reinalt-Thomas Corporation d/b/a Discount Tire, *et al.* – 2012

    Rebut expert's opinions regarding consumer surveys conducted to measure likelihood of confusion and consumer awareness.  Also rebut other experts as to whether consumer behavior literature and other data support the opinions and conclusions they had expressed.

2. *In re* Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation – 2012

    Determine whether or not certain features and benefits were important factors in consumers' decisions to purchase defendants' vehicles; determine whether or not consumers received messages regarding safety and safety-related features and benefits from marketing communications, and to assess consumer perceptions of defendants' brands on these dimensions; and determine whether or not consumers' decision-making with respect to defendants' products would have been different had certain facts alleged by plaintiffs were disclosed.

3. *In re* VitaminWater False & Misleading Claims Litigation (Defendants Coca Cola Company and Energy Brands, Inc. [d/b/a Glaceau]) – 2012

    Conduct research to determine the reason(s) why consumers purchase Defendants' enhanced beverage product, their awareness of sugar content and calories contained in the product, and perceptions of messages contained on bottles of the product and in a promotional poster for the product.

4. Gucci America, Inc. *vs.* Guess?, Inc. *et al.* – 2012

    Conduct research to determine: the degree to which trademarks claimed by Gucci have acquired secondary meaning; the likelihood of confusion as to the source or origin of certain accessory products made and sold by Guess based on trade dress features; and whether female consumers who carry handbags carry such bags with ornamentation facing towards the public.

5. Gyrodata Incorporated *vs.* Atlantic Inertial Systems, Inc., BAE Systems, Inc., BAE Systems Controls, Inc., *et al.* – 2010, 2011, 2012

    Rebut plaintiff experts' opinions with respect to the potential market of, and demand for, plaintiff's oil drilling services equipment.

* Underlined party indicates client

2

6. <u>Retractable Technologies, Inc., and Thomas J. Shaw</u> *vs.* Becton, Dickinson and Company – 2011

   Determine the degree to which consumers would be misled by Defendant's marketing communications regarding safety needles and syringes.

7. Federal Trade Commission *vs.* <u>Financial Freedom Processing, Inc., *et al.*</u> – 2011

   Determine the extent to which reasonable consumers would be misled or deceived about certain claims made by Defendants in certain radio advertisements for a debt negotiation service.

8. <u>Levi Strauss & Co.</u> *vs.* Hudson Jeans – 2011

   Conduct research to determine the degree to which trademarks claimed by Hudson Jeans have acquired secondary meaning.

9. *In re* Bisphenol-A (BPA) Polycarbonate Plastic Products Liability Litigation (<u>Defendants Evenflo Company, Inc., Gerber Products Company, Handi-Craft Company, Nalge Nunc International Corporation, Playtex Products, Inc., and RC2 Corporation</u>) – 2011

   Rebut expert's opinions regarding the nature and content of Defendants' marketing communications with respect to polycarbonate products that contained BPA.

10. North Atlantic Operating Company, Inc.; North Atlantic Trading Company; and National Tobacco Company, L.P. *vs.* <u>DRL Enterprises, Inc.</u> – 2011

    Conduct research to determine the degree to which trademarks claimed by DRL enterprises have acquired secondary meaning.

11. Peace & Love Jewelry By Nancy Davis LLC *vs.* <u>Kohl's Department Stores, Inc., *et al.*</u> – 2011

    Conduct consumer research to determine likelihood of confusion between jewelry and clothing based on trade dress features.

12. <u>ConsumerInfo.com, Inc.</u> *vs.* Alex Chang *et al.* – 2010

    Rebut expert's opinions concerning the brand strength and awareness of plaintiff's web-based credit products.

13. Thinkvillage-Kiwi, LLC *vs.* <u>Adobe Systems, Inc. and Adobe Macromedia Software LLC</u> – 2010

    Rebut plaintiff expert's opinions with respect to the importance and value ascribed to a particular feature in a suite of software products, as evidenced by defendants' own consumer research.

* Underlined party indicates client

14. Autodesk, Inc. *vs.* <u>Dassault Systèmes SolidWorks Corporation</u> – 2009

> Conduct consumer research to determine consumers' perceptions and product associations with respect to advertisements for Computer Aided Design Software.

15. Hoffman, Carr, Aviation Data, and Modenius, *et al. vs.* <u>American Express Travel Related Services Company, Inc., *et al.*</u> – 2008-2009

> Conduct consumer research to determine consumers' perceptions and likelihood of confusion with respect to offers for travel insurance.

16. <u>Morgate, LLC., *et al.* *vs.*</u> Mail Boxes Etc., Inc., *et al.* – 2009-2010

> Evaluate marketing and advertising efforts made on behalf of a national franchise network of retail packaging, shipping, and business service centers. Assess the design and conduct of market tests conducted by defendants with respect to the general ability to draw meaningful conclusions regarding branding and pricing of services at plaintiffs' franchised stores.

17. <u>Levi Strauss & Co.</u> *vs.* Abercrombie & Fitch Trading Co. – 2008

> Rebut expert's opinions with respect to a survey conducted to measure the likelihood of confusion.

18. <u>Brighton Collectibles, Inc.</u> *vs.* Dynasty Designs – 2008

> Conduct consumer research to determine likelihood of confusion between handbags.

19. *In re* <u>American Equity Annuity Practices and Sales Litigation</u> – 2008

> Determine whether consumer research methods could be used to assess the importance of various factors in the purchase of deferred annuities by senior consumers and the effect that various disclosures would have on purchase decisions.

20. Candela Corporation *vs.* <u>Palomar Medical Technologies, Inc.</u> – 2008

> Rebut plaintiff expert's opinions with respect to marketing issues, including the relevant market and demand for certain technology related to light-based aesthetic devices.

21. The Board of Trustees of the Leland Stanford Junior University *vs.* <u>Roche Molecular Systems *et al.*</u> – 2008

> Rebut plaintiff's characterization of the relationship between physicians who order certain laboratory tests and the entities which conduct other steps in performance of such tests.

22. Carter Bryant *vs.* <u>Mattel, Inc.</u> (and Consolidated Actions) – 2008

> Determine the relationship between the success of a line of fashion dolls and the sales of other related merchandise. Rebut counter-defendants' assessments of factors important to the success of certain fashion dolls and related merchandise.

* Underlined party indicates client      4

23.  <u>Vida F. Negrete *et al.*</u> *vs.* Fidelity and Guaranty Life Insurance Company – 2008

Determine whether consumer research methods could be used to assess the importance of various factors in senior consumers' purchase of deferred annuities and the effect that various disclosures would have on purchase decision.

24.  <u>Brighton Collectibles, Inc.</u> *vs.* Coldwater Creek, Inc. – 2008

Conduct consumer research to determine likelihood of confusion between handbags based on trade dress features.

25.  <u>Brighton Collectibles, Inc.</u> *vs.* Marc Chantal USA, Inc. and Marc Chantal America, Inc. – 2008

Conduct consumer research to determine likelihood of confusion between handbags based on trade dress features.

**Exhibit 3**

Document List

**Depositions and Pleadings**

| | |
|---|---|
| Additional Infringing Domain Names Identified by Plaintiff Academy of Motion Picture Arts and Sciences | 4/14/2011 |
| Additional Infringing Domain Names Identified by Plaintiff Academy of Motion Picture Arts and Sciences | 9/14/2011 |
| Second Amended Complaint, Academy of Motion Pictures Arts and Sciences v. GoDaddy.com | 10/27/2011 |

**Other Publications**

| | |
|---|---|
| Diamond, Shari Seidman, "Reference Guide on Survey Research," in Reference Manual on Scientific Evidence, 3rd. Ed. (Federal Judicial Center, 2011), pp. 359-423 | |
| The New York Times, "'Lincoln' Leads Oscar Field With 12 Nominations", January 10, 2013, <http://carpetbagger.blogs.nytimes.com/2013/01/10/oscar-2013-nominations> | 1/10/2013 |
| The Wall Street Journal, "Lincoln Leads With 12 Oscar Nominations", January 10, 2013, <http://online.wsj.com/article/SB10001424127887324081704578233591554057074.html> | 1/10/2013 |

**Exhibit 4-1**

Respondent Characteristics

| Age | | Gender | | | | | | | |
| | | Female | | Male | | Total | | | |
| | | Freq. | % | Freq. | % | Freq. | % | | |
| 18-25 | | 1,587 | 16.6% | 1,561 | 16.5% | 3,148 | 16.5% | | |
| 26-35 | | 1,957 | 20.5% | 1,804 | 19.0% | 3,761 | 19.7% | | |
| 36-45 | | 1,621 | 16.9% | 1,417 | 14.9% | 3,038 | 16.0% | | |
| 46-55 | | 1,977 | 20.7% | 1,833 | 19.3% | 3,810 | 20.0% | | |
| 56-65 | | 1,700 | 17.8% | 1,847 | 19.5% | 3,547 | 18.6% | | |
| 66-80 | | 725 | 7.6% | 1,018 | 10.7% | 1,743 | 9.2% | | |
| Total Obs | | 9,567 | 50.2% | 9,480 | 49.8% | 19,047 | 100.0% | | |
| Base N | | 9,567 | 100.0% | 9,480 | 100.0% | 19,047 | 100.0% | | |

1

**Exhibit 4-2**

**Domain Names Tested**

| Domain | Freq. |
|---|---|
| WWW.LOCATIONSOSCAR.COM | 253 |
| WWW.LISTOSCAR.COM | 252 |
| WWW.MOISESOSCAR.COM | 250 |
| WWW.OSCARCAP.COM | 250 |
| WWW.OSCARWEAR.NET | 250 |
| WWW.AKSARBENOSCARS.COM | 249 |
| WWW.ALLOSCAR.COM | 249 |
| WWW.OSCARSHOTELS.COM | 249 |
| WWW.ROUNDING-WITH-OSCAR.COM | 249 |
| WWW.UNCLEOSCARSHOP.COM | 249 |
| WWW.24HOURSATOSCARS.COM | 248 |
| WWW.BOOTLEGOSCARS.NET | 248 |
| WWW.OSCARPARDO.COM | 248 |
| WWW.OSCARSORNOT.COM | 248 |
| WWW.OSCARANDREW.COM | 247 |
| WWW.OSCARHICKS.COM | 247 |
| WWW.OSCARHICKS.NET | 247 |
| WWW.OSCARSANTOLALLA.COM | 247 |
| WWW.OSCARSEATON.COM | 247 |
| WWW.OSCARWELCH.COM | 247 |
| WWW.ROUNDINGWITHOSCAR.COM | 247 |
| WWW.BOOTLEGOSCARS.COM | 246 |
| WWW.OSCARBETS.COM | 246 |
| WWW.OSCARBRIGHT.COM | 246 |
| WWW.OSCARNELSON.COM | 246 |
| WWW.OSCARSHOTELS.NET | 246 |
| WWW.OSCARSPEAR.COM | 246 |
| WWW.OSCARSYMPLICITY.COM | 246 |
| WWW.OSCARTEL.COM | 246 |
| WWW.OSCARWELCH.NET | 246 |
| WWW.DERMOSCARS.COM | 245 |
| WWW.GREENOSCAR.COM | 245 |
| WWW.IMAGEOSCAR.NET | 245 |
| WWW.OSCAR-MIKE.COM | 245 |
| WWW.OSCARPAUL.COM | 245 |
| WWW.OSCARSDISCOUNTEDPRICESONLINE.COM | 245 |
| WWW.OSCARSOASIS.COM | 245 |
| WWW.OSCARTRAVELWEB.COM | 245 |
| WWW.OSCARUNRUH.COM | 245 |
| WWW.ARKSARBENOSCARS.COM | 244 |

| | |
|---|---|
| WWW.DOSCARLOS.NET | 244 |
| WWW.OSCARI.NET | 244 |
| WWW.OSCARLARSON.COM | 244 |
| WWW.OSCARMONLINE.COM | 244 |
| WWW.OSCARTWIST.COM | 244 |
| WWW.OSCARWALTERS.NET | 244 |
| OSCAR.SYMPLICITY.COM | 243 |
| WWW.IXOSCAR.COM | 243 |
| WWW.MAKINGTHEROUNDSWITHOSCAR.COM | 243 |
| WWW.OSCARHOSPITALITY.COM | 243 |
| WWW.OSCARSMILE.COM | 243 |
| WWW.OSCARWAY.COM | 243 |
| WWW.OSCARWHIMPER.NET | 243 |
| WWW.THEWORLDAWARDACADEMY.COM | 243 |
| WWW.2OSCARS.NET | 242 |
| WWW.GOTOSCAR.COM | 242 |
| WWW.OSCARBRITE.COM | 242 |
| WWW.OSCARDOW.COM | 242 |
| WWW.OSCARJAFEE.COM | 242 |
| WWW.OSCARSRAMIREZ.COM | 242 |
| WWW.APPSOSCARS.COM | 241 |
| WWW.DEREKOSCARSON.COM | 241 |
| WWW.OSCARSENN.COM | 241 |
| WWW.OSCARYLALO.COM | 241 |
| WWW.TRAVELOSCAR.COM | 241 |
| WWW.3DOSCAR.COM | 240 |
| WWW.COSCARAUDIOSALES.COM | 240 |
| WWW.OSCARI.COM | 240 |
| WWW.OSCARSOTO.COM | 240 |
| WWW.OSCARANDEDEN.COM | 239 |
| WWW.OSCARKIDS.COM | 239 |
| WWW.OSCARMONSALVE.COM | 239 |
| WWW.SAYSOSCAR.COM | 239 |
| WWW.OSCARSGOODIES.COM | 238 |
| WWW.OASINOSCAR.COM | 237 |
| WWW.OSCARMAK.COM | 237 |
| OSCAR.SCA.ORG | 235 |
| WWW.THINKQUICKOSCAR.COM | 235 |
| **Total** | **19,047** |
| **Base N** | **19,047** |

**Exhibit 4-3**

**Codes applied to open-ended responses**

| Code Number | Description | |
|---|---|---|
| 1 | The Oscars, The Oscar, Oscars, Oscar (only when in context) | * |
| 2 | Awards, Award show, Award ceremony, Rewards, Prize (except when response is "award" and url is www.theworldawardacademy.com/org) | * |
| 3 | Academy Award related (Nominated, nominees, nominations, or categories of nominees (e.g., Best Picture), Statues, statuette, trophy) | * |
| 4 | Movies, Films, Motion pictures, Film/Entertainment industry, Hollywood, Theaters/Cinemas (except for, e.g., Oscarcinema.com: "Cinema owned by guy named Oscar") | * |
| 5 | Actors, Actresses, Acting, Movie stars, Celebrities, Names of Celebrities | * |
| 6 | General Entertainment (Entertainment, Home Movies, Television, any other entertainment related response not specifically related to the Oscars or Film Industry) | ** |
| 7 | Fictional or entertainment-related "Oscar"s:  e.g., Sesame Street or Oscar the Grouch, Felix and Oscar or Odd Couple, Scar from the Lion King | |
| 8 | Academy Awards | * |
| 10 | Oscar Award | * |
| 11 | Academy of Motion Picture Arts and Sciences (AMPAS) | * |
| 12 | Best of ___, e.g., "best travel website", or non-entertainment Award unrelated to "The Oscars" | * |
| 16 | Movie/Film/Motion Picture Award | * |
| 17 | Screen Actors' Guild | * |
| 18 | Red carpet | * |
| 19 | Other awards show (e.g., Emmys, Golden Globes) | * |
| 30 | Oscar (the word only, or not in context) | |
| 31 | The Name "The Word" "The letters" "The title" "Domain" or repetition of part of the domain other than "Oscar" | |
| 32 | First thing that came to mind. Makes me think it. Sounds like it. Obvious | |
| 51 | Non-Entertainment | |
| 97 | Don't Know/None | |
| 99 | Non-responsive | |

\*: Denotes "Entertainment-related" category in Exhibits 4-4, 4-5, 4-4A, 4-5A

\*\*: Denotes "Entertainment-related" category in Exhibits 4-4A, 4-5A

**Exhibit 4-4**

1. When you see _____ what product(s), service(s), organization(s), activity(ies), or other association(s) if any, come to mind?

| Domain | Entertainment-related (1) Freq. | % | Non-Entertainment Freq. | % | Don't Know/None Freq. | % | Non-responsive Freq. | % | Total Freq. | % | Entertainment-related, Net % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OSCAR.SCA.ORG | 51 | 21.7% | 62 | 26.4% | 125 | 53.2% | 5 | 2.1% | 235 | 100.0% | 30.5% |
| OSCAR.SYMPLICITY.COM | 21 | 8.6% | 59 | 24.3% | 166 | 68.3% | 3 | 1.2% | 243 | 100.0% | 6.0% |
| WWW.OSCARSYMPLICITY.COM | 52 | 21.1% | 61 | 24.8% | 146 | 59.3% | 6 | 2.4% | 246 | 100.0% | 5.0% |
| **Average, Controls** | **124** | **17.1%** | **182** | **25.1%** | **437** | **60.4%** | **14** | **1.9%** | **724** | **100.0%** | |
| WWW.OSCARSORNOT.COM | 118 | 47.6% | 39 | 15.7% | 99 | 39.9% | 5 | 2.0% | 248 | 100.0% | 30.5% |
| WWW.2OSCARS.NET | 56 | 23.1% | 86 | 35.5% | 106 | 43.8% | 1 | 0.4% | 242 | 100.0% | 6.0% |
| WWW.ROUNDING-WITH-OSCAR.COM | 55 | 22.1% | 75 | 30.1% | 131 | 52.6% | 1 | 0.4% | 249 | 100.0% | 5.0% |
| WWW.OSCARSENN.COM | 54 | 22.4% | 59 | 24.5% | 137 | 56.8% | 1 | 0.4% | 241 | 100.0% | 5.3% |
| WWW.THEWORLDAWARDACADEMY.COM | 51 | 21.0% | 97 | 39.9% | 108 | 44.4% | 1 | 0.4% | 243 | 100.0% | 3.9% |
| WWW.OSCARBETS.COM | 50 | 20.3% | 87 | 35.4% | 125 | 50.8% | 1 | 0.4% | 246 | 100.0% | 3.2% |
| WWW.OSCARTWIST.COM | 50 | 20.5% | 74 | 30.3% | 130 | 53.3% | 4 | 1.6% | 244 | 100.0% | 3.4% |
| WWW.ROUNDINGWITHOSCAR.COM | 49 | 19.8% | 86 | 34.8% | 122 | 49.4% | 1 | 0.4% | 247 | 100.0% | 2.7% |
| WWW.OSCARWAY.COM | 48 | 19.8% | 90 | 37.0% | 123 | 50.6% |  | 0.0% | 243 | 100.0% | 2.6% |
| WWW.OSCARCAP.COM | 47 | 18.8% | 64 | 25.6% | 145 | 58.0% | 4 | 1.6% | 250 | 100.0% | 1.7% |
| WWW.IMAGEOSCAR.NET | 46 | 18.8% | 93 | 38.0% | 111 | 45.3% | 1 | 0.4% | 245 | 100.0% | 1.6% |
| WWW.OSCARHOSPITALITY.COM | 44 | 18.1% | 108 | 44.4% | 101 | 41.6% | 3 | 1.2% | 243 | 100.0% | 1.0% |
| WWW.MAKINGTHEROUNDSWITHOSCAR.COM | 43 | 17.7% | 87 | 35.8% | 117 | 48.1% | 2 | 0.8% | 243 | 100.0% | 0.6% |
| WWW.OSCARI.NET | 42 | 17.2% | 50 | 20.5% | 158 | 64.8% | 1 | 0.4% | 244 | 100.0% | 0.1% |
| WWW.OSCARSGOODIES.COM | 42 | 17.6% | 111 | 46.6% | 91 | 38.2% |  | 1.3% | 238 | 100.0% | 0.5% |
| WWW.OSCARSOASIS.COM | 41 | 16.7% | 104 | 42.4% | 109 | 44.5% | 1 | 0.4% | 245 | 100.0% | 0.0% |
| WWW.OSCARWHIMPER.NET | 38 | 15.6% | 65 | 26.7% | 147 | 60.5% | 1 | 0.4% | 243 | 100.0% | 0.0% |
| WWW.OSCARSOTO.COM | 37 | 15.4% | 77 | 32.1% | 135 | 56.3% |  | 0.0% | 240 | 100.0% | 0.0% |
| WWW.OSCARUNRUH.COM | 37 | 15.1% | 70 | 28.6% | 141 | 57.6% | 3 | 1.2% | 245 | 100.0% | 0.0% |
| WWW.24HOURSATOSCARS.COM | 35 | 14.1% | 129 | 52.0% | 89 | 35.9% | 3 | 1.2% | 248 | 100.0% | 0.0% |
| WWW.BOOTLEGOSCARS.COM | 35 | 14.2% | 121 | 49.2% | 100 | 40.7% |  | 0.0% | 246 | 100.0% | 0.0% |
| WWW.ALLOSCAR.COM | 34 | 13.7% | 91 | 36.5% | 126 | 50.6% | 4 | 1.6% | 249 | 100.0% | 0.0% |
| WWW.OSCARWEAR.NET | 33 | 13.2% | 118 | 47.2% | 108 | 43.2% | 1 | 0.4% | 250 | 100.0% | 0.0% |
| WWW.THINKQUICKOSCAR.COM | 33 | 14.0% | 107 | 45.5% | 103 | 43.8% |  | 0.0% | 235 | 100.0% | 0.0% |
| WWW.3DOSCAR.COM | 30 | 12.5% | 115 | 47.9% | 107 | 44.6% | 2 | 0.8% | 240 | 100.0% | 0.0% |

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | % |
| WWW.BOOTLEGOSCARS.NET | 30 | 12.1% | 129 | 52.0% | 100 | 40.3% | 1 | 0.4% | 248 | 100.0% | 0.0% |
| WWW.OSCARSEATON.COM | 30 | 12.1% | 64 | 25.9% | 156 | 63.2% | 3 | 1.2% | 247 | 100.0% | 0.0% |
| WWW.OSCARBRIGHT.COM | 29 | 11.8% | 83 | 33.7% | 143 | 58.1% | - | 0.0% | 246 | 100.0% | 0.0% |
| WWW.OSCARDOW.COM | 28 | 11.6% | 81 | 33.5% | 142 | 58.7% | 6 | 2.5% | 242 | 100.0% | 0.0% |
| WWW.OSCARI.COM | 28 | 11.7% | 51 | 21.3% | 161 | 67.1% | 5 | 2.1% | 240 | 100.0% | 0.0% |
| WWW.OSCARKIDS.COM | 27 | 11.3% | 119 | 49.8% | 108 | 45.2% | 1 | 0.4% | 239 | 100.0% | 0.0% |
| WWW.OSCARMONLINE.COM | 27 | 11.1% | 92 | 37.7% | 128 | 52.5% | 3 | 1.2% | 244 | 100.0% | 0.0% |
| WWW.OSCARSPEAR.COM | 26 | 10.6% | 79 | 32.1% | 147 | 59.8% | 1 | 0.4% | 246 | 100.0% | 0.0% |
| WWW.OSCAR-MIKE.COM | 25 | 10.2% | 100 | 40.8% | 130 | 53.1% | 1 | 0.4% | 245 | 100.0% | 0.0% |
| WWW.OSCARMAK.COM | 25 | 10.5% | 88 | 37.1% | 133 | 56.1% | 2 | 0.8% | 237 | 100.0% | 0.0% |
| WWW.OSCARSMILE.COM | 25 | 10.3% | 147 | 60.5% | 82 | 33.7% | 1 | 0.4% | 243 | 100.0% | 0.0% |
| WWW.APPSOSCARS.COM | 24 | 10.0% | 110 | 45.6% | 110 | 45.6% | 3 | 1.2% | 241 | 100.0% | 0.0% |
| WWW.OSCARANDREW.COM | 22 | 8.9% | 70 | 28.3% | 160 | 64.8% | - | 0.0% | 247 | 100.0% | 0.0% |
| WWW.LISTOSCAR.COM | 20 | 7.9% | 105 | 41.7% | 128 | 50.8% | 1 | 0.4% | 252 | 100.0% | 0.0% |
| WWW.OSCARPARDO.COM | 20 | 8.1% | 71 | 28.6% | 164 | 66.1% | 2 | 0.8% | 248 | 100.0% | 0.0% |
| WWW.OSCARHICKS.NET | 19 | 7.7% | 69 | 27.9% | 160 | 64.8% | 2 | 0.8% | 247 | 100.0% | 0.0% |
| WWW.OSCARSANTOLALLA.COM | 19 | 7.7% | 66 | 26.7% | 170 | 68.8% | - | 0.0% | 247 | 100.0% | 0.0% |
| WWW.OSCARTEL.COM | 19 | 7.7% | 81 | 32.9% | 151 | 61.4% | 3 | 1.2% | 246 | 100.0% | 0.0% |
| WWW.GREENOSCAR.COM | 18 | 7.3% | 124 | 50.6% | 113 | 46.1% | - | 0.0% | 245 | 100.0% | 0.0% |
| WWW.LOCATIONSOSCAR.COM | 18 | 7.1% | 110 | 43.5% | 127 | 50.2% | 1 | 0.4% | 253 | 100.0% | 0.0% |
| WWW.OSCARSHOTELS.COM | 18 | 7.2% | 162 | 65.1% | 81 | 32.5% | 2 | 0.8% | 249 | 100.0% | 0.0% |
| WWW.OSCARSHOTELS.NET | 18 | 7.3% | 181 | 73.6% | 59 | 24.0% | 2 | 0.8% | 246 | 100.0% | 0.0% |
| WWW.OSCARSRAMIREZ.COM | 18 | 7.4% | 78 | 32.2% | 152 | 62.8% | 1 | 0.4% | 242 | 100.0% | 0.0% |
| WWW.OSCARYLALO.COM | 18 | 7.5% | 70 | 29.0% | 163 | 67.6% | - | 0.0% | 241 | 100.0% | 0.0% |
| WWW.GOTOSCAR.COM | 16 | 6.6% | 113 | 46.7% | 114 | 47.1% | 2 | 0.8% | 242 | 100.0% | 0.0% |
| WWW.OSCARPAUL.COM | 16 | 6.5% | 81 | 33.1% | 151 | 61.6% | 3 | 1.2% | 245 | 100.0% | 0.0% |
| WWW.MOISESOSCAR.COM | 15 | 6.0% | 79 | 31.6% | 155 | 62.0% | 4 | 1.6% | 250 | 100.0% | 0.0% |
| WWW.OSCARBRITE.COM | 15 | 6.2% | 97 | 40.1% | 134 | 55.4% | 1 | 0.4% | 242 | 100.0% | 0.0% |
| WWW.OSCARANDEDEN.COM | 14 | 5.9% | 77 | 32.2% | 151 | 63.2% | 3 | 1.3% | 239 | 100.0% | 0.0% |
| WWW.OSCARNELSON.COM | 14 | 5.7% | 69 | 28.0% | 167 | 67.9% | 3 | 1.2% | 246 | 100.0% | 0.0% |
| WWW.OSCARSDISCOUNTEDPRICESONLINE.COM | 14 | 5.7% | 131 | 53.5% | 103 | 42.0% | 2 | 0.8% | 245 | 100.0% | 0.0% |
| WWW.OSCARJAFEE.COM | 13 | 5.4% | 71 | 29.3% | 160 | 66.1% | 2 | 0.8% | 242 | 100.0% | 0.0% |
| WWW.OSCARWALTERS.NET | 13 | 5.3% | 63 | 25.8% | 169 | 69.3% | 2 | 0.8% | 244 | 100.0% | 0.0% |
| WWW.OSCARTRAVELWEB.COM | 12 | 4.9% | 173 | 70.6% | 70 | 28.6% | 1 | 0.4% | 245 | 100.0% | 0.0% |

6

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | % |
| WWW.SAYSOSCAR.COM | 12 | 5.0% | 114 | 47.7% | 111 | 46.4% | 4 | 1.7% | 239 | 100.0% | 0.0% |
| WWW.OSCARHICKS.COM | 11 | 4.5% | 72 | 29.1% | 164 | 66.4% | 2 | 0.8% | 247 | 100.0% | 0.0% |
| WWW.TRAVELOSCAR.COM | 11 | 4.6% | 157 | 65.1% | 80 | 33.2% | - | 0.0% | 241 | 100.0% | 0.0% |
| WWW.OASINOSCAR.COM | 10 | 4.2% | 100 | 42.2% | 132 | 55.7% | - | 0.0% | 237 | 100.0% | 0.0% |
| WWW.IXOSCAR.COM | 9 | 3.7% | 103 | 42.4% | 131 | 53.9% | 3 | 1.2% | 243 | 100.0% | 0.0% |
| WWW.OSCARWELCH.NET | 9 | 3.7% | 76 | 30.9% | 163 | 66.3% | 1 | 0.4% | 246 | 100.0% | 0.0% |
| WWW.OSCARMONSALVE.COM | 7 | 2.9% | 90 | 37.7% | 144 | 60.3% | - | 0.0% | 239 | 100.0% | 0.0% |
| WWW.OSCARWELCH.COM | 7 | 2.8% | 87 | 35.2% | 153 | 61.9% | 1 | 0.4% | 247 | 100.0% | 0.0% |
| WWW.AKSARBENOSCARS.COM | 6 | 2.4% | 117 | 47.0% | 130 | 52.2% | - | 0.0% | 249 | 100.0% | 0.0% |
| WWW.ARKSARBENOSCARS.COM | 5 | 2.0% | 103 | 42.2% | 134 | 54.9% | 2 | 0.8% | 244 | 100.0% | 0.0% |
| WWW.DEREKOSCARSON.COM | 5 | 2.1% | 80 | 33.2% | 157 | 65.1% | 1 | 0.4% | 241 | 100.0% | 0.0% |
| WWW.UNCLEOSCARSHOP.COM | 5 | 2.0% | 141 | 56.6% | 103 | 41.4% | 1 | 0.4% | 249 | 100.0% | 0.0% |
| WWW.OSCARLARSON.COM | 3 | 1.2% | 58 | 23.8% | 183 | 75.0% | 1 | 0.4% | 244 | 100.0% | 0.0% |
| WWW.COSCARAUDIOSALES.COM | 2 | 0.8% | 161 | 67.1% | 77 | 32.1% | 2 | 0.8% | 240 | 100.0% | 0.0% |
| WWW.DERMOSCARS.COM | - | 0.0% | 166 | 67.8% | 78 | 31.8% | 1 | 0.4% | 245 | 100.0% | 0.0% |
| WWW.DOSCARLOS.NET | - | 0.0% | 83 | 34.0% | 159 | 65.2% | 2 | 0.8% | 244 | 100.0% | 0.0% |
| Total Obs | | | | | | | | | 19,047 | 100.0% | |

(1): Includes coded categories: The Oscars, The Oscar, Oscars, Oscar (only when in context);

Awards, Award show, Award ceremony, Rewards, Prize (except when response is "award" and url is www.theworldawardacademy.com/org);

Academy Award related (Nominated, nominees, nominations, or categories of nominees (e.g., Best Picture), Statues, statuette, trophy);

Movies, Films, Motion pictures, Film/Entertainment industry, Hollywood, Theaters/Cinemas (except for, e.g., Oscarcinema.com: "Cinema owned by guy named Oscar");

Actors, Actresses, Acting, Movie stars, Celebrities, Names of Celebrities;

Academy Awards;

Oscar Award;

Academy of Motion Picture Arts and Sciences (AMPAS);

Best of ___, e.g., "best travel website", or non-entertainment Award unrelated to "The Oscars";

Movie/Film/Motion Picture Award;

Screen Actors' Guild;

Red carpet;

Other awards show (e.g., Emmys, Golden Globes).

7

Exhibit 4-5

Responses aggregated, across:

1. When you see _____, what product(s), service(s), organization(s), activity(ies), or other association(s) if any, come to mind?
2. What makes you say that?

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | |
| OSCAR.SCA.ORG | 55 | 23.4% | 90 | 38.3% | 132 | 56.2% | 6 | 2.6% | 235 | 100.0% | |
| OSCAR.SYMPLICITY.COM | 24 | 9.9% | 71 | 29.2% | 173 | 71.2% | 7 | 2.9% | 243 | 100.0% | |
| WWW.OSCARSYMPLICITY.COM | 52 | 21.1% | 77 | 31.3% | 153 | 62.2% | 8 | 3.3% | 246 | 100.0% | |
| **Average, Controls** | **131** | **18.1%** | **238** | **32.9%** | **458** | **63.3%** | **21** | **2.9%** | **724** | **100.0%** | |
| WWW.OSCARSORNOT.COM | 121 | 48.8% | 90 | 36.3% | 102 | 41.1% | 9 | 3.6% | 248 | 100.0% | 30.7% |
| WWW.2OSCARS.NET | 58 | 24.0% | 111 | 45.9% | 110 | 45.5% | 3 | 1.2% | 242 | 100.0% | 5.9% |
| WWW.THEWORLDAWARDACADEMY.COM | 58 | 23.9% | 122 | 50.2% | 120 | 49.4% | 4 | 1.6% | 243 | 100.0% | 5.8% |
| WWW.OSCARSENN.COM | 57 | 23.7% | 93 | 38.6% | 144 | 59.8% | 5 | 2.1% | 241 | 100.0% | 5.6% |
| WWW.ROUNDING-WITH-OSCAR.COM | 55 | 22.1% | 103 | 41.4% | 142 | 57.0% | 3 | 1.2% | 249 | 100.0% | 4.0% |
| WWW.OSCARBETS.COM | 52 | 21.1% | 118 | 48.0% | 130 | 52.8% | 6 | 2.4% | 246 | 100.0% | 3.0% |
| WWW.OSCARTWIST.COM | 52 | 21.3% | 100 | 41.0% | 138 | 56.6% | 4 | 1.6% | 244 | 100.0% | 3.2% |
| WWW.OSCARWAY.COM | 52 | 21.4% | 113 | 46.5% | 129 | 53.1% | 1 | 0.4% | 243 | 100.0% | 3.3% |
| WWW.IMAGEOSCAR.NET | 49 | 20.0% | 130 | 53.1% | 120 | 49.0% | 4 | 1.6% | 245 | 100.0% | 1.9% |
| WWW.OSCARCAP.COM | 49 | 19.6% | 96 | 38.4% | 152 | 60.8% | 9 | 3.6% | 250 | 100.0% | 1.5% |
| WWW.ROUNDINGWITHOSCAR.COM | 49 | 19.8% | 114 | 46.2% | 127 | 51.4% | 2 | 0.8% | 247 | 100.0% | 1.7% |
| WWW.OSCARSGOODIES.COM | 47 | 19.7% | 134 | 56.3% | 97 | 40.8% | 4 | 1.7% | 238 | 100.0% | 1.7% |
| WWW.MAKINGTHEROUNDSWITHOSCAR.COM | 45 | 18.5% | 110 | 45.3% | 129 | 53.1% | 3 | 1.2% | 243 | 100.0% | 0.4% |
| WWW.OSCARHOSPITALITY.COM | 44 | 18.1% | 132 | 54.3% | 107 | 44.0% | 6 | 2.5% | 243 | 100.0% | 0.0% |
| WWW.OSCARSOASIS.COM | 44 | 18.0% | 117 | 47.8% | 115 | 46.9% | 3 | 1.2% | 245 | 100.0% | 0.0% |
| WWW.OSCARI.NET | 42 | 17.2% | 82 | 33.6% | 163 | 66.8% | 1 | 0.4% | 244 | 100.0% | 0.0% |
| WWW.OSCARSOTO.COM | 41 | 17.1% | 95 | 39.6% | 143 | 59.6% | 3 | 1.3% | 240 | 100.0% | 0.0% |
| WWW.OSCARWHIMPER.NET | 40 | 16.5% | 95 | 39.1% | 152 | 62.6% | 4 | 1.6% | 243 | 100.0% | 0.0% |
| WWW.OSCARWEAR.NET | 39 | 15.6% | 133 | 53.2% | 115 | 46.0% | 5 | 2.0% | 250 | 100.0% | 0.0% |
| WWW.BOOTLEGOSCARS.COM | 37 | 15.0% | 142 | 57.7% | 108 | 43.9% | 4 | 1.6% | 246 | 100.0% | 0.0% |
| WWW.OSCARUNRUH.COM | 37 | 15.1% | 99 | 40.4% | 145 | 59.2% | 5 | 2.0% | 245 | 100.0% | 0.0% |
| WWW.24HOURSATOSCARS.COM | 36 | 14.5% | 146 | 58.9% | 103 | 41.5% | 6 | 2.4% | 248 | 100.0% | 0.0% |
| WWW.ALLOSCAR.COM | 35 | 14.1% | 113 | 45.4% | 129 | 51.8% | 10 | 4.0% | 249 | 100.0% | 0.0% |
| WWW.OSCARKIDS.COM | 35 | 14.6% | 131 | 54.8% | 118 | 49.4% | 5 | 2.1% | 239 | 100.0% | 0.0% |
| WWW.OSCARSMILE.COM | 34 | 14.0% | 155 | 63.8% | 93 | 38.3% | 3 | 1.2% | 243 | 100.0% | 0.0% |

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | % |
| WWW.THINKQUICKOSCAR.COM | 34 | 14.5% | 132 | 56.2% | 108 | 46.0% | 4 | 1.7% | 235 | 100.0% | 0.0% |
| WWW.3DOSCAR.COM | 33 | 13.8% | 129 | 53.8% | 116 | 48.3% | 5 | 2.1% | 240 | 100.0% | 0.0% |
| WWW.BOOTLEGOSCARS.NET | 32 | 12.9% | 147 | 59.3% | 105 | 42.3% | 3 | 1.2% | 248 | 100.0% | 0.0% |
| WWW.OSCARBRIGHT.COM | 30 | 12.2% | 96 | 39.0% | 144 | 58.5% | 1 | 0.4% | 246 | 100.0% | 0.0% |
| WWW.OSCARSEATON.COM | 30 | 12.1% | 80 | 32.4% | 159 | 64.4% | 7 | 2.8% | 247 | 100.0% | 0.0% |
| WWW.OSCARI.COM | 29 | 12.1% | 72 | 30.0% | 171 | 71.3% | 6 | 2.5% | 240 | 100.0% | 0.0% |
| WWW.OSCARSPEAR.COM | 29 | 11.8% | 93 | 37.8% | 152 | 61.8% | 5 | 2.0% | 246 | 100.0% | 0.0% |
| WWW.OSCARDOW.COM | 28 | 11.6% | 94 | 38.8% | 149 | 61.6% | 9 | 3.7% | 242 | 100.0% | 0.0% |
| WWW.OSCARMONLINE.COM | 28 | 11.5% | 112 | 45.9% | 135 | 55.3% | 3 | 1.2% | 244 | 100.0% | 0.0% |
| WWW.OSCARMAK.COM | 27 | 11.4% | 101 | 42.6% | 139 | 58.6% | 5 | 2.1% | 237 | 100.0% | 0.0% |
| WWW.APPSOSCARS.COM | 26 | 10.8% | 120 | 49.8% | 116 | 48.1% | 7 | 2.9% | 241 | 100.0% | 0.0% |
| WWW.OSCAR-MIKE.COM | 26 | 10.6% | 113 | 46.1% | 134 | 54.7% | 3 | 1.2% | 245 | 100.0% | 0.0% |
| WWW.OSCARSHOTELS.NET | 26 | 10.6% | 184 | 74.8% | 64 | 26.0% | 6 | 2.4% | 246 | 100.0% | 0.0% |
| WWW.OSCARANDREW.COM | 23 | 9.3% | 88 | 35.6% | 167 | 67.6% | 3 | 1.2% | 247 | 100.0% | 0.0% |
| WWW.OSCARSHOTELS.COM | 23 | 9.2% | 165 | 66.3% | 83 | 33.3% | 7 | 2.8% | 249 | 100.0% | 0.0% |
| WWW.GREENOSCAR.COM | 20 | 8.2% | 132 | 53.9% | 121 | 49.4% | 2 | 0.8% | 245 | 100.0% | 0.0% |
| WWW.LISTOSCAR.COM | 20 | 7.9% | 121 | 48.0% | 133 | 52.8% | 6 | 2.4% | 252 | 100.0% | 0.0% |
| WWW.LOCATIONSOSCAR.COM | 20 | 7.9% | 124 | 49.0% | 132 | 52.2% | 7 | 2.8% | 253 | 100.0% | 0.0% |
| WWW.OSCARBRITE.COM | 20 | 8.3% | 105 | 43.4% | 142 | 58.7% | 2 | 0.8% | 242 | 100.0% | 0.0% |
| WWW.OSCARPARDO.COM | 20 | 8.1% | 81 | 32.7% | 170 | 68.5% | 2 | 0.8% | 248 | 100.0% | 0.0% |
| WWW.OSCARTEL.COM | 20 | 8.1% | 95 | 38.6% | 157 | 63.8% | 6 | 2.4% | 246 | 100.0% | 0.0% |
| WWW.OSCARHICKS.NET | 19 | 7.7% | 88 | 35.6% | 167 | 67.6% | 5 | 2.0% | 247 | 100.0% | 0.0% |
| WWW.OSCARSANTOLALLA.COM | 19 | 7.7% | 74 | 30.0% | 178 | 72.1% | 1 | 0.4% | 247 | 100.0% | 0.0% |
| WWW.OSCARYLALO.COM | 19 | 7.9% | 80 | 33.2% | 167 | 69.3% | 2 | 0.8% | 241 | 100.0% | 0.0% |
| WWW.OSCARRAMIREZ.COM | 18 | 7.4% | 86 | 35.5% | 159 | 65.7% | 1 | 0.4% | 242 | 100.0% | 0.0% |
| WWW.GOTOSCAR.COM | 17 | 7.0% | 126 | 52.1% | 120 | 49.6% | 6 | 2.5% | 242 | 100.0% | 0.0% |
| WWW.MOISESOSCAR.COM | 17 | 6.8% | 92 | 36.8% | 166 | 66.4% | 7 | 2.8% | 250 | 100.0% | 0.0% |
| WWW.OSCARPAUL.COM | 17 | 6.9% | 94 | 38.4% | 157 | 64.1% | 6 | 2.4% | 245 | 100.0% | 0.0% |
| WWW.OSCARIAFEE.COM | 16 | 6.6% | 80 | 33.1% | 164 | 67.8% | 3 | 1.2% | 242 | 100.0% | 0.0% |
| WWW.OSCARNELSON.COM | 15 | 6.1% | 77 | 31.3% | 175 | 71.1% | 4 | 1.6% | 246 | 100.0% | 0.0% |
| WWW.OSCARSDISCOUNTEDPRICESONLINE.COM | 15 | 6.1% | 141 | 57.6% | 104 | 42.4% | 7 | 2.9% | 245 | 100.0% | 0.0% |
| WWW.TRAVELOSCAR.COM | 15 | 6.2% | 160 | 66.4% | 88 | 36.5% | 2 | 0.8% | 241 | 100.0% | 0.0% |
| WWW.OSCARANDEDEN.COM | 14 | 5.9% | 85 | 35.6% | 156 | 65.3% | 4 | 1.7% | 239 | 100.0% | 0.0% |
| WWW.OSCARHICKS.COM | 13 | 5.3% | 87 | 35.2% | 175 | 70.9% | 5 | 2.0% | 247 | 100.0% | 0.0% |
| WWW.OSCARTRAVELWEB.COM | 13 | 5.3% | 175 | 71.4% | 77 | 31.4% | 5 | 2.0% | 245 | 100.0% | 0.0% |

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | % |
| WWW.OSCARWALTERS.NET | 13 | 5.3% | 73 | 29.9% | 178 | 73.0% | 5 | 2.0% | 244 | 100.0% | 0.0% |
| WWW.SAYSOSCAR.COM | 12 | 5.0% | 122 | 51.0% | 117 | 49.0% | 7 | 2.9% | 239 | 100.0% | 0.0% |
| WWW.IXOSCAR.COM | 11 | 4.5% | 111 | 45.7% | 141 | 58.0% | 5 | 2.1% | 243 | 100.0% | 0.0% |
| WWW.OASINOSCAR.COM | 10 | 4.2% | 104 | 43.9% | 140 | 59.1% | 6 | 2.5% | 237 | 100.0% | 0.0% |
| WWW.OSCARWELCH.NET | 10 | 4.1% | 83 | 33.7% | 168 | 68.3% | 2 | 0.8% | 246 | 100.0% | 0.0% |
| WWW.AKSARBENOSCARS.COM | 8 | 3.2% | 120 | 48.2% | 139 | 55.8% | 2 | 0.8% | 249 | 100.0% | 0.0% |
| WWW.OSCARMONSALVE.COM | 8 | 3.3% | 96 | 40.2% | 151 | 63.2% | 4 | 1.7% | 239 | 100.0% | 0.0% |
| WWW.OSCARWELCH.COM | 7 | 2.8% | 91 | 36.8% | 162 | 65.6% | 3 | 1.2% | 247 | 100.0% | 0.0% |
| WWW.ARKSARBENOSCARS.COM | 6 | 2.5% | 106 | 43.4% | 141 | 57.8% | 6 | 2.5% | 244 | 100.0% | 0.0% |
| WWW.DEREKOSCARSON.COM | 5 | 2.1% | 86 | 35.7% | 163 | 67.6% | 2 | 0.8% | 241 | 100.0% | 0.0% |
| WWW.UNCLEOSCARSHOP.COM | 5 | 2.0% | 147 | 59.0% | 110 | 44.2% | 5 | 2.0% | 249 | 100.0% | 0.0% |
| WWW.OSCARLARSON.COM | 4 | 1.6% | 65 | 26.6% | 192 | 78.7% | 5 | 2.0% | 244 | 100.0% | 0.0% |
| WWW.COSCARAUDIOSALES.COM | 2 | 0.8% | 161 | 67.1% | 84 | 35.0% | 6 | 2.5% | 240 | 100.0% | 0.0% |
| WWW.DERMOSCARS.COM | - | 0.0% | 167 | 68.2% | 84 | 34.3% | 5 | 2.0% | 245 | 100.0% | 0.0% |
| WWW.DOSCARLOS.NET | - | 0.0% | 83 | 34.0% | 171 | 70.1% | 4 | 1.6% | 244 | 100.0% | 0.0% |
| **Total Obs** | | | | | | | | | **19,047** | **100.0%** | |

(1): Includes coded categories: The Oscars, The Oscar, Oscars, Oscar (only when in context);

Awards, Award show, Award ceremony, Rewards, Prize (except when response is "award" and url is www.theworldawardacademy.com/org);

Academy Award related (Nominated, nominees, nominations, or categories of nominees (e.g., Best Picture), Statues, statuette, trophy);

Movies, Films, Motion pictures, Film/Entertainment industry, Hollywood, Theaters/Cinemas (except for, e.g., Oscarcinema.com: "Cinema owned by guy named Oscar");

Actors, Actresses, Acting, Movie stars, Celebrities, Names of Celebrities;

Academy Awards;

Oscar Award;

Academy of Motion Picture Arts and Sciences (AMPAS);

Best of ____ e.g., "best travel website", or non-entertainment Award unrelated to "The Oscars";

Movie/Film/Motion Picture Award;

Screen Actors' Guild;

Red carpet;

Other awards show (e.g., Emmys, Golden Globes).

10

Exhibit 4-4A

1. When you see _____ what product(s), service(s), organization(s), activity(ies), or other association(s) if any, come to mind?

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | |
| OSCAR.SCA.ORG | 53 | 22.6% | 59 | 25.1% | 125 | 53.2% | 5 | 2.1% | 235 | 100.0% | 31.2% |
| OSCAR.SYMPLICITY.COM | 22 | 9.1% | 58 | 23.9% | 166 | 68.3% | 3 | 1.2% | 243 | 100.0% | 5.6% |
| WWW.OSCARSYMPLICITY.COM | 52 | 21.1% | 60 | 24.4% | 146 | 59.3% | 6 | 2.4% | 246 | 100.0% | 5.7% |
| **Average, Controls** | **127** | **17.5%** | **177** | **24.4%** | **437** | **60.4%** | **14** | **1.9%** | **724** | **100.0%** | |
| WWW.OSCARSORNOT.COM | 121 | 48.8% | 30 | 12.1% | 99 | 39.9% | 5 | 2.0% | 248 | 100.0% | 4.9% |
| WWW.2OSCARS.NET | 56 | 23.1% | 84 | 34.7% | 106 | 43.8% | 1 | 0.4% | 242 | 100.0% | 4.7% |
| WWW.OSCARSENN.COM | 56 | 23.2% | 57 | 23.7% | 137 | 56.8% | 1 | 0.4% | 241 | 100.0% | 3.6% |
| WWW.ROUNDING-WITH-OSCAR.COM | 56 | 22.5% | 75 | 30.1% | 131 | 52.6% | 1 | 0.4% | 249 | 100.0% | 3.8% |
| WWW.THEWORLDAWARDACADEMY.COM | 54 | 22.2% | 87 | 35.8% | 108 | 44.4% | 1 | 0.4% | 243 | 100.0% | 2.3% |
| WWW.OSCARBETS.COM | 52 | 21.1% | 85 | 34.6% | 125 | 50.8% | 1 | 0.4% | 246 | 100.0% | 1.7% |
| WWW.OSCARTWIST.COM | 52 | 21.3% | 70 | 28.7% | 130 | 53.3% | 4 | 1.6% | 244 | 100.0% | 2.2% |
| WWW.ROUNDINGWITHOSCAR.COM | 49 | 19.8% | 85 | 34.4% | 122 | 49.4% | 1 | 0.4% | 247 | 100.0% | 1.2% |
| WWW.OSCARCAP.COM | 48 | 19.2% | 59 | 23.6% | 145 | 58.0% | 4 | 1.6% | 250 | 100.0% | 0.6% |
| WWW.OSCARWAY.COM | 48 | 19.8% | 89 | 36.6% | 123 | 50.6% | - | 0.0% | 243 | 100.0% | 0.6% |
| WWW.IMAGEOSCAR.NET | 46 | 18.8% | 93 | 38.0% | 111 | 45.3% | 1 | 0.4% | 245 | 100.0% | 0.0% |
| WWW.MAKINGTHEROUNDSWITHOSCAR.COM | 44 | 18.1% | 87 | 35.8% | 117 | 48.1% | 2 | 0.8% | 243 | 100.0% | 0.0% |
| WWW.OSCARHOSPITALITY.COM | 44 | 18.1% | 107 | 44.0% | 101 | 41.6% | 3 | 1.2% | 243 | 100.0% | 0.0% |
| WWW.OSCARSOASIS.COM | 43 | 17.6% | 102 | 41.6% | 109 | 44.5% | 1 | 0.4% | 245 | 100.0% | 0.0% |
| WWW.OSCARI.NET | 42 | 17.2% | 50 | 20.5% | 158 | 64.8% | 1 | 0.4% | 244 | 100.0% | 0.0% |
| WWW.OSCARSGOODIES.COM | 42 | 17.6% | 111 | 46.6% | 91 | 38.2% | 3 | 1.3% | 238 | 100.0% | 0.0% |
| WWW.OSCARWHIMPER.NET | 40 | 16.5% | 63 | 25.9% | 147 | 60.5% | 1 | 0.4% | 243 | 100.0% | 0.0% |
| WWW.OSCARUNRUH.COM | 39 | 15.9% | 67 | 27.3% | 141 | 57.6% | 3 | 1.2% | 245 | 100.0% | 0.0% |
| WWW.OSCARSOTO.COM | 38 | 15.8% | 76 | 31.7% | 135 | 56.3% | - | 0.0% | 240 | 100.0% | 0.0% |
| WWW.BOOTLEGOSCARS.COM | 36 | 14.6% | 120 | 48.8% | 100 | 40.7% | - | 0.0% | 246 | 100.0% | 0.0% |
| WWW.24HOURSATOSCARS.COM | 35 | 14.1% | 128 | 51.6% | 89 | 35.9% | 3 | 1.2% | 248 | 100.0% | 0.0% |
| WWW.ALLOSCAR.COM | 34 | 13.7% | 89 | 35.7% | 126 | 50.6% | 4 | 1.6% | 249 | 100.0% | 0.0% |
| WWW.OSCARWEAR.NET | 34 | 13.6% | 117 | 46.8% | 108 | 43.2% | 1 | 0.4% | 250 | 100.0% | 0.0% |
| WWW.THINKQUICKOSCAR.COM | 33 | 14.0% | 104 | 44.3% | 103 | 43.8% | - | 0.0% | 235 | 100.0% | 0.0% |
| WWW.3DOSCAR.COM | 31 | 12.9% | 113 | 47.1% | 107 | 44.6% | 2 | 0.8% | 240 | 100.0% | 0.0% |

11

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | |
| WWW.BOOTLEGOSCARS.NET | 30 | 12.1% | 129 | 52.0% | 100 | 40.3% | 1 | 0.4% | 248 | 100.0% | 0.0% |
| WWW.OSCARSEATON.COM | 30 | 12.1% | 63 | 25.5% | 156 | 63.2% | 3 | 1.2% | 247 | 100.0% | 0.0% |
| WWW.OSCARBRIGHT.COM | 29 | 11.8% | 83 | 33.7% | 143 | 58.1% | - | 0.0% | 246 | 100.0% | 0.0% |
| WWW.OSCARI.COM | 29 | 12.1% | 50 | 20.8% | 161 | 67.1% | 5 | 2.1% | 240 | 100.0% | 0.0% |
| WWW.OSCARKIDS.COM | 29 | 12.1% | 117 | 49.0% | 108 | 45.2% | 1 | 0.4% | 239 | 100.0% | 0.0% |
| WWW.OSCARDOW.COM | 28 | 11.6% | 81 | 33.5% | 142 | 58.7% | 6 | 2.5% | 242 | 100.0% | 0.0% |
| WWW.OSCARMONLINE.COM | 28 | 11.5% | 90 | 36.9% | 128 | 52.5% | 1 | 0.4% | 244 | 100.0% | 0.0% |
| WWW.OSCARSMILE.COM | 28 | 11.5% | 145 | 59.7% | 82 | 33.7% | 1 | 0.4% | 243 | 100.0% | 0.0% |
| WWW.OSCARSPEAR.COM | 28 | 11.4% | 77 | 31.3% | 147 | 59.8% | 3 | 1.2% | 246 | 100.0% | 0.0% |
| WWW.OSCAR-MIKE.COM | 27 | 11.0% | 98 | 40.0% | 130 | 53.1% | 1 | 0.4% | 245 | 100.0% | 0.0% |
| WWW.OSCARANDREW.COM | 25 | 10.1% | 68 | 27.5% | 160 | 64.8% | - | 0.0% | 247 | 100.0% | 0.0% |
| WWW.OSCARMAK.COM | 25 | 10.5% | 87 | 36.7% | 133 | 56.1% | 2 | 0.8% | 237 | 100.0% | 0.0% |
| WWW.APPSOSCARS.COM | 24 | 10.0% | 110 | 45.6% | 110 | 45.6% | 3 | 1.2% | 241 | 100.0% | 0.0% |
| WWW.OSCARTEL.COM | 21 | 8.5% | 77 | 31.3% | 151 | 61.4% | 3 | 1.2% | 246 | 100.0% | 0.0% |
| WWW.LISTOSCAR.COM | 20 | 7.9% | 105 | 41.7% | 128 | 50.8% | 1 | 0.4% | 252 | 100.0% | 0.0% |
| WWW.OSCARPARDO.COM | 20 | 8.1% | 71 | 28.6% | 164 | 66.1% | 2 | 0.8% | 248 | 100.0% | 0.0% |
| WWW.OSCARSANTOLALLA.COM | 20 | 8.1% | 66 | 26.7% | 170 | 68.8% | - | 0.0% | 247 | 100.0% | 0.0% |
| WWW.OSCARSHOTELS.COM | 20 | 8.0% | 162 | 65.1% | 81 | 32.5% | 2 | 0.8% | 249 | 100.0% | 0.0% |
| WWW.OSCARYLALO.COM | 20 | 8.3% | 66 | 27.4% | 163 | 67.6% | - | 0.0% | 241 | 100.0% | 0.0% |
| WWW.LOCATIONSOSCAR.COM | 19 | 7.5% | 109 | 43.1% | 127 | 50.2% | 1 | 0.4% | 253 | 100.0% | 0.0% |
| WWW.OSCARHICKS.NET | 19 | 7.7% | 69 | 27.9% | 160 | 64.8% | 2 | 0.8% | 247 | 100.0% | 0.0% |
| WWW.OSCARSHOTELS.NET | 19 | 7.7% | 181 | 73.6% | 59 | 24.0% | 2 | 0.8% | 246 | 100.0% | 0.0% |
| WWW.GREENOSCAR.COM | 18 | 7.3% | 123 | 50.2% | 113 | 46.1% | - | 0.0% | 245 | 100.0% | 0.0% |
| WWW.OSCARSRAMIREZ.COM | 18 | 7.4% | 77 | 31.8% | 152 | 62.8% | 1 | 0.4% | 242 | 100.0% | 0.0% |
| WWW.GOTOSCAR.COM | 16 | 6.6% | 113 | 46.7% | 114 | 47.1% | 2 | 0.8% | 242 | 100.0% | 0.0% |
| WWW.MOISESOSCAR.COM | 16 | 6.4% | 79 | 31.6% | 155 | 62.0% | 4 | 1.6% | 250 | 100.0% | 0.0% |
| WWW.OSCARPAUL.COM | 16 | 6.5% | 81 | 33.1% | 151 | 61.6% | 3 | 1.2% | 245 | 100.0% | 0.0% |
| WWW.OSCARANDEDEN.COM | 15 | 6.3% | 76 | 31.8% | 151 | 63.2% | 3 | 1.3% | 239 | 100.0% | 0.0% |
| WWW.OSCARBRITE.COM | 15 | 6.2% | 97 | 40.1% | 134 | 55.4% | 2 | 0.8% | 242 | 100.0% | 0.0% |
| WWW.OSCARJAFEE.COM | 15 | 6.2% | 68 | 28.1% | 160 | 66.1% | 2 | 0.8% | 242 | 100.0% | 0.0% |
| WWW.OSCARNELSON.COM | 15 | 6.1% | 66 | 26.8% | 167 | 67.9% | 3 | 1.2% | 246 | 100.0% | 0.0% |
| WWW.OSCARSDISCOUNTEDPRICESONLINE.COM | 15 | 6.1% | 130 | 53.1% | 103 | 42.0% | 2 | 0.8% | 245 | 100.0% | 0.0% |
| WWW.OSCARWALTERS.NET | 14 | 5.7% | 63 | 25.8% | 169 | 69.3% | 2 | 0.8% | 244 | 100.0% | 0.0% |
| WWW.OSCARTRAVELWEB.COM | 12 | 4.9% | 173 | 70.6% | 70 | 28.6% | 1 | 0.4% | 245 | 100.0% | 0.0% |

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | % |
| WWW.SAYSOSCAR.COM | 12 | 5.0% | 114 | 47.7% | 111 | 46.4% | 4 | 1.7% | 239 | 100.0% | 0.0% |
| WWW.OSCARHICKS.COM | 11 | 4.5% | 70 | 28.3% | 164 | 66.4% | 2 | 0.8% | 247 | 100.0% | 0.0% |
| WWW.TRAVELOSCAR.COM | 11 | 4.6% | 157 | 65.1% | 80 | 33.2% | - | 0.0% | 241 | 100.0% | 0.0% |
| WWW.IXOSCAR.COM | 10 | 4.1% | 102 | 42.0% | 131 | 53.9% | 3 | 1.2% | 243 | 100.0% | 0.0% |
| WWW.OASINOSCAR.COM | 10 | 4.2% | 100 | 42.2% | 132 | 55.7% | - | 0.0% | 237 | 100.0% | 0.0% |
| WWW.OSCARWELCH.COM | 9 | 3.6% | 87 | 35.2% | 153 | 61.9% | 1 | 0.4% | 247 | 100.0% | 0.0% |
| WWW.OSCARWELCH.NET | 9 | 3.7% | 76 | 30.9% | 163 | 66.3% | 1 | 0.4% | 246 | 100.0% | 0.0% |
| WWW.OSCARMONSALVE.COM | 7 | 2.9% | 90 | 37.7% | 144 | 60.3% | - | 0.0% | 239 | 100.0% | 0.0% |
| WWW.AKSARBENOSCARS.COM | 6 | 2.4% | 117 | 47.0% | 130 | 52.2% | - | 0.0% | 249 | 100.0% | 0.0% |
| WWW.DEREKOSCARSON.COM | 6 | 2.5% | 80 | 33.2% | 157 | 65.1% | 1 | 0.4% | 241 | 100.0% | 0.0% |
| WWW.ARKSARBENOSCARS.COM | 5 | 2.0% | 103 | 42.2% | 134 | 54.9% | 2 | 0.8% | 244 | 100.0% | 0.0% |
| WWW.UNCLEOSCARSHOP.COM | 5 | 2.0% | 141 | 56.6% | 103 | 41.4% | 1 | 0.4% | 249 | 100.0% | 0.0% |
| WWW.COSCARAUDIOSALES.COM | 3 | 1.3% | 159 | 66.3% | 77 | 32.1% | 2 | 0.8% | 240 | 100.0% | 0.0% |
| WWW.OSCARLARSON.COM | 3 | 1.2% | 58 | 23.8% | 183 | 75.0% | 1 | 0.4% | 244 | 100.0% | 0.0% |
| WWW.DOSCARLOS.NET | 1 | 0.4% | 82 | 33.6% | 159 | 65.2% | 2 | 0.8% | 244 | 100.0% | 0.0% |
| WWW.DERMOSCARS.COM | - | 0.0% | 166 | 67.8% | 78 | 31.8% | 1 | 0.4% | 245 | 100.0% | 0.0% |
| **Total Obs** | | | | | | | | | **19,047** | **100.0%** | |

(1): Includes coded categories: The Oscars, The Oscar, Oscars, Oscar (only when in context);

Awards, Award show, Award ceremony, Rewards, Prize (except when response is "award" and url is www.theworldawardacademy.com/org);

Academy Award related (Nominated, nominees, nominations, or categories of nominees (e.g., Best Picture), Statues, statuette, trophy);

Movies, Films, Motion pictures, Film/Entertainment industry, Hollywood, Theaters/Cinemas (except for, e.g., Oscarcinema.com: "Cinema owned by guy named Oscar");

Actors, Actresses, Acting, Movie stars, Celebrities, Names of Celebrities;

General Entertainment (Entertainment, Home Movies, Television, any other entertainment related response not specifically related to the Oscars or Film Industry);

Academy Awards;

Oscar Award;

Academy of Motion Picture Arts and Sciences (AMPAS);

Best of ___, e.g., "best travel website", or non-entertainment Award unrelated to "The Oscars";

Movie/Film/Motion Picture Award;

Screen Actors' Guild;

Red carpet;

Other awards show (e.g., Emmys, Golden Globes).

13

Exhibit 4-5A

Responses aggregated, across:
1. When you see _____, what product(s), service(s), organization(s), activity(ies), or other association(s) if any, come to mind?
2. What makes you say that?

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | |
| OSCAR.SCA.ORG | 55 | 23.4% | 88 | 37.4% | 132 | 56.2% | 6 | 2.6% | 235 | 100.0% | |
| OSCAR.SYMPLICITY.COM | 24 | 9.9% | 71 | 29.2% | 173 | 71.2% | 7 | 2.9% | 243 | 100.0% | |
| WWW.OSCARSYMPLICITY.COM | 52 | 21.1% | 77 | 31.3% | 153 | 62.2% | 8 | 3.3% | 246 | 100.0% | |
| **Average, Controls** | **131** | **18.1%** | **236** | **32.6%** | **458** | **63.3%** | **21** | **2.9%** | **724** | **100.0%** | |
| WWW.OSCARSORNOT.COM | 122 | 49.2% | 83 | 33.5% | 102 | 41.1% | 9 | 3.6% | 248 | 100.0% | 31.1% |
| WWW.2OSCARS.NET | 59 | 24.4% | 109 | 45.0% | 110 | 45.5% | 3 | 1.2% | 242 | 100.0% | 6.3% |
| WWW.THEWORLDAWARDACADEMY.COM | 59 | 24.3% | 119 | 49.0% | 120 | 49.4% | 4 | 1.6% | 243 | 100.0% | 6.2% |
| WWW.OSCARSENN.COM | 58 | 24.1% | 91 | 37.8% | 144 | 59.8% | 5 | 2.1% | 241 | 100.0% | 6.0% |
| WWW.ROUNDING-WITH-OSCAR.COM | 56 | 22.5% | 102 | 41.0% | 142 | 57.0% | 3 | 1.2% | 249 | 100.0% | 4.4% |
| WWW.OSCARBETS.COM | 53 | 21.5% | 117 | 47.6% | 130 | 52.8% | 6 | 2.4% | 246 | 100.0% | 3.5% |
| WWW.OSCARTWIST.COM | 53 | 21.7% | 98 | 40.2% | 138 | 56.6% | 4 | 1.6% | 244 | 100.0% | 3.6% |
| WWW.OSCARWAY.COM | 52 | 21.4% | 113 | 46.5% | 129 | 53.1% | 1 | 0.4% | 243 | 100.0% | 3.3% |
| WWW.ROUNDINGWITHOSCAR.COM | 50 | 20.2% | 114 | 46.2% | 127 | 51.4% | 2 | 0.8% | 247 | 100.0% | 2.1% |
| WWW.IMAGEOSCAR.NET | 49 | 20.0% | 130 | 53.1% | 120 | 49.0% | 4 | 1.6% | 245 | 100.0% | 1.9% |
| WWW.OSCARCAP.COM | 49 | 19.6% | 92 | 36.8% | 152 | 60.8% | 9 | 3.6% | 250 | 100.0% | 1.5% |
| WWW.MAKINGTHEROUNDSWITHOSCAR.COM | 47 | 19.3% | 110 | 45.3% | 129 | 53.1% | 3 | 1.2% | 243 | 100.0% | 1.2% |
| WWW.OSCARSGOODIES.COM | 47 | 19.7% | 134 | 56.3% | 97 | 40.8% | 4 | 1.7% | 238 | 100.0% | 1.7% |
| WWW.OSCARSOASIS.COM | 45 | 18.4% | 116 | 47.3% | 115 | 46.9% | 3 | 1.2% | 245 | 100.0% | 0.3% |
| WWW.OSCARHOSPITALITY.COM | 44 | 18.1% | 132 | 54.3% | 107 | 44.0% | 6 | 2.5% | 243 | 100.0% | 0.0% |
| WWW.OSCARI.NET | 42 | 17.2% | 81 | 33.3% | 163 | 66.8% | 1 | 0.4% | 244 | 100.0% | 0.0% |
| WWW.OSCARWHIMPER.NET | 42 | 17.3% | 94 | 38.7% | 152 | 62.6% | 4 | 1.6% | 243 | 100.0% | 0.0% |
| WWW.OSCARSOTO.COM | 41 | 17.1% | 94 | 39.2% | 143 | 59.6% | 3 | 1.3% | 240 | 100.0% | 0.0% |
| WWW.OSCARWEAR.NET | 40 | 16.0% | 131 | 52.4% | 115 | 46.0% | 5 | 2.0% | 250 | 100.0% | 0.0% |
| WWW.OSCARUNRUH.COM | 39 | 15.9% | 98 | 40.0% | 145 | 59.2% | 5 | 2.0% | 245 | 100.0% | 0.0% |
| WWW.BOOTLEGOSCARS.COM | 38 | 15.4% | 142 | 57.7% | 108 | 43.9% | 4 | 1.6% | 246 | 100.0% | 0.0% |
| WWW.OSCARSMILE.COM | 37 | 15.2% | 154 | 63.4% | 93 | 38.3% | 3 | 1.2% | 243 | 100.0% | 0.0% |
| WWW.24HOURSATOSCARS.COM | 36 | 14.5% | 146 | 58.9% | 103 | 41.5% | 6 | 2.4% | 248 | 100.0% | 0.0% |
| WWW.OSCARKIDS.COM | 36 | 15.1% | 131 | 54.8% | 118 | 49.4% | 5 | 2.1% | 239 | 100.0% | 0.0% |
| WWW.ALLOSCAR.COM | 35 | 14.1% | 113 | 45.4% | 129 | 51.8% | 10 | 4.0% | 249 | 100.0% | 0.0% |

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | % |
| WWW.THINKQUICKOSCAR.COM | 34 | 14.5% | 132 | 56.2% | 108 | 46.0% | 4 | 1.7% | 235 | 100.0% | 0.0% |
| WWW.3DOSCAR.COM | 33 | 13.8% | 129 | 53.8% | 116 | 48.3% | 5 | 2.1% | 240 | 100.0% | 0.0% |
| WWW.BOOTLEGOSCARS.NET | 32 | 12.9% | 147 | 59.3% | 105 | 42.3% | 3 | 1.2% | 248 | 100.0% | 0.0% |
| WWW.OSCARSEATON.COM | 31 | 12.6% | 80 | 32.4% | 159 | 64.4% | 7 | 2.8% | 247 | 100.0% | 0.0% |
| WWW.OSCARBRIGHT.COM | 30 | 12.2% | 96 | 39.0% | 144 | 58.5% | 1 | 0.4% | 246 | 100.0% | 0.0% |
| WWW.OSCARSPEAR.COM | 30 | 12.2% | 92 | 37.4% | 152 | 61.8% | 5 | 2.0% | 246 | 100.0% | 0.0% |
| WWW.OSCARDOW.COM | 29 | 12.0% | 94 | 38.8% | 149 | 61.6% | 9 | 3.7% | 242 | 100.0% | 0.0% |
| WWW.OSCARI.COM | 29 | 12.1% | 71 | 29.6% | 171 | 71.3% | 6 | 2.5% | 240 | 100.0% | 0.0% |
| WWW.OSCARMONLINE.COM | 29 | 11.9% | 112 | 45.9% | 135 | 55.3% | 3 | 1.2% | 244 | 100.0% | 0.0% |
| WWW.OSCAR-MIKE.COM | 28 | 11.4% | 112 | 45.7% | 134 | 54.7% | 3 | 1.2% | 245 | 100.0% | 0.0% |
| WWW.OSCARMAK.COM | 27 | 11.4% | 101 | 42.6% | 139 | 58.6% | 5 | 2.1% | 237 | 100.0% | 0.0% |
| WWW.OSCARSHOTELS.NET | 27 | 11.0% | 184 | 74.8% | 64 | 26.0% | 6 | 2.4% | 246 | 100.0% | 0.0% |
| WWW.APPSOSCARS.COM | 26 | 10.8% | 120 | 49.8% | 116 | 48.1% | 7 | 2.9% | 241 | 100.0% | 0.0% |
| WWW.OSCARANDREW.COM | 25 | 10.1% | 86 | 34.8% | 167 | 67.6% | 3 | 1.2% | 247 | 100.0% | 0.0% |
| WWW.OSCARSHOTELS.COM | 25 | 10.0% | 165 | 66.3% | 83 | 33.3% | 7 | 2.8% | 249 | 100.0% | 0.0% |
| WWW.OSCARTEL.COM | 22 | 8.9% | 95 | 38.6% | 157 | 63.8% | 6 | 2.4% | 246 | 100.0% | 0.0% |
| WWW.LOCATIONSOSCAR.COM | 21 | 8.3% | 124 | 49.0% | 132 | 52.2% | 7 | 2.8% | 253 | 100.0% | 0.0% |
| WWW.OSCARYLALO.COM | 21 | 8.7% | 79 | 32.8% | 167 | 69.3% | 2 | 0.8% | 241 | 100.0% | 0.0% |
| WWW.GREENOSCAR.COM | 20 | 8.2% | 132 | 53.9% | 121 | 49.4% | 2 | 0.8% | 245 | 100.0% | 0.0% |
| WWW.LISTOSCAR.COM | 20 | 7.9% | 121 | 48.0% | 133 | 52.8% | 6 | 2.4% | 252 | 100.0% | 0.0% |
| WWW.OSCARBRITE.COM | 20 | 8.3% | 105 | 43.4% | 142 | 58.7% | 2 | 0.8% | 242 | 100.0% | 0.0% |
| WWW.OSCARPARDO.COM | 20 | 8.1% | 81 | 32.7% | 170 | 68.5% | 2 | 0.8% | 248 | 100.0% | 0.0% |
| WWW.OSCARSANTOLALLA.COM | 20 | 8.1% | 74 | 30.0% | 178 | 72.1% | 1 | 0.4% | 247 | 100.0% | 0.0% |
| WWW.OSCARHICKS.NET | 19 | 7.7% | 88 | 35.6% | 167 | 67.6% | 5 | 2.0% | 247 | 100.0% | 0.0% |
| WWW.MOISESOSCAR.COM | 18 | 7.2% | 92 | 36.8% | 166 | 66.4% | 7 | 2.8% | 250 | 100.0% | 0.0% |
| WWW.OSCARSRAMIREZ.COM | 18 | 7.4% | 85 | 35.1% | 159 | 65.7% | 1 | 0.4% | 242 | 100.0% | 0.0% |
| WWW.GOTOSCAR.COM | 17 | 7.0% | 126 | 52.1% | 120 | 49.6% | 6 | 2.5% | 242 | 100.0% | 0.0% |
| WWW.OSCARJAFEE.COM | 17 | 7.0% | 78 | 32.2% | 164 | 67.8% | 3 | 1.2% | 242 | 100.0% | 0.0% |
| WWW.OSCARPAUL.COM | 17 | 6.9% | 94 | 38.4% | 157 | 64.1% | 6 | 2.4% | 245 | 100.0% | 0.0% |
| WWW.OSCARNELSON.COM | 16 | 6.5% | 76 | 30.9% | 175 | 71.1% | 4 | 1.6% | 246 | 100.0% | 0.0% |
| WWW.OSCARSDISCOUNTEDPRICESONLINE.COM | 16 | 6.5% | 141 | 57.6% | 104 | 42.4% | 7 | 2.9% | 245 | 100.0% | 0.0% |
| WWW.OSCARANDEDEN.COM | 15 | 6.3% | 85 | 35.6% | 156 | 65.3% | 4 | 1.7% | 239 | 100.0% | 0.0% |
| WWW.TRAVELOSCAR.COM | 15 | 6.2% | 160 | 66.4% | 88 | 36.5% | 2 | 0.8% | 241 | 100.0% | 0.0% |
| WWW.OSCARTRAVELWEB.COM | 14 | 5.7% | 175 | 71.4% | 77 | 31.4% | 5 | 2.0% | 245 | 100.0% | 0.0% |
| WWW.OSCARWALTERS.NET | 14 | 5.7% | 73 | 29.9% | 178 | 73.0% | 5 | 2.0% | 244 | 100.0% | 0.0% |

| Domain | Entertainment-related (1) | | Non-Entertainment | | Don't Know/None | | Non-responsive | | Total | | Entertainment-related, Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Freq. | % | Freq. | % | Freq. | % | Freq. | % | Freq. | % | % |
| WWW.OSCARHICKS.COM | 13 | 5.3% | 87 | 35.2% | 175 | 70.9% | 5 | 2.0% | 247 | 100.0% | 0.0% |
| WWW.IXOSCAR.COM | 12 | 4.9% | 111 | 45.7% | 141 | 58.0% | 5 | 2.1% | 243 | 100.0% | 0.0% |
| WWW.SAYSOSCAR.COM | 12 | 5.0% | 121 | 50.6% | 117 | 49.0% | 7 | 2.9% | 239 | 100.0% | 0.0% |
| WWW.OASINOSCAR.COM | 10 | 4.2% | 104 | 43.9% | 140 | 59.1% | 6 | 2.5% | 237 | 100.0% | 0.0% |
| WWW.OSCARWELCH.NET | 10 | 4.1% | 83 | 33.7% | 168 | 68.3% | 2 | 0.8% | 246 | 100.0% | 0.0% |
| WWW.OSCARWELCH.COM | 9 | 3.6% | 91 | 36.8% | 162 | 65.6% | 3 | 1.2% | 247 | 100.0% | 0.0% |
| WWW.AKSARBENOSCARS.COM | 8 | 3.2% | 120 | 48.2% | 139 | 55.8% | 2 | 0.8% | 249 | 100.0% | 0.0% |
| WWW.OSCARMONSALVE.COM | 8 | 3.3% | 96 | 40.2% | 151 | 63.2% | 4 | 1.7% | 239 | 100.0% | 0.0% |
| WWW.ARKSARBENOSCARS.COM | 6 | 2.5% | 106 | 43.4% | 141 | 57.8% | 6 | 2.5% | 244 | 100.0% | 0.0% |
| WWW.DEREKOSCARSON.COM | 6 | 2.5% | 86 | 35.7% | 163 | 67.6% | 2 | 0.8% | 241 | 100.0% | 0.0% |
| WWW.UNCLEOSCARSHOP.COM | 5 | 2.0% | 147 | 59.0% | 110 | 44.2% | 5 | 2.0% | 249 | 100.0% | 0.0% |
| WWW.OSCARLARSON.COM | 4 | 1.6% | 65 | 26.6% | 192 | 78.7% | 5 | 2.0% | 244 | 100.0% | 0.0% |
| WWW.COSCARAUDIOSALES.COM | 3 | 1.3% | 161 | 67.1% | 84 | 35.0% | 6 | 2.5% | 240 | 100.0% | 0.0% |
| WWW.DOSCARLOS.NET | 1 | 0.4% | 83 | 34.0% | 171 | 70.1% | 4 | 1.6% | 244 | 100.0% | 0.0% |
| WWW.DERMOSCARS.COM | - | 0.0% | 167 | 68.2% | 84 | 34.3% | 5 | 2.0% | 245 | 100.0% | 0.0% |
| **Total Obs** | | | | | | | | | **19,047** | **100.0%** | |

(1): Includes coded categories: The Oscars, The Oscar, Oscars, Oscar (only when in context);

Awards, Award show, Award ceremony, Rewards, Prize (except when response is "award" and url is www.theworldawardacademy.com/org); Statues, statuette, trophy);

Academy Award related (Nominated, nominees, nominations, or categories of nominees (e.g., Best Picture), Statues, statuette, trophy);

Movies, Films, Motion pictures, Film/Entertainment industry, Hollywood, Theaters/Cinemas (except for, e.g., Oscarcinema.com: "Cinema owned by guy named Oscar!");

Actors, Actresses, Acting, Movie stars, Celebrities, Names of Celebrities;

General Entertainment (Entertainment, Home Movies, Television, any other entertainment related response not specifically related to the Oscars or Film Industry);

Academy Awards;

Oscar Award;

Academy of Motion Picture Arts and Sciences (AMPAS);

Best of _____, e.g., "best travel website", or non-entertainment Award unrelated to "The Oscars";

Movie/Film/Motion Picture Award;

Screen Actors' Guild;

Red carpet;

Other awards show (e.g., Emmys, Golden Globes).

16

Exhibit 5

## Domain Name Study
## January 2013

Basic design:
> Conducted with online panel

Sample:
- Individual consumers each viewing ONE name string from the following:
  > [See attached list]

- Consumers 18 to 80 (gender and ages = general population incidence)

**SECTION ONE: SCREENER -- <u>ALL</u> RESPONDENTS.**

(For each question below, one screen for each question.  Terminate based on quota fills.)
**NO USE OF BACK BUTTON IN SURVEY**

1. Please mark your gender:
   a. Male [final quota will be – General population of 18-80%]
   b. Female [final quota will be – General population of 18-80%]
(If entered/punched Gender does not match what you have on file for this panelist, reject)

2. Please tell us your age:
   a. Under 18 → TERMINATE
   b. 18 – 25 [final quota will be – General population of group %]
   c. 26 – 35 [final quota will be – General population of group %]
   d. 36 – 45 [final quota will be – General population of group %]
   e. 46 – 55 [final quota will be – General population of group %]
   f. 56 – 65 [final quota will be – General population of group %]
   g. 66 – 80 [final quota will be – General population of group %]
   h. Over 80 →   TERMINATE
      (If entered/punched Age does not match what you have on file for this panelist, reject)

**SECTION TWO: <u>ALL</u> RESPONDENTS**

**NEXT SCREEN:**
Screen 1

Thank you for helping us today.

We will be showing you an Internet domain name, and asking you several questions about it.

**We are interested in your impressions, opinions or beliefs based only on the information provided.  Please do not leave the browser window while responding, or seek additional information during this short survey.**

Please just respond with your honest opinions and beliefs.  If you do not know the answer to a question, please indicate that.  There is no right or wrong answer – just your opinions and beliefs.

If you wear eyeglasses or contact lenses when you view your computer screen, please make sure you have them on now.

**NEXT SCREEN:**
Screen 2

> **Note:**  The first question is below.  **Again, please respond with your impressions, opinions or beliefs based only on the information provided below.**

1.  When you see

    [SHOW STRING]

    what product(s), service(s), organization(s), activity(ies), or other association(s) if any, come to mind?

    _____

    [Don't Know / Not Sure XX]

**NEXT SCREEN:**
Screen 3   (IF <u>NOT</u> DON'T KNOW TO Q1)

    [SHOW STRING]

    [IF Q1 < > Don't Know]

2.  What makes you say that?

    _____

    [Don't Know / Not Sure XX]

**NEXT SCREEN:**
Screen 4

3. Finally, please tell us if you or anyone in your household work in any of the following industries (click all that apply)?
[ROTATE OR RANDOMIZE TO P BELOW]

    A) Television, radio or print media
    B) Web content
    C) Acting
    D) Publishing
    E) Auto repair
    F) Electronics
    G) Motion picture production and/or performance
    H) Animal care
    I) Health care
    J) Music
    K) Clothing
    L) Advertising
    M) Public relations
    N) Market research
    O) Ticket sales
    P) Don't know/not sure
    Q) None of the above

**NEXT SCREEN:**
Screen 5

Thank you very much for your time.

Domains:

| | |
|---|---|
| 1 | WWW.ALLOSCAR.COM |
| 2 | WWW.OSCARSGOODIES.COM |
| 3 | WWW.OSCARWEAR.NET |
| 4 | WWW.OSCARBETS.COM |
| 5 | WWW.OSCARSORNOT.COM |
| 6 | WWW.IMAGEOSCAR.NET |
| 7 | WWW.BOOTLEGOSCARS.NET |
| 8 | WWW.OSCARSOASIS.COM |
| 9 | WWW.OSCARWAY.COM |
| 10 | WWW.MAKINGTHEROUNDSWITHOSCAR.COM |
| 11 | WWW.2OSCARS.NET |
| 12 | WWW.OSCARSPEAR.COM |
| 13 | WWW.THINKQUICKOSCAR.COM |
| 14 | WWW.OSCARCAP.COM |
| 15 | WWW.OSCARWHIMPER.NET |
| 16 | WWW.OSCARSOTO.COM |
| 17 | WWW.OSCARI.COM |
| 18 | WWW.OSCARKIDS.COM |
| 19 | WWW.OSCARTWIST.COM |
| 20 | WWW.THEWORLDAWARDACADEMY.COM |
| 21 | WWW.24HOURSATOSCARS.COM |
| 22 | WWW.OSCARTEL.COM |
| 23 | WWW.ROUNDINGWITHOSCAR.COM |
| 24 | WWW.OSCARSENN.COM |
| 25 | WWW.3DOSCAR.COM |
| 26 | WWW.OSCARHOSPITALITY.COM |
| 27 | WWW.OSCARHICKS.NET |
| 28 | WWW.BOOTLEGOSCARS.COM |
| 29 | WWW.OSCARI.NET |
| 30 | WWW.OSCAR-MIKE.COM |
| 31 | WWW.LISTOSCAR.COM |
| 32 | WWW.OSCARBRIGHT.COM |
| 33 | WWW.OSCARSANTOLALLA.COM |
| 34 | WWW.OSCARSMILE.COM |
| 35 | WWW.MOISESOSCAR.COM |
| 36 | WWW.OSCARSEATON.COM |
| 37 | WWW.OSCARANDREW.COM |
| 38 | WWW.OSCARDOW.COM |
| 39 | WWW.OASINOSCAR.COM |
| 40 | WWW.OSCARBRITE.COM |
| 41 | WWW.OSCARSRAMIREZ.COM |
| 42 | WWW.OSCARUNRUH.COM |
| 43 | WWW.OSCARMAK.COM |

| | |
|---|---|
| 44 | WWW.TRAVELOSCAR.COM |
| 45 | WWW.GREENOSCAR.COM |
| 46 | WWW.OSCARSDISCOUNTEDPRICESONLINE.COM |
| 47 | WWW.OSCARSHOTELS.COM |
| 48 | WWW.OSCARSHOTELS.NET |
| 49 | WWW.OSCARPARDO.COM |
| 50 | WWW.OSCARTRAVELWEB.COM |
| 51 | WWW.SAYSOSCAR.COM |
| 52 | WWW.OSCARMONLINE.COM |
| 53 | WWW.AKSARBENOSCARS.COM |
| 54 | WWW.GOTOSCAR.COM |
| 55 | WWW.IXOSCAR.COM |
| 56 | WWW.OSCARMONSALVE.COM |
| 57 | WWW.OSCARPAUL.COM |
| 58 | WWW.OSCARWELCH.NET |
| 59 | WWW.OSCARNELSON.COM |
| 60 | WWW.OSCARHICKS.COM |
| 61 | WWW.OSCARANDEDEN.COM |
| 62 | WWW.OSCARJAFEE.COM |
| 63 | WWW.OSCARLARSON.COM |
| 64 | WWW.ARKSARBENOSCARS.COM |
| 65 | WWW.OSCARWALTERS.NET |
| 66 | WWW.ROUNDING-WITH-OSCAR.COM |
| 67 | WWW.DERMOSCARS.COM |
| 68 | WWW.LOCATIONSOSCAR.COM |
| 69 | WWW.DEREKOSCARSON.COM |
| 70 | WWW.DOSCARLOS.NET |
| 71 | WWW.OSCARWELCH.COM |
| 72 | WWW.UNCLEOSCARSHOP.COM |
| 73 | WWW.OSCARYLALO.COM |
| 74 | WWW.APPSOSCARS.COM |
| 75 | WWW.COSCARAUDIOSALES.COM |
| 76 | WWW.OSCARSYMPLICITY.COM |
| 77 | OSCAR.SCA.ORG |
| 78 | OSCAR.SYMPLICITY.COM |