**WRENN BENDER LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California  92614
Telephone.: (949) 202-5810
Facsimile:   (949) 679-7939
E-Mail:      amckown@wrennbender.com
             pzecchini@wrennbender.com

Attorneys for Defendant
GODADDY.COM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738-ABC (CW)<br><br>Assigned to Hon. Audrey B. Collins Courtroom 680<br><br>**DECLARATION OF PAUL NICKS IN SUPPORT OF DEFENDANT GO DADDY.COM, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 22, 2013<br>Time: 10:00 a.m.<br><br>Complaint Filed:   May 18, 2010<br>Trial Date:        May 21, 2013 |

I, Paul Nicks, declare:

1.      I am the Director of Product Development for Aftermarket Products for Defendant GoDaddy.com ("Go Daddy"). As Director of Aftermarket, I am responsible for overseeing the development of a number of Go Daddy products, including its parked page programs. I have been employed by Go Daddy in its aftermarket products group since April 2007. I have personal knowledge of the matters set forth in this Declaration and if called upon to testify in court, I could and would competently do so.

2.      Go Daddy is a domain name registrar. Go Daddy provides an automated registration process for any person who seeks to register a domain name (the "domain name registrant"). The domain name registrant submits the proposed domain name for registration through Go Daddy's online "dashboard." Go Daddy's automated system determines the availability of the domain name. The registrant is then informed regarding whether the proposed domain name is available.

3.      Go Daddy's automated "dashboard" prompts a registrant to designate a domain name server ("DNS") for the routing of a domain name at the time of registration. A domain name is required to have its DNS designated at the time of registration in order to ensure the orderly process for acquiring domain names and the proper functioning of the DNS system.

4.      If the domain name requested is available, the registrant will then be presented with a series of options, including the length of registration, the purchase of additional products or services, and a request to identify the name server where the domain name will be routed so that content resolving from the domain name can be located and viewed online.

5.      When a domain name is registered, it is reserved in the Domain Name System ("DNS") maintained by the Internet Corporation for Assigned Names and Numbers ("ICANN"), which is the non-profit organization responsible for operating the Internet. The DNS is a database system that translates a domain name into an

Internet Protocol ("IP") address. IP addresses are the numerical addresses by which computers locate each other. By matching each domain name to a specific IP address, the DNS allows Internet users to navigate the Internet without having to remember the specific numerical address for each website they visit.

6. A registrant's routing options include the ability to configure his or her name server so that it routes to a "record not found" error message, to a newly created website on a server hosted by Go Daddy or another third party, or to an existing website already associated with another domain name. Alternatively, the registrant can select Go Daddy's parked page servers or elect not to designate a name server at all. In the event a registrant does not select a name server at the time of registration, the name server for Go Daddy's parked page servers will be designated by default. The registrant may change his or her name server at any time.

7. The designation of Go Daddy's parked page servers does not result in the creation of a webpage or any content. Rather, a parked page will not resolve from a domain name whose DNS is designated to Go Daddy's parked page servers unless and until an Internet user places the domain name in their web browser and presses enter. At that point, the parked page will be created and exist only for the length of time that the Internet user keeps the parked page open. Once the registrant closes the parked page, the parked page ceases to exist; the content is not stored on any host server for future use.

8. Go Daddy has had a Parked Page Program since it became a domain name registrar. Since its inception, the Parked Page Program has always contained templates that would cause a domain name to resolve to non-monetized content. This non-monetized content includes "coming soon" pages," "sorry this site is not currently available" pages, and blank pages, among others.

9. Go Daddy eventually added templates to its Parked Page Program that

included Go Daddy banner ads as well as Google-provided contextual ads. These templates were in addition to, not replacement of, the non-monetized templates that have always existed in Go Daddy's Parked Page Program. A domain name registrant controls the DNS for its domain name at all times. A domain name registrant also has the ability to request a non-monetized template to resolve from its domain name that has its DNS directed to Go Daddy's parked page servers.

10. When a parked page is created, an impression is made and tracked by Go Daddy. Go Daddy does not track the name server for a domain name unless an impression is made. The new page will create a new impression, which will again be tracked by Go Daddy. Because of the dynamic nature of the parked pages, the content used to populate the parked page is not stored on the hosting server.

11. The content that resolves from a domain name whose name server is designated to Go Daddy's parked page servers is dependent on the template assigned to the domain name. Go Daddy maintains various different templates associated with its parked page servers. These templates include both monetized and non-monetized parked pages.

12. Whether advertisements are displayed on a domain name whose name server is designated to Go Daddy's parked page servers depends on the template designated for the specific domain name. The template designation may be set by Go Daddy or by the request of the domain name registrant. The template designation for a given domain name could change at any time based on the registrant's continual right to control content resolving from their domain name.

13. In the event a domain name has its DNS designated to Go Daddy's parked page servers and it has a template designation that includes Go Daddy banner ads, Go Daddy will not earn revenues simply from the Internet user's clicking on a Go Daddy banner ad.

DECLARATION OF PAUL NICKS

WRENN BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

1     I declare under penalty of perjury under the laws of the United States of America that the facts set forth above are true and correct.

Executed this 28th day of March, 2013, at Cedar Rapids, Iowa.

*/s/ Paul Nicks*