**WRENN BENDER LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California  92614
Telephone.: (949) 202-5810
Facsimile:   (949) 679-7939
E-Mail:      amckown@wrennbender.com
             pzecchini@wrennbender.com

Attorneys for Defendants
GODADDY.COM, INC. and DOMAINS BY PROXY, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738-ABC (CW)<br><br>Assigned to Hon. Audrey B. Collins Courtroom 680<br><br>**NOTICE OF LODGING CERTIFIED COPIES OF TRADEMARK REGISTRATIONS INCLUDED AS EXHIBIT E TO DECLARATION OF A. MCKOWN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 22, 2013<br>Time: 10:00 a.m.<br><br><br>Complaint Filed:  May 18, 2010<br>Trial Date:        May 21, 2013 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Defendant GoDaddy.com, Inc. hereby lodges the original certified copies of the Trademark Registrations attached as Exhibit E to the Declaration of Aaron M. McKown in support of Opposition to Motion for Summary Judgment.

    Defendant's Notice of Manual Filing is attached hereto as Exhibit A.

Dated:  April 2, 2013

**WRENN BENDER LLLP**
Aaron M. McKown
Paula L. Zecchini


By: */s/ Aaron M. McKown*
      Aaron M. McKown
Attorneys for Defendants
GODADDY.COM, INC. and DOMAINS BY PROXY, INC.

# EXHIBIT A

Aaron M. McKown 208781
WRENN BENDER LLLP
2 Park Plaza
Irvine, CA 92614
(949) 202-5810
Attorneys for Defendants GoDaddy.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Academy of Motion Picture Arts and Sciences<br><br>PLAINTIFF(S)<br>v.<br><br>GoDaddy.com, Inc., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV10-3738 ABC (CWx) |
|---|---|
| | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

1) Application to File Under Seal; 2) [Proposed] Order Granting Application to File Under Seal

**Document Description:**
- ☐ Administrative Record
- ☒ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
- ☐ Other

**Reason:**
- ☒ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☒ Manual Filing required ( *reason* ):
  Certified Copies of Trademark Registrations from USPTO.

| April 1, 2013 | Aaron M. McKown |
|---|---|
| Date | Attorney Name |
| | Defendants GoDaddy.com, Inc. |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (12/11) **NOTICE OF MANUAL FILING**



# PROOF OF SERVICE
CCP 1013a(3) Revised 5/1/88

## AMPAS v. GODADDY.COM, INC.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Park Plaza, Ste. 550, Irvine, California, 92614. My e-mail address is: ljuarez@wrennbender.com.

On April 2, 2013, I served the following document(s) described as: **NOTICE OF LODGING CERTIFIED COPIES OF TRADEMARK REGISTRATIONS INCLUDED AS EXHIBIT E TO DECLARATION OF A. MCKOWN IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on all interested parties in this action by placing [☒] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Enoch H. Liang<br>James M. Lee<br>**Lee Tran & Liang APLC**<br>601 South Figueroa Street, Suite 4025<br>Los Angeles, CA 90017<br>Stuart Singer<br>David Nelson<br>**Boies, Schiller & Flexner LLP**<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 | Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences<br>Phone: 213-612-3737<br>Fax: 213-612-3773<br>E-mail: jml@ltlcounsel.com;<br>ehl@ltlcounsel.com<br>Phone: 954-356-0011<br>Fax: 954-356-0022<br>E-mail: ssinger@bsfllp.com;<br>dnelson@bsfllp.com |
| David L. Zifkin, Esq.<br>**Boies, Schiller & Flexner LLP**<br>225 Santa Monica Blvd., 11th Flr<br>Santa Monica, CA 90401 | Phone: 310-395-5800<br>Fax: 310-578-7898<br>Email: dzifkin@bsfllp.com;<br>dmichaels@bsfllp.com |
| Robert M. Foote<br>Kathleen Chavez<br>Matthew Herman<br>**Foote, Meyers, Mielke & Flowers LLC**<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174 | Phone: 630-232-6333<br>Fax: 630-845-8982<br>E-mail: rmf@foote-meyers.com;<br>kchavez@foote-meyers.com; and<br>mherman@foote-meyers.com |

**WRENN BENDER LLLP**
2 Park Plaza, Suite 550
Irvine, California 92614

[☒] by CM/ECF NOTICE OF ELECTRONIC FILING - I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[ ] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] BY EMAIL – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 2, 2013, at Irvine, California.

*Laura Juarez*

_____
LAURA T. JUAREZ