1  BOIES, SCHILLER & FLEXNER, LLP
2  Stuart Singer (*pro hac vice*)
   ssinger@bsfllp.com
3  David Nelson (*pro hac vice*)
4  dnelson@bsfllp.com
   401 East Las Olas Blvd., Suite 1200
5  Fort Lauderdale, FL 33301
6  Telephone: (954) 356-0011
   Facsimile:   (954) 356-0022
7
8  [Additional Counsel Listed on Signature Page]

9  Attorneys for Plaintiff *Academy of Motion Picture Arts and Sciences*

10
11           **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
12

13 ACADEMY OF MOTION PICTURE      )
   ARTS AND SCIENCES, a California )
14 nonprofit corporation,          )
                                   ) Case No.: 2:10-cv-03738-ABC-CW
15            Plaintiff,           )
         v.                        )
16                                 ) **PLAINTIFF'S UNOPPOSED**
   GODADDY.COM, INC., a Delaware   ) **REQUEST TO REPLACE DOCKET**
17 corporation,                    ) **NO. 373**
                                   )
18            Defendant.           )
                                   )
19                                 )
20                                 )
21                                 )
22                                 )
23                                 )
24                                 )
25 ─────────────────────────────── )

26
27
28

Plaintiff the Academy of Motion Picture Arts and Sciences ("Plaintiff") respectfully requests that the Court replace Docket No. 373, Plaintiff's Public Redacted version of its Opposition to Defendant's Motion for Summary Judgment or in the Alternative Motion for Partial Summary Judgment ("Opposition") for the foregoing reasons:

WHEREAS on April 1, 2013 Plaintiff submitted with Court an under seal version of its Opposition, along with an application to seal;

WHEREAS certain portions of Plaintiff's Opposition contain information designated as Confidential by Defendant GoDaddy.com., Inc. under the terms of the parties' Stipulated Protective Order;

WHEREAS on April 1, 2013, Plaintiff electronically filed what was to be a Public Redacted version of its Opposition (Dkt. No. 373);

WHEREAS Plaintiff inadvertently uploaded an unreduced version of its Opposition as Dkt. No. 373;

WHEREAS Defendant has been informed of, and does not oppose this Request to Replace.

THEREFORE, Plaintiff respectfully requests that the Court replace Docket No. 373 (the Opposition) with the redacted version of the Plaintiff's Opposition attached hereto as Exhibit 1.

Dated: April 2, 2013

      /s/ Enoch Liang
      Enoch Liang

      BOIES, SCHILLER & FLEXNER LLP
      Stuart Singer (*pro hac vice*)
      ssinger@bsfllp.com
      David Nelson (*pro hac vice*)
      dnelson@bsfllp.com
      401 East Las Olas Blvd, Suite 1200
      Fort Lauderdale, FL 33301

Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
David Michaels (SBN 276100)
dmichaels@bsfllp.com
225 Santa Monica Blvd., 11th Fl.
Santa Monica, CA 90401
Tel:  310-393-9119
Fax:  310-395-5877

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC
Robert M. Foote (*pro hac vice*)
rmf@fmcolaw.com
Matthew Herman (*pro hac vice*)
mjh@fmcolaw.com
10 West State Street, Suite 200
Geneva, Illinois 60134
Tel:  630-232-7450
Fax:  630-232-7452

LEE, TRAN & LIANG APLC
James M. Lee (SBN 192301)
jml@ltlcounsel.com
Enoch H. Liang (SBN 212324)
ehl@ltlcounsel.com
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: 213-612-3737
Fax: 213-612-3773

Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

PLAINTIFF'S UNOPPOSED REQUEST TO REPLACE DOCKET NO. 373