**WRENN BENDER LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California  92614
Telephone.: (949) 202-5810
Facsimile:  (949) 679-7939
E-Mail:     amckown@wrennbender.com
            pzecchini@wrennbender.com

Attorneys for Defendants
GODADDY.COM, INC. and DOMAINS BY PROXY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738-ABC (CW)<br><br>Assigned to Hon. Audrey B. Collins Courtroom 680<br><br>**DECLARATION OF GEOFFREY NUNBERG IN SUPPORT OF DEFENDANT GO DADDY.COM, INC.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT**<br><br>Date: April 22, 2013<br>Time: 10:00 a.m.<br><br>Complaint Filed:  May 18, 2010<br>Trial Date:       May 21, 2013 |

I, Geoffrey Nunberg, declare:

1. I am an Adjunct Full Professor at the School of Information at the University of California Berkeley. I make this declaration in support of Defendant GoDaddy.com, Inc.'s ("Go Daddy") Motion for Summary Judgment. I have personal knowledge of the matters set forth in this Declaration and if called upon to testify in court, I could and would competently do so.

2. I have been retained by Go Daddy to provide my opinion from a linguistic and lexicographical standpoint as to the similarity between the trademarks owned by Plaintiff Academy of Motion Picture Arts and Sciences ("AMP AS") and the domain names designated by AMPAS as allegedly "infringing" in its Second Amended Complaint and its notices of Additional Infringing Domain Names dated April l4, 2011 and September 26, 2011. I was not asked to provide an expert opinion as to any domain names identified by AMPAS after September 2011.

3. A summary of my opinions, the bases for each, and the scope of my assignment are contained in the signed copy of my expert report dated January 11, 2013 and signed January 14, 2013. A true and correct copy of my expert report is attached hereto as Exhibit 1. I hereby adopt and reaffirm the statements made in Exhibit 1 and affirmatively state that every statement contained therein is made based on my own personal knowledge and under penalty of perjury.

I declare under penalty of perjury under the laws of the United States of America that the facts set forth above, and as set forth in my report attached hereto, are true and correct.

Executed this 2nd day of April, 2013, at San Francisco, California.

_____
Geoffrey Nunberg

**PROOF OF SERVICE**
CCP 1013a(3) Revised 5/1/88

**AMPAS v. GODADDY.COM, INC.**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Park Plaza, Ste. 550, Irvine, California, 92614. My e-mail address is: ljuarez@wrennbender.com.

On April 2, 2013, I served the following document(s) described as: **DECLARATION OF GEOFFREY NUNBERG IN SUPPORT OF DEFENDANT GO DADDY.COM, INC.'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT** on all interested parties in this action by placing [☒] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Enoch H. Liang<br>James M. Lee<br>**Lee Tran & Liang APLC**<br>601 South Figueroa Street, Suite 4025<br>Los Angeles, CA 90017 | Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences<br>Phone: 213-612-3737<br>Fax: 213-612-3773<br>E-mail: jml@ltlcounsel.com;<br>ehl@ltlcounsel.com |
| Stuart Singer<br>David Nelson<br>**Boies, Schiller & Flexner LLP**<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 | Phone: 954-356-0011<br>Fax: 954-356-0022<br>E-mail: ssinger@bsfllp.com;<br>dnelson@bsfllp.com |
| David L. Zifkin, Esq.<br>**Boies, Schiller & Flexner LLP**<br>225 Santa Monica Blvd., 11th Flr<br>Santa Monica, CA 90401 | Phone: 310-395-5800<br>Fax: 310-578-7898<br>Email: dzifkin@bsfllp.com;<br>dmichaels@bsfllp.com |
| Robert M. Foote<br>Kathleen Chavez<br>Matthew Herman<br>**Foote, Meyers, Mielke & Flowers LLC**<br>3 North Second Street, Suite 300<br>St. Charles, IL 60174 | Phone: 630-232-6333<br>Fax: 630-845-8982<br>E-mail: rmf@foote-meyers.com;<br>kchavez@foote-meyers.com; and<br>mherman@foote-meyers.com |

**WRENN BENDER LLLP**
2 Park Plaza, Suite 550
Irvine, California 92614

PROOF OF SERVICE

[☒] by CM/ECF NOTICE OF ELECTRONIC FILING - I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

[ ] BY MAIL - As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY FACSIMILE - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] BY OVERNIGHT DELIVERY - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ ] BY EMAIL – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 2, 2013, at Irvine, California.

*Laura Juarez*

_____
LAURA T. JUAREZ

PROOF OF SERVICE