David I. Michaels (SBN 276100)
Boies, Schiller & Flexner LLP
225 Santa Monica Blvd., 11th FL.
Santa Monica, CA 90401
Ph: 310-393-9119 / Fax: 310-395-5877

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:10-cv-03738 ABC (CWx)<br><br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

(1) Application to File Exhibits Under Seal; (2) Proposed Order Granting Application to File Under Seal; (3) Exhibits G,H,L,M,N,P,RS,T,U and V to the Declaration of Matthew Herman In Support of Defendant's Opposition to Plaintiff's Motion to Exclude the Expert Testimony of Joe Presbrey.

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☐ Other

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required ( *reason* ):

| | |
|---|---|
| May 20, 2013 | /s/David Michaels |
| Date | Attorney Name |
| | Academy of Motion Picture Arts and Sciences |
| | Party Represented |

*Note:*   File one Notice of Manual Filing in each case, each time you manually file document(s).