1   BOIES, SCHILLER & FLEXNER, LLP
2   Stuart Singer (*pro hac vice*), ssinger@bsfllp.com
    401 East Las Olas Blvd., Suite 1200
3   Fort Lauderdale, FL 33301
    Tel: (954) 356-0011; Fax: (954) 356-0022
4   *Attorneys for Plaintiff*
5   [additional counsel listed on signature page]

6
    WRENN BENDER LLLP
7   Aaron M. McKown (CA Bar No. 208781), amckown@wrennbender.com
    Paula Zecchini (CA Bar No. 238731), pzecchini@wrennbender.com
8   2 Park Plaza, Suite 550
9   Irvine, CA 92612
    Tel: 949.202.5818; Fax: 949.679.7939
10  *Attorneys for Defendant GoDaddy.com, Inc.*

11

12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14
    ACADEMY OF MOTION PICTURE          ) Case No. CV10 3738 ABC (CWx)
15  ARTS AND SCIENCES, a California     )
    nonprofit corporation,              )
16                                      ) **JOINT SUBMISSION RE: UNIFIED**
                      Plaintiff,        ) **LIST OF DOMAIN NAMES IN THE**
17                                      ) **PARTIES' CROSS-MOTIONS FOR**
              v.                        ) **SUMMARY JUDGMENT THAT**
18                                      ) **ARE READY FOR THE COURT**
    GODADDY.COM, INC., a Delaware       ) **TO RULE ON THE ISSUE OF**
19  corporation; THE GODADDY GROUP      ) **CONFUSING SIMILARITY**
    INC., a Delaware corporation;       )
20  DOMAINS BY PROXY, INC., a           )
    Delaware Corporation;               )
21  GREENDOMAINMARKT.COM, an            ) Date Action Filed:      May 18, 2010
    unknown entity; BDS, an unknown     )
22  entity; and XPDREAMTEAM LLC, a      ) Pre-Trial Conference:  July 14, 2014
    California limited liability corporation, )
23                                      ) Trial Date:             July 28, 2014
                      Defendants.       )
24                                      )
                                        )
25  ────────────────────────────────── )

26

27

28
              JOINT UNIFIED DOMAIN NAME LIST OF THE PARTIES

Pursuant to the Court's June 24, 2013 Order (Dkt. No. 499), the Academy of Motion Pictures Arts and Sciences ("Academy") and Defendant GoDaddy.com, Inc. ("GoDaddy") hereby submit the following Unified List of Domain Names ready for ruling.

The parties have been and are continuing to meet and confer on whether there are additional domain names appropriate to submit to the Court for a determination of confusing similarity as a matter of law.  With the Court's permission, the parties plan to submit a Second Unified List of Domain Names by no later than Tuesday, August 6, 2013.

## A. <u>List of Domain Names from Appendix 6 to GoDaddy's March 14, 2013 MSJ</u>

The Academy has stipulated with GoDaddy to dismiss the following 18 domain names from this matter that were listed on Appendix 6 to GoDaddy's motion for summary judgment:

1. AKSARBENOSCARS.COM
2. DEREKOSCARSON.COM
3. MOISESOSCAR.COM
4. OSCARANDEDEN.COM
5. OSCARANDREW.COM
6. OSCARBETANCUR.COM
7. OSCARHICKS.COM
8. OSCARLARSON.COM
9. OSCARNELSON.COM
10. OSCARPAUL.COM
11. OSCARSEATON.COM
12. OSCARSENN.COM

1    13.   OSCARSOTO.COM

2    14.   OSCARSPEAR.COM

3    15.   OSCARSRAMIREZ.COM

4    16.   OSCARUNRUH.COM

5    17.   OSCARWELCH.COM

6    18.   OSCARWELCH.NET

7    The following 21 domain names from Appendix 6 to GoDaddy's motion for

8    summary judgment are ready for the Court to rule regarding whether they are *not*

9    confusingly similar as a matter of law to the Academy's trademarks:[1]

10   1.   OSCAR360.COM

11   2.   OSCARCOMEDY.COM

12   3.   OSCARWEAR.NET

13   4.   OSCARKIDS.COM

14   5.   OASINOSCAR.COM

15   6.   SAYSOSCAR.COM

16   7.   OSCARHOPE.COM

17   8.   OSCAR-MIKE.COM

18   9.   OSCARCLAIM.COM

19   10.   OSCARCLAIM.NET

20   11.   OSCARCLAIMS.NET

21   12.   THEOSCARBODY.COM

22   13.   THEOSCARTEAM.COM

23   14.   THEOSCARORNOT.COM

24   15.   THEOSCARSORNOT.COM

25   [1]   To the extent the Court finds that any of these 21 domain names are *not* confusingly
26   similar, Go Daddy requests that the Court rule on its motion for summary judgment that these
     domain names are also not "dilutive of" AMPAS' marks as the Court defined that term in its
27   June 21, 2013 Order.  The Academy also reserves the right to oppose at summary judgment
     and/or argue at trial that any non-confusingly similar domain names are "dilutive of" its marks
28   under the ACPA.

16.   OSCARSROOM.COM

17.   OSCARYLALO.COM

18.   OSCARHOSPITALITY.COM

19.   OSCARSOASIS.COM

20.   OSCARWAY.COM

21.   IXOSCAR.COM

**B. List of Domain Names from the Academy's March 14, 2013 MSJ**

On March 14, 2013, the Academy moved for summary judgment for 115 domain names, arguing that these 115 domain names were confusingly similar as a matter of law.   However, the Court excluded domain names identified after September 14, 2011 from this lawsuit.   After removing the domain names that were identified after September 14, 2011 from the Academy's domain name list, 72 of the 115 domain names remain.

The following 72 domain names from the Academy's March 14, 2013 motion for summary judgment (attached as Exhibit 1 to the March 14, 2013 Declaration of David Michaels) are ready for the Court to rule regarding whether they *are* confusingly similar as a matter of law to the Academy's trademarks:

1.   2011OSCARS.COM

2.   2013OSCARS.COM

3.   2013OSCARS.NET

4.   411-ACADEMYAWARDS.COM

5.   ACADEMYAWARDBUZZ.COM

6.   ACADEMYAWARDMOVIES.COM

7.   ACADEMY-AWARDS.INFO

8.   ACADEMYAWARDS.NET

9.   ACADEMYAWARDS2011LIVE.COM

10.   ACADEMYAWARDS2012.NET

11.  ACADEMYAWARDSDB.COM

12.  ACADEMYAWARDSINC.COM

13.  ACADEMYAWARDSLIVE.COM

14.  ACADEMYAWARDSPREVIEW.COM

15.  ACADEMYAWARDWINNINGFILMS.COM

16.  ACADEMYAWARDZ.COM

17.  ANDTHEOSCARGOESTOTHEHANGOVER.COM

18.  ATTHEOSCARS.COM

19.  AWARDSOSCAR.COM

20.  BETACADEMYAWARDS.COM

21.  COLLEGIATEACADEMYAWARDS.COM

22.  COLLEGIATEACADEMYAWARDS.ORG

23.  DJ-ACADEMY-AWARDS.COM

24.  DOGACADEMYAWARD.COM

25.  FUTUREOSCARWINNER.NET

26.  GLOBEACADEMYAWARD.COM

27.  GLOBEACADEMYAWARDS.COM

28.  GLOBEACADEMYAWARDS.ORG

29.  GUIDE2OSCARSEVENTS.COM

30.  GUIDETOOSCARSEVENTS.COM

31.  HOLLYWOODOSCAR.COM

32.  HOMEMOVIEOSCARS.COM

33.  JONSTEWARTOSCARS.COM

34.  METAVERSEACADEMYAWARDS.COM

35.  OSCARACADEMYAWARD.COM

36.  OSCARANDEMMY.COM

37.  OSCARATTHEMOVIES.COM

38.  OSCARAWARDBOOKS.COM

| | |
|---|---|
| 39. | OSCARCINEMAS.COM |
| 40. | OSCARDVDS.COM |
| 41. | OSCARMOVIEMAKER.COM |
| 42. | OSCARMOVIES.NET |
| 43. | OSCARNIGHTDRESSES.COM |
| 44. | OSCARNOMINATEDFILMS.COM |
| 45. | OSCARNOMINATIONS2011.COM |
| 46. | OSCARRESULTS.NET |
| 47. | OSCARS-2011.COM |
| 48. | OSCARS2011LIVE.COM |
| 49. | OSCARSDRESSREGISTRY.COM |
| 50. | OSCARSHOMEMOVIES.COM |
| 51. | OSCARSONLINE.NET |
| 52. | OSCARSPICTURES.COM |
| 53. | OSCARSREDCARPET.COM |
| 54. | OSCARSRESULTS.COM |
| 55. | OSCARSRESULTS.NET |
| 56. | OSCARTHEATERS.COM |
| 57. | OSCARTRAILER.COM |
| 58. | OSCARVIEWINGPARTY.COM |
| 59. | OSCARWINNERS.NET |
| 60. | OSCARWINNERSCOMMUNITY.COM |
| 61. | OSCARWINNINGFILMS.COM |
| 62. | PETACADEMYAWARDS.COM |
| 63. | PETACADEMYAWARDS.INFO |
| 64. | SOCIALMEDIAACADEMYAWARDS.COM |
| 65. | THEINTERNETACADEMYAWARDS.COM |
| 66. | THEOSCARGOES2.COM |

67. THEOSCARS.CO

68. THEOSCARSXXX.COM

69. VIRTUALACADEMYAWARDS.COM

70. VIRTUALWORLDACADEMYAWARDS.COM

71. WEBACADEMYAWARDS.COM

72. WORMACADEMYAWARDS.ORG


DATED: July 26, 2013          /s/ Enoch Liang (7.26.2013)_____


BOIES, SCHILLER & FLEXNER, LLP
Stuart Singer (*pro hac vice*)
David Nelson (*pro hac vice*)
Joshua Riley (*pro hac vice*)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
*Attorneys for Plaintiff*

LEE TRAN & LIANG APLC
James M. Lee, California Bar No. 192301
Enoch H. Liang California Bar No.  212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773
*Additional Attorneys for Plaintiff*

FOOTE, MEYERS, MIELKE FLOWERS  LLC
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982
*Additional Attorneys for Plaintiff*

JOINT UNIFIED DOMAIN NAME LIST OF THE PARTIES

1
2   DATED:  July 26, 2013          By  /s/Aaron M. McKown
3
                                   WRENN BENDER LLLP
4                                  Aaron M. McKown (CA Bar No. 208781)
                                   Paula Zecchini (CA Bar No. 238731)
5                                  2 Park Plaza, Suite 550
6                                  Irvine, CA 92612
                                   Tel: 949.202.5818; Fax: 949.679.7939
7
8                                  *Attorneys for Defendant*
                                   *GoDaddy.com, Inc.*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28