1  BOIES, SCHILLER & FLEXNER, LLP
2  Stuart Singer (*pro hac vice*), ssinger@bsfllp.com
   401 East Las Olas Blvd., Suite 1200
3  Fort Lauderdale, FL 33301
4  Tel: (954) 356-0011; Fax: (954) 356-0022
   *Attorneys for Plaintiff*
5  [additional counsel listed on signature page]

6
7  WRENN BENDER LLLP
   Aaron M. McKown (CA Bar No. 208781), amckown@wrennbender.com
8  Paula Zecchini (CA Bar No. 238731), pzecchini@wrennbender.com
   2 Park Plaza, Suite 550
9  Irvine, CA 92612
10 Tel: 949.202.5818; Fax: 949.679.7939
   *Attorneys for Defendant GoDaddy.com, Inc.*

11
12              **UNITED STATES DISTRICT COURT**

13              **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation, | ) Case No. CV10 3738 ABC (CWx) )  )  ) |
| Plaintiff, | ) **JOINT SUBMISSION RE: UNIFIED** ) **LIST OF DOMAIN NAMES IN THE** |
| v. | ) **PARTIES' CROSS-MOTIONS FOR** ) **SUMMARY JUDGMENT THAT** ) **ARE READY FOR THE COURT** |
| GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKT.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation, | ) **TO RULE ON THE ISSUE OF** ) **CONFUSING SIMILARITY** )  )  ) Date Action Filed:      May 18, 2010 )  ) Pre-Trial Conference:  July 14, 2014 |
| Defendants. | ) Trial Date:              July 28, 2014 )  )  ) |

25
26
27
28

SECOND JOINT UNIFIED DOMAIN NAME LIST OF THE PARTIES

Pursuant to the Court's June 24, 2013 Order (Dkt. No. 499), the Academy of Motion Pictures Arts and Sciences ("Academy") and Defendant GoDaddy.com, Inc. ("Go Daddy") hereby submit the following Second Joint Unified List of Domain Names ready for ruling (to the extent that the Court believes that it is appropriate to rule on these names as a matter of law and without additional briefing regarding the particular names in question).

The parties originally submitted their First Joint Unified List of Domain Names on July 26, 2013 (Dkt. No. 506).  Thereafter, the parties continued to meet and confer and have come to agreement on additional domain names.  This Second Unified List is meant to ***supersede and replace*** the July 26, 2013 First Unified List.

## A. List of Domain Names that Go Daddy Stipulates are Confusingly Similar as a Matter of Law

On July 26, 2013, the parties submitted a First Joint Unified List of Domain Names that, among other things, identified 72 domain names from the Academy's March 14, 2013 motion for summary judgment (attached as Exhibit 1 to the March 14, 2013 Declaration of David Michaels) that were ready for the Court to rule regarding whether they are confusingly similar as a matter of law to the Academy's trademarks.  Pursuant to the meet and confer efforts between the parties, Go Daddy stipulates with the Academy that the following 22 domain names are confusingly similar as a matter of law to the Academy's trademarks:

1.    2011OSCARS.COM
2.    2013OSCARS.COM
3.    2013OSCARS.NET
4.    411-ACADEMYAWARDS.COM
5.    ACADEMYAWARDBUZZ.COM

6.    ACADEMYAWARDMOVIES.COM

7.    ACADEMY-AWARDS.INFO

8.    ACADEMYAWARDS.NET

9.    ACADEMYAWARDS2011LIVE.COM

10.   ACADEMYAWARDS2012.NET

11.   ACADEMYAWARDSDB.COM

12.   ACADEMYAWARDSINC.COM

13.   ACADEMYAWARDSLIVE.COM

14.   ACADEMYAWARDSPREVIEW.COM

15.   ACADEMYAWARDWINNINGFILMS.COM

16.   ACADEMYAWARDZ.COM

17.   ATTHEOSCARS.COM

18.   OSCARACADEMYAWARD.COM

19.   OSCARS-2011.COM

20.   OSCARS2011LIVE.COM

21.   THEOSCARS.CO

22.   THEOSCARSXXX.COM

**B. List of Domain Names that the Academy Stipulates to Dismiss from the Case**

The Academy has stipulated with Go Daddy to dismiss the following 27 domain names from this matter that were listed in Go Daddy's motion for summary judgment:

1.    AKSARBENOSCARS.COM

2.    DEREKOSCARSON.COM

3.    MOISESOSCAR.COM

4.    OSCARANDEDEN.COM

5.    OSCARANDREW.COM

6.      OSCARBETANCUR.COM

7.      OSCARHICKS.COM

8.      OSCARHICKS.NET

9.      OSCARLARSON.COM

10.     OSCARNELSON.COM

11.     OSCARPAUL.COM

12.     OSCARSEATON.COM

13.     OSCARSENN.COM

14.     OSCARSOTO.COM

15.     OSCARSPEAR.COM

16.     OSCARSRAMIREZ.COM

17.     OSCARUNRUH.COM

18.     OSCARWELCH.COM

19.     OSCARWELCH.NET

20.     OSCARDOW.COM

21.     OSCARJAFFE.COM

22.     OSCARMAK.COM

23.     OSCARMONSALVE.COM

24.     OSCARPARDO.COM

25.     OSCARSANTOLALLA.COM

26.     OSCARWALTERS.NET

27.     OSCARSDISCOUNTPRICESONLINE.COM

**C. List of Domain Names that the Academy Contends are Confusingly Similar as a Matter of Law**

The Academy hereby submits two sets of domain names ready for possible ruling by the Court on confusing similarity as a matter of law. The first set of domain names are taken from the Academy's March 14, 2013 summary judgment

motion.   The <u>second set of domain names</u> are additional domain names that the Academy contends are also confusingly similar to its marks as a matter of law.

1. **The Academy's List of Domain Names from Its Motion for Summary Judgment Ready for Ruling on Confusing Similarity as a Matter of Law**

On March 14, 2013, the Academy moved for summary judgment for 115 domain names, arguing that these 115 domain names were confusingly similar as a matter of law.   However, the Court excluded domain names identified after September 14, 2011 from this lawsuit.   After removing the domain names that were identified after September 14, 2011 from the Academy's domain name list, 72 of the 115 domain names remain.

Go Daddy has now stipulated that 22 of these 72 domain names are confusingly similar as a matter of law.   Thus, there are 50 domain names remaining from the Academy's March 2013 summary judgment briefing that are ready for the Court's determination regarding confusing similarity.   These 50 domain names are confusingly similar to the Academy's trademarks as a matter of law,

As the Court observed, "for purposes of assessing confusing similarity under ACPA, [the Court] must perform a direct comparison between the accused domain name and the plaintiff's trademark; this comparison may include consideration of sight, sound, and, to a more limited extent, meaning."   Summary Judgment Order at 22 (Dkt. No. 491).   "Under this test, 'slight differences between domain names and registered marks, such as the addition of minor or generic words to the disputed domain names are irrelevant.'"   *Id.* at 20 (quoting *Omega S.A. v. Omega Eng'g, Inc.*, 228 F. Supp. 2d 112, 128-29 (D. Conn. 2002)).   "Similarly, the addition or removal of punctuation do not render a domain name dissimilar from a mark."   *Id.*

All of the 50 domain names below contain the Academy's trademarks but add on generic or minor words to the mark.   Because the addition of such words to the

domain names is irrelevant, all of the below domain names are confusingly similar to the Academy's ACADEMY AWARD, ACADEMY AWARDS, OSCAR, and OSCARS trademarks as a matter of law.

The domain names marked with an "*" are domain names that Go Daddy is also moving on as not confusingly similar as a matter of law:

1.  ANDTHEOSCARGOESTOTHEHANGOVER.COM
2.  AWARDSOSCAR.COM
3.  BETACADEMYAWARDS.COM
4.  COLLEGIATEACADEMYAWARDS.COM
5.  COLLEGIATEACADEMYAWARDS.ORG
6.  DJ-ACADEMY-AWARDS.COM
7.  DOGACADEMYAWARD.COM
8.  FUTUREOSCARWINNER.NET
9.  GLOBEACADEMYAWARD.COM
10. GLOBEACADEMYAWARDS.COM
11. GLOBEACADEMYAWARDS.ORG
12. GUIDE2OSCARSEVENTS.COM*
13. GUIDETOOSCARSEVENTS.COM*
14. HOLLYWOODOSCAR.COM*
15. HOMEMOVIEOSCARS.COM
16. JONSTEWARTOSCARS.COM
17. METAVERSEACADEMYAWARDS.COM
18. OSCARANDEMMY.COM*
19. OSCARATTHEMOVIES.COM*
20. OSCARAWARDBOOKS.COM
21. OSCARCINEMAS.COM*
22. OSCARDVDS.COM
23. OSCARMOVIEMAKER.COM

24. OSCARMOVIES.NET
25. OSCARNIGHTDRESSES.COM
26. OSCARNOMINATEDFILMS.COM
27. OSCARNOMINATIONS2011.COM
28. OSCARRESULTS.NET*
29. OSCARSDRESSREGISTRY.COM*
30. OSCARSHOMEMOVIES.COM*
31. OSCARSONLINE.NET
32. OSCARSPICTURES.COM*
33. OSCARSREDCARPET.COM
34. OSCARSRESULTS.COM*
35. OSCARSRESULTS.NET*
36. OSCARTHEATERS.COM*
37. OSCARTRAILER.COM*
38. OSCARVIEWINGPARTY.COM
39. OSCARWINNERS.NET
40. OSCARWINNERSCOMMUNITY.COM
41. OSCARWINNINGFILMS.COM
42. PETACADEMYAWARDS.COM
43. PETACADEMYAWARDS.INFO
44. SOCIALMEDIAACADEMYAWARDS.COM
45. THEINTERNETACADEMYAWARDS.COM
46. THEOSCARGOES2.COM
47. VIRTUALACADEMYAWARDS.COM
48. VIRTUALWORLDACADEMYAWARDS.COM
49. WEBACADEMYAWARDS.COM
50. WORMACADEMYAWARDS.ORG

SECOND JOINT UNIFIED DOMAIN NAME LIST OF THE PARTIES

## 2. Go Daddy's Response to the Academy's List of Domain Names from the Academy's Motion for Summary Judgment

Despite the Academy's arguments to the contrary, based on the Court's prior rulings in this action, the disputed domain names which the Academy claims as confusingly similar as a matter of law, including domain names such as OSCARATTHEMOVIES.COM, OSCARCINEMA.COM, OSCARSPICTURES.COM, OSCARTHEATERS, OSCARSHOMEMOVIES, etc. are not confusingly similar as a matter of law simply because they may contain a term similar in sight and sound to one the Academy's Marks. This is especially true in light of the Court's determination that the existence of a non-generic term in a domain name string containing such a mark may act to modify any meaning ascribed to the term related to the Academy's marks. Summary Judgment Order at 22-24 (Dkt. No. 491).

With regard to the above-listed domain names specifically, and all others including the term "oscar" within the domain name string, the Academy acknowledges in its admission to Go Daddy's Requests for Admission, cited by Go Daddy in support of its Motion for Summary Judgment, that the term "oscar" has a multitude of meanings, including as a common first name. Based on the variety of meanings attributable to the term "oscar", a cursory review of the disputed domain names identified by the Academy containing the term "oscar" demonstrates that those domains are either not confusingly similar to the Academy's Marks as a matter of law, or at the very least should be presented to the jury for a determination on that issue due to the existence of a triable issue of fact.

For those disputed domain names identified above that contain the term "academyaward" in the domain name string, the existence of non-generic words appended to the term also militate against a grant of summary judgment on the issue of confusingly similarity in the Academy's favor. While the Academy correctly notes the Court's annunciation of the standard governing a determination

of confusing similarity and the requirement that the meaning of a given domain name be taken into consideration, the Academy seeks to apply this standard in a manner significantly more broad than the law allows.

As the Court noted in its Order, "the addition of minor or generic words to the disputed domain names are irrelevant" to the meaning of a domain name when making a determination as to confusing similarity.  In identifying a number of the domain names listed above, the Academy seeks to extend the Court's ruling to the addition of *any* words to a domain name containing one of its trademarks.  Neither the Court's ruling nor any other authority goes so far.  As demonstrated by such disputed domain names as COLLEGIATEACADEMYAWARDS.COM, PETACADEMYAWARDS.COM,  SOCIALMEDIAACADEMYAWARDS.COM and WORMACADEMYAWARDS.COM, the words included in the domain name with the term "academyaward" are (1) decidedly not generic and (2) act to modify any meaning ascribed the term "academyaward" in such a way as to avoid any confusing similarity between the domain name and the Academy's Marks.  Indeed, the meaning of these domain names is decidedly not confusingly similar because they reference awards outside the context of motion pictures.  The same is true with regard to those disputed domain names identified above by the Academy that contain the term "oscar" appended to a non-generic word that modifies any meaning ascribed to the term "oscar" related to the Academy's Mark.

As such, Go Daddy submits that Nos. 12-14, 18-19, 21, 28-30, 32, and 34-37 are not confusingly similar as a matter of law.   As for the rest, at the very least, Go Daddy submits Go Daddy submits that there is a triable issue of fact regarding the issue of confusing similarity as to every domain name identified above by AMPAS and that the Court should refrain from summarily adjudicating the issue of confusing similarity as to these domain names in AMPAS' favor.

### 3. <u>List of Additional Domain Names Which the Academy</u>
### <u>Contends Are Confusingly Similar As A Matter of Law</u>

To the extent the Court believes that these domain names are ready for ruling on summary judgment without additional briefing, the Academy hereby submits the following list of additional domain names that were not in its March 2013 summary judgment briefing which it contends are confusingly similar to its marks as a matter of law.

Just as with the 50 above domain names, all of the following 128 domain names below contain the Academy's trademarks but add on generic or minor words to the mark.  Thus, all of the below domain names are confusingly similar to the Academy's ACADEMY AWARD, ACADEMY AWARDS, OSCAR, and OSCARS trademarks as a matter of law.

The domain names marked with an "*" are domain names that Go Daddy is also moving on as not confusingly similar as a matter of law:

1. 2OSCARS.NET
2. 3DOSCAR.COM
3. APP-OSCARS.COM
4. APPSOSCARS.COM
5. APPS-OSCARS.COM
6. BOLLYWOODOSCARSAWARDS.COM
7. BOOTLEGOSCARS.COM
8. BOOTLEGOSCARS.NET
9. E-OSCAR.COM
10. E-OSCARHOME.COM*
11. E-OSCARONLINE.NET*
12. GREENOSCAR.COM*
13. HOMEOSCARS.COM
14. IMAGEOSCAR.NET*

| | | |
|---|---|---|
| 15. | IMAGEOSCARS.COM | |
| 16. | INTERNETOSCAR.COM | |
| 17. | INTERNET-OSCAR.COM | |
| 18. | LEEZAGIBBONSOSCARNIGHT2009.COM | |
| 19. | LEEZAGIBBONSOSCARNIGHT2011.COM | |
| 20. | LEEZAGIBBONSOSCARPARTY.COM | |
| 21. | LISTOSCAR.COM* | |
| 22. | LOCATIONSOSCAR.COM* | |
| 23. | MYOSCARCOLLECTION.COM | |
| 24. | MYOSCARCOLLECTION.NET | |
| 25. | MYOSCARCOLLECTIONNOW.COM | |
| 26. | MYOSCARCOLLECTIONONLINE.COM | |
| 27. | MYOSCARSPEECH.COM | |
| 28. | OFFICEOSCARS.COM | |
| 29. | OFFICIALE-OSCAR.COM | |
| 30. | OFFICIALE-OSCARONLINE.COM* | |
| 31. | OSCAR2.COM | |
| 32. | OSCAR-2011.COM | |
| 33. | OSCAR360.COM* | |
| 34. | OSCAR4RE.COM | |
| 35. | OSCARAPP.COM | |
| 36. | OSCARBET.COM | |
| 37. | OSCARBETS.COM | |
| 38. | OSCARBLOG.COM | |
| 39. | OSCARBLOGGER.COM | |
| 40. | OSCARCAM.COM | |
| 41. | OSCARCHALLENGE.COM* | |
| 42. | OSCARCHALLENGE.NET* | |

| 1  | 43. | OSCARCLAIM.COM* |
| 2  | 44. | OSCARCLAIM.NET* |
| 3  | 45. | OSCARCLAIMS.NET* |
| 4  | 46. | OSCARCOMEDY.COM* |
| 5  | 47. | OSCARCOMMUNITY.COM* |
| 6  | 48. | OSCARDVD.COM |
| 7  | 49. | OSCARELIGIBLE.COM |
| 8  | 50. | OSCARELIGIBLE.NET |
| 9  | 51. | OSCARENTERTAINMENT.COM* |
| 10 | 52. | OSCARFAQS.COM |
| 11 | 53. | OSCARFORWOMEN.COM* |
| 12 | 54. | OSCARGOODIES.COM* |
| 13 | 55. | OSCARGURU.COM |
| 14 | 56. | OSCARHOPE.COM* |
| 15 | 57. | OSCARHOSPITALITY.COM |
| 16 | 58. | OSCARI.COM |
| 17 | 59. | OSCARI.NET |
| 18 | 60. | OSCARIMAGE.COM |
| 19 | 61. | OSCAR-INT.COM |
| 20 | 62. | OSCARKIDS.COM* |
| 21 | 63. | OSCARLIST.COM* |
| 22 | 64. | OSCARLOCATIONS.COM |
| 23 | 65. | OSCARORNOT.COM* |
| 24 | 66. | OSCARRESPONSE.COM* |
| 25 | 67. | OSCARRUN.COM* |
| 26 | 68. | OSCARS3D.COM |
| 27 | 69. | OSCARSARCHIVES.COM* |
| 28 | 70. | OSCARSBALL.COM* |

| | | |
|---|---|---|
| 71. | OSCARSBLOG.COM | |
| 72. | OSCARSEASON.NET | |
| 73. | OSCARSFANTASY.COM* | |
| 74. | OSCARSFASHION.COM* | |
| 75. | OSCARSGIFTINGSUITE.COM* | |
| 76. | OSCARSGOODIEBAGS.COM* | |
| 77. | OSCARSGOODIES.COM* | |
| 78. | OSCARSHOTELS.COM* | |
| 79. | OSCARSHOTELS.NET* | |
| 80. | OSCARSINAMINUTE.COM | |
| 81. | OSCARSLIST.COM* | |
| 82. | OSCARSLIVEBLOGGING.COM* | |
| 83. | OSCARSLLC.COM* | |
| 84. | OSCARSMILE.COM* | |
| 85. | OSCARSNUB.COM | |
| 86. | OSCARSOPENHOUSE.COM* | |
| 87. | OSCARSORNOT.COM* | |
| 88. | OSCARSRESULTS.COM* | |
| 89. | OSCARSROOM.COM* | |
| 90. | OSCARSTWEET.COM | |
| 91. | OSCARSUNPLUGGED.COM* | |
| 92. | OSCARSWIN.COM* | |
| 93. | OSCARTRAVELWEB.COM* | |
| 94. | OSCARTWEETS.COM | |
| 95. | OSCARTWIST.COM* | |
| 96. | OSCARUNIVERSE.COM | |
| 97. | OSCARWAY.COM* | |
| 98. | OSCARWEAR.NET* | |

| | | |
|---|---|---|
| 1 | 99. | OSCARWHIMPER.COM* |
| 2 | 100. | OSCARWHIMPER.NET* |
| 3 | 101. | OSCARWORTHYMANSION.COM* |
| 4 | 102. | ROUNDINGWITHOSCAR.COM* |
| 5 | 103. | ROUNDING-WITH-OSCAR.COM* |
| 6 | 104. | TEXTILEOSCARS.COM |
| 7 | 105. | TEXTILEOSCARS.NET |
| 8 | 106. | THEFANTASYOSCARS.COM |
| 9 | 107. | THEIMAGEOSCAR.COM |
| 10 | 108. | THEIMAGEOSCARS.COM |
| 11 | 109. | THELIQUIDOSCARS.COM |
| 12 | 110. | THELOCATIONSOSCAR.COM |
| 13 | 111. | THEMORMONOSCARS.COM |
| 14 | 112. | THEOSCARBODY.COM |
| 15 | 113. | THEOSCARCOPS.NET |
| 16 | 114. | THEOSCARDOTCOM.COM |
| 17 | 115. | THEOSCARGURU.COM |
| 18 | 116. | THEOSCARORNOT.COM* |
| 19 | 117. | THEOSCARSATLANTA.COM |
| 20 | 118. | THEOSCARSORNOT.COM* |
| 21 | 119. | THEOSCARSTWEET.COM |
| 22 | 120. | THEOSCARSTWEETS.COM |
| 23 | 121. | THEOSCARTEAM.COM* |
| 24 | 122. | THEOSCARTOUR.COM* |
| 25 | 123. | TRAVELOSCAR.COM* |
| 26 | 124. | TRAVELOSCARS.COM |
| 27 | 125. | TRAVELOSCARS.NET |
| 28 | 126. | VOTEOSCARS.COM |

SECOND JOINT UNIFIED DOMAIN NAME LIST OF THE PARTIES

127.   VOTEOSCARSADS.COM*

### 4. Go Daddy's Response to the Academy's List of Domain Names from the Academy's Motion for Summary Judgment

Go Daddy's position is that the sheer number of domain names which the Academy claims as confusingly similar as a matter of law, including domain names such as OSCARSHOTELS.COM, GREENOSCAR.COM, OSCARFORWOMEN.COM, OSCARRESPONSE.COM, ROUNDING-WITH-OSCAR.COM, etc. that are not similar in sight, sound, or meaning to the Academy's marks, demonstrates the Academy's bad faith inclusion of those domain names in this action. With regard to these domain names specifically, and all others including the term "oscar" within the domain name string, AMPAS acknowledges in its admission to Go Daddy's Requests for Admission, cited by Go Daddy in support of its Motion for Summary Judgment, that the term "oscar" has a multitude of meanings, including as a common first name. Even a cursory review of the domain names identified above demonstrate that based on the variety of meanings attributable to the term "oscar", that a significant portion of the domain names are either not confusingly similar to the AMPAS Marks as a matter of law, or at the very least should be presented to the jury for a determination on that issue.

For those domain names containing the term "oscar" in the domain name string where the term appears to be used in a manner referencing AMPAS, the existence of non-generic words appended to the term also militate against a grant of summary judgment on the issue of confusingly similarity in AMPAS' favor. As discussed *supra*, the Court noted in its Order that "the addition of minor or generic words to the disputed domain names are irrelevant" to the meaning of a domain name when making a determination as to confusing similarity. In identifying a number of the domain names listed above, AMPAS seeks to extend the Court's ruling to the addition of *any* words to a domain name containing one of its

trademarks.  Neither the Court's ruling nor any other authority goes so far.  As demonstrated by such disputed domain names as TEXTILEOSCARS.COM and TRAVELOSCARS.COM, the words included in the domain name with the term "oscar" are (1) decidedly not generic and (2) act to modify any meaning ascribed the term "oscar" in such a way as to avoid any confusing similarity between the domain name and AMPAS' Marks.

As such, Go Daddy submits that Nos. 10-12, 14, 21-22, 30, 41-42, 46-47, 51, 53-54, 63, 65-67, 69-70, 73-79, 81-84, 86-87, 89, 91-93, 95, 99-103, and 121-123 are not confusingly similar as a matter of law.  As for the rest, at the very least Go Daddy submits that there is a triable issue of fact regarding the issue of confusing similarity and that the Court should refrain from summarily adjudicating the issue of confusing similarity as to these domain names in AMPAS' favor.

## D. List of Domain Names Which Go Daddy Contends Are Not Confusingly Similar Nor Dilutive As A Matter of Law

### 1. Go Daddy's List of Domain Names Identified in Appendix 6 of Go Daddy's Motion for Summary Judgment

The following 21 domain names from Appendix 6 to Go Daddy's motion for summary judgment are ready for the Court to rule regarding whether they are *not* confusingly similar as a matter of law to the Academy's trademarks.[1]

_____

[1] To the extent the Court finds that any of these 21 domain names are *not* confusingly similar, Go Daddy requests that the Court rule on its motion for summary judgment that these domain names are also not "dilutive of" AMPAS' marks as the Court defined that term in its June 21, 2013 Order.  Because Go Daddy's summary judgment motion focused solely on the legal argument— whether the ACPA required actual dilution or "likely to dilute"—and did not submit any evidence or argument on the "likely to dilute" standard, the Academy reserves the right to oppose at summary judgment and/or argue at trial that any non-confusingly similar domain names are likely to dilute its marks under the ACPA.

The domain names marked with an "*" are domain names that the Academy is also moving on as confusingly similar as a matter of law:

1.  OSCAR360.COM*
2.  OSCARCOMEDY.COM*
3.  OSCARWEAR.NET*
4.  OSCARKIDS.COM*
5.  OASINOSCAR.COM
6.  SAYSOSCAR.COM
7.  OSCARHOPE.COM*
8.  OSCAR-MIKE.COM
9.  OSCARCLAIM.COM*
10. OSCARCLAIM.NET*
11. OSCARCLAIMS.NET*
12. THEOSCARBODY.COM*
13. THEOSCARTEAM.COM*
14. THEOSCARORNOT.COM*
15. THEOSCARSORNOT.COM*
16. OSCARSROOM.COM*
17. OSCARYLALO.COM
18. OSCARHOSPITALITY.COM*
19. OSCARSOASIS.COM
20. OSCARWAY.COM*
21. IXOSCAR.COM

[remainder of page intentionally left blank]

### 2. *The Academy's Response to Go Daddy's List of Domain Names Identified in Appendix 6 of Go Daddy's Motion for Summary Judgment*

All of the foregoing twenty-one domain names came from Appendix 6 of Go Daddy's motion for summary judgment. The only argument Go Daddy advanced in favor of its motion for such domain names were based on the declarations of the registrants of the domain names as to their subjective intent in registering the domain names. As the Court found, however, "whether a name is confusingly similar under ACPA must be determined objectively, from the point of view of the consumer, and not based on a particular registrant's subjective intention when he or she selected a name, even if that intention is innocent." Summary Judgment Order at 23 (Dkt. No. 491). Accordingly, the only evidence upon which Go Daddy relied in support of its motion for summary judgment on these twenty-one domain names is of no help to Go Daddy.

Rather, all twenty-one domain names are subject to the same confusingly similar analysis discussed above. And all twenty-one domain names – with the possible exception of oscarylalo.com – attach generic words to the Academy's marks. Accordingly, summary judgment in Go Daddy's favor on those domain names is not appropriate.

### 3. <u>Go Daddy's List of Additional Domain Names That Are Not Similar In Sight, Sound, or Meaning</u>

Pursuant to the agreement of the parties, Go Daddy hereby submits the following list of additional domain names not identified in Appendix 6 of its motion for summary judgment, which Go Daddy contends are neither confusingly similar to nor dilutive of the Academy's marks:

**Proper Names**

As the Court indicated in its ruling on summary judgment, domain names that consist entirely of a person's name are not confusingly similar to the Academy's marks as a matter of law. *See* Dkt. 491 at 23:27-24:12. The following two domain names consist entirely of personal names and thus, are not confusingly similar to the Academy's marks as a matter of law.

The domain names marked with an "*" are domain names that the Academy is also moving on as confusingly similar as a matter of law:

1.    OSCARANDEMMY.COM*

2.    OSCARDOM.COM

In addition to ruling on whether any of these domain names are confusingly similar to the Academy's marks, Go Daddy respectfully requests that the Court rule on its motion for summary judgment that there is no evidence demonstrating that any of these domain names are "dilutive of" the Academy's marks. For those domain names that the Court finds are neither confusing similar to nor dilutive of the Academy's marks, Go Daddy respectfully requests that those domain names be dismissed from this action.

**Domain Names That Are Not Similar In Sight, Sound, or Meaning**

As the Court indicated in its ruling on summary judgment, domain names must be so similar in sight, sound, and, to a limited extent meaning, to the Academy's marks as that they could be confused. *See* Dkt. 491 at 19:12-19. None of the following domain names are so similar in sight, sound, and meaning that they could be confused with the Academy's marks as a matter of law, particularly given the Academy's admissions (submitted by Go Daddy on summary judgment) that the term "oscar" can have various meetings wholly unrelated to its marks, including meaning nothing more than a person's name.

The domain names marked with an "*" are domain names that the Academy is also moving on as confusingly similar as a matter of law:

| 1 | 1. | E-OSCARHOME.COM* |
| 2 | 2. | E-OSCARONLINE.NET* |
| 3 | 3. | GOTOSCAR.COM |
| 4 | 4. | GREENOSCAR.COM* |
| 5 | 5. | GUIDETOOSCARSEVENTS.COM* |
| 6 | 6. | GUIDE2OSCARSEVENTS.COM* |
| 7 | 7. | HOLLYWOODOSCAR.COM* |
| 8 | 8. | IMAGEOSCAR.NET* |
| 9 | 9. | LISTOSCAR.COM* |
| 10 | 10. | LOCATIONSOSCAR.COM* |
| 11 | 11. | MAKINGTHEROUNDSWITHOSCAR.COM |
| 12 | 12. | OFFICIALE-OSCARONLINE.COM* |
| 13 | 13. | OSCARATTHEMOVIES.COM* |
| 14 | 14. | OSCARBRIGHT.COM |
| 15 | 15. | OSCARBRITE.COM |
| 16 | 16. | OSCARCHALLENGE.COM* |
| 17 | 17. | OSCARCHALLENGE.NET* |
| 18 | 18. | OSCARCINEMAS.COM* |
| 19 | 20. | OSCARCOMMUNITY.COM* |
| 20 | 21. | OSCARDOESITAGAIN.COM |
| 21 | 22. | OSCARENTERTAINMENT.COM* |
| 22 | 23. | OSCARFORWOMEN.COM* |
| 23 | 24. | OSCARGOODIES.COM* |
| 24 | 25. | OSCARORNOT.COM* |
| 25 | 26. | OSCARRESPONSE.COM* |
| 26 | 27. | OSCARRUN.COM* |
| 27 | 28. | OSCARSARCHIVES.COM* |
| 28 | 29. | OSCARSBALL.COM* |

| | | |
|---|---|---|
| 1 | 30. | [intentionally left blank] |
| 2 | 31. | OSCARSDRESSREGISTRY.COM* |
| 3 | 32. | OSCARSFANTASY.COM* |
| 4 | 33. | OSCARSFASHION.COM* |
| 5 | 34. | OSCARSGIFTINGSUITE.COM* |
| 6 | 35. | OSCARSGOODIES.COM* |
| 7 | 36. | OSCARSGOODIEBAGS.COM* |
| 8 | 37. | OSCARSHOMEMOVIES.COM* |
| 9 | 38. | OSCARSHOTELS.COM* |
| 10 | 39. | OSCARSHOTELS.NET* |
| 11 | 40. | OSCARSLIST.COM* |
| 12 | 41. | OSCARSLIVEBLOGGING.COM* |
| 13 | 42. | OSCARSLLC.COM* |
| 14 | 43. | OSCARSMILE.COM* |
| 15 | 44. | OSCARSOPENHOUSE.COM* |
| 16 | 45. | OSCARSORNOT.COM* |
| 17 | 46. | OSCARSPICTURES.COM* |
| 18 | 48. | OSCARSTHEATERS.COM* |
| 19 | 49. | OSCARSUNPLUGGED.COM* |
| 20 | 50. | OSCARSWIN.COM* |
| 21 | 51. | OSCARTEL.COM |
| 22 | 52. | OSCARTRAILER.COM* |
| 23 | 53. | OSCARTRAVELWEB.COM* |
| 24 | 54. | OSCARTWIST.COM* |
| 25 | 55. | OSCARWHIMPER.COM* |
| 26 | 56. | OSCARWHIMPER.NET* |
| 27 | 57. | OSCARWORTHYMANSION.COM* |
| 28 | 58. | ROUNDINGWITHOSCAR.COM* |

SECOND JOINT UNIFIED DOMAIN NAME LIST OF THE PARTIES

1    59.    ROUNDING-WITH-OSCAR.COM*

2    62.    THEOSCARTOUR.COM*

3    63.    THEWORLDAWARDACADEMY.COM

4    64.    THINKOSCAR.COM

5    65.    THINKOSCAR.NET

6    66.    THINKQUICKOSCAR.COM

7    67.    TRAVELOSCAR.COM*

8    68.    VOTEOSCARSADS.COM*

9    In addition to ruling on whether any of these domain names are confusingly

10   similar to the Academy's marks as a matter of law, Go Daddy respectfully requests

11   that the Court rule on its motion for summary judgment that there is no evidence

12   demonstrating that any of these domain names are "dilutive of" the Academy's

13   marks.  For those domain names that the Court finds are neither confusing similar

14   to nor dilutive of the Academy's marks, Go Daddy respectfully requests that those

15   domain names be dismissed from this action.

16          ***4.   The Academy's Response to Go Daddy's List of Additional***

17                  ***Domain Names That Are Not Similar In Sight, Sound, or***

18                  ***Meaning***

19          **Proper Names**

20   Go Daddy's claims that the domain names <u>oscarandemmy.com</u> and

21   <u>oscardom.com</u> are not confusingly similar to the Academy's trademarks as a

22   matter of law, because the domain names consist entirely of personal names.  Go

23   Daddy is wrong.   Go Daddy appears to misapprehend the Court's holding on

24   domain names containing proper names.   The Court held that, where a domain

25   name clearly refers to a person's name, and not the Academy's mark, such a

26   domain name cannot be confusingly similar to that mark.  Summary Judgment

27   Order at 23-24.

28

The domain names oscarandemmy.com and oscardom.com, however, do not clearly refer to a person's proper name.  Indeed, the former separates the two names by the word "and," and seems to refer to the famous OSCAR and EMMY awards (awarded by the Academy of Television Arts & Sciences).  The latter contains the suffix "dom," which could also refer to the famous Dom Perignon champagne.  A reasonable fact-finder could conclude, therefore, that these domain names are not proper names.  Summary judgment is not appropriate.

### Domain Names That Are Not Similar In Sight, Sound, or Meaning

Without support, Go Daddy claims that none of the foregoing sixty-eight domain names are so similar in sight, sound, and meaning that they could be confused with the Academy's marks as a matter of law.  Go Daddy does not – and cannot – dispute that all of the sixty-eight domain names on its list contain the Academy's trademarks OSCAR or OSCARS.[2]

The Academy is left to guess as to why Go Daddy believes the sixty-eight domain names are not confusingly similar to the Academy's marks.  However, from a review of the domain names, Go Daddy has no basis to seek summary judgment as a matter of law because these domain names simply attach generic or minor words to the Academy's OSCAR or OSCARS mark.  For example: OSCARS*BALL*.COM,    OSCARS*FASHION*.COM,    OSCARS*PICTURES*.COM, OSCARS*HOTELS*.COM/.NET, and *HOLLYWOOD*OSCAR.COM.  Accordingly, summary judgment is not appropriate on these sixty-eight domain names as Go Daddy requests.

### Whether Domain Names are "Likely to Dilute" was Not Part of Go Daddy's Pending Summary Judgment Motion

In addition to the issue of confusing similarity, Go Daddy now asks the Court to decide as a matter of law "that the Court rule on its motion for summary

---

[2] With the exception of one:  theworldawardacademy.com

judgment that there is no evidence demonstrating that any of these domain names are 'dilutive of' the Academy's marks." However, Go Daddy cannot convert the simple, unified list procedure mandated by the Court into an entirely new summary judgment motion.

If the Court will recall, in both its summary judgment Motion and its Reply, Go Daddy *only* moved on whether the ACPA required *actual dilution* (as opposed to likelihood of dilution). *See e.g.*, Go Daddy's MSJ, Dkt. No. 349, at 19-21 (arguing only that the ACPA "unambiguously requires that a plaintiff show actual dilution by objective proof of actual injury"); Go Daddy's Reply, Dkt. No. 419, at 14-16 (arguing that the ACPA "requires a showing of actual dilution"). Go Daddy, however, never argued on summary judgment whether the domain names at issue were *likely to dilute* the Academy's famous trademarks (or not). Go Daddy cannot now submit an entirely new summary judgment motion disguised as its Second Unified List.[3]

DATED: August 9, 2013              /s/ Enoch Liang (8.9.2013)_____

                                   BOIES, SCHILLER & FLEXNER, LLP
                                   Stuart Singer (*pro hac vice*)
                                   David Nelson (*pro hac vice*)
                                   Joshua Riley (*pro hac vice*)
                                   401 East Las Olas Blvd., Suite 1200
                                   Fort Lauderdale, FL 33301
                                   Telephone: (954) 356-0011
                                   Facsimile: (954) 356-0022
                                   *Attorneys for Plaintiff*

---

[3] In contrast to Go Daddy's summary judgment motion, the Academy did submit evidence and did argue that the domain names at issue were likely to dilute the Academy's trademarks. *See*, Academy's Opposition to MSJ, Dkt. No. 373, at 20-22 (pointing out "how each likelihood of dilution factor weighs in [the Academy's] favor," and submitting evidence supporting each of the 6 factors set forth in 15 U.S.C. Section 1125(c)(2)).

1   LEE TRAN & LIANG APLC
    James M. Lee, California Bar No. 192301
2   Enoch H. Liang California Bar No.  212324
    601 South Figueroa Street, Suite 4025
3   Los Angeles, CA 90017
4   Telephone: (213) 612-3737
    Facsimile: (213) 612-3773
5   *Additional Attorneys for Plaintiff*
6
    FOOTE, MEYERS, MIELKE FLOWERS  LLC
7   Kathleen Chavez (*pro hac vice*)
8   Matthew Herman (*pro hac vice*)
    30 North LaSalle Street, Suite 2340
9   Chicago, IL 60602
10  Telephone: (630) 232-6333
    Facsimile: (630) 845-8982
11  *Additional Attorneys for Plaintiff*
12
13
14  DATED:  August 9, 2013          By  /s/Aaron M. McKown
15
        WRENN BENDER LLLP
16  Aaron M. McKown (CA Bar No. 208781)
    Paula Zecchini (CA Bar No. 238731)
17  2 Park Plaza, Suite 550
18  Irvine, CA 92612
    Tel: 949.202.5818; Fax: 949.679.7939
19
20      *Attorneys for Defendants*
        *GoDaddy.com, Inc.*
21
22
23
24
25
26
27
28

SECOND JOINT UNIFIED DOMAIN NAME LIST OF THE PARTIES