UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3738 ABC (CWx) | Date | November 4, 2013 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts & Sciences v. GoDaddy.com, Inc., et al. | | |

| Present: The Honorable | Audrey B. Collins | | |
|---|---|---|---|
| Angela Bridges | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiff:             Attorneys Present for Defendant:

None Present                                          None Present

**Proceedings:**   ORDER RE: MOTIONS FOR SUMMARY ADJUDICATION OF DOMAIN NAMES ON UNIFIED LIST   (In Chambers)

On June 21, 2013, the Court issued an Order resolving legal questions raised by the parties' cross-motions for summary judgment and/or adjudication. See Order, docket no. 491. On August 9, 2013, pursuant to the Order and as discussed at the hearing, the parties jointly submitted a Unified List of Domain Names so that the Court may rule on whether the identified domain names are, or are not, confusingly similar to the Academy's trademarks as a matter of law. See Unified List, docket no. 507. The Unified List contains the remaining disputed domain names that the parties initially identified in their Motions and many additional domain names. The Court will rule on all domain names presented.

The Court commends the parties for achieving stipulations as to a number of the domain names.

After careful consideration, the Court rules as follows on the disputed domain names:

**Academy's Motion:**

As to the remaining disputed domain names that the Academy presented in its Motion, see Unified List 4:3-6:27, the Court finds that all of them are confusingly similar as a matter of law. The Court therefore **GRANTS** the Motion as to all domain names in this list. For the record, the Court lists these fifty names below:

1. ANDTHEOSCARGOESTOTHEHANGOVER.COM
2. AWARDSOSCAR.COM
3. BETACADEMYAWARDS.COM
4. COLLEGIATEACADEMYAWARDS.COM
5. COLLEGIATEACADEMYAWARDS.ORG
6. DJ-ACADEMY-AWARDS.COM
7. DOGACADEMYAWARD.COM
8. FUTUREOSCARWINNER.NET
9. GLOBEACADEMYAWARD.COM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3738 ABC (CWx) | Date | November 4, 2013 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts & Sciences v. GoDaddy.com, Inc., et al. | | |

10. GLOBEACADEMYAWARDS.COM
11. GLOBEACADEMYAWARDS.ORG
12. GUIDE2OSCARSEVENTS.COM
13. GUIDETOOSCARSEVENTS.COM
14. HOLLYWOODOSCAR.COM
15. HOMEMOVIEOSCARS.COM
16. JONSTEWARTOSCARS.COM
17. METAVERSEACADEMYAWARDS.COM
18. OSCARANDEMMY.COM
19. OSCARATTHEMOVIES.COM
20. OSCARAWARDBOOKS.COM
21. OSCARCINEMAS.COM
22. OSCARDVDS.COM
23. OSCARMOVIEMAKER.COM
24. OSCARMOVIES.NET
25. OSCARNIGHTDRESSES.COM
26. OSCARNOMINATEDFILMS.COM
27. OSCARNOMINATIONS2011.COM
28. OSCARRESULTS.NET
29. OSCARSDRESSREGISTRY.COM
30. OSCARSHOMEMOVIES.COM
31. OSCARSONLINE.NET
32. OSCARSPICTURES.COM
33. OSCARSREDCARPET.COM
34. OSCARSRESULTS.COM
35. OSCARSRESULTS.NET
36. OSCARTHEATERS.COM
37. OSCARTRAILER.COM
38. OSCARVIEWINGPARTY.COM
39. OSCARWINNERS.NET
40. OSCARWINNERSCOMMUNITY.COM
41. OSCARWINNINGFILMS.COM
42. PETACADEMYAWARDS.COM
43. PETACADEMYAWARDS.INFO
44. SOCIALMEDIAACADEMYAWARDS.COM
45. THEINTERNETACADEMYAWARDS.COM
46. THEOSCARGOES2.COM
47. VIRTUALACADEMYAWARDS.COM
48. VIRTUALWORLDACADEMYAWARDS.COM
49. WEBACADEMYAWARDS.COM
50. WORMACADEMYAWARDS.ORG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3738 ABC (CWx) | Date | November 4, 2013 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts & Sciences v. GoDaddy.com, Inc., et al. | | |

As to the Academy's list of 128 additional domain names, see Unified List 9:1-14:1, the Court finds that the following are confusingly similar as a matter of law, and **GRANTS** the Motion as to these names:

1. 2OSCARS.NET
2. 3DOSCAR.COM
3. APP-OSCARS.COM
4. APPSOSCARS.COM
5. APPS-OSCARS.COM
6. BOLLYWOODOSCARSAWARDS.COM
7. BOOTLEGOSCARS.COM
8. BOOTLEGOSCARS.NET
9. E-OSCAR.COM
10. E-OSCARHOME.COM
11. E-OSCARONLINE.NET

14. IMAGEOSCAR.NET
15. IMAGEOSCARS.COM
16. INTERNETOSCAR.COM
17. INTERNET-OSCAR.COM
18. LEEZAGIBBONSOSCARNIGHT2009.COM
19. LEEZAGIBBONSOSCARNIGHT2011.COM
20. LEEZAGIBBONSOSCARPARTY.COM

23. MYOSCARCOLLECTION.COM
24. MYOSCARCOLLECTION.NET
25. MYOSCARCOLLECTIONNOW.COM
26. MYOSCARCOLLECTIONONLINE.COM
27. MYOSCARSPEECH.COM
28. OFFICEOSCARS.COM
29. OFFICIALE-OSCAR.COM
30. OFFICIALE-OSCARONLINE.COM
31. OSCAR2.COM
32. OSCAR-2011.COM
33. OSCAR360.COM

35. OSCARAPP.COM
36. OSCARBET.COM
37. OSCARBETS.COM
38. OSCARBLOG.COM
39. OSCARBLOGGER.COM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3738 ABC (CWx) | Date | November 4, 2013 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts & Sciences v. GoDaddy.com, Inc., et al. | | |

46. OSCARCOMEDY.COM

48. OSCARDVD.COM

51. OSCARENTERTAINMENT.COM
52. OSCARFAQS.COM
53. OSCARFORWOMEN.COM
54. OSCARGOODIES.COM
55. OSCARGURU.COM

60. OSCARIMAGE.COM

63. OSCARLIST.COM

65. OSCARORNOT.COM

69. OSCARSARCHIVES.COM
70. OSCARSBALL.COM
71. OSCARSBLOG.COM
72. OSCARSEASON.NET
73. OSCARSFANTASY.COM
74. OSCARSFASHION.COM
75. OSCARSGIFTINGSUITE.COM
76. OSCARSGOODIEBAGS.COM
77. OSCARSGOODIES.COM

81. OSCARSLIST.COM
82. OSCARSLIVEBLOGGING.COM

85. OSCARSNUB.COM

88. OSCARSRESULTS.COM

90. OSCARSTWEET.COM
91. OSCARSUNPLUGGED.COM
92. OSCARSWIN.COM

94. OSCARTWEETS.COM

98. OSCARWEAR.NET

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3738 ABC (CWx) | Date | November 4, 2013 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts & Sciences v. GoDaddy.com, Inc., et al. | | |

106.  THEFANTASYOSCARS.COM
107.  THEIMAGEOSCAR.COM
108.  THEIMAGEOSCARS.COM
109.  THELIQUIDOSCARS.COM
110.  THELOCATIONSOSCAR.COM

114.  THEOSCARDOTCOM.COM
115.  THEOSCARGURU.COM
116.  THEOSCARORNOT.COM
117.  THEOSCARSATLANTA.COM
118.  THEOSCARSORNOT.COM
119.  THEOSCARSTWEET.COM
120.  THEOSCARSTWEETS.COM

126.  VOTEOSCARS.COM
127.  VOTEOSCARSADS.COM


**GoDaddy's Motion**:

     As to the remaining disputed domain names that GoDaddy identified in its Motion, see Unified List 15:14-16:24, the Court finds that the following domain names are not confusingly similar as a matter of law, and **GRANTS** the Motion as to the following names:

5.  OASINOSCAR.COM
6.  SAYSOSCAR.COM

8.  OSCAR-MIKE.COM

17.  OSCARYLALO.COM

21.  IXOSCAR.COM


//
//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3738 ABC (CWx) | Date | November 4, 2013 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts & Sciences v. GoDaddy.com, Inc., et al. | | |

As to GoDaddy's list of 68 additional domain names, see Unified List 17:23-23:14, the Court finds that the following domain names are not confusingly similar as matter of law, and **GRANTS** the Motion as to the following names:

2.  OSCARDOM.COM

51.  OSCARTEL.COM

53.  OSCARTRAVELWEB.COM

55.  OSCARWHIMPER.COM
56.  OSCARWHIMPER.NET

58.  ROUNDINGWITHOSCAR.COM
59.  ROUNDING-WITH-OSCAR.COM

63.  THEWORLDAWARDACADEMY.COM


The Court declines to rule on GoDaddy's motion that the domain names it has identified are not "dilutive of" the Academy's marks as a matter of law.

The Motions are **DENIED** as to all other disputed domain names not identified in this Order.

**IT IS SO ORDERED.**

Initials of Preparer    AB