**WRENN BENDER  LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
Gregory D. Trimarche, California Bar No. 143686
2 Park Plaza, Suite 550
Irvine, California  92614
Telephone.: (949) 202-5810
Facsimile:   (949) 679-7939
E-Mail:      amckown@wrennbender.com
             pzecchini@wrennbender.com
             gtrimarche@wrennbender.com

Attorneys for Defendant
GODADDY.COM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738-ABC (CW)<br><br>Assigned to Hon. Audrey B. Collins<br>Courtroom 680<br><br>**EXHIBIT 11 – 20 RE: REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO RECUSE HON. AUDREY B. COLLINS**<br><br>Complaint Filed:   May 18, 2010<br>Trial Date:        July 28, 2014<br><br>Date:     January 28, 2014<br>Time:     9:00 a.m.<br>Dept.:    TBD |

WRENN BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

11

(CWx),CLOSED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:02-cv-01093-ABC-CW

Academy of Motion v. Pipedream Products, et al
Assigned to: Judge Audrey B. Collins
Referred to: Discovery Carla Woehrle
Demand: $0
Related Case: 5:07-cv-01176-ABC-CW
Cause: 28:1338 Copyright Infringement

Date Filed: 02/05/2002
Date Terminated: 04/08/2002
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Academy of Motion Picture Arts and Sciences**
*a California nonprofit corporation*

represented by **David W Quinto**
Quinn Emanuel Urquhart & Sullivan LLP
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213 443 3100
Email:
davidquinto@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pipedream Products Inc**
*a California corporation*
*TERMINATED: 04/08/2002*

**Defendant**

**David Feldman, -**
*an individual*
*TERMINATED: 04/08/2002*

**Defendant**

**Superior-Studio Specialties Inc**
*a California corporation*
*TERMINATED: 02/19/2002*

**Defendant**

**Jean Pierre Fournier**
*an individual*

*TERMINATED: 02/19/2002*

**Defendant**

**Does**
*1 through 10 inclusive*
*TERMINATED: 04/08/2002*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2002 | 1 | COMPLAINT filed Summons(es) issued referred to Discovery Rosalyn M. Chapman; jury demand (jp) (Entered: 02/08/2002) |
| 02/05/2002 | 2 | NOTICE OF INTERESTED PARTIES filed by plaintiff Academy of Motion (jp) (Entered: 02/08/2002) |
| 02/06/2002 | 4 | NOTICE by plaintiff Academy of Motion of related case(s) CV 99-4796 ABC (CWx) & other related group. (rn) (Entered: 02/21/2002) |
| 02/19/2002 | 3 | NOTICE OF DISMISSAL by plaintiff pursuant to FRCP 41a(1)as to defendant Jean Pierre Fournier, defendant Superior-Studio Spec Ent : 2/20/02 (bg) (Entered: 02/20/2002) |
| 02/27/2002 | 5 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 99-4796 ABC (CWx)] Case transferred from Judge Lourdes G. Baird to Judge Audrey B. Collins for all further proceedings. , Case referred from Discovery Rosalyn M. Chapman to Discovery Carla M. Woehrle The case number will now reflect the initials of the transferee Judge [ CV 02-1093 ABC (CWx)] (cc: all counsel) (rn) (Entered: 02/27/2002) |
| 03/12/2002 | 6 | NOTICE TO COUNSEL RE Copyright, Patent and Trademark Reporting Requirements filed (bg) (Entered: 03/13/2002) |
| 03/18/2002 | | REPORT ON THE FILING OF AN ACTION REGARDING copyright (cc: form mailed to Washington, D.C.)(Opening) (bg) (Entered: 03/19/2002) |
| 04/08/2002 | 7 | NOTICE OF DISMISSAL by plaintiff pursuant to FRCP 41a(1)(i) as to defendant Pipedream Products, defendant David Feldman, defendant Does 1-10 Ent : 4/9/02 (bg) (Entered: 04/09/2002) |
| 08/30/2002 | | REPORT ON THE DETERMINATION OF AN ACTION REGARDING copyright (cc: form mailed to Washington, D.C.)(Closing) (bg) (Entered: 08/30/2002) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/27/2013 04:47:32 | | |
| **PACER Login:** | wb2607 | **Client Code:** | AMPAS |
| **Description:** | Docket Report | **Search Criteria:** | 2:02-cv-01093-ABC-CW End date: 12/27/2013 |

| Billable Pages: | 2 | Cost: | 0.20 |
|---|---|---|---|

RJN 152

## ELECTRONIC COPY OF COMPLAINT
## UNAVAILABLE VIA COURT'S WEBSITE (PACER)

## ELECTRONIC COPY OF NOTICE OF RELATED CASE UNAVAILABLE VIA COURT'S WEBSITE (PACER)

ORIGINAL

⑤

FILED
CLERK, U S  DISTRICT COURT

FILED

FEB 27 2002

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Academy of Motion Picture Arts & Sciences

PLAINTIFF(S),

v.

Pipedream Products, Inc.

DEFENDANT(S).

CASE NUMBER:   CV 02-1093 LGB (RCx)

ORDER RE TRANSFER PURSUANT
TO GENERAL ORDER 224
(Related Cases)

CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated _____ 2/22/02 _____                     _____ Audrey B. Collins _____
                                                       Audrey B. Collins
                                                       United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _____ Collins _____ for all

further proceedings.

Dated: _____ 2/25/02 _____                     _____ Lourdes G. Baird _____
                                                       United States District Judge

DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

Dated: _____                                   _____
                                                       United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case   CV 99-4796 ABC (CWx)   and the present case:

X A.     appear to arise from the same or substantially identical transactions, happenings or events.

☐ B.     involve the same plaintiff, or the same or substantially the same parties or property.

☐ C.     involve the same patent, trademark or copyright.

X D.     call for determination of the same or substantially identical questions of law.

X E.     likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby

transferred from Magistrate Judge _____ Chapman _____ to Magistrate Judge _____ Woehrle _____

On all documents subsequently filed in this case, please substitute the initials _____ ABC (CWx) _____ after the case number in

place of the initials of the prior judge, so that the case number will read   CV 02-1093 ABC (CWx) . This is very important

because documents are routed to the assigned judges by means of these initials.

⑤

CV-34 (09/97)      ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)
FEB 22 2002

ENTERED ON ICMS  2/27/02 A

12

(AJWx),CLOSED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:02-cv-01220-ABC-AJW

Academy of Motion v. Billy W Allen Inc, et al      Date Filed: 02/08/2002
Assigned to: Judge Audrey B. Collins      Date Terminated: 05/10/2002
Referred to: Discovery Andrew J. Wistrich      Jury Demand: Plaintiff
Demand: $0      Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement      Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Academy of Motion Picture Arts and Sciences**<br>*a California nonprofit corporation* | represented by | **David W Quinto**<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S Figueroa St, 10th Fl<br>Los Angeles, CA 90017-2543<br>213-443-3000<br>Fax: 213 443 3100<br>Email: davidquinto@quinnemanuel.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Billy W Allen Inc**
*a California corporation*
*TERMINATED: 03/28/2002*
*doing business as*
AAH'S #3

**Defendant**

**ABAB**
*a California Limited Liability Company*

**Defendant**

**ABC Mart**
*a business entity of unknown form and origin*

**Defendant**

**Angel City Gift**
*a business entity of unknown form and origin*

RJN 157

**Defendant**

**Bhasin Enterprises, Inc**
*a California corporation*

**Defendant**

**California Gifts**
*a business entity of unknown form and origin*
*TERMINATED: 04/08/2002*

**Defendant**

**Carousel Gifts**
*a business entity of unknown form and origin*

**Defendant**

**Cartoon Place**
*a business entity of unknown form and origin*

**Defendant**

**CDS Gifts**
*a business entity of unknown form and origin*

**Defendant**

**CDS Groups, Inc**
*a business entity of unknown form and origin*

**Defendant**

**Dominion Films**
*a California corporation*

**Defendant**

**Elegant Gift Shop**
*a business entity of unknown form and origin*

**Defendant**

**Farmers Market Variety**
*a business entity of unknown form and origin*
*TERMINATED: 04/08/2002*

**Defendant**

**Firenze Shoe Store**
*a business entity of unknown form and*

*origin*

**Defendant**

**George Gordon Enterprises**
*a California corporation*

**Defendant**

**Gift & Gadet Nooks**
*a California corporation*

**Defendant**

**Gift Corner**
*a business entity of unknown form &*
*origin*
*TERMINATED: 04/19/2002*

**Defendant**

**Greenfield USA**
*a business entity of unknown form and*
*origin*

**Defendant**

**Hazelwood #51**
*an Arizona corporation*

**Defendant**

**Hazelwood #56**
*an Arizona corporation*

**Defendant**

**Hazelwood #76**
*an Arizona corporation*

**Defendant**

**Hazelwood #83**
*an Arizona corporation*

**Defendant**

**Hazelwood #3053**
*an Arizona corporation*

**Defendant**

**Hazelwood #3059**
*an Arizona corporation*

**Defendant**

**Hazelwood #03091**
*an Arizona corporation*

RJN 159

**Defendant**

**Head World Co**
*a business entity of unknown form and origin*
*TERMINATED: 02/20/2002*

**Defendant**

**Holiday Inn Gift Shop**
*a business entity of unknown form and origin*
*TERMINATED: 04/08/2002*

**Defendant**

**L & T Gift #2**
*a business entity of unknown form and origin*
*TERMINATED: 04/19/2002*

**Defendant**

**Mini Gift-Motel 6**
*a business entity of unknown form and origin*

**Defendant**

**Moonlake Gifts/Arcadia**
*a business entity of unknown form and origin*

**Defendant**

**Movieland Wax Museum**
*a California corporation*
*TERMINATED: 04/19/2002*

**Defendant**

**Peacock Gifts**
*a business entity of unknown form and origin*

**Defendant**

**Pirates Cove**
*a business entity of unknown form and origin*
*TERMINATED: 03/28/2002*

**Defendant**

**Q.P. Gift Shop**
*a business entity of unknown form and origin*
*TERMINATED: 04/08/2002*

Case 2:10-cv-03738-ABC-CW Document 516 Filed 12/31/13 Page 14 of 49 Page ID #:20595

**Defendant**

**Quality Inn Gift Shop**
*a business entity of unknown form and origin*
*TERMINATED: 04/08/2002*

**Defendant**

**Ramisons, Inc**
*a business entity of unknown form and origin*

**Defendant**

**Royal Gift Shop**
*a business entity of unknown form and origin*

**Defendant**

**Sam's World**
*a business entity of unknown form and origin*

**Defendant**

**Super Subb**
*a business entity of unknown form and origin*
*TERMINATED: 04/08/2002*

**Defendant**

**TBR Gift**
*a business entity of unknown form and origin*

**Defendant**

**TDM, Inc**                          represented by **Randy M McElvain**
*a business entity of unknown form and*                Weston & McElvain LLP
*origin*                                               888 West Sixth Street 15th Floor
                                                       Los Angeles, CA 90017
                                                       213-596-8000
                                                       Email: rmm7@wmattorneys.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*
*TERMINATED: 03/15/2002*

| Date Filed | # | Docket Text |
|------------|---|-------------|

| 02/08/2002 | 1 | COMPLAINT filed Summons(es) Issued referred to Discovery Jeffrey W. Johnson; Jury Demand (pc) (Entered: 02/12/2002) |
| 02/08/2002 | 2 | NOTICE OF INTERESTED PARTIES filed by plaintiff Academy of Motion (pc) (Entered: 02/12/2002) |
| 02/08/2002 | 4 | NOTICE by plaintiff Academy of Motion of related case(s) CV 99-4796 ABC & other related group (rn) (Entered: 03/01/2002) |
| 02/20/2002 | 3 | NOTICE OF DISMISSAL by plaintiff pursuant to FRCP 41a(1)as to defendant Head World Co Ent : 2/21/02 (yc) (Entered: 02/21/2002) |
| 03/15/2002 | 5 | MINUTES: Crt dismisses Does 1-10 purs to FRCP 15 by Judge Edward Rafeedie CR: none (lc) (Entered: 03/20/2002) |
| 03/22/2002 | 6 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 99-4796 ABC (CWx)] Case transferred from Judge Edward Rafeedie to Judge Audrey B. Collins for all further proceedings. , Case referred from Discovery Jeffrey W. Johnson to Discovery Andrew J. Wistrich The case number will now reflect the initials of the transferee Judge [ CV 02-1220 ABC (CWx)] (cc: all counsel) (rn) (Entered: 03/22/2002) |
| 03/28/2002 | 7 | NOTICE OF DISMISSAL of actn w/ prj by plaintiff pursuant to FRCP 41a(1) as to defendants Billy W Allen Inc dba AAH's #3, Pirates Cove (ENT 3/29/02) (rrey) (Entered: 03/29/2002) |
| 04/04/2002 | 8 | NOTICE TO COUNSEL RE Copyright, Patent and Trademark Reporting Requirements filed (twdb) (Entered: 04/05/2002) |
| 04/08/2002 | 9 | NOTICE OF DISMISSAL by plaintiff pursuant to FRCP 41a(1)(i) as to defendant California Gifts, defendant Farmers Market, defendant Holiday Inn Gift, defendant Quality Inn Gift, defendant Super Subb, defendant Q.P. Gift Shop Ent : 4/9/02 (bg) (Entered: 04/09/2002) |
| 04/11/2002 | 10 | STIPULATION and ORDER by Judge Audrey B. Collins extending time to answer complaint [1-1] to 5/10/02 as to defendant TDM, Inc (seal) (Entered: 04/12/2002) |
| 04/19/2002 | 11 | NOTICE OF DISMISSAL by plaintiff pursuant to FRCP 41a(1)as to defendant Movieland Wax Museum, defendant Gift Corner, defendant L & T Gift #2 Ent : 4/22/02 (bg) (Entered: 04/22/2002) |
| 05/10/2002 | 12 | NOTICE OF DISMISSAL OF CASE by plaintiff Academy of Motion pursuant to FRCP 41a(1) Ent : 5/13/02 (bg) (Entered: 05/13/2002) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 12/27/2013 04:46:12 | | |
| **PACER Login:** | wb2607 | **Client Code:** | AMPAS |

RJN 162

| Description: | Docket Report | Search Criteria: | 2:02-cv-01220-ABC-AJW End date: 12/27/2013 |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.30 |

## ELECTRONIC COPY OF COMPLAINT UNAVAILABLE VIA COURT'S WEBSITE (PACER)

# ELECTRONIC COPY OF NOTICE OF RELATED CASE UNAVAILABLE VIA COURT'S WEBSITE (PACER)

**SEND**

# ORIGINAL

⑰

FILED
CLERK, U.S. DISTRICT COURT
FILED

MAR 2 2 2002

CENTRAL DISTRICT OF C...

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Academy of Motion Picture Arts & Sciences | CASE NUMBER:   CV 02-1220 ER (JWJx) |
|---|---|
| PLAINTIFF(S), | |
| v. | |
| Billy W. Allen, Inc., et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated _____ 3/7/02 _____

_A. B. Collins_
Audrey B. Collins
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _____ Collins _____ for all further proceedings.

Dated: _____ MAR 2 1 2002 _____

_Edward Rafeedie_
Edward Rafeedie
United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

Dated: _____

_____
United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case   CV 99-4796 ABC (CWx)   and the present case:

- X A.  appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B.  involve the same plaintiff, or the same or substantially the same parties or property.
- ☐ C.  involve the same patent, trademark or copyright.
- X D.  call for determination of the same or substantially identical questions of law.
- X E.  likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

### NOTICE TO COUNSEL FROM CLERK:

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ Johnson _____ to Magistrate Judge _____ Wistrich _____

On all documents subsequently filed in this case, please substitute the initials _ABC (CWx)_ after the case number in place of the initials of the prior judge, so that the case number will read   CV 02-1220 ABC (CWx) . This is very important because documents are routed to the assigned judges by means of these initials.

CV-34 (09/97)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

MAR - 1 2002

ENTERED ON ICMS 3/24/02

13

(CWx),CLOSED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:02-cv-01729-ABC-CW

Academy of Motion v. John Does, et al                Date Filed: 02/27/2002
Assigned to: Judge Audrey B. Collins              Date Terminated: 08/06/2002
Referred to: Discovery Carla Woehrle              Jury Demand: None
Demand: $0                                        Nature of Suit: 820 Copyright
Cause: 17:101 Copyright Infringement              Jurisdiction: Federal Question

**Plaintiff**

**Academy of Motion Picture Arts and**        represented by   **David W Quinto**
**Sciences**                                                   Quinn Emanuel Urquhart & Sullivan
*a California nonprofit corporation*                           LLP
                                                               865 S Figueroa St, 10th Fl
                                                               Los Angeles, CA 90017-2543
                                                               213-443-3000
                                                               Fax: 213 443 3100
                                                               Email:
                                                               davidquinto@quinnemanuel.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **John B Quinn**
                                                               Quinn Emanuel Urquhart & Sullivan
                                                               LLP
                                                               865 S Figueroa Street 10th Floor
                                                               Los Angeles, CA 90017-2543
                                                               213-443-3000
                                                               Fax: 213-443-3100
                                                               Email: johnquinn@quinnemanuel.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Priya Sopori**
                                                               AUSA - Office of US Attorney
                                                               Riverside Branch
                                                               3403 Tenth Street Suite 200
                                                               Riverside, CA 92501
                                                               951-276-6930
                                                               Fax: 951-276-6202
                                                               Email: usacac.criminal@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Tiffany C Graham**

RJN 168

Quinn Emanuel Urquhart Oliver &
Hedges
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017-2543
213-624-7707
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John Does**
*1-60*
*TERMINATED: 03/27/2002*

**Defendant**

**Does 4-60**

**Defendant**

**Hollywood Liquor**
*a retail enterprise*

**Defendant**

**Gigi's**
*a retail enterprise*

**Defendant**

**Karl Kelly**
*an individual*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2002 | 1 | COMPLAINT filed Summons(es) Issued referred to Discovery Charles F. Eick (pc) (Entered: 03/01/2002) |
| 02/27/2002 | 2 | NOTICE OF INTERESTED PARTIES filed by plaintiff Academy of Motion (pc) (Entered: 03/01/2002) |
| 02/27/2002 | 3 | EX PARTE APPLICATION filed by plaintiff Academy of Motion for leave to exceed number of fictiously named dfts by including 60 fictitiusly named dfts ; decl of David W Quinto & exhs (lc) (Entered: 03/04/2002) |
| 02/27/2002 | 4 | NOTICE by plaintiff Academy of Motion of related case(s) CV 99-4796 ABC (CWx) & other related group (rn) (Entered: 03/06/2002) |
| 03/08/2002 | 6 | EX PARTE APPLICATION filed by plaintiff Academy of Motion for temporary restraining & preliminarily enjoining dfts from using in any manner the Academy's trademarks , directing the US Marshal to enforce & seize temporarily impound items in dfts' possession , for leave to take accelerated discov , and to show cause re P/I for directing the Academy to post bond of |

RJN 169

| | | |
|---|---|---|
| | | $10,000 ; Lodged proposed OSC, TRO, etc. (nhac) (Entered: 03/11/2002) |
| 03/08/2002 | 7 | MEMORANDUM OF P/A by plaintiff Academy of Motion in suppt of ex parte application for temporary restraining order, [6-1], Seizure 7 impoundment order [6-2], leave to take accelerated discov [6-3], & order to show cause re P/I [6-4] (nhac) (Entered: 03/11/2002) |
| 03/08/2002 | 8 | DECLARATION of David W Quinto by plaintiff Academy of Motion in suppt of ex parte application for temporary restraining order [6-1], Seizure & impoundment order [6-2], for leave to take accelerated discov [6-3], show cause re P/I [6-4] (nhac) (Entered: 03/11/2002) |
| 03/11/2002 | 5 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 99-4796 ABC (CWx)] Case transferred from Judge Christina A. Snyder to Judge Audrey B. Collins for all further proceedings. , Case referred from Discovery Charles F. Eick to Discovery Carla M. Woehrle The case number will now reflect the initials of the transferee Judge [ CV 02-1729 ABC (CWx)] (cc: all counsel) (rn) (Entered: 03/11/2002) |
| 03/12/2002 | 9 | NOTICE TO COUNSEL RE Copyright, Patent and Trademark Reporting Requirements filed (bg) (Entered: 03/13/2002) |
| 03/13/2002 | 10 | ORDER by Judge Audrey B. Collins granting ex parte application for temporary restraining & preliminarily enjoining dfts from using in any manner the Academy's trademarks [6-1],directing the US Marshal to enforce & seize temporarily impound items in dfts' possession [6-2], for leave to take accelerated discov [6-3], to show cause re P/I for directing the Academy to post bond of $10,000 [6-4]; order to show cause hearing set on 10:00 3/26/02 ; TRO be & is hereby conditioned upon the Academy filing w/ the clk of this crt NLT close of business day on 3/20/02 an undertaking in the form of a bond, certified, cashiers, attys check or check drawn on the Academys bank account or cash in the amt of ten thousand dollars ($10,000.00); setting bond in the amt of $10,000.00 (see doc for fur details) (ENT 3/14/02) (rrey) (Entered: 03/14/2002) |
| 03/18/2002 | 11 | NOTICE OF undertaking in amount of $ 10,000.00 (Bond No. 403140) from American Contractors Indemnity as to plaintiff Academy of Motion (bg) (Entered: 03/20/2002) |
| 03/20/2002 | | REPORT ON THE FILING OF AN ACTION REGARDING patent or trademark (cc: form mailed to Washington, D.C.)(Opening) (bg) (Entered: 03/21/2002) |
| 03/20/2002 | | REPORT ON THE FILING OF AN ACTION REGARDING copyright (cc: form mailed to Washington, D.C.)(Opening) (bg) (Entered: 03/21/2002) |
| 03/26/2002 | 12 | MINUTES: order to show cause hearing held re P/I ; plf shl file an A/C naming Doe dfts; the Crt will issue P/I after the filing of the A/C by Judge Audrey B. Collins CR: Sandra Becerra (rrey) (Entered: 03/28/2002) |
| 03/27/2002 | 13 | MINUTES: (In Chambers) granting ex parte application for leave to exceed number of fictiously named dfts by including 60 fictitiusly named dfts [3-1] by Judge Audrey B. Collins CR: Not Present (rrey) (Entered: 03/28/2002) |
| 03/27/2002 | 15 | FIRST AMENDED COMPLAINT [1-1] by plaintiff Academy of Motion |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | terminating defendant John Does; adding Hollywood Liquor, Gigi's, Karl Kelly; Summons not issued (nhac) (Entered: 03/29/2002)                                                                                                                                                                                                                                                                                                                                             |
| 03/28/2002 | 14 | AMENDED PROOF OF SERVICE addressed to Hollywood Liquor, Gigi's, & Karl Kelly; Service by (Statute not cited) on 3/27/02 via mail svc by serving 1st A/C (ir) (Entered: 03/29/2002)                                                                                                                                                                                                                                                                                         |
| 03/28/2002 | 16 | NOTICE OF DISCREPANCY AND ORDER by Judge Christina A. Snyder ordering 1st A/C submitted received on 3/26/02 is not to be fld but instead rejected; Denial based on: Local Rule 19-1, Cmp/Petition incl more than 10 Does or fictitiously named ptys (ir) (Entered: 04/01/2002)                                                                                                                                                                                              |
| 04/02/2002 |    | SUMMONS issued (bg) (Entered: 04/03/2002)                                                                                                                                                                                                                                                                                                                                                                                                                                |
| 04/02/2002 | 17 | FIRST AMENDED COMPLAINT [1-1] by plaintiff Academy of Motion. Summons not issued (1st A/C filed on 3/27/02 rejected. See ntc of discrepancy filed 3/28/02) (bg) (Entered: 04/04/2002)                                                                                                                                                                                                                                                                                     |
| 04/03/2002 | 18 | PROOF OF SERVICE executed upon defendant Hollywood Liquor & Karl Kelly; Service by statute not cited on 4/2/02 via mail by serving 1st A/C (bg) (Entered: 04/04/2002)                                                                                                                                                                                                                                                                                                     |
| 04/11/2002 | 19 | Amended PROOF OF SERVICE by plaintiff Academy of Motion on 4/11/02 of first A/C (twdb) (Entered: 04/12/2002)                                                                                                                                                                                                                                                                                                                                                              |
| 04/17/2002 | 20 | CONSENT JUDGMENT AND PERMANENT INJUNCTION by Judge Audrey B. Collins. Wherefore it is ORD this crt has juris; Pursuant to 17 USC 502 & 15 USC 1125(a) & (c) Choi, as well as all persons acting under the direction, control, etc are enjoined permanently; Each party shall bear its own costs & attys fees & that jgm be entered in favor of the Academy of Motion Picture Arts & Sciences & against Dan C Choi accordingly terminating case (MD JS-6) (ENT 4/18/02) (bg) (Entered: 04/18/2002) |
| 04/29/2002 | 21 | CONSENT JUDGMENT & PERMANENT INJUNCTION by Judge Audrey B. Collins. Wherefore it is ORD this crt has juris; The "Oscar" statuette along with the "Oscar" design mark & Oscar & Oscars word marks are famous & have a strong secondary meaning identifying them as emanating from or associated with the Academy; Purs to 17 USC 502 & 15 USC 1125(a) & (c) Park as well as all persons acting under the direction, control, etc are enjoined permanently; Each party shall bear its own costs & attys' fees. And that jgm be entered in favor of the Academy of Motion Picture Arts & Sciences & against Hui Sook Park accordingly (ENT 5/1/02) (bg) (Entered: 05/01/2002) |
| 05/10/2002 | 22 | PROOF OF SERVICE executed upon defendant Gigi's; Service by statute not cited on 3/23/02 via personal serivce by serving S/C to Roy Kajiyama (bg) (Entered: 05/13/2002)                                                                                                                                                                                                                                                                                                   |
| 05/10/2002 | 23 | PROOF OF SERVICE executed upon defendant Hollywood Liquor; Service by statute not cited on 3/23/02 via personal service by serving S/C to Choi, Myung (bg) (Entered: 05/13/2002)                                                                                                                                                                                                                                                                                          |
| 05/10/2002 | 24 | PROOF OF SERVICE executed upon defendant Karl Kelly; Service by statute not cited on 3/23/02 via personal service by serving S/C (bg) (Entered: 05/13/2002)                                                                                                                                                                                                                                                                                                               |

| 05/10/2002 | 25 | RECEIPT FOR SEIZED GOODS filed by plaintiff; 4" magnets oscar (24); 3" magnets oscar (3) (rrey) (Entered: 05/13/2002) |
| 05/10/2002 | 26 | RECEIPT FOR SEIZED GOODS filed by plaintiff; Magnets Oscar & Charlie Chaplin (10); Magnets Oscar & Marilyn Monroe (2) (rrey) (Entered: 05/13/2002) |
| 05/10/2002 | 27 | RECEIPT FOR SEIZED GOODS filed by plaintiff; 4" Oscar (27) (rrey) (Entered: 05/13/2002) |
| 05/15/2002 | 28 | APPLICATION filed by plaintiff Academy of Motion for entry of default as to Karl Kelly (bg) (Entered: 05/17/2002) |
| 05/15/2002 | 29 | DECLARATION of David W Quinto in support by plaintiff Academy of Motion re application for entry of default as to Karl Kelly [28-1] (bg) (Entered: 05/17/2002) |
| 05/17/2002 | 30 | NOTICE of deficiency Application for Entry of Default as to dft Karl Kelly. Manner of Serviec missing from P/S of S/C, whether by Federal Rules or California Code (bg) (Entered: 05/17/2002) |
| 05/22/2002 | 31 | MINUTES: Case previously closed in error Case reopened (MD JS-5) by Judge Audrey B. Collins CR: N/R (bg) (Entered: 05/23/2002) |
| 05/28/2002 | 32 | AMENDED PROOF OF SERVICE executed upon defendant Karl Kelly; Service by federal statute on 4/2/02 via mail by serving sms, 1st A/C (rrey) (Entered: 05/30/2002) |
| 05/28/2002 | 33 | AMENDED PROOF OF SERVICE executed upon defendant Karl Kelly; Service by federal statute on 3/23/02 via personal svc by serving S/C (rrey) (Entered: 05/30/2002) |
| 06/04/2002 | 34 | APPLICATION filed by plaintiff Academy of Motion for entry of default as to Karl Kelly (bg) (Entered: 06/05/2002) |
| 06/04/2002 | 35 | DECLARATION of David W Quinto in support by plaintiff Academy of Motion re application for entry of default as to Karl Kelly [34-1] (bg) (Entered: 06/05/2002) |
| 06/05/2002 | 36 | DEFAULT ENTERED on 1st A/C as to defendant Karl Kelly (bg) (Entered: 06/05/2002) |
| 06/24/2002 | 37 | APPLICATION filed by plaintiff Academy of Motion for entry of default judgment by court with permanent injunction against Karl Kelly , order of disposition & seizure. Lodged Prop jdgmt (ca) (Entered: 06/25/2002) |
| 06/24/2002 | 38 | DECLARATION of David W. Quinto by plaintiff Academy of Motion in support of application for entry of default judgment by court with permanent injunction against Karl Kelly [37-1], re application order of disposition & seizure. [37-2] (ca) (Entered: 06/25/2002) |
| 07/22/2002 | 39 | MINUTES: granting application for entry of default judgment by court with permanent injunction against Karl Kelly [37-1] which includes permanent injunction by Judge Audrey B. Collins CR: Sandra Becerra (bg) (Entered: 07/24/2002) |

| 08/06/2002 | 40 | DEFAULT JUDGMENT AND ORDER OF DISMISSAL by Judge Audrey B. Collins that dft, his agents, servants, etc are permanently enjoined & restrained. It is ORD that each party is to bear its own costs & attys' fees & It is ORD that the Academy's motion to dismiss all remaining dfts shall be granted terminating case (MD JS-6) (ENT 8/8/02) (bg) (Entered: 08/08/2002) |
| 08/30/2002 | | REPORT ON THE DETERMINATION OF AN ACTION REGARDING patent or trademark (cc: form mailed to Washington, D.C.)(Closing) (bg) (Entered: 08/30/2002) |
| 08/30/2002 | | REPORT ON THE DETERMINATION OF AN ACTION REGARDING copyright (cc: form mailed to Washington, D.C.)(Closing) (bg) (Entered: 08/30/2002) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/27/2013 04:45:22 | | | |
| PACER Login: | wb2607 | Client Code: | AMPAS |
| Description: | Docket Report | Search Criteria: | 2:02-cv-01729-ABC-CW End date: 12/27/2013 |
| Billable Pages: | 4 | Cost: | 0.40 |

RJN 173

# <u>ELECTRONIC COPY OF COMPLAINT UNAVAILABLE VIA COURT'S WEBSITE (PACER)</u>

# ELECTRONIC COPY OF NOTICE OF RELATED CASE UNAVAILABLE VIA COURT'S WEBSITE (PACER)

**SEND**

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2002

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Academy of Motion Picture Arts & Sciences

PLAINTIFF(S),

v.

John Does 1-60

DEFENDANT(S).

CASE NUMBER:     CV 02-1729 CAS (Ex)

ORDER RE TRANSFER PURSUANT
TO GENERAL ORDER 224
(Related Cases)

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated: 3/7/02

Audrey B. Collins
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge _____ Collins _____

for all further proceedings.

Dated: 3/11/02

Christina A. Snyder
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

Dated: _____

United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case     CV  CV 99-4796 ABC (CWx)  and the present case:

X A.     appear to arise from the same or substantially identical transactions, happenings or events.
☐ B.     involve the same or substantially the same parties or property.
☐ C.     involve the same patent, trademark or copyright.
X D.     call for determination of the same or substantially identical questions of law.
X E.     likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby

transferred from Magistrate Judge _____ Eick _____ to Magistrate Judge _____ Woehrle _____

On all documents subsequently filed in this case, please substitute the initials _____ ABC (CWx) _____ after the case

number in place of the initials of the prior judge, so that the case number will read CV_02-1729 ABC (CWx)_____

This is very important because documents are routed to the assigned judges by means of these initials.

SUBSEQUENT DOCUMENTS MUST BE FILED AT THE   X Western / ☐ Southern / ☐ Eastern  Division.

**FAILURE TO FILE AT THE PROPER LOCATION WILL RESULT IN YOUR DOCUMENTS BEING RETURNED TO YOU.**

CV-34 (03/02)     ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)

MAR 11 2002                        ENTERED ON ICMS 3/11/02

14

(CWx),CLOSED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF
# CALIFORNIA (Western Division - Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:02-cv-04527-ABC-CW

| | |
|---|---|
| Academy of Motion v. Richard Eddy, et al | Date Filed: 06/10/2002 |
| Assigned to: Judge Audrey B. Collins | Date Terminated: 09/03/2002 |
| Referred to: Discovery Carla Woehrle | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Academy of Motion Picture Arts and
Sciences**
*a California nonprofit corporation*

represented by **David W Quinto**
Quinn Emanuel Urquhart & Sullivan
LLP
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213 443 3100
Email:
davidquinto@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda Jung Kim**
Tisdale and Nicholson
ATTORNEY HAS NOT CONSENTED
TO ELECTRONIC SERVICE
2029 Century Park East Suite 900
Los Angeles, CA 90067
310-286-1260
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Richard Eddy**
*an individual*

represented by **Jeff E Scott**
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2101
310-586-7700
Fax: 310-586-7800
Email: scottj@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

RJN 178

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2002 | 1 | COMPLAINT filed Summons(es) issued referred to Discovery Charles F. Eick (jag) (Entered: 06/12/2002) |
| 06/10/2002 | 2 | NOTICE OF INTERESTED PARTIES filed by plaintiff Academy of Motion (jag) (Entered: 06/12/2002) |
| 06/10/2002 | 3 | NOTICE by plaintiff Academy of Motion of related case(s) CV 99-4796 ABC (CWx) & Other related groups. (kc) (Entered: 06/18/2002) |
| 06/19/2002 |  | REPORT ON THE FILING OF AN ACTION REGARDING COPYRIGHT (cc: form mailed to Washington, D.C.)(Opening) (yc) (Entered: 06/20/2002) |
| 06/25/2002 | 5 | DECLARATION of due dilgence. by plaintiff Academy of Motion (yc) (Entered: 06/26/2002) |
| 06/25/2002 | 6 | Proof of SERVICE executed upon defendant Richard Eddy ; Service by CCP415.20(b)on 6/22/01 via personally delivering copies by serving S/C, etc to Maribel Urage Maid (yc) (Entered: 06/26/2002) |
| 06/25/2002 | 7 | PROOF OF SERVICE BY MAIL executed upon Maribel Uraga c/o defendant Richard Eddy ; on 6/24/02 via by mailing to addr. of Maribel Urage the S/C, (yc) (Entered: 06/26/2002) |
| 06/26/2002 | 4 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 99-4796 ABC (CWx)] Case transferred from Judge Edward Rafeedie to Judge Audrey B. Collins for all further proceedings. , Case referred from Discovery Charles F. Eick to Discovery Carla M. Woehrle The case number will now reflect the initials of the transferee Judge [ CV 02-4527 ABC (CWx) (cc: all counsel) (rn) (Entered: 06/26/2002) |
| 08/02/2002 | 8 | MINUTES: to show cause in writing nlt 8/23/02 why this action should not be dismissed for lack of prosecution as to the dft(s) Richard Eddy by Judge Audrey B. Collins CR: N/R (bg) (Entered: 08/05/2002) |
| 08/21/2002 | 9 | REQUEST filed by plaintiff Academy of Motion for entry of default as to Richard Eddy (bg) (Entered: 08/22/2002) |
| 08/21/2002 | 10 | DECLARATION of David W Quinto in support by plaintiff Academy of Motion re request for entry of default as to Richard Eddy [9-1] (bg) (Entered: 08/22/2002) |
| 08/22/2002 | 11 | RESPONSE by plaintiff Academy of Motion re Scheduling order to show cause in writing nlt 8/23/02 why this action should not be dismissed for lack of prosecution as to the dft(s) Richard Eddy [8-1], re minutes [8-2] (bg) (Entered: 08/23/2002) |
| 08/23/2002 | 12 | STIPULATION and ORDER by Judge Audrey B. Collins extending time to |

RJN 179

| | | answer complaint [1-1] to 9/25/02 as to defendant Richard Eddy ; withdrawing request for entry of default as to Richard Eddy [9-1] w/o prej to it being refiled later in accord w/ the terms of this ord (rrey) (Entered: 08/27/2002) |
|---|---|---|
| 09/03/2002 | 13 | NOTICE OF DISMISSAL OF CASE by plaintiff Academy of Motion pursuant to FRCP 41a(1) Ent : 9/4/02 (jag) (Entered: 09/04/2002) |
| 09/16/2002 | | REPORT ON THE DETERMINATION OF AN ACTION REGARDING copyright (cc: form mailed to Washington, D.C.)(Closing) (bg) (Entered: 09/16/2002) |
| 01/14/2003 | | REPORT ON THE DETERMINATION OF AN ACTION REGARDING copyright (cc: form mailed to Washington, D.C.)(Closing) (bg) (Entered: 01/14/2003) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">12/27/2013 04:44:05</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>wb2607</td><td><strong>Client Code:</strong></td><td>AMPAS</td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>2:02-cv-04527-ABC-CW End date: 12/27/2013</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>2</td><td><strong>Cost:</strong></td><td>0.20</td></tr>
</table>

# ELECTRONIC COPY OF COMPLAINT UNAVAILABLE VIA COURT'S WEBSITE (PACER)

# ELECTRONIC COPY OF NOTICE OF RELATED CASE UNAVAILABLE VIA COURT'S WEBSITE (PACER)

**SEND**

**ORIGINAL**  (8)

CLERK U.S.  
FILED  
JUL 26

06·26·02

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Academy of Motion Picture Arts and Sciences | |
|---|---|
| PLAINTIFF(S), | CASE NUMBER:   CV 02-4527 ER (Ex) |
| v. | |
| Richard Eddy, and Does 1-10, inclusive | ORDER RE TRANSFER PURSUANT |
| DEFENDANT(S). | TO GENERAL ORDER 224 |
| | (Related Cases) |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated: _____6/17/02_____          _____Audrey B. Collins_____
                                      United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge_ Collins _

for all further proceedings.

Dated: __JUN 2 5 2002__          _____Edward Rafeedie_____
                                      United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth:_____

Dated: _____          _____
                         United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case    CV _99-4796 ABC (CWx)_ and the present case:

☐ A.    appear to arise from the same or substantially identical transactions, happenings or events.
☐ B.    involve the same or substantially the same parties or property.
☑ C.    involve the same patent, trademark or copyright.
☐ D.    call for determination of the same or substantially identical questions of law.
☐ E.    likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby

transferred from Magistrate Judge _____Eick_____ to Magistrate Judge _____Woehrle_____

On all documents subsequently filed in this case, please substitute the initials_____ ABC (CWx) _____ after the case

number in place of the initials of the prior judge, so that the case number will read CV_02-4527 ABC (CWx)_

This is very important because documents are routed to the assigned judges by means of these initials.

SUBSEQUENT DOCUMENTS MUST BE FILED AT THE  ☑ Western  ☐ Southern  ☐ Eastern  Division.    (4)

**FAILURE TO FILE AT THE PROPER LOCATION WILL RESULT IN YOUR DOCUMENTS BEING RETURNED TO YOU.**

| CV-34 (03/02) | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases) |
|---|---|

JUN 18 2002

ENTERED ON ICMS  6/26/02

RJN 183

15

(CWx),CLOSED

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:02-cv-05635-ABC-CW

| | |
|---|---|
| Academy of Motion v. Plastic Dress-Up Co, et al | Date Filed: 07/17/2002 |
| Assigned to: Judge Audrey B. Collins | Date Terminated: 02/11/2004 |
| Referred to: Discovery Carla Woehrle | Jury Demand: Both |
| Demand: $0 | Nature of Suit: 820 Copyright |
| Related Case: 5:07-cv-01176-ABC-CW | Jurisdiction: Federal Question |
| Cause: 17:101 Copyright Infringement | |

**Plaintiff**

**Academy of Motion Picture Arts and Sciences**
*a California nonprofit corporation*

represented by **David W Quinto**
Quinn Emanuel Urquhart & Sullivan LLP
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213 443 3100
Email: davidquinto@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B Quinn**
Quinn Emanuel Urquhart & Sullivan LLP
865 S Figueroa Street 10th Floor
Los Angeles, CA 90017-2543
213-443-3000
Fax: 213-443-3100
Email: johnquinn@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shahin Rezvani**
Quinn Emanuel Urquhart Oliver & Hedges
865 S Figueroa St, 10th Fl
Los Angeles, CA 90017-2543
213-624-7707
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

RJN 185

**Defendant**

**Plastic Dress-Up Company**                 represented by    **Jonathan S Pink**
*a California corporation*                                      Bryan Cave LLP
*TERMINATED: 10/23/2003*                                        3161 Michelson Dr Suite 1500
                                                               Irvine, CA 92612-4414
                                                               949-223-7000
                                                               Fax: 949-223-7100
                                                               Email: jonathan.pink@bryancave.com
                                                               *TERMINATED: 10/23/2003*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Robert F Helfing**
                                                               Sedgwick LLP
                                                               801 South Figueroa Street 19th Floor
                                                               Los Angeles, CA 90017-5556
                                                               213-426-6900
                                                               Fax: 213-426-6921
                                                               Email:
                                                               robert.helfing@sedgwicklaw.com
                                                               *TERMINATED: 10/23/2003*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Dennis Brown**                             represented by    **Jonathan S Pink**
*an individual*                                                (See above for address)
*TERMINATED: 10/23/2003*                                       *TERMINATED: 10/23/2003*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Kim H Pearman**
                                                               Kim H Pearman Law Offices
                                                               14550 Friar St
                                                               Van Nuys, CA 91411
                                                               818-787-6500
                                                               Fax: 818-787-6558
                                                               Email: khplawfirm@aol.com
                                                               *TERMINATED: 10/23/2003*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Robert F Helfing**
                                                               (See above for address)
                                                               *TERMINATED: 10/23/2003*
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Action Marketing Corporation**             represented by    **Jonathan S Pink**

RJN 186

*an unknown business entity*
*TERMINATED: 10/23/2003*

(See above for address)
*TERMINATED: 10/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kim H Pearman**
(See above for address)
*TERMINATED: 10/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F Helfing**
(See above for address)
*TERMINATED: 10/23/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hollywood Awards**
*a California corporation*
*TERMINATED: 02/09/2004*
*doing business as*
Hollywood Plaques
*TERMINATED: 02/09/2004*

represented by **Daniel John Morse**
Hanger Levine & Steinberg
21031 Ventura Blvd, Ste 800
Woodland Hills, CA 91364-6512
818-226-1222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan S Pink**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kim H Pearman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc S Shapiro**
Hanger Levine & Steinberg
21031 Ventura Blvd, Ste 800
Woodland Hills, CA 91364-6512
818-226-1222
Email: mss@hlslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert F Helfing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Robert E Levine
Hanger Levine & Steinberg
21031 Ventura Blvd, Ste 800
Woodland Hills, CA 91364-6512
818-226-1222
Email: hanglevst@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10, inclusive*

**Cross Claimant**

**Hollywood Awards**                    represented by **Daniel John Morse**
*doing business as*                                      (See above for address)
Hollywood Plaques                                        *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **Jonathan S Pink**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **Kim H Pearman**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **Marc S Shapiro**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **Robert F Helfing**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                        **Robert E Levine**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Plastic Dress-Up Company**            represented by **Jonathan S Pink**
*TERMINATED: 02/11/2004*                                 (See above for address)
                                                         *LEAD ATTORNEY*

RJN 188

*ATTORNEY TO BE NOTICED*

**Robert F Helfing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2002 | 1 | COMPLAINT filed Summons(es) Issued referred to Discovery Patrick J. Walsh; Jury Demand (pc) (Entered: 07/19/2002) |
| 07/17/2002 | 2 | NOTICE OF INTERESTED PARTIES filed by plaintiff Academy of Motion (pc) (Entered: 07/19/2002) |
| 07/22/2002 | | REPORT ON THE FILING OF AN ACTION REGARDING COPYRIGHT (cc: form mailed to Washington, D.C.)(Opening) (lc) (Entered: 07/23/2002) |
| 07/30/2002 | 3 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV 99-4796 ABC (CWx)] Case transferred from Judge Terry J. Hatter to Judge Audrey B. Collins for all further proceedings. , Case referred from Discovery Patrick J. Walsh to Discovery Carla M. Woehrle The case number will now reflect the initials of the transferee Judge [ CV 02-5635 ABC (CWx)] (cc: all counsel) (rn) (Entered: 07/30/2002) |
| 08/07/2002 | 4 | STIPULATION filed to extend time to answer complaint [1-1] to 8/27/02 as to defendant Plastic Dress-Up Co (twdb) (Entered: 08/08/2002) |
| 08/30/2002 | 5 | STIPULATION and ORDER by Judge Terry J. Hatter extending time to answer complaint [1-1] to 9/30/02 as to defendant Plastic Dress-Up Co (lc) (Entered: 09/03/2002) |
| 10/02/2002 | 6 | STIPULATION and ORDER by Judge Terry J. Hatter extending time to answer complaint [1-1] to 10/31/02 as to Plastic Dress-Up Co, Dennis Brown, Action Marketing, Hollywood Awards DBA Hollywood Plaques (lc) (Entered: 10/03/2002) |
| 10/02/2002 | 7 | SUPPL STIPULATION and ORDER by Judge Terry J. Hatter extending time to answer complaint [1-1] to 10/31/02 as to Plastic Dress-Up Co, Dennis Brown, Action Marketing, Hollywood Awards (lc) (Entered: 10/04/2002) |
| 11/06/2002 | 9 | STIPULATION and ORDER by Judge Terry J. Hatter extending time to answer complaint [1-1] to 12/1/02 as to Plastic Dress-Up Co, Dennis Brown, Action Marketing, Hollywood Awards (lc) (Entered: 11/08/2002) |
| 11/07/2002 | 8 | MINUTES: IT IS ORDERED that plfs cnsl show cause in writing why this actn should not be dism for lack of prosecution as to dfts Plastic Dress-up Co; Dennis Brown; Actn Mktg Corp; Hollywood Awards , response to osc due by 11/25/02 by Judge Audrey B. Collins CR: Not Reported (rrey) (Entered: 11/08/2002) |
| 11/13/2002 | 10 | STIPULATION and ORDER by Judge Audrey B. Collins extending time to |

| | | |
|---|---|---|
| | | answer complaint [1-1] to 12/1/02 as to defendant Plastic Dress-Up Co, defendant Dennis Brown, defendant Action Marketing, defendant Hollywood Awards (bg) (Entered: 11/15/2002) |
| 12/09/2002 | 11 | STIPULATION and ORDER by Judge Audrey B. Collins extending time to answer complaint [1-1] to 1/31/03 as to dfts Plastic Dress-Up Co, Dennis Brown, Action Marketing, Hollywood Awards (pc) (Entered: 12/10/2002) |
| 01/31/2003 | 12 | STIPULATION and ORDER by Judge Audrey B. Collins extending time to answer complaint [1-1] to 2/28/03 as to defendant Plastic Dress-Up Co, defendant Dennis Brown, defendant Action Marketing, defendant Hollywood Awards (bg) (Entered: 02/04/2003) |
| 03/04/2003 | 13 | ANSWER filed by defendant Plastic Dress-Up Co to complaint [1-1]; jury demand (mg) (Entered: 03/05/2003) |
| 03/04/2003 | 14 | NOTICE OF INTERESTED PARTIES filed by defendant Plastic Dress-Up Co (mg) (Entered: 03/05/2003) |
| 03/10/2003 | 15 | NOTICE OF DISCREPANCY AND ORDER by Judge Audrey B. Collins ordering Answer to Complaint & Jury Demand received on 3/7/03 is not to be fld but instead rejected; Denial based on: LR 83-1.5, No certification of interested parties &/or no copies (mg) (Entered: 03/11/2003) |
| 03/10/2003 | 16 | NOTICE OF INTERESTED PARTIES filed by defendants (mg) (Entered: 03/11/2003) |
| 03/13/2003 | 17 | ANSWER filed by defendants Hollywood Awards, Action Marketing & Dennis Brown to complaint [1-1]; jury demand (mg) (Entered: 03/14/2003) |
| 03/19/2003 | 18 | ORDER by Judge Audrey B. Collins re: conference: 1) Pretrial conference pursuant to FRCP 16 and 26; LR 26; 2) Motions & ex parte applications; Scheduling conference set for 10:00 6/2/03 (mg) (Entered: 03/20/2003) |
| 04/04/2003 | 19 | NOTICE AND REQUEST Of Settlement Procedure Selection filed. Parties request to appear before an attorney selected by the Attorney Settlement Officer Panel or appointed by the Judge for settlement proceedings . Order by Judge Audrey B. Collins granting settlement procedure selection request [19-1] (mg) (Entered: 04/08/2003) |
| 05/20/2003 | 20 | CROSSCLAIM by defendant Hollywood Awards against defendant Plastic Dress-Up Co; Summons not issued (mg) (Entered: 05/21/2003) |
| 05/20/2003 | 21 | FRCP 26(f) REPORT; estimated length of trial: 5 days (mg) (Entered: 05/21/2003) |
| 05/21/2003 | 22 | NOTICE AND REQUEST Of Settlement Procedure Selection filed. Parties request to appear before Discovery Judge Carla M. Woehrle for settlement proceedings . Order by Judge Audrey B. Collins granting settlement procedure selection request [22-1] (mg) (Entered: 05/22/2003) |
| 05/23/2003 | 23 | MINUTES (In Chambers) by Discovery Judge Carla M. Woehrle: This case has been referred to Magistrate Judge Woehrle for settlement. Plaintiff & defendants shall confer immediately with each other and set a date and time for |

RJN 190

| | | a settlement conference. CR: (not present) (mg) (Entered: 05/27/2003) |
|---|---|---|
| 06/02/2003 | 24 | CIVIL JURY TRIAL ORDER by Judge Audrey B. Collins: The Court orders the following dates: a) cut-off date for filing motions to join other parties & amending the pleadings: 8/4/03; b) discovery cut-off: 11/21/03; expert discovery cut-off: 12/31/03; cut-off date for motions to be filed: 1/12/04; Final Pretrial Conference: 3/15/04 at 10:00; jury trial set 3/30/04 at 8:30 (mg) (Entered: 06/03/2003) |
| 06/02/2003 | 25 | ANSWER TO CROSSCLAIM [20-1] by cross-defendant Plastic Dress-Up Co and Demand for Jury Trial (bg) (Entered: 06/03/2003) |
| 06/02/2003 | 26 | MINUTES by Judge Audrey B. Collins: Scheduling conference held . The Court sets the following dats: Add claims/parties cut-off: 8/4/03; discovery cut-off: 11/21/03; expert discovery cut-off: 12/31/03; law & motion cut-off: 1/12/04; final pretrial conference: 3/15/04 at 10:00; jury trial: 3/30/04 at 8:30, estimated 3 days. Counsel must submit their notice of settlement selection within 10 days. CR: Emma Lestro (mg) (Entered: 06/05/2003) |
| 06/30/2003 | 27 | MINUTES (In Chambers) by Discovery Judge Carla M. Woehrle: Settlement conference scheduled for 9/17/03 at 3:00 . CR: (N/A) (mg) (Entered: 07/01/2003) |
| 09/17/2003 | 28 | MINUTES (In Chambers) by Discovery Judge Carla M. Woehrle: Settlement conference held . Parties agree to confer further. A telephonic conference with counsel regarding settlement status is set for 9/26/03 at 8:00 . CR: (N/A) (mg) (Entered: 09/19/2003) |
| 09/26/2003 | 29 | MINUTES (In Chambers) by Judge Carla Woehrle: Telephonic settlement conference held . Agreement in principle is reached as to defendants Plastic Dress-Up Company and Dennis Brown/Action Marketing. Parties anticipate that documentation will be completed within fourteen days. A further telephonic conference is scheduled for 10/20/03 at 8:00 . CR: (N/A) (mg) (Entered: 09/29/2003) |
| 10/02/2003 | 30 | MINUTES (In Chambers) by Discovery Judge Carla M. Woehrle: Re: Further telephonic conference re settlement on 10/10/03 at 8:00 . CR: (N/A) (mg) (Entered: 10/03/2003) |
| 10/10/2003 | 31 | MINUTES (In Chambers) by Discovery Judge Carla M. Woehrle: Telephonic settlement conference held . Documentation has been completed as to defendant Dennis Brown/Action Marketing. Remaining issue in connection with documentation of agreement as to defendant Plastic Dress-Up is discussed and resolved. Plaintiff & defendant Hollywood Awards are to confer further regarding settlement. Counsel for plaintiff is to contact the court on or before 10/24/03 to report as to settlement status. CR: (N/A) (mg) (Entered: 10/14/2003) |
| 10/23/2003 | 32 | STIPULATION and ORDER by Judge Audrey B. Collins dismissing parties Dennis Brown and Action Marketing Corporation with prejudice (mg) (Entered: 10/24/2003) |
| 10/23/2003 | 33 | STIPULATION and ORDER by Judge Audrey B. Collins dismissing party |

|          |    | Plastic Dress-Up Company without prejudice (mg) (Entered: 10/24/2003) |
|----------|----|----------------------------------------------------------------------|
| 10/24/2003 | 34 | MINUTES (In Chambers) by Discovery Judge Carla M. Woehrle: A further settlement conference is scheduled to take place on 11/5/03 at 8:00 . CR: (N/A) (mg) (Entered: 10/27/2003) |
| 10/28/2003 | 35 | NOTICE OF CHANGE Of Address filed by attorneys Daniel John Morse, Marc S Shapiro & Robert E Levine for cross-claimant Hollywood Awards of Hanger, Levine & Steinberg. The new address is 21031 Ventura Boulevard, Suite #800, Woodland Hills, CA 91364-6512; telephone (818) 226-1222; facsimile (818) 226-1215 (mg) (Entered: 10/29/2003) |
| 11/05/2003 | 36 | MINUTES (In Chambers) by Discovery Judge Carla M. Woehrle: Settlement conference held . Agreement is reached as to all remaining parties and issues. Documentation to be completed and stipulation for dismissal of action in entirety to be submitted within 30 days. CR: (N/A) (mg) (Entered: 11/06/2003) |
| 01/14/2004 | 37 | MINUTES OF In Chambers Conference held before Judge Carla Woehrle: Status Conference Re: Settlement scheduled for 2/11/2004 02:00 PM before Magistrate Judge Carla Woehrle. Tape #: None. (dt, ) (Entered: 01/14/2004) |
| 02/06/2004 | 38 | MINUTES OF In Chambers Conference held before Judge Carla Woehrle : Counsel are notified that the Further Settlement conference set for February 11, 2004 at 2:00 pm is vacated. The court received notification from counsel that the parties have signed a settlement agreement. The parties will file a voluntary dismissal with the court by February 13, 2004. Tape #: None. (dt, ) (Entered: 02/09/2004) |
| 02/09/2004 | 39 | STIPULATION AND ORDER by Judge Audrey B. Collins that Academy Awards complaint be dismissed without prejudice as to defendant Hollywood Awards, doing business as Hollywood Plaques.(mg, ) (Entered: 02/11/2004) |
| 02/11/2004 | 40 | STIPULATION AND ORDER by Judge Audrey B. Collins: Dismissing cross-defendant Plastic Dress-Up Company without prejudice. (Made JS-6. Case Terminated.)(mg, ) (Entered: 02/12/2004) |
| 03/15/2004 | 41 | MINUTES by Judge Audrey B. Collins: Final Pretrial Conference held. Conference held without the presence of counsel. The court represents on the record that the case has settled, however no settlement paperwork has been filed as of today. Counsel are ordered to file their settlement paperwork by Monday 3/29/04, or the case will be dismissed. Court Reporter: Sandra Becerra. (mg, ) (Entered: 03/17/2004) |
| 03/17/2004 | 42 | MINUTES (In Chambers) by Judge Audrey B. Collins: The minutes of 3/15/04 are vacated. The court notes the case closed by voluntary dismissal on 2/11/04. Court Reporter: Not Reported. (mg, ) (Entered: 03/17/2004) |
| 04/29/2004 |    | REPORT ON THE DETERMINATION OF AN ACTION REGARDING COPYRIGHT (cc: form mailed to Washington, D.C.) (Closing) (mg, ) (Entered: 04/29/2004) |

**PACER Service Center**

| **Transaction Receipt** | | | |
|---|---|---|---|
| 12/27/2013 04:43:00 | | | |
| **PACER Login:** | wb2607 | **Client Code:** | AMPAS |
| **Description:** | Docket Report | **Search Criteria:** | 2:02-cv-05635-ABC-CW End date: 12/27/2013 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |

## ELECTRONIC COPY OF COMPLAINT UNAVAILABLE VIA COURT'S WEBSITE (PACER)

# ELECTRONIC COPY OF NOTICE OF RELATED CASE UNAVAILABLE VIA COURT'S WEBSITE (PACER)

**SEND**

ORIGINAL ⑨

FILED
CLERK, U S DISTRICT COURT
FILED
JUL 3 0 2002
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Academy of Motion Picture Arts & Sciences | CASE NUMBER: | CV 02-5635 TJH (PJWx) |
|---|---|---|
| PLAINTIFF(S), | | |
| v. | ORDER RE TRANSFER PURSUANT | |
| Plastic Dress-up Company | TO GENERAL ORDER 224 | |
| DEFENDANT(S). | (Related Cases) | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

Dated: _7/24/02_

Audrey B. Collins
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge ___ Collins ___

for all further proceedings.

Dated: _JUL 3 0 2002_

Terry J. Hatter, Jr.
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth: _____

_____

_____

Dated: _____

United States District Judge

REASON FOR TRANSFER AS INDICATED BY COUNSEL: Case __CV 99-4796 ABC (CWx)__ and the present case:

X A.   appear to arise from the same or substantially identical transactions, happenings or events.
☐ B.   involve the same or substantially the same parties or property.
☐ C.   involve the same patent, trademark or copyright.
X D.   call for determination of the same or substantially identical questions of law.
X E.   likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby

transferred from Magistrate Judge ___Walsh___ to Magistrate Judge ___Woehrle___

On all documents subsequently filed in this case, please substitute the initials ___ABC (CWx)___ after the case

number in place of the initials of the prior judge, so that the case number will read CV _02-5635 ABC (CWx)_

This is very important because documents are routed to the assigned judges by means of these initials.

SUBSEQUENT DOCUMENTS MUST BE FILED AT THE   X Western ☐ Southern ☐ Eastern   Division.   ③

**FAILURE TO FILE AT THE PROPER LOCATION WILL RESULT IN YOUR DOCUMENTS BEING RETURNED TO YOU.**

CV-34 (03/02)       ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Cases)  7/30/02
ENTERED ON ICMS 7/30/02

RJN 196