**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Academy of Motion Picture Arts and Sciences | CASE NUMBER |
| | CV 10-03738 ABC(CWx) |
| **PLAINTIFF(S)** | |
| v. | |
| GoDaddy.com, Inc. et al | **REFERRAL OF MOTION TO DISQUALIFY** **JUDGE / MAGISTRATE JUDGE** |
| **DEFENDANT(S).** | |

A Motion to Disqualify Judge / Magistrate Judge <u>Audrey B. Collins</u> was filed on <u>12/31/2013</u>. Pursuant to General Order 08-05 and Local Rule 72-5, this motion is referred to Judge <u>Dale S. Fischer</u> for determination.


Clerk, U. S. District Court


<u>01/02/2014</u>
Date

By <u>Robert R. Nadres</u>
Deputy Clerk


**FOR COURT USE ONLY**

Ruling on prior motion(s):   ☑ No   ☐ Yes.   Refer to document number(s) _____


*cc:*   *Judge Assigned to Case*
        *Judge Assigned to Determine Motion*
        *Counsel of Record*