UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-3738 ABC (CWx)<br>CV 13-8458 ABC (CWx) | Date | 2/3/14 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al. | | |

Present: The Honorable    DALE S. FISCHER, United States District Judge

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Enoch J. Liang<br>Stuart H. Singer | Paula L. Zecchini<br>Aaron M. McKown |

**Proceedings:**        Hearing on Motion to Disqualify District Judge Audrey B. Collins

        The matter is called and counsel state their appearances.  The Court hears oral argument.  The Court finds that the motion is untimely, frivolous, and that defense has provided no evidence that a reasonable person could conclude that there is any bias by Judge Collins.  The Court makes other rulings as set forth on the record.  A further written ruling will issue.