UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3738-AB-CW | Date | October 23, 2014 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al | | |

| Present: The Honorable | Carla M. Woehrle, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| G. Roberson | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**     (IN CHAMBERS) Docket Nos: 575; 576; 578; 580 (Motions to Compel)

   On the Court's own motion, the Motion hearings, previously scheduled for Tuesday, October 28, 2014 at 10:00 a.m., have been rescheduled to **Thursday, November 13, 2014 at 2:00p.m**.

   The hearing will be held before the Honorable Carla M. Woehrle in courtroom 640, 6th Floor of the Roybal Federal Building.


cc: Parties of Record




|  : |
|---|
| Initials of Preparer     gr |