# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-3738 AB (CWx) | Date | April 20, 2015 |
|---|---|---|---|
| Title | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc., et al. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Gay Roberson | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| n/a | n/a |

**Proceedings:**     Joint Request for Decision on Four Motions to Compel [Dkt. No. 639]

　　　The parties are advised that the Court's decision on the pending motions will be issued not later than May 5, 2015.

cc: Counsel of Record

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　　　
　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　　gr