RING BENDER LLP
Aaron M. McKown (CA Bar No. 208781)
amckown@ringbender.com
Paula Zecchini (CA Bar No. 238731)
pzecchini@ringbender.com
2 Park Plaza, Suite 550
Irvine, CA 92612
Tel: 949.202.5818
Fax: 949.679.7939

*Attorneys for GoDaddy.com, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GODADDY.COM, INC., a Delaware corporation, and GODADDY.COM, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No: CV10-3738 ABC (CWx) consolidated with  Case No. 2:13-cv-08458-ABC-CW<br><br>**NOTICE OF LODGING [PROPOSED] ORDER IN SUPPORT OF STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIM FOR CONTRIBUTORY CYBERSQUATTING**<br><br><br>Date Action Filed:　　May 18, 2010<br>Trial Date:　　　　　August 4, 2015 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant GoDaddy.com, LLC hereby lodges its [Proposed] Order in support of Stipulation of Dismissal of Plaintiff's Claim for Contributory Cybersquatting [Dkt. 660].

The [Proposed] Order is attached as Exhibit A.

**RING BENDER LLLP**

DATED:  April 30, 2015          By  /s/Aaron M. McKown
                                 Aaron M. McKown (CA Bar No. 208781)
                                 Paula Zecchini (CA Bar No. 238731)
                                 2 Park Plaza, Suite 550
                                 Irvine, CA 92612
                                 Tel: 949.202.5818
                                 Fax: 949.679.7939
                                 *Attorneys for Defendant GoDaddy.com, LLC*