# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GODADDY.COM, INC., a Delaware corporation, and GODADDY.COM, LLC, a Delaware limited liability company,<br><br>    Defendants. | Case No: CV10-3738 ABC (CWx) consolidated with Case No. 2:13-cv-08458-ABC-CW<br><br>**[PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S CLAIM FOR CONTRIBUTORY CYBERSQUATTING**<br><br>Date Action Filed:   May 18, 2010<br>Trial Date:             August 4, 2015 |

# ORDER

Based on the stipulation of Plaintiff Academy of Motion Picture Arts and Sciences and Defendant GoDaddy.com, LLC, and good cause appearing therefore, IT IS HEREBY ORDERED that the Sixth Claim for Relief for Contributory Cybersquatting as set forth in its Second Amended Complaint [Dkt. 170] is dismissed *with prejudice*.

DATED:    May 6, 2015

_____
Honorable André Birotte Jr.
United States District Judge

-1-

[PROPOSED] ORDER OF DISMISSAL FOR PLAINTIFF
CLAIM OF CONTRIBUTORY CYBERSQUATTING