BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:  310-752-2400
Fax:  310-752-2490

[Additional Counsel Listed On Signature Page]
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  2:10-cv-03738 AB (CWx) [Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**STIPULATION TO FACTS RE: DOMAIN NAMES AND SCREENSHOTS;**<br><br>**WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date Action Filed:     May 18, 2010<br>Pre-Trial Conference: July 13, 2015<br>Trial Date:               August 4, 2015 |

STIPULATION TO FACTS; WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT

The following Stipulation is made by and among counsel for Plaintiff Academy of Motion Picture Arts and Sciences ("the Academy") and Defendant GoDaddy.com, LLC ("GoDaddy," and together with the Academy, the "Parties"):

WHEREAS, on May 15, 2015 the Academy filed a Notice of Motion and Motion for Partial Summary Judgment (Dkt. No. 663, "MSJ") on the grounds that the 293 domain names at issue in these actions were in GoDaddy's Parked Pages Program;

WHEREAS, on May 5, 2015, in support of the MSJ, the Academy filed the declarations of Joe Presbrey, Enoch Liang, Matthew Herman, and David Quinto, authenticating screenshots of GoDaddy Parked Pages for the 293 domain names at issue (Dkt. Nos. 663-3 through 663-18);

WHEREAS, the Academy's MSJ is scheduled to be heard on June 29, 2015 at 10:00 a.m. in Courtroom 4; and

WHEREAS, the Parties agree to stipulate to certain facts regarding the 293 domain names at issue which moot the Academy's pending MSJ;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties as follows:

1. All 230 GoDaddy Parked Pages screenshots attached to the Declaration of Joe Presbrey in Support of the Academy's MSJ (Dkt. Nos. 663-7 through 663-16) are relevant, authentic and admissible under the Federal Rules of Evidence;

2. All 49 GoDaddy Parked Pages screenshots attached to the Declaration of David Quinto in Support of the Academy's MSJ (Dkt. Nos. 663-3 through 663-6) are relevant, authentic and admissible under the Federal Rules of Evidence;

3. All 6 GoDaddy Parked Pages screenshots attached to the Declaration of Matthew Herman in Support of the Academy's MSJ (Dkt. No. 663-17) are relevant, authentic and admissible under the Federal Rules of Evidence;

STIPULATION TO FACTS; WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT
-1-

4.  All 24 GoDaddy Parked Pages screenshots attached to the Declaration of Enoch Liang in Support of the Academy's MSJ (Dkt. No. 663-18) are relevant, authentic and admissible under the Federal Rules of Evidence;

5.  Each of the 293 domain names at issue and referenced in Appendix A to the Liang Declaration (Dkt. No. 663-18) were in one of GoDaddy's Free Parking or Cash Parking Programs during the relevant time frame in this action.

6.  In light of the factual stipulations set forth in Paragraphs 1-5, the Academy's MSJ (Dkt. 663) is withdrawn and the June 29, 2015 hearing on the MSJ is vacated.

**IT IS SO STIPULATED.**

DATED: June 2, 2015     By:    */s/ Enoch H. Liang*
                                Enoch Liang

LEE TRAN & LIANG LLP
James M. Lee, California Bar No. 192301
Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650

| | |
|---|---|
| 1 | Fax: 424-248-6652 |
| 2 | BOIES, SCHILLER & FLEXNER LLP |
| 3 | Stuart Singer (pro hac vice) |
|  | 401 East Las Olas Blvd., Suite 1200 |
| 4 | Fort Lauderdale, FL, 33301 |
|  | Tel: 954-356-0011 |
| 5 | Fax: 954-356-0022 |
| 6 | |
| 7 | David L. Zifkin (SBN 232845) |
|  | 401 Wilshire Blvd., Suite 850 |
| 8 | Santa Monica, CA 90401 |
|  | Tel: 310-752-2400 |
| 9 | Fax: 310-752-2490 |
| 10 | *Additional Attorneys for Plaintiff* |

DATED: June 2, 2015      By:   */s/ Aaron M. McKown*
                                       Aaron M. McKown

RING BENDER LLLP
Aaron M. McKown (CA Bar No. 208781)
Paula Zecchini (CA Bar No. 238731)
2 Park Plaza, Suite 550
Irvine, CA 92612
Tel: 949.202.5818; Fax: 949.679.7939

*Attorneys for Defendant*

STIPULATION TO FACTS; WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT

-3-