UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  CV 10-03738-AB (CWx) | Date:  June 2, 2015 |

Title:  *Academy of Motion Picture Arts & Sciences v. GoDaddy, Inc. et al*

Present: The Honorable  ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**  [In Chambers] Order to Show Cause Why the Court Should not Strike Plaintiff's Allegations Against Greendomainmarket.com

    On March 7, 2011, Plaintiff filed a notice of voluntary dismissal, dismissing its claims against Defendant Greendomainmarket.com without prejudice from its then-operative First Amended Complaint.  (Dkt. No. 78.)  On September 6, 2011, the Honorable Audrey B. Collins granted Plaintiff leave to file a Second Amended Complaint ("SAC") in order to allege a claim of contributory cybersquatting against Defendants Godaddy.com, Inc. and Domains by Proxy, Inc.  (Dkt. No. 138.)  Plaintiff filed its SAC on October 27, 2011, adding a claim for contributory cybersquatting.  (Dkt. No. 170.)  However, in filing its SAC, Plaintiff continued to name Greendomainmarkets.com as a defendant and reasserted its allegations and claims against Greendomainmarket.com.  (*Id*.)  Those renewed allegations were outside the scope of what Plaintiff requested when they sought leave to amend and beyond what Judge Collins authorized in granting such leave, and Plaintiff never submitted proof of Greendomainmarket.com's written consent to amend the complaint by reasserting dismissed claims against it.  Fed. R. Civ. P. 15(a)(2).

   Given that Judge Collins never authorized, and Greendomainmarket.com never consented to, Plaintiff's renewed claims against Greendomainmarket.com, it appears to the Court that Plaintiff's reassertion of its claims against Greendomainmarket.com in the operative SAC was the result of unintentional drafting error.  Before the Court strikes Plaintiff's allegations and claims against Greendomainmarket.com as immaterial, however, the Court thinks it prudent to allow Plaintiff an opportunity to confirm whether its allegations against Greendomainmarket.com in the SAC were, in fact, the result of drafting error.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the Court should not strike Plaintiff's allegations and claims in against Greendomainmarket.com from the SAC as immaterial.  Fed. R. Civ. P. 12(f).  Plaintiff shall show cause by filing a written response not to exceed five pages **no later than June 12, 2015**.  The Court finds this matter suitable for decision without oral argument and will consider the matter submitted upon receipt of Plaintiff's written response or lapse of Plaintiff's opportunity to respond.  Fed. R. Civ. P. 78(b); Civ. L. R. 7-15.

   **The Court will construe Plaintiff's failure to respond to this order to show cause as consent to strike Plaintiff's allegations and claims against Greendomainmarket.com from the SAC as immaterial in light of Plaintiff's earlier dismissal.**

   **IT IS SO ORDERED.**