BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:  310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed On Signature Page]
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT STRIKE PLAINTIFF'S ALLEGATIONS AGAINST GREENDOMAINMARKET.COM**<br><br>Date Action Filed:     May 18, 2010<br>Pre-Trial Conference: July 13, 2015<br>Trial Date:                  August 4, 2015 |

1  In Response to the Court's June 2, 2015 Order to Show Cause (Dkt. 675), Plaintiff Academy of Motion Picture Arts and Sciences ("the Academy") states as follows:

The inclusion of defendant Greendomainmarket.com in the Academy's October 27, 2011 Second Amended Complaint (Dkt. 170) was the result of a drafting error. The Academy thanks the Court for alerting it to this oversight. Concurrently with the filing of this Response, the Academy will file a notice of voluntary dismissal of defendant Greendomainmarket.com from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

DATED: June 3, 2015

*/s/ Enoch H. Liang*
Enoch Liang

LEE TRAN & LIANG LLP
James M. Lee, California Bar No. 192301
Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650

RESPONSE TO ORDER TO SHOW CAUSE
-1-

1  Fax: 424-248-6652

2  BOIES, SCHILLER & FLEXNER LLP
3  Stuart Singer (pro hac vice)
401 East Las Olas Blvd., Suite 1200
4  Fort Lauderdale, FL, 33301
Tel: 954-356-0011
5  Fax: 954-356-0022

6
7  David L. Zifkin (SBN 232845)
401 Wilshire Blvd., Suite 850
8  Santa Monica, CA 90401
Tel: 310-752-2400
9  Fax: 310-752-2490
10 *Additional Attorneys for Plaintiff*