BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:   310-752-2400
Fax:  310-752-2490

[Additional Counsel Listed On Signature Page]
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT GREENDOMAINMARKET.COM PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE**<br><br>Date Action Filed:    May 18, 2010<br>Pre-Trial Conference: July 13, 2015<br>Trial Date:           August 4, 2015 |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Academy of Motion Picture Arts and Sciences hereby voluntarily dismisses the above-captioned action against Defendant Greendomainmarket.com only, and without prejudice.

DATED: June 3, 2015      */s/ Enoch H. Liang*
                          Enoch Liang

                          LEE TRAN & LIANG LLP
                          James M. Lee, California Bar No. 192301
                          Enoch H. Liang California Bar No.  212324
                          601 South Figueroa Street, Suite 3900
                          Los Angeles, CA 90017
                          Telephone: (213) 612-3737
                          Facsimile: (213) 612-3773

                          FOOTE, MEYERS, MIELKE FLOWERS LLC
                          Robert M. Foote (*pro hac vice*)
                          Kathleen Chavez (*pro hac vice*)
                          Matthew Herman (*pro hac vice*)
                          30 North LaSalle Street, Suite 2340
                          Chicago, IL 60602
                          Telephone: (630) 232-6333
                          Facsimile: (630) 845-8982

                          KUPFERSTEIN MANUEL & QUINTO LLP
                          David W. Quinto, Esq. (SBN 106232)
                          11845 W. Olympic Boulevard, Suite 1000
                          Los Angeles, CA 90064
                          Tel: 424-248-6650
                          Fax: 424-248-6652

                          BOIES, SCHILLER & FLEXNER LLP
                          Stuart Singer (pro hac vice)
                          401 East Las Olas Blvd., Suite 1200
                          Fort Lauderdale, FL, 33301
                          Tel: 954-356-0011
                          Fax: 954-356-0022

NOTICE OF DISMISSAL
-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David L. Zifkin (SBN 232845)
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490
*Additional Attorneys for Plaintiff*

NOTICE OF DISMISSAL

-2-