1 | **BOIES, SCHILLER & FLEXNER, LLP**
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Fax: (954) 356-0022

[Additional Counsel Listed on Signature Page]

*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
robert.galvin@wilmerhale.com
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6017

[Additional Counsel Listed on Signature Page]

*Attorneys for Defendant GoDaddy.com, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. CV10-3738 AB (CWx) [consolidated with Case No. CV13-08458-ABC (CW)]<br><br>Assigned to Hon. André Birotte Jr.<br><br>**STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DATES**<br><br>Final Pretrial Conference: July 13, 2015<br><br>Complaint Filed:   May 18, 2010<br>Trial Date:             August 4, 2015 |

Plaintiff Academy of Motion Picture Arts and Sciences ("AMPAS") and Defendant GoDaddy.com, LLC ("GoDaddy") (together, the "Parties"), by and through their counsel of record, respectfully submit the following stipulation.

WHEREAS, the current deadline for each party to file a Memorandum of Contentions of Fact and Law pursuant to L.R. 16-4 is set for June 22, 2015;

WHEREAS, the current deadline for each party to file a Witness List pursuant to L.R. 16-5 is set for June 22, 2015;

WHEREAS, the current deadline for the parties to file a Joint Exhibit List pursuant to L.R. 16-6.1 is set for June 22, 2015;

WHEREAS, the current deadline for each party to disclose copies of all graphic or illustrative material to be shown at trial pursuant to L.R. 16-3 is set for July 24, 2015;

WHEREAS, the current deadline for Plaintiff to lodge the Final Pretrial Conference Order with the Clerk pursuant to L.R. 16-7 and Judge Birotte's Standing Order re: Court Trial is set for June 29, 2015;

WHEREAS, the Parties agree to continue such deadlines as set forth below;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties as follows:

1. The date by which each party shall file a Memorandum of Contentions of Fact and Law pursuant to L.R. 16-4 shall be continued from June 22, 2015 to June 23, 2015.

2. The date by which each party shall file a Witness List pursuant to L.R. 16-5 shall be continued from June 22, 2015 to June 23, 2015.

3. The date by which the parties shall file a Joint Exhibit List pursuant to L.R. 16-6.1 shall be continued from June 22, 2015 to June 23, 2015.

4. The date by which each party shall disclose copies of all graphic or illustrative material to be shown at trial pursuant to L.R. 16-3 shall be continued from July 24, 2015 to July 30, 2015.

5. The date by which Plaintiff shall lodge the Final Pretrial Conference Order with the Clerk pursuant to L.R. 16-7 and Judge Birotte's Standing Order re: Court Trial shall be continued from June 29, 2015 to July 2, 2015.

6. This stipulation shall not prejudice any other pre-trial deadlines.

DATED: June 15, 2015

By: /s/ Enoch H. Liang

Enoch H. Liang (SBN 212324)
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC
Robert M. Foote (*pro hac vice*)
rmf@fmcolaw.com
Matthew Herman (*pro hac vice*)
mjh@fmcolaw.com
10 West State Street, Suite 200
Geneva, Illinois 60134
Tel: 630-232-7450
Fax: 630-232-7452

LEE, TRAN & LIANG APLC
James M. Lee (SBN 192301)
jml@ltlcounsel.com
Enoch H. Liang (SBN 212324)
ehl@ltlcounsel.com
601 South Figueroa Street, Suite 4025
Los Angeles, CA 90017
Tel: 213-612-3737
Fax: 213-612-3773

| | |
|---|---|
| 1 | *Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences* |
| 2 | |
| 3 | |
| 4  DATED: June 15, 2015 | By: /s/   Aaron M. McKown |
| 5 | Aaron M. McKown, California Bar No. 208781 |
| 6 | Attorneys for Defendant GoDaddy.com, LLC |
| 7 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 8 | Robert Galvin, California Bar No. 171508 |
|   | 950 Page Mill Road |
| 9 | Palo Alto, California 94304 |
|   | Telephone: (650) 858-6017 |
| 10 | E-mail:    robert.galvin@wilmerhale.com |
| 11 | William Lee, *pro hac vice* |
|   | 60 State St. |
| 12 | Boston, MA 02109 |
|   | Telephone: (617) 526-6000 |
| 13 | Email: william.lee@wilmerhale.com |
| 14 | **RING BENDER LLLP** |
|   | Aaron M. McKown, California Bar No. 208781 |
| 15 | Paula L. Zecchini, California Bar No. 238731 |
|   | 2 Park Plaza, Suite 550 |
| 16 | Irvine, California  92614 |
|   | Telephone: (949) 202-5810 |
| 17 | E-Mail:    amckown@ringbenderlaw.com |
|    |                  pzecchini@ringbenderlaw.com |
| 18 | *Attorneys for Defendant GoDaddy.com, LLC* |

# CERTIFICATE OF SERVICE

## AMPAS v. GODADDY.COM, INC.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Park Plaza, Ste. 550, Irvine, California, 92614. My e-mail address is: ljuarez@ringbenderlaw.com.

On June 15, 2015, I served the following document(s) described as: **STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DATES and [PROPOSED] ORDER** on all interested parties in this action by placing [☒] a true copy [☐] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Enoch H. Liang<br>James M. Lee<br>**Lee Tran & Liang APLC**<br>601 South Figueroa Street, Suite 4025<br>Los Angeles, CA 90017 | Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences<br>Phone: 213-612-3737<br>Fax: 213-612-3773<br>E-mail: jml@ltlcounsel.com<br>Enoch.Liang@ltlcounsel.com |
| Stuart Singer<br>**Boies, Schiller & Flexner LLP**<br>401 East Las Olas Blvd., Suite 1200<br>Fort Lauderdale, FL 33301 | Phone: 954-356-0011<br>Fax: 954-356-0022<br>E-mail: ssinger@bsfllp.com |
| Matthew Herman<br>**Foote, Mielke, Chavez & O'Neil LLC**<br>10 West State Street, Suite 200<br>Geneva, IL 60134 | Phone: 630-232-6333<br>Fax: 630-845-8982<br>E-mail: mjh@fmcolaw.com |
| David Quinto<br>**Kupferstein Manuel & Quinto LLP**<br>11845 W. Olympic Blvd., Ste. 1000<br>Los Angeles, CA 90064 | Phone: (424) 248-6650<br>Fax: (424) 248-6652<br>E-mail: dq@kmqlitigation.com |
| David L. Zifkin, Esq.<br>**Boies, Schiller & Flexner LLP**<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA  90401 | Phone: 310-752-2400<br>Fax: 310-752-2490<br>Email: dzifkin@bsfllp.com |

| | |
|---|---|
| William F. Lee<br>**Wilmer Cutler Pickering Hale and Dorr LLP**<br>60 State Street<br>Boston, MA 02109 | Co-Counsel for Defendant,<br>GoDaddy.com, LLc<br>Phone: (617) 526-6556<br>Fax: (617) 526-5000<br>E-mail: william.lee@wilmerhale.com |

[☒] by CM/ECF NOTICE OF ELECTRONIC FILING - I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users setforth in the service list obtained from this Court.

[☒] FEDERAL - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 15, 2015, at Irvine, California.

  _/s/ Laura T. Juarez_____
  LAURA T. JUAREZ

**RING BENDER LLLP**
2 Park Plaza, Suite 550
Irvine, California 92614

2

CERTIFICATE OF SERVICE