1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GODADDY.COM, INC., a Delaware corporation, and GODADDY.COM, LLC, a Delaware limited liability company,<br><br>　　　　　Defendants. | Case No: CV10-3738 ABC (CWx) [consolidated with Case No. 2:13-cv-08458-AB (CWx)]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CERTAIN PRE-TRIAL DATES**<br><br><br>Date Action Filed:　　May 18, 2010<br>Trial Date:　　　　　August 4, 2015 |

[PROPOSED] ORDER ON STIPULATION TO CONTINUE
CERTAIN PRE-TRIAL DATES

## ORDER

The Court having considered the Stipulation to Continue Certain Pre-trial Dates filed by Plaintiff Academy of Motion Picture Arts and Sciences and Defendant GoDaddy.com, LLC, and good cause appearing therefore, the stipulation is GRANTED.

IT IS HEREBY ORDERED THAT:

1. The date by which each party shall file a Memorandum of Contentions of Fact and Law pursuant to L.R. 16-4 shall be continued from June 22, 2015 to June 23, 2015.

2. The date by which each party shall file a Witness List pursuant to L.R. 16-5 shall be continued from June 22, 2015 to June 23, 2015.

3. The date by which the parties shall file a Joint Exhibit List pursuant to L.R. 16-6.1 shall be continued from June 22, 2015 to June 23, 2015.

4. The date by which each party shall disclose copies of all graphic or illustrative material to be shown at trial pursuant to L.R. 16-3 shall be continued from July 24, 2015 to July 30, 2015.

5. The date by which Plaintiff shall lodge the Final Pretrial Conference Order with the Clerk pursuant to L.R. 16-7 and Judge Birotte's Standing Order re: Court Trial shall be continued from June 29, 2015 to July 2, 2015.

6. This stipulation shall not prejudice any other pre-trial deadlines.

IT IS SO ORDERED.

DATED:

_____
Honorable André Birrote Jr.
United States District Judge