BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed On Signature Page]

Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>Defendant. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13-cv-08458-AB (CWx)]<br><br>**PLAINTIFF ACADEMY OF MOTION PICTURE ARTS AND SCIENCES' LOCAL RULE 16-5 WITNESS LIST**<br><br>Date Action Filed: May 18, 2010<br>Pre-Trial Conference: July 13, 2015<br>Trial Date: August 4, 2015 |

Plaintiff Academy of Motion Picture Arts and Sciences ("The Academy") hereby submits its Local Rule 16-5 Witness List, listing witnesses (including expert witnesses) to be called at trial other than those contemplated to be used solely for impeachment.

The Academy reserves the right to supplement this list pending the Court's rulings, including on motions in limine and authenticity of documents. The Academy also reserves the right to supplement this list based on the pretrial disclosures and exchanges made by GoDaddy. The Academy also reserves the right to call any witnesses on GoDaddy's witness list. Finally, the Academy reserves the right to subpoena GoDaddy witnesses for the sole purpose of authenticating documents produced by GoDaddy in this litigation, if necessary.

At the present time, the Academy may call the following witnesses at trial on the following topics. The Academy reserves the right to also have the following witnesses testify on topics regarding which they were deposed:

**Academy Witnesses**

1. <u>Bruce Davis</u> (live testimony)

   *Contact information*: This witness can be contacted through the Academy's counsel.

   *Will call / may call:* The Academy will call this witness.

   Among other topics, Mr. Davis will testify generally about the history and work of the Academy and its annual awards ceremony, as well as its protection of its intellectual property (including its famous trademarks).

   <u>Time Estimate for Direct:</u> 1.5

   <u>Time Estimate for Cross:</u> 0:45

2. <u>Ric Robertson*</u> (live testimony)

   *Contact information*: This witness can be contacted through the

Academy's counsel.

*Will call / may call:* The Academy may call this witness.

If necessary, among other topics, Mr. Robertson will testify about the Academy's history, organizational structure, and enforcement of its trademarks.

The Academy will only call Mr. Robertson to testify about areas that Mr. Davis did not testify already regarding.

<u>Time Estimate for Direct:</u>  0.5

<u>Time Estimate for Cross:</u>  0:10

3. <u>Scott Miller</u>* (live testimony)

*Contact information*:  This witness can be contacted through the Academy's counsel.

*Will call / may call:* The Academy may call this witness.

If necessary, among other topics, Mr. Miller will testify generally about the Academy's intellectual property policies, as well as its enforcement efforts to prevent commercial use of its trademarks.

As the Academy's sole in-house attorney through 2014, Mr. Miller's testimony will be non-cumulative.

<u>Time Estimate for Direct:</u>  0.5

<u>Time Estimate for Cross:</u>  0:30

4. <u>David Quinto</u>*  (live testimony)

*Contact information*:  This witness can be contacted through the Academy's counsel.

*Will call / may call:* The Academy may call this witness.

If necessary, among other topics, Mr. Quinto will testify specifically about the Academy's efforts to stop GoDaddy from generating revenue from use of the Academy's trademarks in the Parked Pages Program, including the multiple cease

and desist letters sent to GoDaddy, the costs incurred by the Academy in doing so, and GoDaddy's responses to Mr. Quinto.

Mr. Quinto's testimony will be non-cumulative because he will be the only witness testifying about his enforcement efforts on behalf of the Academy.

Time Estimate for Direct: 0.5

Time Estimate for Cross: 0:10

5. Christina Kounelias* (live testimony)

*Contact information*: This witness can be contacted through the Academy's counsel.

*Will call / may call:* The Academy may call this witness if the need arises.

If necessary, among other topics, Ms. Kounelias will testify about the extensive efforts the Academy undertakes to market and promote the annual awards ceremony, as well as its famous trademarks.

As the Chief Marketing Officer at the Academy since 2012 or 2013, Ms. Kounelias' testimony will be non-cumulative.

Time Estimate for Direct: 0.5

Time Estimate for Cross: 0:10

6. Joe Presbrey* (by deposition)

*Contact information:* This witness can be contacted through the Academy's counsel.

*Will call / may call:* The Academy may call this witness.

If necessary, Mr. Presbrey will testify about the efforts the Academy had to undertake in order to locate infringing domains in GoDaddy's Parked Pages Programs.

Mr. Presbrey's testimony will be non-cumulative.

Time Estimate for Direct Deposition Testimony: 0.3

Time Estimate for Rebuttal Deposition Testimony: 0:10

**Expert Witnesses**

7. Dr. Charles Mahla (live testimony)

*Contact information*: This witness can be contacted through the Academy's counsel.

*Will call / may call:* The Academy will call this witness.

Among other topics, Dr. Mahla will testify about his expert rebuttal report on statutory damages that should be awarded against GoDaddy in order to deter GoDaddy from further infringing in the future.

As the only damages expert for the Academy, Dr. Mahla's testimony will be non-cumulative.

Time Estimate for Direct: 0.5

Time Estimate for Cross: 0:30

8. James Pampinella* (live testimony or by deposition)

*Contact information*: This witness can be contacted through GoDaddy's counsel.

*Will call / may call:* The Academy may call this witness if GoDaddy does not stipulate to the aggregate revenue numbers for its Page Parking Programs attached as Schedules to Pampinella's Amended Expert Report.

If necessary, the Academy will call Mr. Pampinella to confirm the figures in the schedules to his expert report.

Mr. Pampinella's testimony will be non-cumulative.

Time Estimate for Direct: 0.3

Time Estimate for Cross: 0:00

**GoDaddy Witnesses**

9. <u>Defendant GoDaddy.com via 30(b)(6) testimony</u> (by deposition)

*Contact information*: This witness can be contacted through GoDaddy's counsel.

*Will call / may call:* The Academy will call this witness.

The Academy will call GoDaddy's 30b6 witnesses as described in each person's testimony below.

<u>Time Estimate for Direct</u>: n/a (estimates are below)
<u>Time Estimate for Cross:</u> n/a

10. <u>Barbara Rechterman</u> (by deposition)

*Contact information*: This witness can be contacted through GoDaddy's counsel.

*Will call / may call:* The Academy will call this witness.

Among other topics, the Academy will call Ms. Rechterman by deposition in order to testify about GoDaddy's engaging in the Parked Pages Program, including the monetization of domain names through the Parked Pages Program.

As the original employee at GoDaddy and the only current member of GoDaddy's Executive Committee on the Witness List, Ms. Rechterman's testimony will be non-cumulative.

<u>Time Estimate for Direct Deposition Testimony:</u> 0.7
<u>Time Estimate for Rebuttal Deposition Testimony:</u> 0:15

11. <u>Richard Merdinger</u> (by deposition)

*Contact information*: This witness can be contacted through GoDaddy's counsel.

*Will call / may call:* The Academy will call this witness.

Among other topics, the Academy will call Mr. Merdinger by deposition in

order to testify about GoDaddy's patent application filed in October 2007 entitled "Systems and methods for filtering online advertisements containing third party trademarks", as well as GoDaddy's continued monetization of domain names including trademarks, despite Google's insistence by 2006/2007 that GoDaddy not do so.

As the sole named inventor on the patent application, Mr. Merdinger's testimony will be non-cumulative.

<u>Time Estimate for Direct Deposition Testimony</u>: 0.7

<u>Time Estimate for Rebuttal Deposition Testimony</u>:  0:15

12. <u>Paul Nicks</u>  (by deposition)

*Contact information*:  This witness can be contacted through GoDaddy's counsel.

*Will call / may call:*  The Academy will call this witness.

Among other topics, the Academy will call Mr. Nicks by deposition to testify about the history, implementation, and operation of GoDaddy's Parked Pages Program, as well as GoDaddy's implementation of an Academy specific filter to prevent the use of domain names containing the Academy's Marks in GoDaddy's Parked Pages Program starting in late 2013.

As the GoDaddy employee in charge of the Parked Pages Program, Mr. Nick's testimony will be non-cumulative.

<u>Time Estimate for Direct Deposition Testimony</u>: 1.2

<u>Time Estimate for Rebuttal Deposition Testimony</u>:  0:00

13. <u>Christine Jones</u>  (by deposition)

*Contact information*:  This witness can be contacted through GoDaddy's counsel.

*Will call / may call:*  The Academy will call this witness.

Among other topics, the Academy will call Ms. Jones by deposition to testify about the history and operation of GoDaddy's Parked Pages Program in a non-cumulative fashion to Mr. Nicks.

The Academy will also call Ms. Jones to testify about why GoDaddy placed advertisements on Parked Pages, GoDaddy's intellectual property protection guidelines generally and GoDaddy's specific awareness of trademark owner complaints about domain names including their trademarks in the Parked Pages Program, GoDaddy's sporadic use of a "Blacklist" of famous trademarks (which included the Academy's trademarks), and GoDaddy's other products that are indicative of GoDaddy's bad faith intent to profit.

As GoDaddy's former General Counsel, Ms. Jones's testimony will be non-cumulative.

<u>Time Estimate for Direct Deposition Testimony:</u> 1.2

<u>Time Estimate for Rebuttal Deposition Testimony:</u> 0:10

14. <u>Ron Hertz</u> (by deposition)

*Contact information*: This witness can be contacted through GoDaddy's counsel.

*Will call / may call:* The Academy will call this witness.

If necessary, among other topics, the Academy will call Mr. Hertz by deposition to establish GoDaddy's revenue from its Parked Pages Program.

Mr. Hertz's testimony will be non-cumulative.

<u>Time Estimate for Direct Deposition Testimony:</u> 0.5

<u>Time Estimate for Rebuttal Deposition Testimony:</u> 0:05

15. <u>Nathan Curran</u>\*  (by deposition)

*Contact information*:  This witness can be contacted through GoDaddy's counsel.

*Will call / may call:*  The Academy may call this witness.

If necessary, among other topics, the Academy will call Mr. Curran (GoDaddy's former Domains Manager) by deposition in order to discuss the revenue sources of the Parked Page Programs, issues related to typosquatting and cybersquatting within the Parked Page Programs, and GoDaddy's trademark infringement policy generally.

Mr. Curran's deposition testimony may be cumulative of other witnesses' testimony or of Stipulated Facts proposed by the Academy to GoDaddy.  If so, the Academy will not call Mr. Curran.

<u>Time Estimate for Direct Deposition Testimony:</u> 0.5

<u>Time Estimate for Rebuttal Deposition Testimony:</u>  0:10

16. <u>Karl Fazio</u>\*  (by deposition)

*Contact information*:  This witness can be contacted through GoDaddy's counsel.

*Will call / may call:*  The Academy may call this witness.

If necessary, among other topics, the Academy will call Mr. Fazio by deposition to testify regarding the drafting of the Patent Application, its then status, and the requirements/representations made to the USPTO upon filing of a patent application.

Mr. Fazio's testimony will be non-cumulative because he is the only witness designated who practices as a patent lawyer and can testify about the requirements for a patent application.

<u>Time Estimate for Direct Deposition Testimony:</u> 0.5

<u>Time Estimate for Rebuttal Deposition Testimony:</u>  0:10

17. <u>Shannon Schumacher</u>*  (by deposition)

   *Contact information*:  This witness can be contacted through GoDaddy's counsel.

   *Will call / may call:*  The Academy may call this witness.

If necessary, among other topics, the Academy will call Ms. Schumacher by deposition to testify about GoDaddy's Parked Pages program, including how GoDaddy places GoDaddy-specific advertising on parked pages, GoDaddy's marketing of the Cash Parking program to potential customers, GoDaddy's marketing and promotion of its products and services on GoDaddy parked pages, and GoDaddy's design and creation of pay-per-click templates.

Mr. Schumacher's testimony will be non-cumulative because she is the only witness designated who testifies about GoDaddy's marketing and promotion of its Page Parking Program to GoDaddy customers.

   <u>Time Estimate for Direct Deposition Testimony:</u> 0.5

   <u>Time Estimate for Rebuttal Deposition Testimony:</u>  0:10

18. <u>Timothy Ruiz</u>*  (by deposition)

   *Contact information*:  This witness can be contacted through GoDaddy's counsel.

   *Will call / may call:*  The Academy may call this witness.

If necessary, among other topics, the Academy will call Mr. Ruiz by deposition to discuss ICANN policy, GoDaddy's brief attempt to sell products that would assist large companies protect their intellectual property on the Internet by monitoring the Internet for infringing domains, and GoDaddy's refusal to assist other third parties in protecting intellectual property on the Internet.

Mr. Ruiz's testimony will be non-cumulative because of his unique knowledge as the Vice President of Corporate Development and Policy.

   <u>Time Estimate for Direct Deposition Testimony:</u> 0.3

Time Estimate for Rebuttal Deposition Testimony: 0:05

19. Tracy Carlson* (by deposition)

*Contact information*: This witness can be contacted through GoDaddy's counsel.

*Will call / may call:* The Academy may call this witness.

If necessary, among other topics, the Academy will call Ms. Carlson by deposition to discuss GoDaddy's preservation and production of documents in this action; the authenticity of documents; the types of data and information that GoDaddy maintains; and GoDaddy's ability to run reports, such as revenue reports.

Ms. Carlson's testimony should only be necessary if there are disputes regarding authentication of documents; otherwise, her testimony will be non-cumulative because of her unique knowledge as GoDaddy's Senior In-House Litigation Counsel.

Time Estimate for Direct Deposition Testimony: 0.5

Time Estimate for Rebuttal Deposition Testimony: 0:05

20. Camille Ede* (by deposition)

*Contact information*: This witness can be contacted through GoDaddy's counsel.

*Will call / may call:* The Academy may call this witness.

If necessary, among other topics, the Academy will call Ms. Ede by deposition to discuss GoDaddy's awareness and use of the USPTO's database of trademarks; GoDaddy's use of "passive" domain names in its Parked Pages Program to generate revenue; GoDaddy's policies, procedures, and agreements that are implemented or overseen by its Domain Services Department; GoDaddy's policy, procedure and practices governing its Parked Pages Program, including its practice of defaulting domain names to the Free Parking Program; GoDaddy's

policies, procedures and practices for handling domain name disputes, including redirecting domain names to non-monetized or generic parked pages; third-party trademark complaints related to the Parked Pages Program; GoDaddy's policies, procedures and practices for handling trademark complaints; GoDaddy's policies, procedures and practice for its trademarks; and Domains By Proxy's "VIP" list of trademarks

Ms. Ede's testimony will be non-cumulative because of her unique knowledge as the head of GoDaddy's Domain Services Department.

<u>Time Estimate for Direct Deposition Testimony:</u> 0.4

<u>Time Estimate for Rebuttal Deposition Testimony:</u> 0:10

21.  <u>Jessica Hanyen</u>*  (by deposition)

*Contact information*:  This witness can be contacted through GoDaddy's counsel.

*Will call / may call:*  The Academy may call this witness.

If necessary, among other topics, the Academy will call Ms. Hanyen by deposition to GoDaddy's use of the Parked Pages Program to monetize domain names, including monetization that occurs between domain name registration and GoDaddy's receipt of a trademark complaint; GoDaddy's trademark policies, procedures, and practices, including its practice of not screening or filtering domain names for third-party trademarks; GoDaddy's receipt of trademark complaints, including AMPAS's cease and desist letters; GoDaddy's ability to screen or filter domain names for third-party trademarks; GoDaddy's use of a database to evaluate trademarked domain names in the Cash Parking Program, but only *after* they were already being monetized in the program; GoDaddy's name spinning technology; GoDaddy's ability to direct parked pages to non-monetized pages; and the total number of domain names in the Parked Pages Program.

Ms. Hanyen's testimony will be non-cumulative because her unique

knowledge as a member of GoDaddy's Domain Services Department and because she testified as a 30(b)(6) witness on behalf of GoDaddy.

<u>Time Estimate for Direct Deposition Testimony:</u> 0.5

<u>Time Estimate for Rebuttal Deposition Testimony:</u> 0:00

22. <u>Linda Jett*</u> (by deposition)

*Contact information*: This witness can be contacted through GoDaddy's counsel.

*Will call / may call:* The Academy may call this witness.

If necessary, among other topics, the Academy will call Ms. Jett by deposition to testify about the terms of various agreements entered into between GoDaddy and registrants for participation in the Parked Pages Programs (and changes over time thereto); GoDaddy's internal process for reviewing and revising various agreements, including agreements for participation in the Parked Pages programs; GoDaddy's relationship and contracts with Google; and GoDaddy's Trademark and Copyright Infringement Policy.

Ms. Jett's testimony will be non-cumulative because she is the only witness designated to testify on behalf of GoDaddy regarding these issues. However, to the extent that GoDaddy stipulates to certain proposed facts from the Academy, then Ms. Jett's testimony may be limited or unnecessary.

<u>Time Estimate for Direct Deposition Testimony:</u> 0.3

<u>Time Estimate for Rebuttal Deposition Testimony:</u> 0:05

DATED: June 23, 2015

By: /s/ Enoch H. Liang

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
David Nelson (pro hac vice)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC
Robert M. Foote (pro hac vice)
rmf@fmcolaw.com
Matthew Herman (pro hac vice)
mjh@fmcolaw.com
10 West State Street, Suite 200
Geneva, Illinois 60134
Tel: 630-232-7450
Fax: 630-232-7452

LEE, TRAN & LIANG LLP
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: 213-612-8900
Fax: 213-612-3773

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
dq@kmqIitigation.com
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650
Fax: 424-248-6652

Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences