**WILMER CUTLER PICKERING HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
Jimmy Doan, California Bar No. 271448
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
E-mail:   robert.galvin@wilmerhale.com
           jimmy.doan@wilmerhale.com

William Lee, *pro hac vice*
60 State St.
Boston, MA 02109
Telephone: (617) 526-6000
Email: william.lee@wilmerhale.com

**RING BENDER LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California 92614
Telephone: (949) 202-5810
E-Mail:   amckown@ringbenderlaw.com
           pzecchini@ringbenderlaw.com

Attorneys for Defendant
GODADDY.COM, LLC (f/k/a GoDaddy.com, Inc.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738 AB (CWx) [consolidated with Case No. CV13-08458-ABC (CW)]<br><br>Assigned to Hon. André Birotte Jr.<br><br>**GODADDY.COM, LLC'S WITNESS LIST**<br><br>Final Pretrial Conference: July 13, 2015<br><br>Complaint Filed:   May 18, 2010<br>Trial Date:           August 4, 2015 |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and (b), Local Rule 16.5, and this Court's Civil Trial Scheduling Order, GoDaddy.com, LLC ("GoDaddy") hereby provides its Witness List, listing witnesses (including expert witnesses) it anticipates calling at trial other than those contemplated to be used solely for impeachment.  Pursuant to Local Rule 16.5, witnesses marked with an asterisk (*) may be called only if the need arises.  GoDaddy also reserves the right to call any witness identified by AMPAS.

1. <u>Jessica Hanyen</u> (may be contacted through GoDaddy's counsel of record)

   *Will call / may call*: GoDaddy will call this witness.

   *Brief description*: This witness is an employee of GoDaddy and will testify regarding the business and services offered by GoDaddy, including the policies and procedures related thereto.  Her testimony may include, at least: (a) GoDaddy's domain name registration process as to the domain names at issue (the "Accused Domains"); (b) GoDaddy's Universal Terms of Service Agreement; (c) the CashParking Terms of Service Agreement; (d) GoDaddy's internal trademark policies; (e) GoDaddy's trademark dispute resolution procedure, including GoDaddy's Trademark Infringement Policy, its standard operating procedures relating thereto, GoDaddy's history of resolving trademark disputes, and the industry-leading nature of and brand owner satisfaction with such procedures; (f) GoDaddy's VIP program for trademark holders to further expedite the notification and override process; (g) AMPAS's pre-suit cease-and-desist letters and GoDaddy's timely resolutions responding to such letters; and (h) GoDaddy's intent with respect to third party trademarks, including AMPAS.  No other witness will provide such testimony.

   *Time estimate for direct examination*: 1:30
   *Time estimate for cross-examination*: 0:45

2.      <u>Paul Nicks</u> (may be contacted through GoDaddy's counsel of record)

*Will call / may call*: GoDaddy will call this witness.

*Brief description*: This witness is an employee of GoDaddy and will testify regarding the business and services offered by GoDaddy, including the operational mechanisms related thereto. His testimony may include, at least: (a) the products and services offered by GoDaddy to its customers; (b) overview of how the Domain Name System and domain registration process works; (c) design, evolution, and operation of GoDaddy's Parked Page Program; (d) records associated with GoDaddy's Parked Page Programs; (e) GoDaddy's registration, routing, and parked page processes; (f) the manner in which templates for the Accused Domains were selected for display upon resolution to a website; (g) the display of advertisements, whether GoDaddy or Google-placed, on the Accused Domains; (h) GoDaddy's manual override of its automated systems upon notice for each of the Accused Domains to ensure that they resolved to a non-ad page going forward; (i) GoDaddy's development and implementation of a filter to prevent the display of advertisements on any domain name containing in the domain string one or more of the AMPAS marks at issue, as well as a broader filter of certain other marks; (j) GoDaddy's voluntary blacklisting specific domain names flagged by its trademark filter out of an abundance of caution, meaning that those domains will never resolve to a GoDaddy parked page bearing any form of monetized ads; and (k) relevant changes in the nature of Google's AdSense for Domains program from 2009 to date, as it pertains to the Accused Domains. No other witness will provide such testimony.

*Time estimate for direct examination*: 2:00

*Time estimate for cross-examination*: 1:00

///

///

///

**RING BENDER LLLP**
2 Park Plaza, Suite 550
Irvine, California 92614

3. <u>James Bladel</u> (*) (may be contacted through GoDaddy's counsel of record)

*Will call / may call*: GoDaddy may call this witness.

*Brief description*: This witness is an employee of GoDaddy and will testify regarding (a) his involvement with the Internet Corporation for Assigned Names and Numbers ("ICANN") on behalf of GoDaddy; and (b) the policies and procedures of other domain registrars, including GoDaddy's trademark dispute policies and procedures in comparison.

*Time estimate for direct examination*: 0:30

*Time estimate for cross-examination*: 0:25

4. <u>Jim Pampinella</u> (may be contacted through GoDaddy's counsel of record)

*Will call / may call*: GoDaddy will call this witness.

*Brief description*: This witness was retained by GoDaddy and will testify regarding his expert opinion as to the appropriate damages owed to AMPAS in the event that GoDaddy is found liable, including (a) the accounting of revenues generated by GoDaddy related to the Accused Domains, including that 221 of the 293 Accused Domains generated no revenue at all and the remaining 72 Accused Domains generated total revenue of $107; (b) the calculation of a reasonable royalty for the alleged use of the Accused Domains by GoDaddy; and (c) the quantifiable amount of unjust enrichment resulting from GoDaddy's alleged unauthorized use of certain trademarks owned by AMPAS. No other witness will provide such testimony.

*Time estimate for direct examination*: 1:00

*Time estimate for cross-examination*: 0:25

///

///

///

5. <u>Chris Silver Smith</u> (*) (may be contacted through GoDaddy's counsel of record)

*Will call / may call*: GoDaddy may call this witness.

*Brief description*: This witness was retained by GoDaddy and will testify regarding his expert opinion that (a) GoDaddy made no attempt to promote or otherwise drive traffic to any of the Accused Domains; (b) did not provide third parties with links to the Accused Domains; and (c) did not engage in efforts to optimize any of the Accused Domains or otherwise promote their appearance in search engine results.  No other witness will provide such testimony.

*Time estimate for direct examination*: 0:45

*Time estimate for cross-examination*: 0:20

6. <u>Oscar Hernandez</u> (*)

*Will call / may call*: GoDaddy may call this witness.

*Brief description*: This witness registered the domain name "theoscarteam.com" with GoDaddy and will testify as to the basis for the inclusion of the term "oscar" in the domain name string.  Specifically, the witness will testify that (a) he selected the domain name for registration; (b) his name is Oscar; (c) he is a realtor who intended to assemble a real estate team at the time of registration; (d) the website was intended to market that team's real estate services; and (e) that the registration of his domain name was unrelated to AMPAS and its marks.  No other witness will provide such testimony.

*Time estimate for direct examination*: 0:15

*Time estimate for cross-examination*: 0:10

7. <u>Oscar Sagastume</u> (*)

*Will call / may call*: GoDaddy may call this witness.

*Brief description*: This witness registered the domain name "oscarcomedy.com" with GoDaddy and will testify as to the basis for the inclusion of the term "oscar" in the domain name string.  Specifically, the witness will testify

RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

that (a) he selected the domain name for registration; (b) his name is Oscar; (c) he is a professional stand-up comedian; and (d) his registration of the domain name "oscarcomedy.com" was unrelated to AMPAS and its marks. No other witness will provide such testimony.

*Time estimate for direct examination*: 0:15

*Time estimate for cross-examination*: 0:10

8. Oscar Moskaluk (*)

*Will call / may call*: GoDaddy may call this witness.

*Brief description*: This witness registered the domain name "oscar360.com" with GoDaddy and will testify as to the basis for the inclusion of the term "oscar" in the domain name string. Specifically, the witness will testify that (a) he selected the domain name for registration; (b) his name is Oscar; and (c) "360" represents his world view and philosophy of life; (d) he intended to use his domain name to discuss his personal philosophy; and (e) his registration of the domain name "oscar360.com" was unrelated to AMPAS and its marks. No other witness will provide such testimony.

*Time estimate for direct examination*: 0:15

*Time estimate for cross-examination*: 0:10

Additionally, GoDaddy identifies the following witnesses whose testimony may be presented through designation of testimony presented at deposition:

1. Christine Jones

*Will call / may call*: GoDaddy will call this witness.

*Brief description*: This witness is a former employee of GoDaddy and testified regarding the evolution of the business and services GoDaddy offered, including the evolution of its Parked Pages Programs. No other witness will provide such testimony.

*Time estimate for direct examination*: 0:30

*Time estimate for cross-examination*: 0:20

2. <u>Richard Merdinger</u>[1]

*Will call / may call*: GoDaddy will call this witness.

*Brief description*: This witness is an employee of GoDaddy and testified regarding (a) the history of GoDaddy's implementation of the Parked Pages Programs; (b) United States Patent Application Pub. No. 2008/0033822 A1; and (c) technical challenges in designing and implementing trademark filtering technology.

*Time estimate for direct examination*: 0:30

*Time estimate for cross-examination*: 0:20

3. <u>Janet Weiss</u> (*)

*Will call / may call*: GoDaddy may call this witness.

*Brief description*: This witness is a former employee of AMPAS and testified regarding AMPAS' participation in Google's AdWords and AdSense programs, including the purchase of certain Google AdWords to support AMPAS' websites and YouTube channel. No other witness will provide such testimony.

*Time estimate for direct examination*: 0:15

*Time estimate for cross-examination*: 0:15

4. <u>Scott Miller</u> (*) (may be contacted through AMPAS' counsel of record)

*Will call / may call*: GoDaddy may call this witness.

*Brief description*: This witness is an employee of AMPAS and testified on behalf of AMPAS as its 30(b)(6) witness regarding the lack of any indication that the Accused Domains produced any confusion with, dilution of, or damage to AMPAS and its marks. No other witness will provide such testimony.

---

[1] GoDaddy currently intends to call Mr. Merdinger by deposition. However, it is possible it may call him as a live witness at trial, if his schedule permits and there is a need for any additional testimony not in his deposition. Thus, GoDaddy hereby provides notice that it may call him at trial.

    *Time estimate for direct examination*: 0:20

    *Time estimate for cross-examination*: 0:15

5. <u>Tim Ruiz</u> (*)

    *Will call / may call*: GoDaddy may call this witness.

    *Brief description*: This witness is a former employee of GoDaddy and testified that ICANN did not contact GoDaddy concerning any perceived problems in the industry as it relates to the Parked Page Programs, including typosquatting or cybersquatting. No other witness will provide such testimony.

    *Time estimate for direct examination*: 0:10

    *Time estimate for cross-examination*: 0:20

Dated: June 23, 2015

    **RING BENDER LLLP**
    Aaron M. McKown
    Paula L. Zecchini

    By: *s/ Paula L. Zecchini*
        Paula L. Zecchini

    **WILMER CUTLER PICKERING HALE AND DORR LLP**
    Robert Galvin, California Bar No. 171508
    950 Page Mill Road
    Palo Alto, CA 94304
    Telephone: (650)858-6017
    E-mail: robert.galvin@wilmerhale.com

    William Lee, *pro hac vice*
    60 State Street
    Boston, MA 02109
    Telephone: (617)526-6000
    E-mail: William.lee@wilmerhale.com

    Attorneys for Defendant
    GODADDY.COM, LLC