# Exhibit A

Current as of June 9, 2015

**Domain Names Still to Be Adjudicated re: Confusing Similarity**

1. GREENOSCAR.COM
2. HOMEOSCARS.COM
3. LISTOSCAR.COM
4. LOCATIONSOSCAR.COM
5. OSCAR4RE.COM
6. OSCARCAM.COM
7. OSCARCHALLENGE.COM
8. OSCARCHALLENGE.NET
9. OSCARCLAIM.COM
10. OSCARCLAIM.NET
11. OSCARCLAIMS.NET
12. OSCARCOMMUNITY.COM
13. OSCARELIGIBLE.COM
14. OSCARELIGIBLE.NET
15. OSCARHOPE.COM
16. OSCARHOSPITALITY.COM
17. OSCARI.COM
18. OSCARI.NET
19. OSCAR-INT.COM
20. OSCARKIDS.COM
21. OSCARLOCATIONS.COM
22. OSCARRESPONSE.COM
23. OSCARRUN.COM
24. OSCARS3D.COM
25. OSCARSHOTELS.COM
26. OSCARSHOTELS.NET
27. OSCARSINAMINUTE.COM
28. OSCARSLLC.COM
29. OSCARSMILE.COM
30. OSCARSOPENHOUSE.COM
31. OSCARSORNOT.COM
32. OSCARSROOM.COM
33. OSCARTWIST.COM
34. OSCARUNIVERSE.COM
35. OSCARWAY.COM
36. OSCARWORTHYMANSION.COM
37. TEXTILEOSCARS.COM

38. TEXTILEOSCARS.NET
39. THEMORMONOSCARS.COM
40. THEOSCARBODY.COM
41. THEOSCARCOPS.NET
42. THEOSCARTEAM.COM
43. THEOSCARTOUR.COM
44. GOTOSCAR.COM
45. MAKINGTHEROUNDSWITHOSCAR.COM
46. OSCARBRIGHT.COM
47. OSCARBRITE.COM
48. OSCARDOESITAGAIN.COM
49. OSCARRESULTS.NET
50. OSCARSOASIS.COM
51. THEWORLDAWARDACADEMY.ORG
52. THINKOSCAR.COM
53. THINKOSCAR.NET
54. THINKQUICKOSCAR.COM
55. TRAVELOSCAR.COM
56. TRAVELOSCARS.COM
57. TRAVELOSCARS.NET