BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL, 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,

Plaintiff,

v.

GODADDY.COM, INC., et al.,

Defendant.

Case No.: 2:10-cv-03738 AB (CWx) [Consolidated with Case No.2:13- cv-08458-AB (CWx)]

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION IN LIMINE TO EXCLUDE TESTIMONY OF JAMES BLADEL [DKT. NO. 683]**

Date: July 13, 2015
Time: 11:00 a.m.
Courtroom: 4
Judge: Hon. André Birotte Jr.

Complaint Filed: May 18, 2010
Trial Date: August 4, 2015

Based on Mr. Bladel's unavailability for trial, Defendant GoDaddy.com, LLC has notified Plaintiff Academy of Motion Picture Arts and Sciences ("AMPAS") that it will not call James Bladel at trial in this matter. Based on this representation, AMPAS hereby withdraws its Motion in Limine to Exclude the Testimony of James Bladel filed on June 23, 2015 ("Motion in Limine," Dkt. No. 683) pursuant to Civil Local Rule 7-16.

Respectfully submitted,

Dated: June 26, 2015

BOIES, SCHILLER & FLEXNER LLP

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC

LEE, TRAN & LIANG LLP

KUPFERSTEIN MANUEL & QUINTO LLP

By: /s/ Enoch H. Liang

Enoch Liang

**BOIES, SCHILLER & FLEXNER LLP**
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

**FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC**
Robert M. Foote (pro hac vice)
rmf@fmcolaw.com
Matthew Herman (pro hac vice)
mjh@fmcolaw.com
10 West State Street, Suite 200
Geneva, Illinois 60134
Tel: 630-232-7450
Fax: 630-232-7452

**LEE, TRAN & LIANG LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: 213-612-8900
Fax: 213-612-3773

**KUPFERSTEIN MANUEL & QUINTO LLP**
David W. Quinto, Esq. (SBN 106232)
dq@kmqIitigation.com
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650
Fax: 424-248-6652

*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*