BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL, 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed on Signature Page]

Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>Defendant. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13-cv-08458-AB (CWx)]<br><br>**PLAINTIFF'S NOTICE OF ERRATA REGARDING MEMORANDUM OF CONTENTIONS OF LAW AND FACT**<br><br>Complaint Filed: May 18, 2010<br>Trial Date: August 4, 2015 |

PLEASE TAKE NOTICE that Plaintiff Academy of Motion Picture Arts and Sciences' Memorandum of Contentions of Law and Fact (Dkt. No. 688) contained two typographical errors in case citations that are hereby corrected as follows:

1. Page 19, lines 18-19: *Verizon California, Inc. v. Onlinenic, Inc.*, 2009 WL 2706393, at *3, 8 (N.D. Cal. Aug. 25, 2009);

2. Page 20, lines 5-6: *Flow Control Indus., Inc. v. AMHI Inc.*, 278 F. Supp. 2d 1193, 1201-02 (W.D. Wash. 2003).

Respectfully submitted,

Dated: June 26, 2015

BOIES, SCHILLER & FLEXNER LLP

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC

LEE, TRAN & LIANG APLC

KUPFERSTEIN MANUEL & QUINTO LLP

By: /s/ David Zifkin
    David Zifkin (SBN 232845)

**BOIES, SCHILLER & FLEXNER LLP**
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

| | |
|---|---|
| 1 | **FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC** |
| 2 | Robert M. Foote (pro hac vice) |
|   | rmf@fmcolaw.com |
| 3 | Matthew Herman (pro hac vice) |
|   | mjh@fmcolaw.com |
| 4 | 10 West State Street, Suite 200 |
| 5 | Geneva, Illinois 60134 |
|   | Tel:   630-232-7450 |
| 6 | Fax:  630-232-7452 |
| 7 | |
|   | **LEE, TRAN & LIANG APLC** |
| 8 | James M. Lee (SBN 192301) |
|   | jml@ltlcounsel.com |
| 9 | Enoch H. Liang (SBN 212324) |
| 10 | ehl@ltlcounsel.com |
| 11 | 601 South Figueroa Street, Suite 3900 |
|   | Los Angeles, CA 90017 |
| 12 | Tel:  213-612-8900 |
| 13 | Fax: 213-612-3773 |
| 14 | |
|   | **KUPFERSTEIN MANUEL & QUINTO LLP** |
| 15 | David W. Quinto, Esq. (SBN 106232) |
|   | dq@kmqIitigation.com |
| 16 | 11845 W. Olympic Boulevard, Suite 1000 |
| 17 | Los Angeles, CA 90064 |
|   | Tel: 424-248-6650 |
| 18 | Fax: 424-248-6652 |
| 19 | |
|   | *Attorneys for Plaintiff Academy of Motion Picture* |
| 20 | *Arts and Sciences* |

2