**BOIES, SCHILLER & FLEXNER, LLP**
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Fax: (954) 356-0022
[Additional Counsel Listed On Signature Page]
*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br>v.<br>GODADDY.COM, INC., et al.,<br><br>Defendant. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**NOTICE OF LODGING OF REVISED APPENDIX D TO [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Final Pretrial Conference: Thursday, July 16, 2015 at 11:00 a.m.<br>Trial Date:  August 4, 2015<br>Judge Birotte |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Academy of Motion Pictures Arts and Sciences hereby lodges with the Court the Parties' Revised Appendix D to the Proposed Final Pretrial Conference Order previously filed on July 2, 2015 (Dkt. No. 694-1), pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16.

Appendix D consists of the Parties' trial exhibits previously filed as Dkt. No. 697, with added columns showing the Parties' respective objections thereto.

Dated: July 13, 2015          By: /s/ *Enoch H. Liang*
                                    Enoch Liang

*Additional attorneys for Plaintiff*

BOIES, SCHILLER & FLEXNER LLP
David L. Zifkin (SBN 232845)
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

LEE TRAN & LIANG LLP
James M. Lee, California Bar No. 192301
Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (pro hac vice)
Kathleen Chavez (pro hac vice)
Matthew Herman (pro hac vice)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

| | |
|---|---|
| 1 | |
| 2 | KUPFERSTEIN MANUEL & QUINTO LLP |
| | David W. Quinto, Esq. (SBN 106232) |
| 3 | 11845 W. Olympic Boulevard, Suite 1000 |
| | Los Angeles, CA 90064 |
| 4 | Tel: 424-248-6650 |
| 5 | Fax: 424-248-6652 |
| 6 | *Additional attorneys for Defendant* |
| 7 | |
| 8 | RING BENDER LLLP |
| | Aaron M. McKown (CA Bar No. 208781) |
| 9 | Paula Zecchini (CA Bar No. 238731) |
| | 2 Park Plaza, Suite 550 |
| 10 | Irvine, CA 92612 |
| 11 | Tel: 949.202.5818 |
| | Fax: 949.679.7939 |

-2-