# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: David L. Zifkin | 2. PHONE NUMBER: 310-752-2400 | 3. DATE: 7-16-2015 |
| 4. FIRM NAME: Boies, Schiller & Flexner LLP | 5. E-MAIL ADDRESS: dzifkin@bsfllp.com | |
| 6. MAILING ADDRESS: 401 Wilshire Blvd., Suite 850 | 7. CITY: Santa Monica | 8. STATE: CA  9. ZIP CODE: 90401 |
| 10. CASE NUMBER: 2:10-cv-03738 AB (CWx) | 11. CASE NAME: Academy of Motion Picture Arts & Sciences v. GoDaddy.com | 12. JUDGE: Andre Birotte |
| 13. APPEAL CASE NUMBER: | 14. ORDER FOR: ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☑ OTHER Hearing | |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Jul 16, 2015 | Chia Mei Jui | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☑ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): Final Pre-Trial Conference Hearing |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18) By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:    Day:    Year:
Transcript payment arrangements were made with:

17. DATE: July 16, 2015

NAME OF OFFICIAL: _____

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ David L. Zifkin

Month:    Day:    Year:

G-120 (09/12)