# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No.: | CV 10-03738-AB (CWx) | Date: | July 16, 2015 |
|---|---|---|---|

| Title: | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al |
|---|---|

Present: The Honorable  ANDRÉ BIROTTE JR.

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David L Zifkin | Paula L Zecchini |
| David W Quinto | Aaron M McKown |
| Enoch H Liang | Robert M Galvin |

**Proceedings:** FINAL PRETRIAL CONFERENCE (held and completed)

Court and counsel confer re trial schedule and exhibit and witness lists.

The Court grants the Application to File Under Seal (Dkt. No. 700). Counsel shall file a redacted version of the under seal filing.

For the reasons stated on the record, counsel shall file an amended Proposed Pretrial Conference Order and joint witness and exhibit lists.

The Court Trial remains set for Tuesday, August 4, 2015 at 9:00 am.

00 : 25