**BOIES, SCHILLER & FLEXNER, LLP**
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Fax: (954) 356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed On Signature Page]
*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>Defendant. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13-cv-08458-AB (CWx)]<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Complaint Filed: May 10, 2010<br>Trial Date: August 4, 2015<br>Judge André Birotte Jr. |

On July 14, 2015, Plaintiff Academy of Motion Picture Arts & Sciences filed an Application to File its Proposed Findings of Fact and Conclusions of Law under seal ("Proposed Findings of Fact and Conclusions of Law").

The Application requested the Court's permission to file the Proposed Findings of Fact and Conclusions of Law under seal because it contained information designated by Defendant GoDaddy.com, LLC (fka GoDaddy.com, LLC) as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Stipulation and Protective Order entered by this Court on March 18, 2011 [Dkt. No. 80].

Pursuant to the Court's March 18, 2011 Order [Dkt. No. 80], the Court grants Plaintiff's Application and directs the Clerk to accept the filing under seal.

IT IS HEREBY ORDERED that Plaintiff's Application to File its Proposed Findings of Fact and Conclusions of Law under seal is GRANTED.

Dated: July 16, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

[OR]

~~IT IS HEREBY ORDERED that Plaintiff's Application to File its Proposed Findings of Fact and Conclusions of Law under seal is DENIED. Counsel shall publically file the document(s), if the party wants the Court to consider the documents. Attorney shall retrieve the chambers copy of the document(s).~~

~~Dated: _____, 2015~~

_____
~~UNITED STATES DISTRICT COURT JUDGE~~

-1-

ORDER GRANTING APPLICATION TO FILE UNDER SEAL