1   Robert M. Galvin (CA Bar No. 171508)
      Robert.Galvin@wilmerhale.com
2   Jimmy Doan (CA Bar No. 271448)
3       Jimmy.Doan@wilmerhale.com
    WILMER CUTLER PICKERING
4     HALE AND DORR LLP
5   950 Page Mill Road
    Palo Alto, California  94304
6   Tel:  (650) 858-6000
7   Fax:  (650) 858-6100
    [Additional Counsel Listed on Signature Page]
8
9   *Attorneys for Defendant GoDaddy.com, LLC*

10

11                  **UNITED STATES DISTRICT COURT**

12                **CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation, | Case No.:  2:10-cv-03738 AB (CWx) [Consolidated with Case No.2:13-cv-08458-AB (CWx)] |
| Plaintiff, | **GODADDY'S REQUEST FOR DAILY TRIAL TRANSCRIPTS** |
| v. | |
| GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company, | Date Action Filed:      May 18, 2010 Pre-Trial Conference: July 16, 2015 Trial Date:              August 4, 2015 |
| Defendants. | |

23

24

25

26

27

28

1    Defendant GoDaddy.com, LLC ("GoDaddy") hereby notifies the Court,

2  Court Reporter, and all counsel of record that GoDaddy requests daily transcripts

3  of the court proceedings during trial of the above-referenced case.  A copy of this

4  notice will also be sent to the Court Reporter, Chia Mei Jui, at

5  cmjui.csr@gmail.com.

6

7    Dated:  July 17, 2015                 */s/ Robert M. Galvin*
                                        Robert M. Galvin (CA Bar No. 171508)
8                                         Robert.Galvin@wilmerhale.com
                                        Jimmy Doan (CA Bar No. 271448)
9                                         Jimmy.Doan@wilmerhale.com
10                                       WILMER CUTLER PICKERING
                                          HALE AND DORR LLP
11                                       950 Page Mill Road
                                        Palo Alto, California  94304
12                                       Tel:  (650) 858-6000
                                        Fax:  (650) 858-6100
13
14
                                        William F. Lee (admitted *pro hac vice)*
15                                        William.Lee@wilmerhale.com
                                        WILMER CUTLER PICKERING
16                                        HALE AND DORR LLP
                                        60 State Street
17                                       Boston, Massachusetts  02109
                                        Telephone:  (617) 526-6000
18
19
                                        Aaron M. McKown (CA Bar No. 208781)
20                                        AMcKown@ringbenderlaw.com
                                        Paula Zecchini (CA Bar No. 238731)
21                                        PZecchini@ringbenderlaw.com
                                        RING BENDER LLLP
22                                       2 Park Plaza, Suite 550
                                        Irvine, California  92612
23                                       Tel:  (949) 202-5818
                                        Fax:  (949) 679-7939
24
25
26
                                        *Attorneys for Defendant GoDaddy.com, LLC*
27
28

GoDaddy Request for Daily Trial Transcripts
-1-