|   |   |
|---|---|
| 1 | **BOIES, SCHILLER & FLEXNER, LLP** |
| 2 | Stuart Singer (*pro hac vice*) |
|   | ssinger@bsfllp.com |
| 3 | 401 East Las Olas Blvd., Suite 1200 |
|   | Fort Lauderdale, FL 33301 |
| 4 | Telephone: (954) 356-0011 |
| 5 | Fax: (954) 356-0022 |

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed On Signature Page]
*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>Defendant. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13-cv-08458-AB (CWx)]<br><br>**NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW [L.R. 52-1]**<br><br>Complaint Filed: May 10, 2010<br>Trial Date: August 4, 2015<br>Judge André Birotte Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Academy of Motion Pictures Arts and Sciences ("Plaintiff") hereby lodges with the Court a Redacted Version of Plaintiff's Proposed Findings of Fact and Conclusions of Law pursuant to Civil Local Rule 52-1, this Court's Order Regarding Court Trial, and this Court's July 16, 2015 Order (Dkt. No. 704).

Dated: July 20, 2015  By: /s/ *Enoch H. Liang*
                           Enoch Liang

*Additional attorneys for Plaintiff*

LEE TRAN & LIANG LLP
James M. Lee, California Bar No. 192301
Enoch H. Liang, California Bar No. 212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (pro hac vice)
Kathleen Chavez (pro hac vice)
Matthew Herman (pro hac vice)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650
Fax: 424-248-6652