**BOIES, SCHILLER & FLEXNER, LLP**
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Fax: (954) 356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed On Signature Page]
*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>Defendant. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13-cv-08458-AB (CWx)]<br><br>**NOTICE OF LODGING OF [PROPOSED] REVISED FINAL PRETRIAL CONFERENCE ORDER**<br><br>Final Pretrial Conference: July 16, 2015<br>Trial Date: August 4, 2015<br>Judge André Birotte Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Academy of Motion Pictures Arts and Sciences ("Plaintiff") hereby lodges with the Court the Parties' [Proposed] Revised Final Pretrial Conference Order, pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16, and this Court's order during the Final Pretrial Conference held on July 16, 2015.

Dated: July 21, 2015      By: /s/ *Enoch H. Liang*
                              Enoch Liang

*Additional attorneys for Plaintiff*

LEE TRAN & LIANG LLP
James M. Lee, California Bar No. 192301
Enoch H. Liang, California Bar No. 212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (pro hac vice)
Kathleen Chavez (pro hac vice)
Matthew Herman (pro hac vice)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650
Fax: 424-248-6652

-1-