BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:   310-752-2400
Fax:  310-752-2490

[Additional Counsel Listed On Signature Page]
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**STIPULATION REGARDING LODGING OF VOLUMINOUS TRIAL EXHIBITS ON CD-ROM;**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY**<br><br>Date Action Filed:   May 18, 2010<br>Pre-Trial Conference: July 16, 2015<br>Trial Date:         August 4, 2015 |

The following Stipulation is made by and among counsel for Plaintiff Academy of Motion Picture Arts and Sciences ("the Academy") and Defendant GoDaddy.com, LLC ("GoDaddy," and together with the Academy, the "Parties"):

WHEREAS, on July 21, 2015 the Parties filed an Amended Joint Exhibit List (Dkt. No. 711, "Exhibit List") pursuant to pursuant to Local Rule 16-6 and the Court's order at the Final Pre-Trial Conference held on July 16, 2015;

WHEREAS, Trial Exhibits 1000-1257 on the Exhibit List consist of correspondence between GoDaddy and AMPAS, and GoDaddy and third parties, regarding GoDaddy's CashParking and Free Parking Programs;

WHEREAS, Trial Exhibit 1243 alone consists of over 19,500 pages of correspondence between third parties and GoDaddy regarding GoDaddy's CashParking and Free Parking Programs;

WHEREAS, Trial Exhibits 800-848 on the Exhibit List consist of discovery responses by GoDaddy and AMPAS provided during the pendency of this action;

WHEREAS, the Parties recognize the relevance of Trial Exhibits 800-848 and 1000-1257 but given the time limitations on the Parties' trial presentations, it will not be manageable to present all of this discovery and correspondence at trial;

WHEREAS, the Parties wish to save the Court the burden of dealing with literally tens of thousands of pages of documents and therefore seek permission to lodge Trial Exhibits 800-848 and 1000-1257 via CD-ROM on the first day of trial—the same time that trial exhibits are lodged with the Courtroom Deputy Clerk pursuant to the Court's Order re Court Trial;

WHEREAS, the Parties will print out the specific correspondence from Trial Exhibits 1000-1257 that they intend to offer at trial and place them in a separate binder for the Court marked according to the Court's rules and standing order;

WHEREAS, the Parties will each prepare new document(s) listing each question and answer and identifying the Trial Exhibit(s) from which it was extracted, per the Order re Court Trial, at Par. G, p. 14;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties as follows:

1. Trial Exhibits 800-848 and 1000-1257 will be lodged via CD-ROM on the first day of trial; and

2. The Parties will provide the Court with a separate binder of the discovery responses and correspondence from Trial Exhibits 800-848 and 1000-1257 that they intend to present at trial, marked according to the Court's rules and standing order.

**IT IS SO STIPULATED.**

DATED: July 28, 2015   By:   */s/ Enoch H. Liang*
                              Enoch Liang

LEE TRAN & LIANG LLP
James M. Lee, California Bar No. 192301
Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650

|   |   |
|---|---|
| 1 | Fax: 424-248-6652 |
| 2 | BOIES, SCHILLER & FLEXNER LLP |
| 3 | Stuart Singer (pro hac vice)<br>401 East Las Olas Blvd., Suite 1200 |
| 4 | Fort Lauderdale, FL, 33301 |
| 5 | Tel: 954-356-0011<br>Fax: 954-356-0022 |
| 6 |   |
| 7 | David L. Zifkin (SBN 232845)<br>401 Wilshire Blvd., Suite 850 |
| 8 | Santa Monica, CA 90401 |
| 9 | Tel: 310-752-2400<br>Fax: 310-752-2490 |
| 10 | *Additional Attorneys for Plaintiff* |

DATED: July 28, 2015  By:  */s/ Aaron M. McKown*
                            Aaron M. McKown

RING BENDER LLLP
Aaron M. McKown (CA Bar No. 208781)
Paula Zecchini (CA Bar No. 238731)
2 Park Plaza, Suite 550
Irvine, CA 92612
Tel: 949.202.5818; Fax: 949.679.7939

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert Galvin, California Bar No. 171508
Jimmy Doan, California Bar No. 271448
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000

William Lee, pro hac vice
60 State St.
Boston, MA 02109
Telephone: (617) 526-6000

*Attorneys for Defendant*