Robert M. Galvin (CA Bar No. 171508)
  Robert.Galvin@wilmerhale.com
Jimmy Doan (CA Bar No. 271448)
  Jimmy.Doan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100
[Additional Counsel Listed on Signature Page]

*Attorneys for Defendant GoDaddy.com, LLC (f/k/a GoDaddy.com, Inc.)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  2:10-cv-03738 AB (CWx) [Consolidated with Case No. 2:13-cv-08458-AB (CWx)]<br><br>**GODADDY'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79.5-1 AND GENERAL ORDER 10-07**<br><br>Complaint Filed:    May 18, 2010<br>Trial Date:              August 4, 2015<br>Judge André Birotte Jr. |

<div style="margin-left:2em">Wilmer Cutler Pickering Hale and Dorr LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304</div>

1  Defendant GoDaddy.com, LLC ("GoDaddy") respectfully requests
2  permission to file certain documents under seal, and, as grounds, states as follows:
3  WHEREAS GoDaddy has designated information contained in its Marked
4  Copy of Plaintiff's Proposed Findings of Fact and Conclusions of Law as
5  "Confidential" or "Confidential – Attorneys' Eyes Only";
6  WHEREAS Paragraph 12 of the parties' Stipulation and Protective Order
7  (Dkt. No. 80) provides that documents designated as "Confidential" and
8  "Confidential – Attorneys' Eyes Only" are to be filed under seal; and
9  WHEREAS Local Rule 79-5.1 provides that a party wishing to file a
10 document under seal must obtain the Court's permission to do so;
11 THEREFORE, GoDaddy respectfully requests the Court's permission to file
12 under seal its Marked Copy of Plaintiff's Proposed Findings of Fact and
13 Conclusions of Law.
14 Enclosed with this Application are a Proposed Order granting this
15 Application, Defendant's Marked Copy of Plaintiff's Proposed Findings of Fact
16 and Conclusions of Law, and a Certificate of Service.

18  Dated: July 28, 2015       */s/ Robert M. Galvin*

Robert M. Galvin (CA Bar No. 171508)
Robert.Galvin@wilmerhale.com
Jimmy Doan (CA Bar No. 271448)
Jimmy.Doan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100

| | |
|---|---|
| 1 | William F. Lee (admitted *pro hac vice*) |
| 2 | William.Lee@wilmerhale.com |
|  | WILMER CUTLER PICKERING |
| 3 |   HALE AND DORR LLP |
| 4 | 60 State Street |
|  | Boston, Massachusetts  02109 |
| 5 | Telephone:  (617) 526-6000 |
| 6 |  |
|  | Aaron M. McKown (CA Bar No. 208781) |
| 7 | AMcKown@ringbenderlaw.com |
| 8 | Paula Zecchini (CA Bar No. 238731) |
|  | PZecchini@ringbenderlaw.com |
| 9 | RING BENDER LLLP |
| 10 | 2 Park Plaza, Suite 550 |
|  | Irvine, California  92612 |
| 11 | Tel:  (949) 202-5818 |
| 12 | Fax:  (949) 679-7939 |
| 13 | *Attorneys for Defendant GoDaddy.com, LLC* |

**Wilmer Cutler Pickering Hale and Dorr LLP**
950 Page Mill Road
Palo Alto, CA  94304

Lines 14–28 blank.

GODADDY'S APPLICATION TO FILE UNDER SEAL
2