1
2
3
4
5

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL, 33301
Tel: 954-356-0011
Fax: 954-356-0022

6
7
8
9

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

10   [Additional Counsel Listed on Signature Page]

11   Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15                        WESTERN DIVISION

16

| | |
|---|---|
| 17<br>18<br>19<br><br>20<br>21<br>22<br>23<br>24 | ACADEMY OF MOTION PICTURE<br>ARTS AND SCIENCES, a California<br>nonprofit corporation,<br><br>                        Plaintiff,<br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>                        Defendant. | Case No.:  2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-<br>08458-AB (CWx)]<br><br>**PLAINTIFF ACADEMY OF<br>MOTION PICTURE ARTS AND<br>SCIENCES' L.R. 16-10(c) TRIAL<br>BRIEF**<br><br>Complaint Filed: May 18, 2010<br>Trial Date: August 4, 2015 |

25

26

27

28

## <u>TABLE OF CONTENTS</u>

I.   INTRODUCTION................................................................................1

II.  ARGUMENT ...................................................................................3

    A.  GoDaddy's Summary Of AMPAS's ACPA Claim Is Inaccurate ..................3

    B.  The 56 Remaining Domain Names Are Confusingly Similar To  AMPAS's Marks. .........................................................................4

    C.  GoDaddy Acted With Bad Faith Intent to Profit. ............................6

        1.  *The Statutory Factors Favor Finding Bad Faith Intent To Profit.* ....... 6

        2.  *The Other Unique Circumstances Of This Case Favor Finding Bad Faith Intent To Profit.* ..........................................................18

            a.  GoDaddy rehashes arguments the Court rejected. ......................18

            b.  GoDaddy attempts to blame the registrant instead of taking responsibility for its Parked Pages Program................................18

            c.  GoDaddy attempts to blame the volume of registrations and the automated system it designed. ...................................18

            d.  GoDaddy's trademark resolution procedure is ineffective and is not "industry-leading." .............................................20

            e.  GoDaddy did promote and drive traffic to parked pages in its Parked Pages Program. .............................................21

            f.  GoDaddy exerted control over pay-per-click advertisements displayed on the domain names at issue.....................................22

    D.  The Court Should Award The Maximum Amount Of  Statutory Damages..23

    E.  GoDaddy's Affirmative Defense Of Good Faith Is Meritless.......................25

Appendix A ……………………………………………………………...………27

Appendix B……………………………………………………………………30

PLAINTIFF'S TRIAL BRIEF

# **TABLE OF AUTHORITIES**

**Cases**

*Chanel, Inc. v. Italian Activewear of Florida, Inc.,*
     931 F.2d 1472 (11th Cir. 1991).......................................................................... 14

*Crossfit, Inc. v. Jenkins,*
     ---F. Supp. 3d ---, 2014 WL 4706066 (D. Colo. Sept. 22, 2014)..................... 23

*DSPT Int'l, Inc. v. Nahum,*
     624 F.3d 1213 (9th Cir. 2010)......................................................................... 1, 6

*Global-Tech Appliances, Inc. v. SEB S.A.,*
     131 S. Ct. 2060 (2011) ...................................................................................... 14

*Haas Automation, Inc. v Denny,*
     2013 WL 6502876 (C.D. Cal. Dec. 4, 2013) .............................................. 7, 10

*In re Wands,*
     858 F.2d 731 (1988) ............................................................................................ 2

*Int'l Star Class Yacht Racing Ass'n v. Tommy Hilfiger, U.S.A. Inc.,*
     80 F.3d 749 (2d Cir. 1996) ............................................................................... 14

*Newport News Holding Corp. v. Virtual City Visions, Inc.,*
     650 F.3d 423 (4th Cir. 2011).............................................................................. 23

*St. Luke's Cataract & Laser Institute v. Sanderson,*
     573 F.3d 1186 (11th Cir. 2009).......................................................................... 23

*Texas Intern. Prop. Assoc. v. Hoerbiger Holding AG,*
     624 F. Supp. 2d 582 (N.D. Tex. 2009)................................................................ 4

*Toyota Motor Sales, U.S.A., Inc. v. Tabari,*
     610 F.3d 1702 (9th Cir. 2010).......................................................................... 10

**Statutes**

15 U.S.C. § 1114(2)(D)(iii) ..................................................................................... 18

15 U.S.C. § 1125(d) ................................................................................................. 10

35 U.S.C. § 112(a) ..................................................................................................... 2

ii

# KEY TO EVIDENTIARY CITES

| | | |
|---|---|---|
| Stip. Facts | = | Parties' Stipulated Facts filed as Dkt. 710-1, Appendix A |
| JTX | = | Joint Trial Exhibit. Trial Exhibit List filed as Dkt. 711 |
| Curran Tr. | = | June 22, 2011 Deposition of Nathan Curran |
| Jones Tr. | = | August 7, 2012 Deposition of Christine Jones |
| Merdinger Tr. | = | June 15, 2011 30(b)(6) Deposition of Richard Merdinger |
| Nicks Tr. | = | August 20, 2014 Deposition of Paul Nicks, Vol. III |
| Nicks 30(b)(6) Tr. | = | June 16, 2011 30(b)(6) Deposition of Paul Nicks, Vol. I |
| Robertson Tr. | = | July 26, 2011 Deposition of Richard Robertson |
| Vye Tr. | = | January 1, 2013 Deposition of Susan Vye |

## I.   INTRODUCTION

GoDaddy admits that the primary issue in this trial is whether GoDaddy acted with bad faith intent to profit under the ACPA.  GoDaddy's deposition testimony and documents, together with Judge Collins's summary judgment rulings and related legal precedent, establish that: (i) GoDaddy placed the domain names in a program it designed to make revenue and to be a "traffic monetization" program; (ii) GoDaddy is and was an "Authorized Licensee" of all domain names in the Parked Pages Program when it enrolled the domain names therein and sought to monetize them (i.e., this case is about GoDaddy's intent to profit, and not that of the registrant); (iii) as a matter of law, bad faith intent to profit under the ACPA "may arise well after registration of the domain name";[1] (iv) GoDaddy "uses" and "traffics in" such domain names, "even absent actual monetization"; (v) it is improper to enroll domain names containing others' trademarks in the Parked Pages Program; (vi) since the first half of 2006, GoDaddy knew it was enrolling such trademarked domain names in the Program; and (vii) "GoDaddy can register domain names without enrolling them in the Parked Pages Program or otherwise monetizing them," but nonetheless continued to enroll trademarked domain names.

Moreover, the record evidence demonstrates that GoDaddy's Parked Pages Program is designed to profit from others' trademarks, which is why GoDaddy has never taken meaningful action to prevent its use of third party trademarks in the Parked Pages Program.  GoDaddy did not have to enroll any trademarked domain names in the Parked Pages Program or otherwise monetize them in the first place.  It chose to do so for profit.  That illegal decision has been successful thus far, as the Parked Pages Program has generated over $100 million for GoDaddy.

And while GoDaddy implemented a filter to protect its trademarks from even being registered, it did not implement a filter to protect other trademark owners even though it could have.  For example, in October 2007, a senior GoDaddy employee

---

[1] *DSPT Int'l, Inc. v. Nahum*, 624 F.3d 1213, 1219 (9th Cir. 2010).

filed a patent application (that was assigned to GoDaddy) and swore under oath that he invented systems and methods to filter and prevent the use of third party trademarks in online advertising, and specifically identified parked pages as an example.  One key requirement for any patent application is that it must satisfy the enablement requirement, which requires sufficient particularity so that a person in the field could create and use the claimed invention without experimentation.  35 U.S.C. § 112(a); *In re Wands*, 858 F.2d 731, 735-37 (1988).  As such, GoDaddy certified it was able to implement a trademark filter when it filed the Patent Application in 2007.  GoDaddy also had the ability to implement other trademark filters, including one it employed for "Brand Protection" in 2005.

In late July 2013, GoDaddy implemented an "AMPAS"-specific filter, but only after AMPAS prevailed on its motion for summary judgment over three years into this litigation.  In late 2014, GoDaddy implemented a filter related to 1400 of the over 2.5 million trademarks registered with the USPTO.  GoDaddy chose this limited filter because its internal tests revealed that a true trademark filter would have eliminated over 90% of the domain names in the Parked Pages Program. [Nicks Tr. at 51:19-52:9.]  Tellingly, this very limited filter still captured 90,000 infringing domain names that GoDaddy had been using in its Parked Pages Program.[2]

Despite these and other facts, GoDaddy seeks to disavow any responsibility for its Parked Pages Program that it created and controls.  In fact, GoDaddy's principal defenses are to blame the automated system it created, and the registrant and Google, who neither control nor operate GoDaddy's Parked Pages Program.

In light of GoDaddy's massive and unprecedented cybersquatting activity, an award of the maximum amount of statutory damages is warranted in this case.

---

[2] It is unclear whether this filter has been applied only to the 1.2 million names in the Cash Parking Program or to the 17 million names in the Free Parking Program or to both.

PLAINTIFF'S TRIAL BRIEF

## II.    ARGUMENT

### A.    GoDaddy's Summary Of AMPAS's ACPA Claim Is Inaccurate

GoDaddy asserts that "AMPAS contends GoDaddy trafficked in and/or used the Accused Domains by monetizing parked pages…." [Dkt. 687 at 4:22-24.] This description is not accurate. Rather, AMPAS contends GoDaddy used and trafficked in the domain names at issue by *placing* them in the Parked Pages Program with a bad faith intent to profit from AMPAS's marks. AMPAS's description is consistent with Judge Collins's summary judgment rulings. For example, Judge Collins found:

> [B]y placing domain names in the Parked Pages Program, GoDaddy has acted affirmatively and done something with the domain names other than mere passive registration or routing: GoDaddy placed the domain names in a program it designed to make revenue. This is sufficient to establish 'use' even absent actual monetization.

[Dkt. 491 at 16.] Similarly, Judge Collins held that GoDaddy engaged in "'trafficking' even absent actual monetization" and even where the "accused domain name has not been visited by an internet user…." [*Id.*]

GoDaddy next claims that "AMPAS clarified during discovery that, 'it is not the [Accused Domain] itself that the Academy objects to; instead, it is the monetization of the [Accused Domain] by GoDaddy to promote goods and services obviously relating to the Academy Awards®'…." [Dkt. 687 at 4:25-5:2.] On the contrary, AMPAS has always contended that GoDaddy violated the ACPA by making *commercial* use of domain names that are confusingly similar to AMPAS's marks. That is consistent with the ACPA—*i.e.*, in this case, the commercial use is the enrollment of confusingly similar domain names in the Parked Pages Program. AMPAS explained its position in deposition testimony and interrogatory responses. [Robertson Tr. at 143:12-21 ("Well, it's not the registration, per se, which is the entire problem. It's the registration and then commercialization."), 79:1-80:7, 93:13-15, 96:13-97:12, 140:17-25; JTX 826 at Responses to Roggs Nos. 7, 14-15.]

3

**B.      The 56 Remaining Domain Names Are Confusingly Similar To AMPAS's Marks.**

GoDaddy's Memorandum admits that "the Court has authored two opinions setting forth the legal framework that it used for determining confusing similarity (Dkt. 687 at 19:1-3)," but fails to describe that framework.  In the Court's June 21, 2013 Order, Judge Collins ruled:

> There is also no dispute that the ACPA 'confusingly similar' analysis entails a direct comparison between the domain name and the mark.  As a result, for example, even if it might be evident from the content of the website that it is not affiliated with the plaintiff, there may nonetheless be a violation of the ACPA.

[Dkt. 491 at 18 (citation omitted).]  Judge Collins further explained that the Court conducts a "direct or facial comparison" between a domain name and a mark, which may include "an examination of whether the domain name and mark are similar in sight, sound, and/or meaning."  [Dkt. 491 at 18-19.]  "Under this test, 'slight differences between domain names and registered marks, such as the addition of minor or generic words to the disputed domain names are irrelevant."  [*Id.* at 20.]

Moreover, the Court *rejected* GoDaddy's request for a continuance to "obtain an expert report from a linguist opining … on 'the meaning of words, [and] the generic and historic use of 'oscar' and 'academy awards.'''"  [Dkt. 568 at 1.]  The Court found that such an opinion would be irrelevant to the "simple 'confusingly similar' test under the ACPA" because "whether a domain name is confusingly similar to a trademark is determined by a direct, facial comparison between the two." [*Id.* at 2.] While a facial comparison is the primary test, the content of the webpage to which a domain name resolves may further support a finding that the domain name is confusingly similar to a mark.  *E.g.*, *Texas Intern. Prop. Assoc. v. Hoerbiger Holding AG*, 624 F. Supp. 3d 582, 588 (N.D. Tex. 2009) (citations omitted).

Based on these principles, the Court has ruled that 237 of the domain names at issue are confusingly similar to AMPAS's marks as a matter of law.  The parties agree that there are 56 domain names for which the Court has yet to rule on this

issue.  Each of these domain names—which are listed in <u>Appendix A</u> to this brief—contains AMPAS's mark "OSCAR" or "OSCARS."  The domain names then include a generic term(s) either before or after AMPAS's mark.  The 56 remaining domain names include, for example, OSCARRESULTS.COM, OSCARELIGIBLE.COM, OSCARS3D, OSCARHOPE.COM, OSCARLOCATIONS, and THEMORMONOSCARS.COM.  The sight, sound, and meaning of these and the other remaining domain names are confusingly similar to AMPAS's marks.  Moreover, each of these domain names resolved to parked webpages containing ads about the Academy Awards, the Oscars, and/or the entertainment industry (screenshots are attached as <u>Appendix B</u>).  These ads further show that these 56 domain names are confusingly similar to AMPAS's marks.

Additionally, the Court has already concluded that domain names similar to the 56 remaining domain names are confusingly similar to AMPAS's marks as a matter of law.  The following chart provides a few examples:

| Remaining Domains | MSJ Orders:  Confusingly Similar |
|---|---|
| OscarResults.com | OscarResults.net; OscarsResults.net; OscarsResults.com (Dkt. 508) |
| OscarsOrNot.com | OscarOrNot.com; MyOscarOrNot.com; MyOscarsOrNot.com (Dkts. 508, 569) |
| Oscar3D.com | 3DOscar.com (Dkt. 508) |
| ListOscar.com | OscarList.com (Dkt. 508) |
| LocationsOscar.com | TheLocationsOscar.com (Dkt. 508) |
| OscarLocations.com | TheLocationsOscar.com (Dkt. 508) |
| OscarCommunity.com | OscarWinnersCommunity.com (Dkt. 508) |
| HomeOscars.com | HomeMovieOscars.com (Dkt. 508) |

Moreover, GoDaddy itself has taken the same position—that appending generic terms to a trademark is confusingly similar under the ACPA.  For example, GoDaddy successfully brought ACPA claims against a party that used "the domains

1   <updaddy.net>, <updaddy.biz>, <updaddy.us>, and <updaddy.com> [for] ***parked***

2   ***page*** offering….”  [JTX 3041at ¶ 35.] In that case, GoDaddy took a more extreme

3   position than AMPAS because those domain names only contained a portion of

4   GoDaddy’s registered marks, whereas the 56 remaining domain names at issue here

5   contain the entire “OSCAR” or “OSCARS” mark.  Similarly, GoDaddy’s own

6   “Intellectual Property Infringement Guidelines” state that

7   GODADDYCOMMERCIAL.COM—i.e., “GoDaddy” followed by a generic term—

8   ”directly infringes on a Go Daddy trademark.”  [JTX 38 at 1.]

9      GoDaddy argues that the 56 domain names are not confusingly similar to

10   AMPAS’s marks based upon (i) documentary evidence and testimony that there are

11   other definitions and meanings of the term “oscar”; and (ii) promised testimony from

12   registrants identifying their reason for including the term “oscar.”  This evidence is

13   irrelevant to the “simple ‘confusingly similar’ test.”  [Dkt. 568 at 1-2.]

### C.   GoDaddy Acted With Bad Faith Intent to Profit.

14

15      1.   The Statutory Factors Favor Finding Bad Faith Intent To Profit.

16      In its pre-trial filings, GoDaddy asserts that the statutory factors favor its

17   position.  Its argument ignores relevant legal precedent, the Court’s prior rulings,

18   and uncontroverted facts that show the Parked Pages program is an intentional effort

19   to make money with full knowledge that rights of trademark holders are being

20   violated.  The patent application GoDaddy filed contains outright admissions that

21   should itself suffice to establish bad faith intent to profit.  An analysis of each of the

22   statutory factors confirms that conclusion.

23      In its proposed findings GoDaddy ignores that (i) the Ninth Circuit has held a

24   bad faith intent to profit under the ACPA “may arise well after registration of the

25   domain name” (*DSPT Int’l, Inc.*, 624 F.3d at 1219 ; *accord Lahoti v. VeriCheck,*

26   *Inc.*, 586 F.3d 1190, 1202 (9th Cir. 2009)); (ii) as Judge Collins already held,

27   GoDaddy was an “Authorized Licensee” of those domain names and “uses” and

28   “trafficks” in them (Dkt. 491 at 12-17); and (ii) GoDaddy has admitted it placed all

6

1   of the domain names at issue in the Parked Pages Program.  [Dkt. 674 at ¶ 5; Stip.

2   Facts ¶¶ 37-43.]  Therefore, it is GoDaddy's bad faith intent to profit—and not that

3   of the registrant—that is relevant.

4       As detailed below, the statutory factors favor a finding that GoDaddy acted

5   with bad faith intent to profit from the domain names at issue.[3]  Even where certain

6   factors were neutral or favored defendants, courts have found bad faith established.

7   *E.g.*, *Haas Automation, Inc. v Denny*, 2013 WL 6502876, at *4-5 (C.D. Cal. Dec. 4,

8   2013) (finding bad faith even though defendant neither attempted to divert

9   customers nor sought to sell the domain names); *Eurotech, Inc.*, 213 F. Supp. 2d at

10  625 (finding bad faith even though factors seven and eight did not support bad faith

11  or were neutral); Dkt. 644 at 12-14 (citing cases).

12      **Factor 1 ("the trademark or other intellectual property rights of the**

13  **person, if any, in the domain name")**:  GoDaddy admits it does not have any

14  trademark or intellectual property rights in AMPAS's marks (Stip. Facts ¶ 20),

15  which were contained in each of the 293 domain names that GoDaddy "used" in its

16  Parked Pages Program.  Rather, GoDaddy argues (i) that the registrant of five (5) of

17  the domain names holds a registered trademark in "e-oscar," and (ii) the registrants

18  of sixteen (16) of the domain names have common law trademarks in the domain

19  names.  [Dkt. 687 at 9.]

20      As an initial matter, by raising an argument about only twenty-one (21)

21  domain names, GoDaddy has effectively conceded that this factor favors a finding of

22  bad faith intent to profit for 272 of the domain names at issue.

23      Second, GoDaddy's argument that this factor is neutral because GoDaddy was

24  not the registrant is meritless.  Under established case law, a bad faith intent to profit

25  ───────────────

26  [3] "It is important to pursue the analysis of the issue of bad faith factor-by-factor, and
    it is significant when this is done here, the factors on balance point persuasively to a
27  finding of bad faith.  It is equally important, however, to step back and examine the
    larger picture...."  *Eurotech, Inc. v. Cosmos European Travels Aktiengesellschaft*,
28  213 F. Supp. 2d 612, 626 (E.D. Va. 2002).

PLAINTIFF'S TRIAL BRIEF

may arise after registration of a domain name.  *E.g.*, *Lahoti*, 586 F.3d at 1202.  Here, GoDaddy's bad faith intent to profit arose when it—as the "Authorized Licensee" of the domain names at issue—chose to enroll the domain names in the Parked Pages Program.  As Judge Collins ruled, GoDaddy—and not the registrant—was responsible for creating the Parked Pages Program, for enrolling domain names in the Program, and for resolving such domain names to parked pages containing advertisements.  [Dkt. 491 at 14-17.]  Accordingly, the state of mind of the registrants at the time of registration is not relevant when compared to GoDaddy's post-registration use and trafficking.

Additionally, GoDaddy admittedly enrolled all five (5) of the domain names containing "e-oscar" in the Parked Pages Program (Dkt. 674 at ¶ 5), and the Court has already concluded that these domain names are confusingly similar to AMPAS's marks as a matter of law.  [Dkt. 508 at 3.]  Of the other sixteen domain names: (i) GoDaddy admitted it enrolled them in the Parked Pages Program (Dkt. 674 at ¶ 5); (ii) the Court has concluded that four of them are confusingly similar as a matter of law (Dkt. 508 at 3-5); (iii) GoDaddy stipulated that "THEOSCAR.CO" is confusingly similar (Dkt. 507 at 2); and (iii) the other 11 (eleven) domain names are confusingly similar for the reasons stated in Section B above.[4]

**Factor 2 ("the extent to which the domain name consists of the legal name of the person or a name that is otherwise commonly used to identify that person"):**  GoDaddy admits that the 293 domain names at issue do ***not*** consist of the legal name of GoDaddy or a name that is otherwise commonly used to identify GoDaddy.  [Stip. Facts ¶¶ 33-36.]  Rather, GoDaddy argues that fourteen (14) of the domain names consist of a registrant's legal name or constitute a name commonly used to identify the registrant or its business.  [Dkt. 687 at 9.]

---

[4] AMPAS also notes that there is no evidence that these registrants hold "common law trademarks" in any of these 21 confusingly similar domain names.

1    By raising an argument about only 14 (fourteen) domain names, GoDaddy has

2    effectively conceded that this factor favors a finding of bad faith intent to profit for

3    279 of the domain names at issue.

4    The nature, acts, and state of mind of these registrants have no bearing on

5    whether *GoDaddy acted* with bad faith intent to profit by enrolling the fourteen (14)

6    domain names in its Parked Pages Program.  Likewise, even if GoDaddy's argument

7    were factually accurate, GoDaddy—as the "Authorized Licensee" of the domain

8    names—is still not permitted to make commercial use of confusingly similar domain

9    names.

10   **Factor 3 ("the person's prior use, if any, of the domain name in**

11   **connection with the bona fide offering of any goods or services"):**  AMPAS has

12   used its marks since 1928 in connection with its purpose of advancing the motion

13   picture arts and sciences, including through its annual Academy Awards or Oscars

14   ceremony.  [Stip. Facts ¶¶ 1-9.]  AMPAS's use thus occurred before GoDaddy

15   enrolled any of the domain names at issue in the Parked Pages Program.

16   Furthermore, GoDaddy's use of the domain names in its Parked Pages Program does

17   *not* constitute the bona fide offering of any goods or services.  As detailed in

18   AMPAS's earlier pretrial filings, courts have uniformly held as much in similar

19   cases concerning pay-per-click and/or banner ads.  [Dkt. 688 at 12-13 (citing cases);

20   Dkt. 709-1 at 28-29 (citing cases).]

21   GoDaddy cannot refute any of these facts.  Rather, GoDaddy argues that

22   twelve (12) of the domain names at issue were registered for the purpose of creating

23   websites to provide a bona fide offering of goods and services.  [Dkt. 702 at ¶ 20.]

24   Like its above arguments, GoDaddy's response here is limited to a small subset of

25   the domains in question.

26   Once again, the registrant's state of mind is irrelevant to whether *GoDaddy*

27   acted with bad faith intent to profit.  In the interim between the registration of the

28   domain name and the creation of any website to provide a bona fide offering of

1   goods and services, GoDaddy—as the "Authorized Licensee" of the domain

2   names—chose to enroll the domain names in its Parked Pages Program, which does

3   **not** provide a bona fide offering of goods and services.

4       **Factor 4 ("the person's bona fide noncommercial or fair use of the mark**

5   **in a site accessible under the domain name"):**  GoDaddy's use of the domain

6   names was purely commercial in a site accessible under the domain name.

7   GoDaddy does not disagree, and Judge Collins concluded that GoDaddy "used" the

8   domain names for purposes of the ACPA, even if its use did not result in actual

9   monetization.  [Dkt. 491 at 14-17.]

10       In light of these facts, GoDaddy argues that its use of AMPAS's marks was

11   "nominative fair use."  AMPAS contends that the Parked Pages program does not

12   meet any definition of fair use—this is hardly noncommercial use of a mark.

13   Moreover, the "nominative fair use" doctrine—which differs from the traditional

14   affirmative defense of fair use under the Lanham Act—does not apply to the ACPA.

15   For example, in *Haas Automation, Inc.*, 2013 WL 6502876 at *6, the court held that

16   "whether Defendants have a nominative fair use defense under trademark law does

17   not bear on whether the disputed domain names ran afoul of the ACPA" because the

18   nominative fair use doctrine "does not expressly apply to the ACPA."  Rather, the

19   nominative fair use doctrine only applies to the "likelihood of confusion" element of

20   a claim for trademark infringement.  *Toyota Motor Sales, U.S.A., Inc. v. Tabari*, 610

21   F.3d 1702, 1182 (9th Cir. 2010). The ACPA does not have a "likelihood of

22   confusion" element.  15 U.S.C. § 1125(d).  Instead, the ACPA only has a "simple

23   'confusingly similar' test" (*id.*; Dkt. 568 at 1-2), and thus requires no analysis of

24   nominative fair use.  Moreover, GoDaddy abandoned its fair use defense (Dkt. 687

25   at 21), and thus may not rely upon that doctrine at trial.

26       GoDaddy's factual arguments about this factor only reflect its refusal to take

27   responsibility for the Parked Pages Program.  GoDaddy first attempts to blame

28   Google by asserting that "a subset of the Accused Domains resolved to websites

PLAINTIFF'S TRIAL BRIEF

containing Google-placed, third-party advertisements…." [Dkt. 687 at 11.] This argument fails because (1) GoDaddy should not have enrolled the domain names in the Parked Pages Program in the first place, (2) GoDaddy *chose* to employ Google to populate pay-per-click ads on GoDaddy's parked webpages; and (3) GoDaddy did more than just monetize the domain names with Google ads—it also attempted to monetization with pop-under ads and its own GoDaddy banner ads. Moreover, as detailed below, GoDaddy's contracts with Google put the onus on GoDaddy to ensure that no trademarked domain names were included in the Parked Pages Program. [Stip. Facts ¶¶ 87-96.] GoDaddy did not comply with its obligation.[5]

**Factor 5 ("the person's intent to divert consumers from the mark owner's online location to a site accessible under the domain name that *could* harm the goodwill represented by the mark…"):** GoDaddy's Parked Pages Program is designed and intended to divert traffic from legitimate trademark holder sites to parked pages on trademarked domain names for commercial gain. GoDaddy admits it has known it was making unauthorized use of trademarks in its Parked Pages Program since at least the first half of 2006. [Merdinger Tr. at 22:12-21, 36:21-22. ] Similarly, GoDaddy promotes its Cash Parking Program as "an online domain monetization system" that provides "domains with pay-per-click ads and *search engine friendly* articles." [JTX 2020 (emphasis added); *see also* JTX 501 (admitting that there is a "traffic monetization industry" and that "Go Daddy and its affiliates participated in this on our parked pages").]

GoDaddy also conducted testing and modified parked page templates and keywords accordingly for purposes of search engine optimization. [JTX 560 at 23.] Even after Google advised GoDaddy that it did not want to provide pay-per-click ads on trademarked domain names, GoDaddy decided to conduct an "A/B test

---

[5] GoDaddy's contention that no non-AMPAS person visited the domain names at issue and that there was no actual confusion is untrue and irrelevant. For example, by GoDaddy's own admissions and records, the 293 domain names were visited nearly 50,000 times. [Dkt. 702 at ¶ 126.]

1   beginning on traffic that we only monetize with GD [GoDaddy] ads (adult names,

2   *trademarks*, etc.)" in January 2008.  [JTX 538.]  Such tests compare the wording on

3   parked page templates "A" and "B" to determine which template drives more traffic

4   and hence makes more money.  [*Id.*]

5       In its October 2007 Patent Application, GoDaddy admits that the diversion of

6   traffic to parked pages could harm the goodwill represented by the mark.  For

7   example, the Patent Application states:  "Legitimate trademark owners may not want

8   their trademarks, advertisements, links, and websites used in such a manner because

9   it allows others to profit from their trademarks.  Such practices may also add

10  credence or an air of legitimacy to any products or services offered on the domain

11  name registrant's webpage." [JTX 42 at ¶ 0033.]

12      In its pretrial filings, GoDaddy simply ignores these inescapable facts.

13  Instead, it presents several arguments that are irrelevant to Factor Five and otherwise

14  unavailing.   First, it observes that AMPAS and GoDaddy are not competitors.  [Dkt.

15  687 at 10:25-26.]  This fact is irrelevant to whether GoDaddy intended to generate

16  profit by diverting traffic to parked domain names containing AMPAS's trademarks.

17      Second, GoDaddy once again attempts to blame the registrant.  [Dkt. 687 at

18  10:27-11:4.]  As detailed above, the registrant's intent is not relevant to GoDaddy's

19  bad faith intent to profit as an "Authorized Licensee."

20      Third, GoDaddy contends that it did not intend to divert traffic because the

21  domain names at issue purportedly "would not have appeared in response to a search

22  query on any of the major search engines … and an Internet user would arrive at the

23  domain name only after typing the domain name into the URL."  [Dkt. 687, at 11:4-

24  8.]  This argument is contrary to the record evidence.  As detailed above, the

25  evidence demonstrates that GoDaddy *intended* to make the domain names in its

26  Parked Pages Program "search-engine friendly."  [JTX 2020; JTX 560 at p.23.]

27  Whether GoDaddy's efforts were successful or not is irrelevant.

28

PLAINTIFF'S TRIAL BRIEF

Fourth, GoDaddy argues that it could not form "specific intent" for any of the domain names at issue "prior to at least the receipt of notice of AMPAS's complaints … given the volume of its automated process for registered domain names selected by registrants." [Dkt. 702 at 57:9-13.]   However, as Judge Collins found, GoDaddy (i) "placed the domain names in a program it designed to make revenue"; and (ii) "can register domain names without enrolling them in the Parked Pages Program or otherwise monetizing them." [Dkt. 491 at 16:10-15; 4:1-4.]  In addition, it continued to operate the Parked Pages program after receiving numerous cease and desist letters.

GoDaddy also ignores the facts showing its awareness and intent to perpetuate its unlawful conduct:  (i) GoDaddy implemented a filter to prevent its own trademarks from being registered at all, (Stip. Facts ¶55), and thus enrolled in (at least) Free Parking; (ii) it then designed an automated system that defaulted all other trademarked domain names into its Parked Pages Program (Stip. Facts ¶59); (iii) GoDaddy knew it was enrolling trademarked domain names by the first half of 2006; (iv) GoDaddy admittedly could have modified its automated system at its inception to prevent this problem from occurring, but chose not to do so in favor of maximizing its profits, (Nicks Tr. at 15:24-16:10); and (v) GoDaddy admittedly continued to enroll domain names containing AMPAS's trademarks in the Parked Pages Program for 4 years after AMPAS sent numerous cease/desist letters to GoDaddy starting in June 2009, and for 3 years after this litigation was filed.

If the Court were to find that this did not amount to bad faith intent to profit, it would open Pandora's box in this and other contexts.  In the present world of technological advances and algorithms, such a finding would allow defendants to blame their technology and algorithms for any unlawful transactions or occurrences. Moreover, even if GoDaddy had engaged in "willful blindness," it would not be immune from liability.  *See Eurotech, Inc.*, 213 F. Supp. 2d at 626 (finding bad faith intent to profit where counter-defendant failed to conduct "a proper investigation" to

ensure the name was non-infringing); *cf. Global-Tech Appliances, Inc. v. SEB S.A.,* 131 S. Ct. 2060, 2068-71 (2011) (applying "willful blindness" in the civil context); *Int'l Star Class Yacht Racing Ass'n v. Tommy Hilfiger, U.S.A. Inc.,* 80 F.3d 749, 754 (2d Cir. 1996) ("[W]illful ignorance should not provide a means by which [defendant] can evade its obligations under trademark law."); *Chanel, Inc. v. Italian Activewear of Florida, Inc.,* 931 F.2d 1472, 1476-77 (11th Cir. 1991) (holding willful blindness can provide the requisite intent or bad faith).

Fifth, GoDaddy argues that there is no evidence of actual diversion.  As an initial matter, this argument is irrelevant because Factor Five concerns GoDaddy's ***intent*** to divert traffic.  This argument is also inaccurate because (i) GoDaddy's impression data shows that Internet users visited some of the 293 parked domain names at issue (nearly 50,000 times) (Dkt. 702 at ¶126); and (ii) the more than one thousand complaints GoDaddy received from third party trademark owners (in addition to those from AMPAS) suggest that Internet users visited parked domain names in GoDaddy's Parked Pages Program.  [Dkt. 687 at 2:6-10; JTXs 1252.]

Sixth, GoDaddy argues that "AMPAS participated as an advertiser in Google's Adsense for Domains program, resulting in the display of AMPAS [sic] own advertisements on parked pages…."  [Dkt. 687, at 11:11-12.]  Once again, this argument has nothing to do with ***GoDaddy's*** intent and thus is irrelevant to the Fifth Factor.  This argument is also factually inaccurate because AMPAS never participated in Google's Adsense program, which was for publishers and not advertisers.  [Vye Tr. at 127:11-25.]  Rather, AMPAS participated in Google's Adwords program—a program for advertisers—for the legitimate purpose of promoting the motion picture industry as a non-profit.  [JTX 314.]  AMPAS's use of Adwords clearly was not designed to result in advertisements on parked pages (JTX 351), and AMPAS's advertisements never would have ended up on any of the pages at issue had GoDaddy directed trademarked parked pages to non-monetized webpages.

Indeed, GoDaddy's October 2007 Patent Application admits that trademark owners may not want their advertisements included in the Parked Pages Program:

> "[I]f an Internet user accesses a parked webpage resolving from a domain name that includes a trademark (but is not owned or controlled by the trademark owner—such as mygoddady.com), the trademark owner and legitimate business entity's (GODADDY.COM) advertisements and links may appear. ***Legitimate trademark owners may not want their trademarks, advertisements, links, and websites used in such a manner because it allows others to profit from their trademarks.*** Such practices also may add credence or an air of legitimacy to any products or services offered on the domain registrant's webpage."

[JTX 42, ¶0033 (emphasis added).] In this case, GoDaddy—as the "Authorized Licensee" of the domain names and the owner of the parked webpages—is responsible for such occurrences.

**Factor 6** **("the person's offer to transfer, sell, or otherwise assign the domain name to the mark owner or any third party…"):** GoDaddy asserts that it did not claim "any ownership interest in the Accused Domain names." [Dkt. 687 at 11:18-19.] That is false. GoDaddy was the "Authorized Licensee" of the domain names in the Parked Pages Program (Dkt. 491 at 12-17), and was the owner and sponsor of the parked webpages in the Parked Pages Program. [Stip. Facts ¶ 99.]

GoDaddy next asserts it never offered to sell any of the domain names at issue. [Dkt. 687, at 11:17-18.] However, GoDaddy sought to sell at least some of the domain names at issue. For example, screenshots for parked webpages resolving from some of the domain names say: "Want to buy this domain? Let us help you get it!" [*E.g.*, JTX 2101, 2111, 2235, 2274.] These webpages also advertise GoDaddy.com "Auctions" as "SOLD! The smart choice for buying & selling domain names." [*Id.*] Notably, GoDaddy earns a percentage from the sale or auction of the domain names. [Curran Tr. at 15:22-16:5.]

**Factor 7** **("the person's provision of material and misleading false contact information when applying for the registration…"):** GoDaddy notes that, where

15

a registrant's contact information was not publicly available, it made the contact information available *after* it received a trademark complaint.  [Dkt. 687, at 12:6-9.]  By making that assertion, GoDaddy fails to take any responsibility for setting up the system that enabled registrants to conceal their contact information from the public.  GoDaddy, through its wholly owned and controlled subsidiary Domains By Proxy, created a system that provided anonymity to domain name registrants and concealed those registrants' contact information.  [Jones Tr. at 192:6-193:1].

**Factor 8 ("the person's registration *or acquisition of* multiple domain names which the person knows are identical or confusingly similar to marks that are distinctive…"):**  The eighth statutory factor considers the defendant's "cybersquatting activities."  *Lahoti*, 586 F.3d at 1202.  GoDaddy only argues that this factor favors it because it did not register any of the domain names at issue.  GoDaddy's argument is unavailing.

GoDaddy ***acquired rights*** in the 293 confusingly similar domain names at issue because it was the "Authorized Licensee" of the domain names (Dkt. 491 at 12-17), it owned or sponsored the webpages to which they resolved (Stip. Facts ¶ 99), and it had rights to collect the majority of revenue and fees earned from the domain names.  [JTX 584.]  GoDaddy knew it was enrolling trademarked domain names in its Parked Pages Program since the first half of 2006 and admitted this was a serious problem in its October 2007 Patent Application.  [JTX 42, at ¶0007.]  Despite the multiple options available to it to prevent the problem (e.g., resolving parked domain names to non-monetized webpages or filtering before parking), it continued to enroll trademarked domain names, including the 293 domain names at issue, in the Parked Pages Program for at least 3 years after this litigation was filed.

While this conduct alone constitutes cybersquatting on a massive scale, it is just the tip of the iceberg because GoDaddy's "cybersquatting activities" have been conducted on an unprecedented scale.  GoDaddy acquired rights in thousands of

16

other trademarked domain names in its Parked Pages Program.  For example, GoDaddy received over a thousand complaints from trademark owners between January 2007 and October 2011—presumably there were even more complaints both before and after this date range.  [Dkt. 687 at 2:6-10; JTX 1252.]  Similarly, when GoDaddy implemented a limited filter for only 1400 of the over 2.5 million registered trademarks, it identified over 90,000 infringing domain names in the Parked Pages Program (it is not clear that the filter was even applied to the Free Parking Program).  [Dkt. 687 at 15-16 n.4; JTX 402.]  GoDaddy elected not to implement a broader trademark filter because it would have eliminated the majority of domain names in the Parked Pages Program.  [Nicks Tr. at 65:4-23.]  In a footnote in its pretrial filings, GoDaddy claims it did not "implement such a filter due to commercial impracticalities" (Dkt. 687, at 15 n.4), which is just a euphemism for "due to a projected reduction in revenue."

**Factor 9** ("the extent to which the mark incorporated in the person's domain name registration is or is not distinctive and famous…"):  GoDaddy effectively admits that the marks "ACADEMY AWARDS" and "ACADEMY AWARD" are highly distinctive and famous because it does not address either of these marks in its discussion of Factor Nine in its pretrial filings.  As summarized in AMPAS's earlier pretrial filings, the evidence of these marks' fame cannot be disputed.  [Dkt. 430 at 11-13; Dkt. 410 at 10-13; Dkt. 614 at 3-7.]

With respect to AMPAS's "OSCAR," "OSCARS" and "OSCAR NIGHT" marks, GoDaddy simply repeats the arguments it made about whether the 56 domain names are confusingly similar to AMPAS's marks.  Those arguments are irrelevant to the fame of these marks.  More importantly, GoDaddy ignores the substantial evidence of these marks' fame and their well-known association with AMPAS and its annual awards show.  Much of this evidence—including evidence of which this Court has taken judicial notice—is detailed in the Court's April 10, 2015 Order, and thus is not repeated here.  [Dkt. 655, at 9-14.]

PLAINTIFF'S TRIAL BRIEF

2. <u>The Other Unique Circumstances Of This Case Favor Finding</u>
<u>Bad Faith Intent To Profit.</u>

a. *GoDaddy rehashes arguments the Court rejected.*

GoDaddy argues that "special care should be given to ensure that the scope of liability under the ACPA is not unduly extended." [Dkt. 687 at 2-3.] This is a repackaged version of GoDaddy's argument that it is entitled to the 'safe harbor' provision of 15 U.S.C. § 1114(2)(D)(iii), which Judge Collins rejected as a matter of law. Judge Collins specifically held that GoDaddy is not entitled to such protection because "[t]he safe harbor provision simply does not apply to conduct, like operating the Parked Pages Program, that goes beyond mere registration and maintenance." [Dkt. 491, at 12.][6] Moreover, it is not AMPAS who seeks to unduly extend the ACPA. Rather, GoDaddy, who already receives a safe harbor protection for registration, is attempting to parlay its status as a registrar into a free pass to monetize trademarked domains until they are caught and asked to stop.

b. *GoDaddy attempts to blame the registrant instead of taking*
*responsibility for its Parked Pages Program.*

GoDaddy next attempts to blame the registrant who "select[ed] the names of the Accused Domains to be registered." [Dkt. 687, at 2:1-2.] As noted above, that argument is wholly irrelevant because this case concerns ***GoDaddy's*** conduct and ***GoDaddy's*** bad faith intent to profit as an "Authorized Licensee" post-registration.

c. *GoDaddy attempts to blame the volume of registrations*
*and the automated system it designed.*

GoDaddy further argued that it could not form a bad faith intent to profit because it receives thousands of new domain name registrations from its customers each day. [Dkt. 687, at 2:6-10.] GoDaddy's argument is irrelevant.

---

[6] GoDaddy's SEC filings also admit that it would be subject to liability under the ACPA for conduct that goes beyond mere registration and maintenance. [JTX 390 at 34-35.]

Again, the evidence demonstrates that GoDaddy knew it was enrolling domain names that were confusingly similar to others' trademarks in the Parked Pages Program by early 2006. The moment GoDaddy knew this was occurring it had an obligation to stop using domain names in that manner—whether, for example, by ceasing to monetize domain names in its Parked Pages Program in the first place or by implementing an effective trademark filter before parking.

For the same reasons, GoDaddy's reliance on its implementation of an AMPAS-specific filter in late-July 2013—over three years into this litigation—is specious. GoDaddy cannot negate its bad faith intent to profit from 2009 to 2013 with its *post-hoc* filter—which admittedly could have been implemented at the inception of the Parked Pages Program. [Nicks Tr. At 15:24-16:10.] Indeed, despite the thousands of registrations each day, GoDaddy was able to and does filter its own trademarks from being registered (Stip. Facts ¶ 55), while telling complaining third party trademark holders that it was not possible to filter for trademarks. [JTX 1239.]

GoDaddy also argues that the "automated nature of the registration by third [sic] registrants" justifies its conduct. [Dkt. 702 at 59:17-24.] This argument is meritless. GoDaddy admittedly established the automated nature of its registration process, and thus is responsible for how it operates. There was no obligation to have a Parked Pages program in order to register domain names.

GoDaddy further argues that there are technical and consumer experience rationales underlying its Parked Pages Program. [Dkt. 687 at 13:1-2.] These arguments are also meritless. GoDaddy could have solved the technical problem by having non-monetized pages saying the website was "Under Construction" but not containing advertising. [Jones Tr. at 34:11-17; 60:12-22.] Indeed, prior to the advent of its Parked Pages Program, GoDaddy directed parked domain names to non-monetized (or Under Construction) webpages. [Jones Tr. at 32:9-33:7.]

GoDaddy's "consumer user experience rationales" are equally unavailing. [Dkt. 687, at 13:1-2.] As an initial matter, GoDaddy's desire to create a better user

19

1  experience cannot justify its unlawful conduct in violation of the ACPA.  Moreover,

2  GoDaddy documents demonstrate that the Parked Pages Program was designed as a

3  "traffic monetization" program (JTX 501), that "Parked pages are a big revenue

4  driver" (JTX 601), and that GoDaddy closely monitored the revenue it generates

5  from the Parked Pages Program.  [*Id.*] GoDaddy's recent SEC filings also describe

6  its Parked Pages Program as a material source of revenue.[7]  [JTX 672 at 134.]

7
8
>    d.    *GoDaddy's trademark resolution procedure is ineffective*
>          *and is not "industry-leading."*

9       Whether or not GoDaddy has an effective resolution procedure is irrelevant to

10  its violation of the ACPA parked pages program.  GoDaddy plainly did not

11  implement an effective trademark resolution procedure because it continued to (and

12  still does today) enroll trademarked domain names in its Parked Pages Program after

13  it knew this infringing practice was occurring.  In short, GoDaddy elected to profit

14  from trademarked domain names in its Parked Pages Program instead of taking steps

15  to stop its infringing conduct—which as detailed above it easily could have

16  accomplished.  It is thus remarkable that GoDaddy touts its resolution of thousands

17  of trademark disputes that should have and would have ***never*** occurred had

18  GoDaddy stopped using trademarks in its Parked Pages Program.

19       It is also remarkable that GoDaddy claims it properly responded to AMPAS's

20  cease and desist letters.  AMPAS's cease and desist letters demanded that GoDaddy

21  stop its ***practice*** of making commercial use of and advertising on domain names

22  containing AMPAS's marks.  [JTX 1015 and 1078.]  GoDaddy neither stopped that

23  practice nor responded to that request.  As a result, AMPAS filed this litigation.

24  Even after that, GoDaddy continued to use and traffick in domain names containing

25  AMPAS's marks in its Parked Pages Program.  It was only after AMPAS prevailed

26

27
28
> [7] Moreover, GoDaddy's Patent Application admits that it is common for registrars to
> resolve parked domain names to ***non-monetized*** pages (JTX 42 ¶ 0029), thus
> showing that monetized pages are not necessary for the "consumer experience."

PLAINTIFF'S TRIAL BRIEF

1   on its motion for partial summary judgment in June 2013—over three years into this
2   litigation—that GoDaddy finally implemented an AMPAS-specific filter, a filter that
3   took merely two weeks to implement.  [Nicks Tr. at 6:13-7:2.]  GoDaddy admittedly
4   could have implemented this filter at the inception of the Parked Pages Program
5   instead of waiting until July 2013.  [Nicks Tr. at 15:24-16:10.]

6          GoDaddy's conclusory claim that its trademark dispute resolution is
7   "industry-leading" is irrelevant and incorrect.  [Dkt. 687 at 14:18-19.]  As an initial
8   matter, this argument is irrelevant because it does not justify GoDaddy's knowing
9   violation of the ACPA.  Moreover, it is incorrect because other registrars
10  implemented far more robust procedures than GoDaddy during the relevant period.
11  For example, GoDaddy's competing registrar MarkMonitor did not allow persons
12  (other than the legitimate trademark owner) to register domain names that included
13  registered trademarks.  [JTX 602, Jones Tr. at 212:14-21].  As another example,
14  parking company Afternic employed a trademark filter to prevent domain names
15  containing registered trademarks from being registered or parked.  [JTX 712; Nicks
16  Tr. at 33:23-34:2, 42:19-23.]

17                          *e.*     *GoDaddy did promote and drive traffic to parked pages in*
18                                  *its Parked Pages Program.*

19         In the discussion of Statutory Factor 5 above, AMPAS details GoDaddy's
20  intent to drive traffic to parked pages in its Parked Pages Program.  That discussion
21  is incorporated by reference here.

22         GoDaddy also claims that it did not make any "effort to direct the placement
23  of AMPAS-related advertisements on the domain names at issue."  [Dkt. 687 at
24  13:20-22.]  That is simply incorrect.  When it signed up for Google's Adsense
25  program, GoDaddy knew that contextual advertising would be placed on the domain
26  names in its Parked Pages Program that contained trademarks.  Jones Tr. at 260:15-
27  261:6.  Moreover, GoDaddy selected templates for contextual advertisements (Nicks

28

PLAINTIFF'S TRIAL BRIEF

30(b)(6) Tr. at 54:15-56:23) ensuring that domain names containing AMPAS's marks would resolve to pages containing AMPAS- and entertainment-related ads.

GoDaddy also claims that it did not have a bad faith intent to profit because it derived a relatively small amount of pay-per-click revenue from the domain names at issue.  [Dkt. 687 at 13:22-24.]  First, this argument is irrelevant to GoDaddy's bad faith *intent* to profit.  Second, it ignores the fact that GoDaddy also earned revenue from pop-under and banner ads and from Cash Parking fees, as well as evidence that its pay-per-click revenue figures are understated.  [Stip. Facts ¶¶ 69-79; JTX 902, 908, 685, 651.]  Third, it ignores the fact that GoDaddy's Parked Pages Program is designed to make a large amount of revenue in the aggregate by obtaining small amounts of revenue from some of the 18.2 million domain names in the Parked Pages Program.  [Stip. Facts ¶ 14.]  In other words, each domain name is important because it increases GoDaddy's chances of making substantial revenue in the aggregate.  Fourth, GoDaddy's argument ignores the fact that the harm to AMPAS (and other trademark holders) far exceeds the amount of revenue that GoDaddy earned.  GoDaddy's own expert concluded that AMPAS had to spend close to $350,000 to identify a few dozen domains.  [JTX 902, ¶ 16.]  That amount has continued to increase during this litigation.

        *f.*      *GoDaddy exerted control over pay-per-click advertisements displayed on the domain names at issue.*

GoDaddy claims that it did not have any control over the display of pay-per-click advertisements on the domain names at issue.  [Dkt. 687 at 13:25-14:5.]  As an initial matter, GoDaddy exerted control over its Parked Pages Program, and thus did not have to display any advertisements—including pay-per-click, pop-under, and banner ads—on any of the domain names at issue.  As noted above, GoDaddy also *chose* to employ Google to place pay-per-click ads on parked pages.  Moreover, GoDaddy's attempt to blame Google ignores its representations and obligations under its contracts with Google.  For example:

22

- In an April 1, 2009 Agreement, GoDaddy agreed it "shall not, and shall not allow any third party to: ...(s) implement the Services on any URLs that violate any trademark (and related rights) … or other intellectual property right of any third party...." [Stip. Facts ¶91; JTX 31, ¶3.]

- Under that Agreement, GoDaddy also "represent[ed] and warrant[ed] that ... (c) the execution and delivery of this Agreement, and the performance by [GoDaddy] of its obligations hereunder, will not … violate any rights of any third parties arising therefrom." [Stip. Facts ¶94; JTX 31, ¶6; *see also* Stip. Facts ¶96; JTX 37, ¶3 (March 2011 Agreement, at sub-paragraph (l)).]

Accordingly, GoDaddy was responsible for ensuring that its Parked Pages Program—and the pay-per-click advertisements in it—did not violate a third party trademark or any other intellectual property right of a third party.

### D.  The Court Should Award The Maximum Amount Of Statutory Damages.

GoDaddy ignores the fact that "[t]he purpose behind the ACPA's statutory damages provision is not merely to compensate plaintiff for its injury, but also to discourage wrongful conduct by the defendant." *Crossfit, Inc. v. Jenkins*, ---F. Supp. 3d ---, 2014 WL 4706066, at *8 (D. Colo. Sept. 22, 2014) (citations omitted). "Because these damages 'serve[] as a sanction to deter wrongful conduct,' a district court may properly way the seriousness of the conduct in determining the amount of the award." *Newport News Holding Corp. v. Virtual City Visions, Inc.*, 650 F.3d 423, 442 (4th Cir. 2011) (quoting *St. Luke's Cataract & Laser Institute v. Sanderson*, 573 F.3d 1186, 1206 (11th Cir. 2009)) (brackets in original).  Here, an award of the maximum amount is needed to deter GoDaddy from continuing to violate the ACPA and to punish GoDaddy for its use of AMPAS's and other third parties' marks in its Parked Pages Program.

Each of GoDaddy's arguments is unavailing.  GoDaddy first contends that the Court should issue a low award because of its purported "lack of involvement in the selection and registration of the domain names." [Dkt. 687 at 4:5-6.]  Once again,

23

1  GoDaddy ignores the fact that it (i) "placed the domain names in a program it
2  designed to make revenue" (Dkt. 491 at 16:10-15); (ii) it "can register domain names
3  without enrolling them in the Parked Pages Program or otherwise monetizing them;"
4  (*id.*, at 4:1-4) and (iii) GoDaddy filtered its trademarks from being registered (Stip.
5  Facts ¶ 55), but affirmatively chose to default all other trademarked domains into
6  Free Parking.

7       GoDaddy next argues that a low award should issue because it promptly
8  redirected the domains at issue.  [Dkt. 687 at 4:6-7.]  This argument ignores the fact
9  that the domain names should not have been in the Parked Pages Program in the first
10  place, that GoDaddy only redirected a domain name after receiving a complaint
11  about that specific domain name, and that GoDaddy's response to such complaints
12  was not always prompt.

13       GoDaddy then argues that a low damages award should issue because it
14  received "*de minimus* direct advertising revenue" from the domain names and
15  because of "the lack of evidence of any quantifiable harm."  [Dkt. 687 at 4:7-9.]
16  This argument misapprehends the purpose of statutory damages described above.   It
17  also ignores evidence to the contrary, which is detailed above.

18       Finally, GoDaddy argues that a low award of statutory damages should issue
19  because it implemented "trademark filters during the pendency of this lawsuit."
20  Dkt. 687 at 4:11.  This argument is puzzling because (i) GoDaddy admittedly could
21  have implemented a trademark filter as early as 2005, but did not; (ii) it admittedly
22  could have defaulted parked domain names to non-monetized web pages, but did not
23  (Jones Tr. at 34:11-35:8; 60:12-22); (iii) it admittedly did not implement an
24  AMPAS-specific trademark filter until after AMPAS prevailed on its motion for
25  partial summary judgment, over three years into this litigation; (iv) it implemented a
26  trademark filter in late 2014 that covers only 1400 of the over 2.5 million registered
27  trademarks, which still identified 90,000 domain names that should not have been
28  enrolled in the Parked Pages Program (Dkt. 687 at 15-16 n.4; JTX 402); and (v) it

remains unapologetic about the Parked Pages Program and may continue with its infringing conduct unless the maximum amount of statutory damages and injunctive relief are awarded here.

### E.    GoDaddy's Affirmative Defense Of Good Faith Is Meritless.

To support its good faith defense, GoDaddy simply repeats the arguments it made in opposition to a finding of bad faith intent to profit.  As detailed above, each of those arguments is meritless.  Moreover, as detailed in AMPAS's earlier pretrial filings, this affirmative defense is applied very narrowly and is inapplicable to this case.  [Dkt. 688at 11-12, 20-22; Dkt. 709-1 at 35-39.]

Respectfully submitted,

Dated: July 28, 2015            BOIES, SCHILLER & FLEXNER LLP

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC

LEE TRAN & LIANG LLP

KUPFERSTEIN MANUEL & QUINTO LLP

By:/s/ David Zifkin
　　　David Zifkin (SBN 232845)

**BOIES, SCHILLER & FLEXNER LLP**
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel:  954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:  310-752-2400

25

1

Fax: 310-752-2490

2

**FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC**

3

Robert M. Foote (pro hac vice)
rmf@fmcolaw.com

4

Matthew Herman (pro hac vice)

5

mjh@fmcolaw.com
10 West State Street, Suite 200

6

Geneva, Illinois 60134

7

Tel:   630-232-7450
Fax:  630-232-7452

8

9

**LEE TRAN & LIANG LLP**

10

James M. Lee (SBN 192301)
james.lee@ltlattorneys.com

11

Enoch H. Liang (SBN 212324)

12

enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 3900

13

Los Angeles, CA 90017

14

Tel:  213-612-8900
Fax: 213-612-3773

15

16

**KUPFERSTEIN MANUEL & QUINTO LLP**

David W. Quinto, Esq. (SBN 106232)

17

dq@kmqIitigation.com

18

11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064

19

Tel: 424-248-6650
Fax: 424-248-6652

20

21

*Attorneys for Plaintiff Academy of Motion Picture*
*Arts and Sciences*

22

23

24

25

26

27

28

PLAINTIFF'S TRIAL BRIEF

1

2

## **APPENDIX A**

### **56 Domain Names Still At Issue**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1.    GOTOSCAR.COM  [JTX 2187]

2.    GREENOSCAR.COM  [JTX 2188]

3.    HOMEOSCARS.COM  [JTX 2189]

4.    LISTOSCAR.COM  [JTX 2190]

5.    LOCATIONSOSCAR.COM   [JTX 2191]

6.    MAKINGTHEROUNDSWITHOSCAR.NET  [JTX 2192]

7.    OSCAR4RE.COM  [JTX 2193]

8.    OSCARBRIGHT.COM  [JTX 2194]

9.    OSCARBRITE.COM  [JTX 2195]

10.    OSCARCAM.COM  [JTX 2196]

11.    OSCARCHALLENGE.COM  [JTX 2197]

12.    OSCARCHALLENGE.NET  [JTX 2198]

13.    OSCARCLAIM.COM  [JTX 2199]

14.    OSCARCLAIM.NET  [JTX 2200]

15.    OSCARCLAIMS.NET  [JTX 2201]

16.    OSCARCOMMUNITY.COM  [JTX 2202]

17.    OSCARDOESITAGAIN.COM  [JTX 2203]

18.    OSCARELIGIBLE.COM  [JTX 2204]

19.    OSCARELIGIBLE.NET  [JTX 2205]

20.    OSCARHOPE.COM  [JTX 2206]

21.    OSCARHOSPITALITY.COM  [JTX 2207]

22.    OSCARI.COM  [JTX 2208]

23.    OSCARI.NET  [JTX 2209]

24.    OSCAR-INT.COM  [JTX 2210]

25.    OSCARKIDS.COM  [JTX 2211]

1      26.     OSCARLOCATIONS.COM  [JTX 2212]

2      27.     OSCARRESPONSE.COM  [JTX 2213]

3      28.     OSCARRESULTS.COM   [JTX 2214]

4      29.     OSCARRUN.COM  [JTX 2215]

5      30.     OSCARS3D.COM [JTX 2216]

6      31.     OSCARSHOTELS.COM [JTX 2217]

7      32.     OSCARSHOTELS.NET  [JTX 2218]

8      33.     OSCARSINAMINUTE.COM  [JTX 2219]

9      34.     OSCARSLLC.COM   [JTX 2220]

10     35.     OSCARSMILE.COM  [JTX 2221]

11     36.     OSCARSOASIS.COM  [JTX 2222]

12     37.     OSCARSOPENHOUSE.COM  [JTX 2223]

13     38.     OSCARSORNOT.COM  [JTX 2224]

14     39.     OSCARSROOM.COM  [JTX 2225]

15     40.     OSCARTWIST.COM  [JTX 2226]

16     41.     OSCARUNIVERSE.COM  [JTX 2227]

17     42.     OSCARWAY.COM  [JTX 2228]

18     43.     OSCARWORTHYMANSION.COM  [JTX 2229]

19     44.     TEXTILEOSCARS.COM  [JTX 2230]

20     45.     TEXTILEOSCARS.NET  [JTX 2231]

21     46.     THEMORMONOSCARS.COM  [JTX 2232]

22     47.     THEOSCARBODY.COM  [JTX 2233]

23     48.     THEOSCARCOPS.NET  [JTX 2234]

24     49.     THEOSCARTEAM.COM  [JTX 2235]

25     50.     THEOSCARTOUR.COM  [JTX 2236]

26     51.     THINKOSCAR.COM  [JTX 2237]

27     52.     THINKOSCAR.NET  [JTX 2238]

28

Appendix A: Domains Names at Issue

1

53.    THINKQUICKOSCAR.COM  [JTX 2239]

2

54.    TRAVELOSCAR.COM  [JTX 2240]

3

55.    TRAVELOSCARS.COM  [JTX 2241]

4

56.    TRAVELOSCARS.NET  [JTX 2242]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Appendix A: Domains Names at Issue

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **APPENDIX B**

### **Screenshots of 56 Domain Names Still at Issue**



**WELCOME TO:** gotoscar.com

Domains, websites &
**everything** in between!®

🔍 [                                    ]   **SEARCH**

**Is this your domain?**
Add hosting, email and more.   **GO**

CASE NO. **2:10-cv-3738-AB**
**AMPAS**
VS. **GoDaddy.com, et al.**
JOINT EXHIBIT **2187**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



## Ads

### ABC's New Show Pan Am  abc.go.com/panam
Buckle up. Adventure calls. Get to know the stewardesses of Pan Am.

### Regal Cinemas  ShopAtHome.com/RegalCinemasDiscount
Regal Cinemas Coupons Save Money with Free Coupons.

### Plus Evening Dresses  JCPenney.com/PlusEveningDresses
Shop at JCPenney for Great Deals on Stylish Plus Evening Dresses.

### Watch Sundance Films  Prescreen.com
Miss the Sundance Film Festival? Get Great Deals on Festival Films.

### SundanceNOW  sundancenow.com
Watch Indie Films Online. Rent or Buy Today - SundanceNOW.com.

### Oscar Party Supplies  www.windycitynovelties.com
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.

### Hollywood Theme Party  www.PartyCheap.com
Make your guests feel like VIPs. Discount red carpet party supplies.

### Dresses at Nordstrom  www.nordstrom.com
The latest styles for any occasion. Free Shipping & Returns Every Day!

### Oscar Dresses  www.BridalBlvd.com
Over 65% Discount. As Seen On TV Custom Tailored Starting From $119

### New Flo Rida Single  itunes.apple.com
Preview 'Good Feeling' from Flo Rida's upcoming new album now!

Win a new Chevy Silverado and
an ultimate NASCAR® weekend!   **Enter Now**



**Want to buy this domain?** Our **Domain Buy Service** can help you get it.

Go Daddy.com  This Web page is parked for FREE, courtesy of **GoDaddy.com**

**Domains**
- Register domain names – up to 70% less with the world's #1 registrar!
- Go Daddy Auctions® – bid on, buy and sell domains.

**Get the domain you really want with a .CO!**
.CO  Perfect for individuals, businesses & organizations.

**Register a new .COM for $11.99 $7.49* per year! Save 37%***
🔍 [                    ]  |.com ▼  **GO**

**Websites**
- Build it yourself with one of our easy sitebuilders!
- Reliable website hosting keeps your site up and running.
- Let our Web pros build your website, logo and more.

**Affordable Web Hosting**
4th Generation Hosting from the world's largest hostname provider!
.net  CF  php  perl
**Starting at $5.99/mo**

**WEBSITES $5**  **SALE!**
**FOR LESS THAN**
**Point. Click. Design.**
WebSite Tonight® makes it easy.
**ON SALE!**

CASE NO.   2:10-cv-3738-AB
AMPAS
VS.   GoDaddy.com, et al.
JOINT EXHIBIT   2188
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**This Web page is parked FREE, courtesy of GoDaddy.com**

WELCOME TO: greenoscar.com

Go Daddy.com
The web is your Domain!
▸▸ Today's offers at GoDaddy.com SALE

SEARCH

## Sponsored Listings

▸▸ **2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸ **Oscar 930**
In Stock Now. Compare to the VERT Best Price, Best Discount Juicer
www.HarvestEssentials.com

▸▸ **Learn Real Estate Free**
The Last Real Estate Seminar You Will Ever Need To Attend! Mar 29-31
www.RichesInRealEstate.com

▸▸ **Google Finance**
Free Financial News and Investment Tools. Try It Today!
www.Google.com/Finance

▸▸ **Oscar Winning Actors at Bing™**
Sort Film Legends by Rankings, Awards, & more. Try Visual Search!
www.Bing.com/VisualSearch

▸▸ **Oscar Diele**
Bekijk hier de persoonlijke homepage van Oscar Diele
oscardiele.com/about/

▸▸ **Archbishop Romero DVD**
The life of Archbishop Oscar Romero on DVD for only $15.99
www.CatholicVideo.com

▸▸ **Academy Awards In Order**
Search multiple engines for academy awards in order
www.webcrawler.com

▸▸ **Oscars Best Dressed**
Vote on which stars you think dressed the best at the Oscars
www.zimbio.com/oscars+best+dressed

▸▸ **Dry Shampoos at Sephora**
Shop 200 beauty brands. Get Free Shipping over $50 & Free Samples!
www.Sephora.com

BOB PARSONS.Me
Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!



Go Daddy.com $ MAKE MONEY
Affiliate Program
www.GoDaddy.com



Get a FREE domain when you complete one of these valuable offers!
Go Daddy.com
GET A FREE DOMAIN
†Good for one 1-year registration of any available .COM, US, BIZ, INFO, NAME, NET or .ORG
Powered by TrialPay

   

500
Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!



Go Daddy.com $1.99* Domains
The web is your Domain!
With any new, non-domain purchase! No quantity limit!**

Find a domain name now:
.com  GO
What's a Domain?  Advanced Search
*Plus ICANN fee of 18 cents per domain name purchase

Want to buy this domain?
Let us help you get it!

**Related Searches**
▸▸ Webbot Predictions
▸▸ Nostradamus Predictions 2012
▸▸ Buy a 2007 Camry
▸▸ 2007 Toyota Camry in Los Angeles
▸▸ Vestidos Premios Oscar
▸▸ Oscar 2010

.CO Pre-registration now open!
Choose your .CO domain, before someone else does!  Start!

Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®

HOSTING PLANS
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
.net  php  perl

Get a FREE domain when you complete one of these valuable offers!
Go Daddy.com
†Good for one 1-year registration of any available .COM, US, BIZ, INFO, NAME, .NET or .ORG

WEBSITE TONIGHT®
Create your own Web site in minutes!
Plans from $3.49/mo!

SOLD!
The smart choice for buying & selling domains
Go Daddy AUCTIONS
Memberships just $4.99/year! Lowest commissions!

BIG OR SMALL BUSINESS
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of GoDaddy.com

ICANN ACCREDITED










**Go Daddy.COM**

This Web page is parked FREE, courtesy of GoDaddy.com
Today's offers at GoDaddy.com  SALE

SEARCH

## Sponsored Listings

**Academy awards hair**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**Oscar movie**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**Red Carpet Beauty**
Experience Latina's Red Carpet Read exclusive quotes
www.latina.com

**Nexus One by Google**
Smart, Slim, Speedy & Simple To Use From Just $179 w/ Plan. Buy Online!
www.google.com/phone

**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!

**When Your Visitors Buy From Us**
Affiliate Program    www.GoDaddy.com

Get a FREE domain when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

**Go Daddy.COM**
The web is your Domain!
$199* Domains
With any new, non-domain purchase! No quantity limit!**

Find a domain name now:
.com  GO
What's a Domain?  Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

Want to buy this domain?
Let us help you get it!

### Related Searches
Buy a 2007 Camry
2007 Toyota FJ Cruiser in Los Angeles
Used Toyota Camry Los Angeles
Microsoft Office 2007
Romantic Dresses
Red Dress

Find great deals NOW!  GO
GO DADDY MARKETPLACE®
Electronics • Clothing • Bath & Body • Sports

HOSTING PLANS
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
.net  php  perl

Get a FREE domain when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

WEBSITE TONIGHT®
Create your own Web site in minutes!
Plans from $3.79/mo!

SOLD!
The smart choice for buying & selling domains
AUCTIONS
Memberships just $4.99/year! Lowest commissions!

BIG OR SMALL BUSINESS
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of GoDaddy.com
ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2190
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



**WELCOME TO:** listosoar.com

**This Web page is parked FREE**
**courtesy of** GoDaddy.com

▶▶ Today's offers at GoDaddy.com

[ SEARCH ]

## Sponsored Listings

▶▶**31 days of oscar movie**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

▶▶**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▶▶**Buy Pronto Colore Pen**
Oscar Blandi Hair Care Root Touch Up Stick. $50 orders ship free!
LockandMane.com/Blandi-Color-Pen

▶▶**Dry Shampoos at Sephora**
Save Your Style, Wash Without Water Top Brands, Free Shipping Over $
www.Sephora.com

▶▶**35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

▶▶**Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

▶▶**OFTP2 Solutions**
Certified Odette OFTP2 Solutions Become compliant & lower costs
www.trubiquity.com

▶▶**Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

▶▶**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

▶▶**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

QuickTime 7.6.5 for Windows is now available. This update is recommended for all QuickTime 7 users. Click Update Now to update your software.

☑ Check for Updates Automatically

[ Update Now ]   [ Cancel ]

▶▶Oscar Nominations
▶▶Oscar Winners
▶▶Oscar Juicer
▶▶Oscar Ballot

**$1.99* Domains**
With any new, non-domain

**Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®**

**HOSTING PLANS** Save up to 15% on multi-year hosting plans!
99.9% Network Uptime! FREE Setup!
.net CF php perl

**Get a FREE domain†** when you complete one of these valuable offers!

**BOB PARSONS** Learn how to succeed—in life and online—with talk from Go Daddy's CEO & Founder, Bob Pars... *Viewer discretion advised!*

**MAKE MONE** Affiliate Program www.GoDad

**Get a FREE domain†** when you complete one of these valuable offers! [GET A FR...] †Good for one 1-year registration of any available .COM, .US, BIZ, .INFO, .N

Get what you need in UNDER 5 MINUTES with our Product A... [Start Here!]

QuickTime 7.6.5 for Windows is now available. This update is recommended for all QuickTime 7 users. Click Update Now to update your software.

☑ Check for Updates Automatically

[ Update Now ]   [ Cancel ]

I'm interested in: Selling products online, securing my site, hosting, reseller programs



**This Web page is parked FREE, courtesy of GoDaddy.com**   [ICANN ACCREDITED]

**Visit GoDaddy.com for the best values on:**

Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

Case 2:10-cv-03738-AB-CW Document 717 Filed 07/30/15 Page 265 of 356 Page ID #:30716

WELCOME TO: localhost:1300

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2191
DATE _____
DATE _____ IDEN.
BY _____ EVID.
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com
▸▸ Today's offers at GoDaddy.com SALE!

SEARCH

## Sponsored Listings

▸▸**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸**"31 Days of Oscar" On TCM**
Watch Oscar Films - 1920s to Today On Turner Classic Movies 2/1 - 3/3
www.TCM.com/31DaysofOscar

▸▸**Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

▸▸**Wal-Mart Store Locations**
Local Listings for Wal-Mart Stores Search Listings at Local.com.
Local.com/Store_Locator

▸▸**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

▸▸**Oscar Blandi Hair Care**
Buy Pronto Dry Shampoo Spray & Powder. Ship free above $50!
LockandMane.com/Blandi-Dry-Shampoo

▸▸**Official Cabela's Site**
Hunting, Fishing & Outdoor Gear by The World's Foremost Outfitter.
www.Cabelas.com

▸▸**Condé Nast Traveler™**
Subscribe to Condé Nast Traveler for just $12 a year and save 79%.
www.CondeNastTraveler.com

▸▸**Ritz Camera + Free Prints**
25 Free Prints For New Members. 9¢ Photo Prints Every Day.
www.RitzPix.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!



   
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

Get what you need in **UNDER 5 MINUTES** with our Product Advisor
Start Here!


**$1.99* Domains**
The web is your Domain!™
With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**
.com ▾ GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches

▸▸Oscar
▸▸Microsoft Office 2007
▸▸Find a Target Store
▸▸Wedding Reception Locations
▸▸TV Repair Store
▸▸Office Home and Student 2007

**Find great deals NOW!** GO
GO DADDY
**MARKETPLACE®**
Electronics • Clothing • Bath & Body • Sports

**HOSTING PLANS**
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
   

**Get a FREE domain†**
when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


**WEBSITE TONIGHT®**
Create your own
Web site in minutes!
Plans from $3.79/mo!

**SOLD!**
The smart choice for buying & selling domains
 **AUCTIONS**
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

**This Web page is parked FREE, courtesy of GoDaddy.com**   ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

JTX2191.001

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2192
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



**This Web page is parked FREE, courtesy of GoDaddy.com**

» Today's offers at GoDaddy.com  SALE!

SEARCH

## Sponsored Listings

**»Oscar awards**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**»2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**»2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**»Dry Shampoos at Sephora**
Oscar Blandi, Ojon, Rene Furterer Naturia. Free Shipping over $50!
www.Sephora.com

**»Buy Pronto Colore Pen**
Oscar Blandi Hair Care Root Touch Up Stick. $50 orders ship free!
LockandMane.com/Blandi-Color-Pen

**»35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

**»The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**»District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

**»2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**»Red Carpet Cookie Box**
The stars received - so can you! Enter 'LOVE' for Free fast delivery
theGracefulCookie.com



Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!






†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

---


$1.99* Domains
The web is your Domain!*
With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**
.com [v] GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches

**»Oscar**

**»Music Lyrics and Song**

**»National Anthem Song Lyrics**

**»Lyrics to Beatles Songs**

**»Buy a 2007 Camry**

**»2007 Toyota Camry in Los Angeles**

Free Shipping on over 80,000 items at
GO DADDY
**MARKETPLACE®**

**HOSTING PLANS**  Save up to 15%
99.9% Network Uptime!  on multi-year
FREE Setup!  hosting plans!

   

**Get a FREE domain***
when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!


**SOLD!**
The smart choice for buying & selling domains
**AUCTIONS**
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

**This Web page is parked FREE, courtesy of GoDaddy.com**  ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO.  2:10-cv-3738-AB
AMPAS
VS.  GoDaddy.com, et al.
JOINT EXHIBIT  2193
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE,
courtesy of GoDaddy.com
▸▸ Today's offers at GoDaddy.com  SALE!

WELCOME TO:  cscar4r4.com

[SEARCH]

## Sponsored Listings

**▸▸Human IL-2Rb**
High Quality Recombinant Protein Vials & Bulk in Stock; ISO9001:2008
SinoBiological.com/CD122_Protein

**▸▸Brain Test™**
Developed by Neuroscientists Improve Memory and Attention
www.lumosity.com

**▸▸We Found Denis Leary**
Current Phone, Address, Age & More. Instant & Accurate Denis Leary
www.Intelius.com

**▸▸Buy Panasonic PLZ27/5DN**
Quality Video Surveillance Systems. Toll-Free Tech Support & Free Ship!
www.123SecurityProducts.com

**▸▸Webcrawler.com**
Search multiple engines for lane county real property tax
www.webcrawler.com

**▸▸STK L020-2RH Our Stock**
in Columbus, OH Location Call 1-888-NOW-TAPE
www.Magnext.com

**▸▸2008 Oscar Winners**
Preview Award-Winning Movies With High-Res Trailers - 100% Free!
filmfanatic.mywebsearch.com

**▸▸Oscar Juicer**
Shop For Oscar Juicer. Oscar Juicer Available!
UShopAlot.net/Juicers

**▸▸Platinum B70 CoffeeMaker**
Brewers starting $95 Free Shipping, Free Coffee
www.CoolBeansPods.com/Platinum-B70

**▸▸Sectional**
Great Deals on Comfortable Sofas Shop, Save & Compare at Become.com
Become.com/Sofas


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*



  

 Get what you need in **UNDER 5 MINUTES** with our Product Advisor
[Start Here!]



This Web page is parked FREE, courtesy of **GoDaddy.com**

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2194
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

# Welcome to: OSCARBRIGHT.COM

Sponsored Listings

**Oscar Winners**
Preview Award-Winning Movies with High-Res Trailers - 100% Free!
filmfanatic.mywebsearch.com

**Customizing Oscar Dresses**
Give Us Your Measurement Get Your Dream Dresses
www.PeriDress.com

**Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

**Bing™ Visual Search**
Try the new Visual Search Gallery to See Top Movie Directors Now!
www.Bing.com/VisualSearch

**Hurom Slow Juicer ON SALE**
IN STOCK! Free Shipping Best Value, Best Price, Compare to Twin Gear
www.HarvestEssentials.com

**Wholesale Tuxedo Rental**
30+ Years Experience Paul Morrell Formalwear
www.PaulMorrell.com

**Integrated HPC Solutions**
Intel Cluster Ready Solutions SuperComputing Simplified
www.PenguinComputing.com

**Download Music For Free**
Unlimited Music Downloads Choose From Millions of Tracks
www.Kazaa.com

**Sst Oscar**
Bargain Prices. Smart Deals. Save on Sst Oscar!
www.DealTime.com

**Movie Theme Party Decor**
Free Shipping on orders over $50. Throw your own red carpet party.
www.PartyCheap.com



**Search:**

[                    ] Search

**Related Searches**

► Oscar Winners

► Oscar Sale

► Academy Awards

► Oscar Awards

► Oscar Favorites

► Oscar 2007

► Oscar Nominees

► Mejor Pelicula Oscar

► Buy Oscar

► Oscar Categories

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2010 GoDaddy.com, Inc. All rights reserved.

CASE NO. __2:10-cv-3738-AB__
AMPAS
VS. ___GoDaddy.com, et al.___
JOINT EXHIBIT ___2195___
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

# Welcome to: OSCARBRITE.COM

Sponsored Listings

**BriteSmile Official Site**
2500 Offices, One Near You! Year's Lowest Prices, Book Online.
www.BriteSmileWhitening.com

**Winner Oscar**
Preview Award-Winning Movies with High-Res Trailers - 100% Free!
filmfanatic.mywebsearch.com

**Customizing Oscar Dresses**
Give Us Your Measurement Get Your Dream Dresses
www.PeriDress.com

**theOutnet - Up to 75% Off**
Hurry to theOutnet.com & save up to 75% on Fabulous Runway Pieces now!
theOutnet.com

**Cleaning Green**
Cleaning Supplies Made Safe for the Environment and You!
www.greencleansolutionsltd.com

**Microfiber Cleaning Items**
Clean Better & Faster, No Chemicals View All Products, Order Today!
www.portstyle.com/ca/item2.a

**Green Cleaning Products**
BEST Natural Cleaning Products for Household, Personal Care & Business
www.WholesalePremiers.com

**Citrus King Degreaser**
"The King of Clean" 800-424-8045 Buy Direct & Save! 1, 5 & 55 gal.
www.citrusdepot.net

**All Purpose Lawyer**
Find more sources/options for All Purpose Lawyer
www.webcrawler.com

**Download Music For Free**
Unlimited Music Downloads Choose From Millions of Tracks
www.Kazaa.com



**Search:**

[ Search ]

**Related Searches**

▶ Oscar Winners

▶ Academy Awards

▶ Foam Cleaning

▶ Oscar Sale

▶ Oscar Awards

▶ Oscar Nominees

▶ Oscar 2007

▶ Organic Cleaner

▶ Meryl Streep Oscar

▶ Septic Cleaner

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2010 GoDaddy.com, Inc. All rights reserved.

CASE NO. 2:18-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2196
DATE
DATE EVID.
BY
Deputy Clerk



**Go Daddy.COM**
This Web page is parked FREE, courtesy of GoDaddy.com
▸▸ Today's offers at GoDaddy.com **SALE!**

SEARCH

## Sponsored Listings

**▸▸Allcams Machine Company**
Cams for Automated Machinery Cams for Can Seaming Equipment
www.allcams.net

**▸▸Oscar awards theme**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**▸▸2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**▸▸Oscar award**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

**▸▸2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**▸▸Free Video Chat**
No spyware, No adware. Come on in and make some new friends!
Dwyco.Citymax.com

**▸▸Academy Awards Sweepstake**
Join the largest growing Oscar Pool The 15th Annual Online Oscar Pool
www.theoscarpool.com

**▸▸Flagship Dental**
State of the art dental care Drs. Dullea, Smith, and Kelliher
www.flagshipdental.com

**▸▸Security Video Camera**
Find Suppliers of Surveillance Equipment on Business.com.
www.business.com

**▸▸Cam Chat**
Find Online Web Cam Chats at Great Prices.
www.Pronto.com

 Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*



  

 Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

**Go Daddy.COM** **$1.99** Domains
The web is your Domain!
With any new, non-domain purchase! No quantity limit!

**Find a domain name now:**
.com ▾ GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**
▸▸Web Cam
▸▸Oscar
▸▸Y Cam
▸▸Webcam Server
▸▸Mini Spy Cam
▸▸USB Webcam

Free Shipping on over 80,000 items at
**GO DADDY MARKETPLACE®** GO


HOSTING PLANS
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!




Get a FREE domain
when you complete one of these valuable offers!
Go Daddy

**WEBSITE TONIGHT®**
Create your own
Web site in minutes!
Plans from $3.79/mo! 

**SOLD!**
The smart choice for buying & selling domains
 AUCTIONS
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

### This Web page is parked FREE, courtesy of GoDaddy.com
ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

# OSCARCHALLENGE.COM



CASE NO. __2:10-cv-3738-AB__
AMPAS
VS. __GoDaddy.com, et al.__
JOINT EXHIBIT __2197__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

## Ads

**Make-A-Wish Foundation® &**
LATISSE® (bimatoprost ophthalmic solution) 0.03%. Rx only find a Dr.
www.LatisseWishesChallenge.com

**New Drama Pan Am on ABC**
Romance, jealousy, espionage. They do it at 30,000 feet on ABC.
abc.go.com/panam

**Adobe Student Challenge**
Win $10k in the Adobe Imagination Challenge. Contest Ends 10/15!
students-adobe.com/imagination-challenge

**Plus Dresses-JCPenney**
Save on Plus Dresses from Top Brands in Many Styles at JCPenney.
JCPenney.com/PlusDresses

**Shop J.Jill Dresses**
Summer Dresses For Every Occasion. Light Silk, Knit or Denim Styles.
www.jjill.com

**Oscar Schmidt**
Find great deals and save! Compare products, prices & stores.
www.Shopping.com

**We Make Challenge Coins**
Custom Coins in (10) Days or Less. Free Artwork, Design & Air Shipping
www.AllAboutChallengeCoins.com

**New iPhone Headphones**
Great Deals on iPhone Accessories Up to 75% Off. Super Fast Shipping.
www.HDAccessory.com

**Search:**
[ Search ]

## Related Searches

▶ Oscar Statuettes
▶ Challenge Tools
▶ Oscar Da La Renta
▶ Oscar com
▶ Premios Oscar
▶ Challenge Test
▶ Oscar Winners 2010 List
▶ Oscar Clips
▶ World Challange
▶ Oscars History

CASE NO. __2:10-cv-3738-AB__
AMPAS
VS. __GoDaddy.com, et al.__
JOINT EXHIBIT __2198__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

# OSCARCHALLENGE.NET



## Ads

**Make-A-Wish Foundation® &**
LATISSE® (bimatoprost ophthalmic solution) 0.03%. Rx only find a Dr.
www.LatisseWishesChallenge.com

**New Drama Pan Am on ABC**
Romance, jealousy, espionage. They do it at 30,000 feet on ABC.
abc.go.com/panam

**Adobe Student Contest**
Enter to win $10,000 in the Adobe Imagination Challenge. Learn More!
students-adobe.com/imagination-challenge

**Plus Dresses-JCPenney**
Save on Plus Dresses from Top Brands in Many Styles at JCPenney.
JCPenney.com/PlusDresses

**Oscar Schmidt**
Find, compare & buy Compare & Buy from 1000's of Stores
www.Shopping.com

**Dresses at Nordstrom**
The latest styles for any occasion. Free Shipping & Returns Every Day!
www.nordstrom.com

**We Make Challenge Coins**
Custom Coins in (10) Days or Less. Free Artwork, Design & Air Shipping
www.AllAboutChallengeCoins.com

**Recycled Fashion**
Women like you, buying and selling lightly used designer clothing.
stvle.lv

**Search:**

[                    ] [ Search ]

**Related Searches**

▶ **Oscar Statuettes**
▶ **Challenge Tools**
▶ **Oscar Da La Renta**
▶ **Oscar com**
▶ **Premios Oscar**
▶ **Challenge Test**
▶ **Oscar Winners 2010 List**
▶ **Oscar Clips**
▶ **World Challange**
▶ **Oscars History**

CASE NO. **2:10-cv-3738-AB**
AMPAS
VS. **GoDaddy.com, et al.**
JOINT EXHIBIT **2199**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Go Daddy.com

This Web page is parked FREE, courtesy of GoDaddy.com

**WELCOME TO: oscarclaim.com**

▶▶ Today's offers at GoDaddy.com **SALE**

**SEARCH**

## Sponsored Listings

**▶▶2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**▶▶Free Disability Form**
Get Social Security Benefits Now. Free Disability case evaluation.
www.binderandbinder.com

**▶▶oscar de la renta fashion**
Designer brands at discount prices. theOutnet.com. It's chic-onomics!"
www.theoutnet.com/oscar_de_la_renta

**▶▶The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**▶▶Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

**▶▶Buy Pronto Colore Pen**
Oscar Blandi Hair Care Root Touch Up Stick. $50 orders ship free!
LockandMane.com/Blandi-Color-Pen

**▶▶35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

**▶▶Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

**▶▶Dry Shampoos at Sephora**
Oscar Blandi, Ojon, Rene Furterer Naturia. Free Shipping over $50!
www.Sephora.com

**▶▶Injury Claim Solicitors**
Get Info On Injury Claim Solicitors Access 10 Search Engines At Once.
www.Info.com/InjuryClaimSolicitors


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*


Go Daddy Affiliate Program — **When Your Visitors Buy From Us** www.GoDaddy.com

   
Get a **FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


Get what you need in **UNDER 5 MINUTES** with our Product Advisor
Start Here!


**$1 99** Domains
The web is your Domain!*
With any new, non-domain purchase! No quantity limit!**

*Find a domain name now:*
[ .com ▼ ] **GO**
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.


**Want to buy this domain?**
Let us help you get it!

### Related Searches

▶▶Oscar

▶▶Virginia Quick Claim Deed

▶▶Arizona Quit Claim Deed

▶▶Buy a 2007 Land Cruiser

▶▶2007 Toyota Land Cruiser in Los Angeles

▶▶Academy Awards Oscar


**Find great deals NOW!** GO
GO DADDY
**MARKETPLACE®**
Electronics • Clothing • Bath & Body • Sports

**HOSTING PLANS**
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
.net   php perl

**Get a FREE domain***
when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!**
The smart choice for buying & selling domains
**AUCTIONS**
Memberships just $4.99/year! Lowest commissions!


**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of **GoDaddy.com**

**ICANN ACCREDITED**

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2200
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com
▸▸ Today's offers at GoDaddy.com SALE

WELCOME TO: oscarchim.net

SEARCH

## Sponsored Listings

▸▸ **2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸ **The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸ **Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

▸▸ **Oscar Blandi Products**
Treat Your Hair With Oscar Blandi Product. Free Samples On All Orders
LockandMane.com/Blandi

▸▸ **35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

▸▸ **Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

▸▸ **Dry Shampoos at Sephora**
Save Your Style, Wash Without Water Top Brands; Free Shipping Over $50!
www.Sephora.com

▸▸ **Injury Claim Solicitors**
Get Info On Injury Claim Solicitors Access 10 Search Engines At Once.
www.Info.com/InjuryClaimSolicitors

▸▸ **Innocent Spouse Claims?**
Visit Us Now... Our A+ BBB Rating Proves We're a Co. You Can Trust!
IRS-Tax-Settlement-HQ.com

▸▸ **2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!



  

 Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

### $1.99* Domains
Go Daddy.com The web is your Domain!
With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**
[          ] .com [▼] GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches
▸▸ Oscar Nominations
▸▸ Oscar Winners
▸▸ Oscar Predictions
▸▸ Insurance Disability Claim
▸▸ Law Firms
▸▸ Legal Lawsuit

Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®



**HOSTING PLANS**          Save up to 15%
99.9% Network Uptime!      on multi-year
FREE Setup!                hosting plans!

   

**Get a FREE domain**
Go Daddy when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!



**SOLD!**  AUCTIONS
The smart choice for buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

### This Web page is parked FREE, courtesy of GoDaddy.com

ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

Case 2:10-cv-03738-AB-CW Document 717 Filed 07/29/15 Page 49 of 90 Page ID #:30726

WELCOME TO: oscarclaims.net

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2201
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com
Today's offers at GoDaddy.com SALE

SEARCH

## Sponsored Listings

**Oscar award presenters**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**oscar de la renta fashion**
Designer brands at discount prices. theOutnet.com. It's chic-onomics!"
www.theoutnet.com/oscar_de_la_renta

**Construction Claims**
Prepares, analyzes, & promotes construction claims resolution
www.interface-consulting.com

**Water damage claims**
Find Water damage claims Search Around You Now.
AroundMe.com

**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**False Claims Act Qui Tam**
Thinking of Blowing the Whistle? It's Up To You - Qui Tam Law Firm
www.AshcraftAndGerel.com/FalseClaim

**Oscar Blandi®**
Buy Luxury Hair Products Free Samples and Shipping at $50!
LockandMane.com/OscarBlandi

**35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs



Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*



  

 Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!



This Web page is parked FREE, courtesy of **GoDaddy.com**

ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

JTX2201.001

CASE NO. 2:10-cv-3739-AB-
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2202
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com
Today's offers at GoDaddy.com  SALE

SEARCH

## Sponsored Listings

### ▶▶2010 Oscar Nominations
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

### ▶▶Community Colleges
Request free Information from Community Colleges In Your Area!
www.collegebound.net

### ▶▶Community College College
Over 200 accredited programs with campuses online or near you!
info.Everest.edu

### ▶▶GI Bill College Online
Go to College 100% Online Using GI Bill Benefits. Find Out More Now
www.ArmedForcesDegrees.com

### ▶▶Community college in
Find Local Community Colleges. Search In Your Local Area Now.
DoTellAll.com

### ▶▶The 2010 Academy Awards
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

### ▶▶Master Chocolatier Ortega
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

### ▶▶What Will The Co-Hosts
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

### ▶▶35% Off Oscar Glad Bulbs
Stunning Fire Engine Red Bloom. Get Over 1/3 Off! Spring Delivery.
AmericanMeadows.com/Oscar-Bulbs

### ▶▶Community College In Ca
Looking for a school near you? Find the right school today!
www.Edu411.org


Learn how to succeed—in life and online—with straight
talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!


Go Daddy Affiliate Program  $ MAKE MONEY  www.GoDaddy.com

   
Get a FREE domain when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG
Powered by TrialPay


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

$1.99* Domains
The web is your Domain!
With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**
[        ] .com GO
What's a Domain?  Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

Want to buy this domain?
Let us help you get it!

## Related Searches
▶▶ Oscar Nominations
▶▶ Oscar Winners
▶▶ Oscar Predictions
▶▶ CJ Community College
▶▶ Police Science Online Community College
▶▶ Walden College


Free Shipping on over 80,000 items at
GO DADDY MARKETPLACE®  GO

HOSTING PLANS
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!

  

Get a FREE domain when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

WEBSITE TONIGHT®
Create your own Web site in minutes!
Plans from $3.79/mo!

 SOLD!
The smart choice for buying & selling domains
 AUCTIONS
Memberships just $4.99/year! Lowest commissions!

BIG OR SMALL BUSINESS
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

## This Web page is parked FREE, courtesy of GoDaddy.com

ICANN ACCREDITED

### Visit GoDaddy.com for the best values on:

Domain names  •  Web Hosting  •  Web Site Builders  •  Email Accounts  •  SSL Certificates  •  Ecommerce Products  •  And More!  •  See Product Catalog

Go Daddy Super Bowl Commercial  •  Danica Patrick  •  Dale Jr.  •  Go Daddy Girls

JTX2202.001

**Go Daddy.COM**

This Web page is parked FREE, courtesy of GoDaddy.com

▸▸ Today's offers at GoDaddy.com  SALE

WELCOME TO: oscardiesitting.com

Case 2:10-cv-03738-AB-CW  Document 717  Filed 07/20/15  Page 51 of 90  Page ID #:30728

SEARCH

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2203
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

## Sponsored Listings

**▸▸Oscar awards 2010 predictions**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**▸▸2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**▸▸31 days of oscar movie**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

**▸▸82nd Academy Awards**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**▸▸oscar de la renta fashion**
Designer brands at discount prices. theOutnet.com. It's chic-onomics!"
www.theoutnet.com/oscar_de_la_renta

**▸▸The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**▸▸Oscar Blandi Products**
Treat Your Hair With Oscar Blandi Product. Free Samples On All Orders
LockandMane.com/Blandi

**▸▸Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

**▸▸What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**▸▸OFTP2 Solutions**
Certified Odette OFTP2 Solutions Become compliant & lower costs
www.trubiquity.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. Viewer discretion advised!









Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!


$1.99* Domains
The web is your Domain!
With any new, non-domain purchase! No quantity limit!**

*Find a domain name now:*
.com ▾ GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**

▸▸ Buy a 2007 Camry
▸▸ 2007 Toyota Camry in Los Angeles
▸▸ Oscar Nominations
▸▸ Oscar Winners
▸▸ Oscar Predictions
▸▸ Oscar Juicer




Find great deals NOW! GO
GO DADDY
MARKETPLACE®
Electronics • Clothing • Bath & Body • Sports

**HOSTING PLANS**
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
   .net  php  perl

**Get a FREE domain**
when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own
Web site in minutes!
Plans from $3.79/mo!


**SOLD!**
The smart choice for buying & selling domains

AUCTIONS
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs

**This Web page is parked FREE, courtesy of GoDaddy.com**

ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

JTX2203.001

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2204
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com
▸▸ Today's offers at GoDaddy.com **SALE**

SEARCH

## Sponsored Listings

**▸▸ 2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**▸▸ 2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**▸▸ TCM's "31 Days of Oscar"**
Oscar Films Everyday in February Tune in Now - Turner Classic Movies
www.TCM.com/31DaysofOscar

**▸▸ Free Cell Phone Program**
On Govt. Assistance or Disability? You're entitled to a Free Phone!
www.SafeLinkWireless.com

**▸▸ The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**▸▸ What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**▸▸ Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

**▸▸ Buy Pronto Colore Pen**
Oscar Blandi Hair Care Root Touch Up Stick. $50 orders ship free!
LockandMane.com/Blandi-Color-Pen

**▸▸ State Medical Assistance**
Find affordable health insurance! Compare offers. Easy online form.
www.HealthQuoteExpert.com

**▸▸ 35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*










Find a domain name now:
.com GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches

▸▸ Oscar

▸▸ Medicaid Supplemental Insurance

▸▸ Low Income Housing

▸▸ Assistance Health

▸▸ Social Security Income

▸▸ Statistics Assistance

Free Shipping on over 80,000 items at GO
GO DADDY MARKETPLACE®



HOSTING PLANS
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!


**Get a FREE domain** when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!



**SOLD!**
The smart choice for buying & selling domains
**AUCTIONS**
Memberships just $4.99/year! Lowest commissions!



**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

### This Web page is parked FREE, courtesy of GoDaddy.com

**ICANN ACCREDITED**

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

JTX2204.001

**Go Daddy.COM**

This Web page is parked FREE, courtesy of GoDaddy.com
» Today's offers at GoDaddy.com SALE

WELCOME TO: oscaristicinfo.net

SEARCH

**Sponsored Listings**

» **2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

» **Free Cell Phone Program**
On Govt. Assistance or Disability? You're entitled to a Free Phone!
www.SafeLinkWireless.com

» **The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

» **Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

» **35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

» **State Medical Assistance**
Find affordable health insurance! Compare offers. Easy online form.
www.HealthQuoteExpert.com

» **Buy Pronto Colore Pen**
Oscar Blandi Hair Care Root Touch Up Stick. $50 orders ship free!
LockandMane.com/Blandi-Color-Pen

» **Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

» **2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

» **Medicaid for the Disabled**
Get Social Security Disability & Medicaid. Apply now for benefits.
www.SSDisabilityApplication.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!



   
Get a **FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!


**$1.99* Domains**
The web is your Domain! With any new, non-domain purchase! No quantity limit!**

Find a domain name now:
.com GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

Want to buy this domain?
Let us help you get it!

**Related Searches**

» Medicaid Supplemental Insurance
» Oscar
» Low Income Housing
» Social Security Income
» Assistance Health
» Statistics Assistance


Free Shipping on over 80,000 items at GO DADDY **MARKETPLACE**®

**HOSTING PLANS**    Save up to 15%
99.9% Network Uptime!  on multi-year
FREE Setup!        hosting plans!


**Get a FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration on any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT**®
Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!**
The smart choice for buying & selling domains
 **AUCTIONS**
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of GoDaddy.com    ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2205
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2206
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

This Web page is parked FREE, courtesy of GoDaddy.com

**Go Daddy.COM** ►► Today's offers at GoDaddy.com **SALE**

WELCOME TO: oscarpage.com

SEARCH

## Sponsored Listings

►► **2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

►► **The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

►► **Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

►► **35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

►► **Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

►► **2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

►► **District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

►► **Oscar Blandi Hair Care**
Buy Luxury Hair Care Products Online. Free Samples On All Orders!
LockandMane.com/Blandi

►► **Nexus One by Google**
Smart, Slim, Speedy & Simple To Use From Just $179 w/ Plan. Buy Online!
www.google.com/phone

►► **Dry Shampoos at Sephora**
Shop 200 beauty brands. Get Free Shipping over $50 & Free Samples!
www.Sephora.com

 Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. *Viewer discretion advised!*

 Go Daddy.com **When Your Visitors Buy From Us** Affiliate Program www.GoDaddy.com

   Get a **FREE domain** when you complete one of these valuable offers! GET A FREE DOMAIN †Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG Powered by TrialPay

 Get what you need in **UNDER 5 MINUTES** with our Product Advisor Start Here!



**Go Daddy.COM** The web is your Domain! **$1⁹⁹* Domains** With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**

.com ▼ GO

What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**

►► Buy a 2007 Camry

►► 2007 Toyota Camry in Los Angeles

►► Oscar Winner Film

►► 2007 328I

►► Scanpst EXE Outlook 2007

►► Academy Awards Oscar

 **Find great deals NOW!** GO **GO DADDY MARKETPLACE®** Electronics • Clothing • Bath & Body • Sports

 **HOSTING PLANS** 99.9% Network Uptime! FREE Setup! **Save up to 15%** on multi-year hosting plans!

 .net ☒ php perl

**Get a FREE domain** Go Daddy.com when you complete one of these valuable offers! †Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®** Create your own Web site in minutes! Plans from $3.79/mo!

 **SOLD!** The smart choice for buying & selling domains **AUCTIONS** Memberships just $4.99/year! Lowest commissions!

 **BIG OR SMALL BUSINESS** Everything you need to succeed on the Web! I'm interested in: Selling products online, securing my site, hosting, reseller programs

---



**This Web page is parked FREE, courtesy of GoDaddy.com** ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**

Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2207
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com

WELCOME TO: oscarhospitality.com

Today's offers at GoDaddy.com SALE

SEARCH

## Sponsored Listings

**TCM's "31 Days of Oscar"**
Oscar Films Everyday in February Tune in Now - Turner Classic Movies
www.TCM.com/31DaysofOscar

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**Hospitality Mgmt Degrees**
Hospitality Certificates & Degrees Study From Home. Request Free Info!
www.eLearners.com/Hospitality

**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**OFTP2 Solutions**
Certified Odette OFTP2 Solutions Become compliant & lower costs
www.trubiquity.com

**Hospitality Management**
Hospitality Management Degrees! Flexible Schedules. Financial Aid.
HospitalityTourismDegrees.com

**Hospitality custom design**
Carpet & Rugs designed your way Manufacturers save money on design
www.artworx-design.vpweb.com

**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

 Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. *Viewer discretion advised!*


Go Daddy Affiliate Program — **MAKE MONEY** — www.GoDaddy.com


Get a **FREE domain** when you complete one of these valuable offers!

 
**GET A FREE DOMAIN**
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

### $1⁹⁹ Domains
With any new, non-domain purchase! No quantity limit!

**Find a domain name now:**
[ .com ▼ ] GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches

**Oscar**

**Hospitality POS Software**

**Hospitality Point of Sale**

**Hospitality Certificate Switzerland**

**Buy a 2007 Camry**

**2007 Toyota Camry in Los Angeles**

Free Shipping on over 80,000 items at **GO DADDY MARKETPLACE®**  GO


**HOSTING PLANS**
99.9% Network Uptime! FREE Setup!
Save up to 15% on multi-year hosting plans!
 .net   php perl 

**Get a FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!


**SOLD!**
The smart choice for buying & selling domains
**AUCTIONS**
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

### This Web page is parked FREE, courtesy of GoDaddy.com



Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls



**Go Daddy.COM** This Web page is parked FREE, courtesy of GoDaddy.com
»» Today's offers at GoDaddy.com **SALE**

SEARCH

### Sponsored Listings

**»»Hollywood oscar awards**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**»»2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**»»31 days of oscar movies**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

**»»2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**»»The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**»»What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**»»Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

**»»Dry Shampoos at Sephora**
Save Your Style, Wash Without Water Top Brands, Free Shipping Over $50!
www.Sephora.com

**»»Buy Pronto Colore Pen**
Oscar Blandi Hair Care Root Touch Up Stick. $50 orders ship free!
LockandMane.com/Blandi-Color-Pen

**»»35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*


**MAKE MONEY** Affiliate Program
www.GoDaddy.com

  
Get a **FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


Get what you need in **UNDER 5 MINUTES** with our Product Advisor
Start Here!

**Go Daddy.COM** $**1**99*
**Domains**
The web is your Domain!
With any new, non-domain purchase! No quantity limit!*

**Find a domain name now:**
.com ▼ GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**
»» Oscar
»» Microsoft Office 2007
»» Buy a 2007 Camry
»» 2007 Toyota Camry in Los Angeles
»» Office Home and Student 2007
»» 2007 Escalades


**Free Shipping on** GO
**over 80,000 items at**
**GO DADDY**
**MARKETPLACE®**

**HOSTING PLANS**    Save up to 15%
99.9% Network Uptime!    on multi-year
FREE Setup!    hosting plans!
 **.net**   **php** perl

**Get a FREE domain**
**Go Daddy.COM** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!


**SOLD!**  **AUCTIONS**
The smart choice for buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

### This Web page is parked FREE, courtesy of GoDaddy.com

**ICANN ACCREDITED**

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls



**CASE NO.** 2:10-cv-3738-AB
AMPAS
**VS.** GoDaddy.com, et al.
**JOINT EXHIBIT** 2209
**DATE** _____ IDEN.
**DATE** _____ EVID.
**BY** _____
Deputy Clerk

This Web page is parked FREE courtesy of GoDaddy.com

**WELCOME TO: oscart.net**

Today's offers at GoDaddy.com  SALE

[ SEARCH ]

### Sponsored Listings

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

**Oscar Blandi Hair Care**
Buy Pronto Dry Shampoo Spray & Powder. Ship free above $50!
LockandMane.com/Blandi-Dry-Shampoo

**Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

**35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**Learn About The Nexus One**
3.7" Display, 5MP Camera & More From Just $179, Order Today!
www.google.com/phone

**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

**New Party Idea**
Movie Trivia ... unique icebreaker and table decor idea!
www.tabletenttrivia.com

 Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. Viewer discretion advised!



   

 Get what you need in **UNDER 5 MINUTES** with our Product Advisor
Start Here!



$1.99 Domains
With any new, non-domain purchase! No quantity limit!

**Find a domain name now:**
[ ] .com [ GO ]
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**

Buy a 2007 Camry

2007 Toyota Camry in Los Angeles

Oscar Nominations

Oscar Winners

Oscar Predictions

Oscar Juicer

Free Shipping on over 80,000 items at
GO DADDY MARKETPLACE®
[ GO ]

**HOSTING PLANS**
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
.net  c#  php  perl

**Get a FREE domain** when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!**
The smart choice for buying & selling domains
Buy-Now AUCTIONS
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

**This Web page is parked FREE, courtesy of GoDaddy.com**    ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls



CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2210
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



NOTICE: This domain name expired on 01/28/2010

This Web page is parked FREE, courtesy of GoDaddy.com

→ Today's offer's at GoDaddy.com SALE!

WELCOME TO: oscar-int.com

[ SEARCH ]

## Sponsored Listings

→ **2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

→ **2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

→ **TCM's "31 Days of Oscar"**
Oscar Films Everyday in February Tune in Now - Turner Classic Movies
www.TCM.com/31DaysofOscar

→ **The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

→ **Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

→ **What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

→ **Oscar Blandi Products**
Treat Your Hair With Oscar Blandi Product. Free Samples On All Orders
LockandMane.com/Blandi

→ **OFTP2 Solutions**
Certified Odette OFTP2 Solutions Become compliant & lower costs
www.trubiquity.com

→ **35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

→ **Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com



Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*



Go Daddy Affiliate Program — **MAKE MONEY** — www.GoDaddy.com






Get a **FREE domain** when you complete one of these valuable offers!

GET A FREE DOMAIN

†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG



Get what you need in UNDER 5 MINUTES with our Product Advisor
[ Start Here! ]

**HURRY! DON'T LOSE YOUR DOMAIN!**
If you own this domain name, renew it now — before it's deleted or someone else grabs it!

[ Yes, renew my domain now! ]

—————— OR ——————

**Interested in this domain?**
Get it at Go Daddy Auctions™

[ Buy this domain — get started! ]

Go Daddy — The web is your Domain!® **$199** Domains
With any new, non-domain purchase! No quantity limit!*

**Find a domain name now:**
[ .com ▾ ] [ GO ]
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

### Related Searches

→ Oscar Nominations
→ Oscar Winners
→ Oscar Predictions
→ International Airport
→ JFK Airport Airlines
→ Airport Media

**Free Shipping on over 80,000 items at GO DADDY MARKETPLACE** [ GO ]

**HOSTING PLANS**
99.9% Network Uptime! FREE Setup!
Save up to 15% on multi-year hosting plans!

.net

**Get a FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!** Go Daddy AUCTIONS
The smart choice for buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling

JTX2210.001



**WELCOME TO: oscarkids.com**

🔍 [                    ]  **SEARCH**

**Is this your domain?**
Add hosting, email and more.  **GO**

**Sponsored Listings**

### 2011 Oscars Predictions
Who do you think will win? Check out Terra's Oscars predictions!
En.Terra.com/Oscars-2011

### Red Carpet Holiday Party
Create Your OWN Red Carpet Event! Custom Backdrop Red Carpet
RedCarpetRunway.com

### 2011 Online Oscar Pool
The Fastest growing Oscar Pool The 16th Annual Online Oscar Pool
www.theoscarpool.com

### Oscar Sofa
Oscar Sofa by Matthew Hilton Made and sold by SCP London
www.scp.co.uk

### Visual Effect Academy
Hands on Experience to Prepare for A Career in Visual Effects!
www.flashpointacademy.com

### The Redbury
Boutique Hotel on Hollywood & Vine World Class Service and Hip Decor
TheRedBury.com

### Life-Size Party Standups
Make a Standup From Your Photo! Cardboard or Plastic. Next-Day Rush
www.PartyStandups.com

### Dogtooth (Kynodontas)
Academy Award Nominated Film by Yorgos Lanthimos. Buy DVD Today!
www.kino.com

### Oscar best dress
Photo Gallery of the Latest Red Carpet Disasters
SheKnows.com

### Save On Oscar Mayer
Get Oscar Mayer Coupons & More. Print Today For Savings!
www.Coupons.com

**Get a FREE domain†**
when you complete one of these valuable offers!
Powered by TrialPay†

 
Get your FREE domain now!

**Want to buy this domain?** Our Domain Buy Service can help you get it.



This Web page is parked FREE, courtesy of **GoDaddy.com**  [ICANN ACCREDITED]

**Visit GoDaddy.com for the best values on:**

Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

* Plus ICANN fee of 18 cents per domain name year. Discount based on new one-year registration prices as of 10/25/2010 with sale price reflected in your shopping cart at checkout. Discount applies to new registrations and renewals and cannot be used in conjunction with any other offer or promotion. Domains purchased through this offer will renew at regular price after the initial term has expired. Some limitations apply.
+Practical eCommerce survey, 2009.
† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: RegistrarSTATS.com

JTX2211.001


**Go Daddy.com**
This Web page is parked FREE, courtesy of GoDaddy.com
▸▸ Today's offers at GoDaddy.com **SALE!**

SEARCH

**Sponsored Listings**

▸▸**Oscars awards**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

▸▸**2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

▸▸**31 days of oscar movies**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

▸▸**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸**Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

▸▸**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

▸▸**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸**OFTP2 Solutions**
Certified Odette OFTP2 Solutions Become compliant & lower costs
www.trubiquity.com

▸▸**Condé Nast Traveler™**
Subscribe to Condé Nast Traveler for just $12 a year and save 79%.
www.CondeNastTraveler.com

▸▸**Everest University®**
Earn a Degree in Criminal Justice, Business, and Accounting Online.
info.EverestOnline.edu


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!


Go Daddy Affiliate Program — **$ MAKE MONEY** — www.GoDaddy.com

  
Get a **FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, US, BIZ, INFO, NAME, NET or ORG


Get what you need in **UNDER 5 MINUTES** with our Product Advisor
Start Here!

**Go Daddy.com**
The web is your **Domain!**

**$1 99** **Domains**
With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**
.com ▼ GO
What's a Domain? Advanced Search
**Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**
▸▸ Oscar
▸▸ Find a Target Store
▸▸ TV Repair Store
▸▸ Old Navy Store
▸▸ Paperless Bank Branches
▸▸ Discount Tire Locations


Free Shipping on over 80,000 items at GO
**GO DADDY MARKETPLACE®**

**HOSTING PLANS**
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
   
.net

**Get a FREE domain** when you complete one of these valuable offers!
Go Daddy.com
†Good for one 1-year registration of any available .COM, US, BIZ, INFO, NAME, NET or ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!


**SOLD!**  **AUCTIONS**
The smart choice for buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of **GoDaddy.com**   **ICANN ACCREDITED**

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:18-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2212
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk


**Go Daddy.COM**

This Web page is parked FREE, courtesy of GoDaddy.com

▸▸ Today's offers at GoDaddy.com SALE

[SEARCH]

CASE NO. __2:10-cv-3738-AB__
AMPAS
VS. __GoDaddy.com, et al.__
JOINT EXHIBIT __2213__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

### Sponsored Listings

▸▸ **2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

▸▸ **2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸ **"31 Days of Oscar" On TCM**
Watch Oscar Films - 1920s to Today On Turner Classic Movies 2/1 - 3/3
www.TCM.com/31DaysofOscar

▸▸ **oscar de la renta fashion**
Designer brands at discount prices. theOutnet.com. It's chic-onomics!"
www.theoutnet.com/oscar_de_la_renta

▸▸ **The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸ **What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

▸▸ **Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

▸▸ **Oscar Blandi Products**
Treat Your Hair With Oscar Blandi Product. Free Samples On All Orders
LockandMane.com/Blandi

▸▸ **35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

▸▸ **OFTP2 Solutions**
Certified Odette OFTP2 Solutions Become compliant & lower costs
www.trubiquity.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*



   

 Get what you need in **UNDER 5 MINUTES** with our Product Advisor
[Start Here!]



---

**This Web page is parked FREE, courtesy of GoDaddy.com**   ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**

Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2214
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

# OscarResults.com



## Sponsored Listings

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**Nexus One by Google**
Smart, Slim, Speedy & Simple To Use From Just $179 w/ Plan. Buy Online!
www.google.com/phone

**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

**Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

**Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

**Buy Pronto Colore Pen**
Oscar Blandi Hair Care Root Touch Up Stick. $50 orders ship free!
LockandMane.com/Blandi-Color-Pen

**Search:**
[            ] Search

### Related Searches

▶ Oscar La
▶ Results
▶ Oscar Louisiana
▶ Buy a 2007 Camry
▶ 2007 Toyota Camry in Los Angeles
▶ Oscar by Oscar De La Renta
▶ Oscar Colognes
▶ Oscar EDP
▶ Oscar Mann
▶ Oscar Online

**Search:**
[                        ] Search

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2010 GoDaddy.com, Inc. All rights reserved.

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2215
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



**Go Daddy.COM**

This Web page is parked FREE, courtesy of GoDaddy.com

▸▸ Today's offers at GoDaddy.com SALE

[                    ] SEARCH

## Sponsored Listings

▸▸**31 days of oscars**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

▸▸**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸**oscar de la renta fashion**
Designer brands at discount prices. theOutnet.com. It's chic-onomics!"
www.theoutnet.com/oscar_de_la_renta

▸▸**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

▸▸**OFTP2 Solutions**
Certified Odette OFTP2 Solutions Become compliant & lower costs
www.trubiquity.com

▸▸**Learn About The Nexus One**
3.7" Display, 5MP Camera & More From Just $179, Order Today!
www.google.com/phone

▸▸**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

▸▸**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

▸▸**Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!


Go Daddy.COM Affiliate Program — MAKE MONEY
www.GoDaddy.com

   
Get a FREE domain when you complete one of these valuable offers!
GET A FREE DOMAIN
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

This Web page is parked FREE, courtesy of GoDaddy.com    ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls



**WELCOME TO:** oscars3d.com

CASE NO. **2:10-cv-3738-AB**
**AMPAS**
VS. **GoDaddy.com, et al.**
JOINT EXHIBIT **2216**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



Is this your domain?
Add hosting, email and more.

GO

## Ads

**DIRECTV® Official Site**   www.directv.com
150+Chs For $29.99/mo(1yr) + Access 6,000 Shows & Movies + Free Install

**Charlie's Angels on ABC**   abc.go.com/charliesangels
Charlie's Angels are back on ABC. Get to know them now!

**Oscar Party Supplies**   www.windycitynovelties.com
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.

**Dresses at JCPenney**   JCPenney.com/Dresses
Shop at JCPenney for Great Deals on Stylish Dresses from Top Brands.

**Hollywood Theme Party**   www.PartyCheap.com
Roll out the red carpet for guests. VIP party supplies and decorations.

**Celebrity Wedding Styling**   www.stilistiboston.com
Feel like a celebrity on your day! Award winning updos and make up.

**Free 3D Backgrounds**   backgrounds.wallpapers.fm
Free 3D Desktop Backgrounds. Pay Nothing - It's 100% Free!

**3d Picture**   webcrawler.com/3d_picture
Find more sources/options for 3d Picture

**Buy a Dress to Wear Once?**   RentTheRunway.com/Dresses
Forget It! Rent a Designer Dress. Wow At A Fraction Of The Cost.

**Cheap Dresses**   Overstock.com
Save Big on Name Brands Today. Order today for $2.95 shipping.



Win a new Chevy Silverado and an ultimate NASCAR® weekend!
Enter Now

Want to buy this domain? Our Domain Buy Service can help you get it.



CASE NO. __2:10-cv-3738-AB__
AMPAS
VS. __GoDaddy.com, et al.__
JOINT EXHIBIT __2217__
DATE _____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com

**WELCOME TO: oscarshotels.com**

▸▸ Today's offers at GoDaddy.com **SALE!**

[ SEARCH ]

## Sponsored Listings

▸▸**Hotels.com Official Site**
See Room Photos & Read Traveler Reviews—Save Big at Hotels.com
www.Hotels.com

▸▸**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸**Hotel Booking**
Hotel Armando In Heart Of Verona Italy
www.HotelArmando.it

▸▸**Watch the worldcup final**
Accommodation near the worldcup final in Johannesburg
www.meerkatmanorsa.com

▸▸**Academy Awards Sweepstake**
Join the largest growing Oscar Pool The 15th Annual Online Oscar Pool
www.theoscarpool.com

▸▸**Hotels near Doolin**
Sheedys Hotel, 4 Star Luxury Accommodation close to Doolin
www.sheedys.com

▸▸**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸**Torreon hotels**
Photos, Customer Ratings & Reviews. Save More When You Book at Expedia.
www.Expedia.com

▸▸**Duke of Edinburgh Hotel**
"Finest hotel in Barrow in Furness" Lovely 4* rooms - Online Booking
www.dukeofedinburghhotel.co.uk

▸▸**Sligo Castle Hotel**
Amazing Short Break Specials Stay in a Castle from €49!
www.MarkreeCastle.ie


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*



  

 Get what you need in **UNDER 5 MINUTES** with our Product Advisor
[ Start Here! ]





This Web page is parked FREE, courtesy of **GoDaddy.com**

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2218
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



**Go Daddy.COM**

This Web page is parked FREE, courtesy of GoDaddy.com

➤➤ Today's offers at GoDaddy.com SALE!

[SEARCH]

**WELCOME TO: oscarshotels.net**

## Sponsored Listings



**➤➤Academy oscars awards**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**➤➤2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**➤➤Hotels.com Official Site**
See Room Photos & Read Traveler Reviews—Save Big at Hotels.com
www.Hotels.com

**➤➤2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**➤➤The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**➤➤Holiday Inn Maple Grove**
Great hotel with full onsite Water Park. Fun for everyone!
www.HolidayInn.com

**➤➤Torreon hotels**
Photos, Customer Ratings & Reviews. Save More When You Book at Expedia.
www.Expedia.com

**➤➤South Point Hotel Casino**
Sale-Las Vegas deluxe hotel rooms up to 40% off prevailing rates.
www.SouthPointCasino.com

**➤➤2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**➤➤Red Carpet Beauty**
Experience Latina's Red Carpet Read exclusive quotes
www.latina.com



**BOB PARSONS**

Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. Viewer discretion advised!



Go Daddy.COM **Affiliate Program** **$ MAKE MONEY**
www.GoDaddy.com



**Get a FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG



[GET A FREE DOMAIN]
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG
Powered by TrialPay



Get what you need in **UNDER 5 MINUTES** with our Product Advisor
[Start Here!]

---

This Web page is parked FREE, courtesy of **GoDaddy.com**   [ICANN ACCREDITED]

Visit GoDaddy.com for the best values on:

Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls




This Web page is parked FREE, courtesy of GoDaddy.com

WELCOME TO: oscarsbeautique.com

▸▸ Today's offers at GoDaddy.com SALE!    SEARCH

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2219
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

## Sponsored Listings

### ▸▸ Oscar Blandi Hair Care
Buy Pronto Dry Shampoo Spray & Powder. Ship free above $50!
LockandMane.com/Blandi-Dry-Shampoo

### ▸▸ 2010 Oscar Nominations
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

### ▸▸ Dry Shampoos at Sephora
Shop 200 beauty brands. Get Free Shipping over $50 & Free Samples!
www.Sephora.com

### ▸▸ District 9 Oscar Nominees
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

### ▸▸ 2009 Oscar News
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

### ▸▸ 35% Off Oscar Glad Bulbs
Stunning Fire Engine Red Bloom. Get Over 1/3 Off! Spring Delivery.
AmericanMeadows.com/Oscar-Bulbs

### ▸▸ Sina Dating
View Photos of Local Singles, Free. Email, Flirt, & Find Romance Now!
hottymatcher.com/SinaDating

### ▸▸ Red Carpet Cookie Box
The stars received - so can you! Enter 'LOVE' for Free fast delivery
theGracefulCookie.com

### ▸▸ OnlineBootyCall.com
Don't Promise Marriage - Just Date! Join our Casual Dating Community
OnlineBootyCall.com

### ▸▸ The 2010 Academy Awards
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*








Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!


$1.99* Domains
Go Daddy.com The web is your Domain!
With any new, non-domain purchase! No quantity limit!*

**Find a domain name now:**
[.com ▼] GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches
▸▸ Microsoft Office 2007
▸▸ Oscar La
▸▸ Oscar Louisiana
▸▸ Buy a 2007 Camry
▸▸ 2007 Toyota Camry in Los Angeles
▸▸ Oscar Nominations

Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®

**HOSTING PLANS**    Save up to 15%
99.9% Network Uptime!    on multi-year
FREE Setup!    hosting plans!

.net






**Get a FREE domain**
when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!


**SOLD!**
The smart choice for buying & selling domains
AUCTIONS

Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

This Web page is parked FREE, courtesy of GoDaddy.com    ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls



CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT **2220**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**Go Daddy.COM**  ▸▸ Today's offers at GoDaddy.com  SALE

[                    ]  SEARCH

## Sponsored Listings

▸▸**2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

▸▸**LLC in 3 Easy Steps**
(1) Sign up (2) Fill in online form (3) Launch your new business today.
www.LegalZoom.com

▸▸**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

▸▸**Oscar films**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

▸▸**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸**Watson Investigations LLC**
Discrete Civil, Domestic & Business Investigations. Call Today!
www.watsonpi.net

▸▸**LLC Seal Stamp Low Prices**
LLC Seals made for All States Limited Liability Company Seal
www.corpconnect.com

▸▸**Academy Awards Sweepstake**
Join the largest growing Oscar Pool The 15th Annual Online Oscar Pool
www.theoscarpool.com

▸▸**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*



 

 Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

**Go Daddy.COM** The web is your Domain!
**$1.99\* Domains**
With any new, non-domain purchase! No quantity limit!\*\*

**Find a domain name now:**
[                    ] .com ▼ GO
What's a Domain?  Advanced Search
\*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**

▸▸**Red Dress**

▸▸**Romantic Dresses**

▸▸**Microsoft Office 2007**

▸▸**Office Home and Student 2007**

▸▸**Buy a 2007 Camry**

▸▸**2007 Toyota FJ Cruiser in Los Angeles**

**Free Shipping on over 80,000 items at** GO
**GO DADDY MARKETPLACE**®

**HOSTING PLANS**  Save up to 15%
99.9% Network Uptime!  on multi-year
FREE Setup!  hosting plans!
.net  cf  php  perl

**Get a FREE domain** when you complete one of these valuable offers!
Go Daddy.com
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT**®
Create your own
Web site in minutes!
Plans from $3.79/mo!

**SOLD!**  **AUCTIONS**
The smart choice for
buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

**This Web page is parked FREE, courtesy of GoDaddy.com**  ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog


Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

# Welcome to: OSCARSMILE.COM

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2221
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Sponsored Listings

**Oscar award categories**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**Dental Implants**
general dentistry, invisalign cosmetic dentistry, gas available
www.drmarkdibona.com

**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

**The Nexus One by Google**
Slim & Light Smartphone from Google Exclusively Online. Buy Now!
www.google.com/phone

**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9



**Search:**

Search

**Related Searches**

▶ Buy a 2007 Camry

▶ 2007 Toyota Camry in Los Angeles

▶ Oscar Nominations

▶ Oscar Winners

▶ Oscar Predictions

▶ Smile Emoticons

▶ ADSL Speed Test

▶ Oscar the Grouch

▶ Direct and Smile

▶ 2007 328I

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2010 GoDaddy.com, Inc. All rights reserved.

Case 2:10-cv-03738-AB-CW Document 717 Filed 07/20/15 Page 70 of 90 Page ID #:30747

CASE NO. 2:10-cv-3738-AB
AMPAS
vs. GoDaddy.com, et al.
JOINT EXHIBIT 2222
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

This Web page is parked FREE, courtesy of GoDaddy.com
Today's offers at GoDaddy.com SALE!
WELCOME TO: oscarsoasis.com

**Go Daddy.com** | SEARCH

## Sponsored Listings

### Oasis Legal Finance
Need fast cash to get you through? Approvals in 24 hours. Apply Now!
www.OasisLegal.com

### Customizing Oscar Dresses
Give Us Your Measurement Get Your Dream Dresses
www.PeriDress.com

### VIP Award Show Tickets
Awards Show & VIP Party Tickets Mingle w/ celebrities on Red Carpet
www.theVIPconcierge.com

### Oscars Winners
Preview Award-Winning Movies with High-Res Trailers - 100% Free!
filmfanatic.mywebsearch.com

### Oasis of the Seas
Best price & service guarantee from America's largest cruise discounter
VacationsToGo.com

### Precious On YouTube
Based On The Novel "Push" by Sapphire. Rent It On YouTube.
www.youtube.com/precious

### Oasis of the Seas Cruises
Cruise Critic has the latest Oasis of the Seas info, pics and deals.
www.CruiseCritic.com

### SWAG Writers Competition
The Oscar Oscars - Poetry & Prose Cash Prizes - Close date 30th June
www.swagonline.org

### Las Vegas Red Carpet
Search multiple engines for las vegas red carpet
www.webcrawler.com

### Hollywood Party Theme
Free Shipping on orders over $50 Make your party a big production!
www.PartyCheap.com



**BOB PARSONS.Me**
Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*



**Go Daddy. Affiliate Program** — **$ MAKE MONEY** — www.GoDaddy.com






Get a FREE domain when you complete one of these valuable offers! | GET A FREE DOMAIN
1Good for one 1-year registration of any available .COM, US, BIZ, INFO, NAME, NET or .ORG
Powered by TrustPay



Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!



**Go Daddy.com** $1.99* Domains
Domains, websites & everything in between!
With any new, non-domain purchase! No quantity limit!**

Find a domain name now:
[          ] .com [GO]
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name per year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches
- Academy Awards
- Oscar Winners
- Oscar Awards
- Oscar Nominees
- Golden Globes Oscars
- Oscars 2008

.CO Pre-registration now open!
Choose your .CO domain, before someone else does! Start!

Free Shipping on over 80,000 items at
**GO DADDY MARKETPLACE®** [GO]

HOSTING PLANS
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
.net | cf | php | perl

Get a FREE domain¹ when you complete one of these valuable offers!
¹Good for one 1-year registration of any available .COM, US, BIZ, INFO, NAME, NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.99/mo!

**SOLD!**
The smart choice for buying & selling domains
Go Daddy AUCTIONS
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

JTX2222.001

**Go Daddy.COM**

WELCOME TO: oscaropenhouse.com

SEARCH

## Sponsored Listings

**▸▸ Oscar awards online**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**▸▸ Academy Awards Sweepstake**
Join the largest growing Oscar Pool The 15th Annual Online Oscar Pool
www.theoscarpool.com

**▸▸ 2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**▸▸ What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**▸▸ Oscar nominees film**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

**▸▸ The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**▸▸ 2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**▸▸ Open House Sign**
Special Banner Kits Start at $50 Browse Our Large Selection Today!
VistaFlags.com

**▸▸ Santa Barbara Open Houses**
Open House directory for Santa Barbara County
www.SantaBarbara-Open.com

**▸▸ Red Carpet Beauty**
Experience Latina's Red Carpet Read exclusive quotes
www.latina.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!


Go Daddy.COM Affiliate Program — $ MAKE MONEY — www.GoDaddy.com


Get a FREE domain when you complete one of these valuable offers!


GET A FREE DOMAIN
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!


**Go Daddy.COM** The web is your Domain! $1.99* Domains With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**
.com GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches

▸▸ Romantic Dresses

▸▸ Microsoft Office 2007

▸▸ Office Home and Student 2007

▸▸ Red Dress

▸▸ Buy a 2007 Camry

▸▸ 2007 Toyota FJ Cruiser in Los Angeles


**Free Shipping** on over 80,000 items at GO DADDY MARKETPLACE®

**HOSTING PLANS** Save up to 15% on multi-year hosting plans!
99.9% Network Uptime! FREE Setup!
 .net php perl

**Get a FREE domain** when you complete one of these valuable offers!
Go Daddy.COM
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!


**SOLD!**
The smart choice for buying & selling domains
**AUCTIONS**
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

### This Web page is parked FREE, courtesy of **GoDaddy.com**

ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. __2:10-cv-3738-AB__
_____AMPAS_____
VS. __GoDaddy.com, et al.__
JOINT EXHIBIT_____2224_____
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

# **Welcome to:** OSCARSORNOT.COM

Sponsored Listings

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**Nexus One by Google**
Smart, Slim, Speedy & Simple To Use From Just $179 w/ Plan. Buy Online!
www.google.com/phone

**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**Red Carpet Beauty**
Experience Latina's Red Carpet Read exclusive quotes
www.latina.com

**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

**35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

**Dannijo**
Shop the Latest Collection at the Official Dannijo Site!
www.dannijo.com

**Jennifer Hudson Style**
Jewelry worn by Jennifer Hudson. Shop House of Lavande. Get yours.
shop.houseoflavande.com



**Search:**

[                    ]  Search

**Related Searches**

▶ Spring Fashion

▶ Microsoft Office 2007

▶ Women Fashion

▶ Fashion Clothing

▶ Summer Fashion

▶ Fall Fashion

▶ Dress

▶ Fashion Runway

▶ Fashion Consultant

▶ Fashion Website

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2010 GoDaddy.com. Inc. All rights reserved.



**WELCOME TO: oscarsroom.com**

Go Daddy.com
Domains, websites &
**every thing** in between!"

🔍 [                    ] SEARCH

**Is this your domain?**
Add hosting, email and more.    GO

**Sponsored Listings**

**2011 Oscars Predictions**
Who do you think will win? Check out Terra's Oscars predictions!
En.Terra.com/Oscars-2011

**2011 Online Oscar Pool**
The Fastest growing Oscar Pool The 16th Annual Online Oscar Pool
www.theoscarpool.com

**Critics'Choice Movie Game**
Compete with Your Friends to Guess the Critics' Choice Award Winners!
www.facebook.com/redbox

**Oscars dresses**
Photo Gallery of the Latest Red Carpet Disasters
SheKnows.com

**VIP Golden Globe Awards**
VIP Access & Exclusive Experiences Awards Show Tickets, Premieres, etc
www.thevipconcierge.com

**Visual Effect Academy**
Hands on Experience to Prepare for A Career in Visual Effects!
www.flashpointacademy.com

**Master's In IT Security**
Request Info About Our Online MS In IT Security. Visit Our Site Now!
www.LewisUniversityOnline.com

**The Redbury**
Boutique Hotel on Hollywood & Vine World Class Service and Hip Decor
TheRedBury.com

**Dogtooth (Kynodontas)**
Academy Award Nominated Film by Yorgos Lanthimos. Buy DVD Today!
www.kino.com

**Pelicula Gratis**
Find more sources/options for what your looking for
www.webcrawler.com

**Get a FREE domain**[†]
when you complete one of these valuable offers!
Powered by TrialPay[†]        Get your FREE domain now!

**Want to buy this domain?** Our Domain Buy Service can help you get it.



**This Web page is parked FREE, courtesy of GoDaddy.com**

ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**

Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product catalog

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

* Plus ICANN fee of 18 cents per domain name year. Discount based on new one-year registration prices as of 10/25/2010 with sale price reflected in your shopping cart at checkout. Discount applies to new registrations and renewals and cannot be used in conjunction with any other offer or promotion. Domains purchased through this offer will renew at regular price after the initial term has expired. Some limitations apply.
+Practical eCommerce survey, 2009.
† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: RegistrarSTATS.com

JTX2225.001

Case 2:10-cv-03738-AB-CW   Document 717-7   Filed 07/30/13   Page 74 of 90   Page ID #:30751

CASE NO.  2:10-cv-3738-AB
AMPAS
VS.  GoDaddy.com, et.al.
JOINT EXHIBIT  2226
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**This Web page is parked FREE, courtesy of GoDaddy.com**

➤➤ Today's offers at GoDaddy.com  **SALE!**

WELCOME TO: oscartwist.com

[ SEARCH ]

## Sponsored Listings

➤➤ **2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

➤➤ **oscar de la renta fashion**
Designer brands at discount prices. theOutnet.com. It's chic-onomics!"
www.theoutnet.com/oscar_de_la_renta

➤➤ **35% Off Oscar Glad Bulbs**
Stunning Fire Engine Red Bloom. Get Over 1/3 Off! Spring Delivery.
AmericanMeadows.com/Oscar-Bulbs

➤➤ **The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

➤➤ **2010 Oscar Nominations**
HitFix predictions on who will be nominated for an Oscar.
www.HitFix.com/Awards

➤➤ **Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

➤➤ **Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

➤➤ **Turbie Twist Set of 3**
In Stock. Fast Shipping. Low Price on Turbie Twist.
www.AsSeenOnTVGuys.com

➤➤ **Wholesale Twist Ties**
Lowest Priced: Packaging & Shipping Supplies. Satisfaction Guaranteed!
AssociatedBag.com

➤➤ **Taos Twist Silverware**
Low prices every day! Shop and compare. In business 25 years
www.thechileshop.com



### Related Searches

➤➤ Buy a 2007 Camry

➤➤ 2007 Toyota Camry in Los Angeles

➤➤ Oscar Contest

➤➤ Oscar Game

➤➤ Oscar Pool

➤➤ Oscar Best Picture

➤➤ The Academy Awards

➤➤ Produce Twist Ties

➤➤ Oscar Juicer

**BOB PARSONS.Me** Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. *Viewer discretion advised!*

**MAKE MONEY** Go Daddy Affiliate Program

---

**This Web page is parked FREE, courtesy of GoDaddy.com**

Visit GoDaddy.com for the best values on:

ICANN ACCREDITED

JTX2226.001

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2227
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

# Welcome to: OSCARUNIVERSE.COM

Sponsored Listings

**2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**Nexus One by Google**
Smart, Slim, Speedy & Simple To Use From Just $179 w/ Plan. Buy Online!
www.google.com/phone

**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**35% Off Oscar Glad Bulbs**
Stunning Fire Engine Red Bloom. Get Over 1/3 Off! Spring Delivery.
AmericanMeadows.com/Oscar-Bulbs

**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**Oscar Schmidt Autoharps**
Great Prices on Autoharps, Books, Bags, Cases, and Picks. Buy Online!
www.WestMusic.com

**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

**Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

**Dry Shampoos at Sephora**
Save Your Style, Wash Without Water Top Brands, Free Shipping Over $50!
www.Sephora.com



**Search:**

Search

**Related Searches**

▶ 2007 Toyota Tacoma in Los Angeles

▶ Buy a 2007 FJ Cruiser

▶ Used Toyota Land Cruiser Los Angeles

▶ Oscar

▶ Lyrics to Beatles Songs

▶ Just Dance Lyrics

▶ Lady Gaga CD

▶ CD Solutions

▶ Jack Johnson Song Lyrics

▶ Academy Awards Oscar

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2010 GoDaddy.com, Inc. All rights reserved.



**WELCOME TO: oscarway.com**

Domains, websites &
**everything** in between!®

[ SEARCH ]   [ GO ]

**Is this your domain?**
Add hosting, email and more.


CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2228
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

### Ads

**Comcast® Official Site**  www.Comcast.com
Watch live TV + stream movies and shows On Demand w/ XFINITY.

**ABC's New Show Pan Am**  abc.go.com/panam
Buckle up. Adventure calls. Get to know the stewardesses of Pan Am.

**Celebrity Wedding Styling**  www.stilistiboston.com
Feel like a celebrity on your day! Award winning updos and make up.

**Maggy London Dresses**  www.maggylondon.com
Trend Driven Designs Affordable Quality Dresses

**Want Customized Products?**  www.penfactory.com
Large & New Inventory w/Great Deals & Huge Savings. Order Online Today!

**Oscar Party Supplies**  www.windycitynovelties.com
Hollywood Party Supplies, Decor, Scene Setters, Balloons And Props.

**Oscar Dresses**  www.BridalBlvd.com
Over 65% Discount. As Seen On TV Custom Tailored Starting From $119

**Hollywood Theme Party**  www.PartyCheap.com
Roll out the red carpet for guests. VIP party supplies and decorations.

**Curvy Fashion Destination**  FashionToFigure.com
Latest Plus Size Fashion from NY Huge Selection at Great Prices!

**Dresses at J.Jill**  JJill.com/Dresses
Simple, Easy-Fitting Styles. Dress Up, Wind Down. Shop Dresses Now!

**Want to buy this domain?** Our Domain Buy Service can help you get it.

 This Web page is parked for FREE, courtesy of **GoDaddy.com**

 **Domains**
• Register domain names – up to 70% less with the world's #1 registrar!
• Go Daddy Auctions® – bid on, buy and sell domains.

**.CO** Get the domain you really want with a .CO!
Perfect for individuals, businesses & organizations.  »

Register a new .COM for $11.99 **$7.49**+ per year! Save 37%+
[  ]  |.com  ▼  [ GO ]

 **Websites**
• Build it yourself with one of our easy sitebuilders!
• Reliable website hosting keeps your site up and running.
• Let our Web pros build your website, logo and more.

**Affordable Web Hosting**      **Starting at**
4th Generation Hosting from the world's largest hostname provider¹      **$5.99/mo**
**.net**  CF  jsp  php  perl

**WEBSITES $5**  SALE!   **Point. Click. Design.**
FUR LESS THAN      WebSite Tonight® makes it easy.
      **ON SALE!**

Win a new Chevy Silverado and
an ultimate NASCAR® weekend!  [ Enter Now ]


CASE NO. 2:10-cv-3738-AB
AMPAS
vs. GoDaddy.com, et al.
JOINT EXHIBIT 2229
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com
→ Today's offers at GoDaddy.com SALE

WELCOME TO: oscarpythm-mmlon.com

SEARCH

## Sponsored Listings

**→ Oscar awards order**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**→ TCM's "31 Days of Oscar"**
Oscar Films Everyday in February Tune in Now - Turner Classic Movies
www.TCM.com/31DaysofOscar

**→ McCune Mansion weddings**
Wedding Photography for the discerning bride.
www.peppernix.com/

**→ Missouri Mansion For Sale**
Gated luxury in the heartland! Classic French $1,475,000 FSBO
kellyllc.com/midwestmansion.aspx

**→ Oscar Blandi Hair Care**
Buy Pronto Dry Shampoo Spray & Powder. Ship free above $50!
LockandMane.com/Blandi-Dry-Shampoo

**→ 2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**→ 35% Off Oscar Gladiolus**
Spring Pre-Sale - Order Now for Spring Delivery & Get Over 1/3 Off!
AmericanMeadows.com/Oscar-Bulbs

**→ Mansion on Forsyth Park**
Boutique hotel located in Savannah Official Site. Best rates available
www.MansionOnForsythPark.com

**→ Mansion 4 sale**
A great offer of Luxurious Houses for sale everywhere in France
BellesDemeures.com/Luxury_Property

**→ Mansion Interior Designer**
Luxury mansion interior design firm Contact our designers (888)443-0029
www.eodinteriordesigners.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!








Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

Go Daddy.com
The web is your Domain!
**$1.99** Domains
With any new, non-domain purchase! No quantity limit!

**Find a domain name now:**
[ ] .com [GO]
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**

→ Oscar

→ Poker

→ McCune Mansion

→ Buy a 2007 Camry

→ 2007 Toyota Camry in Los Angeles

→ Music Lyrics and Song


**Find great deals NOW!** GO
GO DADDY
MARKETPLACE®
Electronics · Clothing · Bath & Body · Sports

**HOSTING PLANS**
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
  
.net cf php perl


**Get a FREE domain**
Go Daddy.com when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!


**SOLD!**
**AUCTIONS**
The smart choice for buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

## This Web page is parked FREE, courtesy of GoDaddy.com

ICANN ACCREDITED

**Visit GoDaddy.com for the best values on:**
Domain names · Web Hosting · Web Site Builders · Email Accounts · SSL Certificates · Ecommerce Products · And More! · See Product Catalog

Go Daddy Super Bowl Commercial · Danica Patrick · Dale Jr. · Go Daddy Girls

Case 2:10-cv-03738-AB-CW   Document 717   Filed 07/29/15   Page 78 of 90   Page ID #:30755

CASE NO. **2:10-cv-3738-AB**
**AMPAS**
VS. **GoDaddy.com, et al.**
JOINT EXHIBIT **2230**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

## Go Daddy.com

This Web page is parked FREE, courtesy of GoDaddy.com

WELCOME TO: textileengg.com

▸▸ Today's offers at GoDaddy.com SALE

[SEARCH]

### Sponsored Listings

▸▸**2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

▸▸**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

▸▸**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸**Oscar nominated movies**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

▸▸**Textile Engineering Info**
Boost Your Career and Earn A Textile Engineering Degree.
Info.Degree.net

▸▸**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

▸▸**Red Carpet Beauty**
Experience Latina's Red Carpet Read exclusive quotes
www.latina.com

▸▸**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

▸▸**Website Creation (Free)**
Award-Winning Website Creation Service! Create A Website In Min.
www.Intuit.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!



  

 Get what you need in UNDER 5 MINUTES with our Product Advisor
[Start Here!]


$1.99* Domains
The web is your Domain! With any new, non-domain purchase! No quantity limit!**
Find a domain name now:
[          ] .com ▼ [GO]
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.
**Want to buy this domain?**
Let us help you get it!

**Related Searches**
▸▸Textile Machine
▸▸Garments Supplier
▸▸Red Dress
▸▸Romantic Dresses
▸▸Microsoft Office 2007
▸▸Garments Manufacturer

Free Shipping on over 80,000 items at [GO]
GO DADDY **MARKETPLACE**®

HOSTING PLANS   Save up to 15%
99.9% Network Uptime!   on multi-year
FREE Setup!   hosting plans!
.net

Get a FREE domain when you complete one of these valuable offers!

**WEBSITE TONIGHT**®
Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!**
The smart choice for buying & selling domains
AUCTIONS
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

### This Web page is parked FREE, courtesy of GoDaddy.com

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls



**Go Daddy.COM**
Today's offers at GoDaddy.com

SEARCH

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2231
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

## Sponsored Listings

**MA Fashion Studies**
Study the textile industry at Parsons in New York City
www.newschool.edu/parsons/mafs

**Academy oscars**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**Textile Engineering Info**
Boost Your Career and Earn A Textile Engineering Degree.
Info.Degree.Net

**2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**Red Carpet Beauty**
Experience Latina's Red Carpet Read exclusive quotes
www.latina.com

**District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

**Textile Textile**
Search Thousands of Catalogs for Textile Textile
www.globalspec.com

**Oscar Blandi Hair Care**
Buy Pronto Colore Root Touch Up Pen. Orders above $50 ship free!
LockandMane.com/Blandi-Color-Pen


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. Viewer discretion advised!


Go Daddy Affiliate Program — When Your Visitors Buy From Us — www.GoDaddy.com




Get a FREE domain when you complete one of these valuable offers! GET A FREE DOMAIN
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

Go Daddy.COM $1.99* Domains
The web is your Domain!
With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**
[ .com ▼ ] GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches

Textile Machine
Romantic Dresses
Microsoft Office 2007
Office Home and Student 2007
Red Dress
Garment Accessories Exporter


**Find great deals NOW!** GO
GO DADDY MARKETPLACE®
Electronics • Clothing • Bath & Body • Sports

**HOSTING PLANS**
99.9% Network Uptime! FREE Setup!
Save up to 15% on multi-year hosting plans!
   
.net php perl

**Get a FREE domain***
Go Daddy.com when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!**  AUCTIONS
The smart choice for buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

**This Web page is parked FREE, courtesy of GoDaddy.com**    ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

NOTICE: This domain name expired on 01/31/2010



This Web page is parked FREE, courtesy of GoDaddy.com
➤ Today's offers at GoDaddy.com  SALE!

WELCOME TO: themormonoscars.com

SEARCH

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2232
DATE _____ IDEN.
DATE _____ EVD.
BY _____
Deputy Clerk

## Sponsored Listings

➤ **Mormonhaven.com**
Comprehensive listing of LDS related businesses and websites
www.mormonhaven.com

➤ **Mormon Chatrooms**
View 1000's of Pictures & Videos of Beautiful LDS Singles-Join Free Now
www.LDSPlanet.com

➤ **Academy oscars**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

➤ **Mormon Dress**
Look Modest in Stylish Clothes. Shop Online or Visit Our Boutique!
www.DivineModesTee.com

➤ **2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

➤ **Mormons Warning**
Do Not Join The Mormons Until You've Seen This...
www.SecretsofMormons.com

➤ **Book of Mormon Posters**
Amazing new posters of Book of Mormon Heros. 24"x36" Only $7.95
www.realheroposters.com

➤ **New Emerging Religion**
The Only Major Religion To Emerge in 20th Century. Watch Online Video
Scientology.org

➤ **Mormon CTR Rings**
We carry over 140 Rings For Men & Women. Save 10%, $.99 Shipping!
www.TheCTRStore.com

➤ **Mormon Wedding Dresses**
Find more sources/options for Mormon Wedding Dresses
www.webcrawler.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*









Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!



HURRY! DON'T LOSE YOUR DOMAIN!
If you own this domain name, renew it now — before it's deleted or someone else grabs it!
Yes, renew my domain now!

— OR —

Backorder This Domain! Make sure this domain is yours as soon as it becomes available.
Backorder Now!

$1.99 .com Domains
With any new, non-domain purchase! No quantity limit!*
Find a domain name now:
.com  GO
What's a Domain?  Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

### Related Searches

➤ Utah Mormon
➤ Mormon Church Beliefs
➤ LDS Church Stake
➤ LDS Religion
➤ About Mormon Religion
➤ The Bible


Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®

HOSTING PLANS 99.9% Network Uptime! FREE Setup!
Save up to 15% on multi-year hosting plans!
  


Get a FREE domain when you complete one of these valuable offers!
10¢ of for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

WEBSITE TONIGHT® Create your own Web site in minutes!
Plans from $3.79/mo!


SOLD! The smart choice for buying & selling domains  AUCTIONS
Memberships just $4.99/year! Lowest commissions!

BIG OR SMALL BUSINESS
Everything you need to succeed on the Web!
I'm interested in: Selling

JTX2232.001

CASE NO. **2:10-cv-3738-AB**
**AMPAS**
VS. **GoDaddy.com, et al.**
JOINT EXHIBIT **2233**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk





**WELCOME TO: theoscarbody.com**

Is this yo
Add hostin

## Sponsored Listings

Want to buy this domain? Our Domain Buy S



### Human Body Anatomy Picture
Find more sources/options for what your looking for
www.webcrawler.com

### Visible Body
Explore the human body in 3D online Learn, visualize and study anatomy
www.VisibleBody.com

### A Picture Of The Human Body
All About A Picture Of The Human Body A Picture Of The Human Body in One Site!
Peeplo.com

### Balance Your Body's pH
Natural Supplement for pH Balance. Order Now for Free pH Test Strips!
www.VAXA.com/Balance-Your-pH

### Female Body Pictures
Find Female Human Body Pictures at Great Prices.
www.Pronto.com

### Anatomy and Physiology
Accelerated Weekend Courses in San Jose for Healthcare careers.
www.patten.edu

### Online Anatomy with Lab
Anatomy & Physiology courses with lab all online from Mayville State.
www.mayvillestate.edu

### Anatomy Clipart
Find Clipart With Less Digging. A Decision Engine Makes Search Easy!
www.Bing.com

### 2011 Oscars Predictions
Who do you think will win? Check out Terra's Oscars predictions!
En.Terra.com/Oscars-2011

### Anatomy & Physiology 101
Learn Online, Instructor-Led Course CEU & Certificate - only $80.00
www.UniversalClass.com

**Get a FREE domain†**
when you complete one of these valuable offers!
*Powered by TrialPay®*


Get your FREE domain now!

**Domains**
- Register domain names – up to 70% less wh
- Go Daddy Auctions® – bid on, buy and sell

**Get the domain you really want with**
**.co** Perfect for individuals, businesses & organi

**Register a new .COM for $11.99 $7.49°** p

**Websites**
- Build it yourself with one of our easy sitebu
- Reliable website hosting keeps your site up
- Let our web pros build your website, logo,

**Affordable Web Hosting**
4th Generation Hosting from the world's largest hostname provide

.net cf php perl

**What's Bob saying now?** Why YOU should NEVER

**BOB PARSONS**
CEO & Founder of GoDaddy.com®
what OTHERS THINK abi

**Everything In Between**
- SSL Certificates protect your customers fri
- Fast, spam-free email with a memorable en
- Marketing tools help you promote your busi
- Sell online with 2009's "Most Popular Shoppr

**Fast, Personalized Email**
For yourself, your team or the whole office
- Create a unique email address based on your domain
- Open on iPhone®, Blackberry®, Droid® and more
- Free Calendar & Online File Folder®

---

## This Web page is parked FREE, courtesy of GoDaddy.com

**Visit GoDaddy.com for the best values on:**

Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product ce

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

* Plus ICANN fee of 18 cents per domain name year. Discount based on new one-year registration prices as of 10/25/2010 with sale price reflected in your shopping c.
registrations and renewals and cannot be used in conjunction with any other offer or promotion. Domains purchased through this offer will renew at regular price aft
limitations apply.
+Practical eCommerce survey, 2009.
† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain exte
Source: RegistrarSTATS.com

JTX2233.001

This Web page is parked FREE, courtesy of GoDaddy.com

>> Today's offers at GoDaddy.com  SALE

SEARCH

WELCOME TO: theoscarcops.net

## Sponsored Listings

**>> Become A Police Officer**
SWAT, K9, Narcotics, CSI & More. Online Degrees For Police Careers
www.Public-Service.US/PoliceCareers

**>> Free Cops Episodes**
Watch "Cops" Online Free at Fancast. Bad Boys, Bad Boys.
www.Fancast.com

**>> 2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**>> Police Certificate Online**
Take Classes Online & Get a Police Certification Online! Financial Aid
www.CashForCops.net

**>> Law Enforcement Supply**
Save 10-15% on Everything Sitewide $5 Shipping Online Orders Over $75
www.CHIEFsupply.com/law-supplies

**>> District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

**>> Police Badges**
Custom Made to Order in USA. Manufactured within 3 Weeks.
www.BadgeandWallet.com

**>> Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

**>> Oscar Blandi Hair Care**
Buy Luxury Hair Care Products Online. Free Samples On All Orders!
LockandMane.com/Blandi

**>> Nexus One by Google**
Smart, Slim, Speedy & Simple To Use From Just $179 w/ Plan. Buy Online!
www.google.com/phone



Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!



When Your Visitors Buy From Us
Affiliate Program
www.GoDaddy.com


Get a FREE domain when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

GET A FREE DOMAIN


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!



$1.99* Domains
The web is your Domain!
With any new, non-domain purchase! No quantity limit!**

Find a domain name now:
.com  GO
What's a Domain?  Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

## Related Searches
>> Oscar
>> Police Warrants
>> Police Impound Cars
>> Cops
>> New York City Police Department
>> Police Blog

Free Shipping on over 80,000 items at
GO DADDY MARKETPLACE®  GO

HOSTING PLANS
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
.net  Cf  php  perl

Get a FREE domain when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

WEBSITE TONIGHT®
Create your own Web site in minutes!
Plans from $3.79/mo!

SOLD!
The smart choice for buying & selling domains
AUCTIONS
Memberships just $4.99/year! Lowest commissions!

BIG OR SMALL BUSINESS
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of GoDaddy.com

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2234
DATE _____ IDEN.
DATE _____ EVID.
BY _____ Deputy Clerk



**Go Daddy.com** This Web page is parked FREE, courtesy of GoDaddy.com
▸▸ Today's offers at GoDaddy.com SALE

WELCOME TO: theoscarteam.com

[ SEARCH ]

CASE NO.  2:10-cv-3738-AB
AMPAS
VS.  GoDaddy.com, et al.
JOINT EXHIBIT   2235
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

## Sponsored Listings

**▸▸2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**▸▸Financial News**
Get Up-To-Date Financial News With Google Finance- Free! Try It Today
www.Google.com/Finance

**▸▸Oscar 930**
In Stock Now. Compare to the VERT Best Price, Best Discount Juicer
www.HarvestEssentials.com

**▸▸Learn Real Estate Free**
The Last Real Estate Seminar You Will Ever Need To Attend! Mar 29-31
www.RichesInRealEstate.com

**▸▸Oscar Winning Actors at Bing™**
Sort Film Legends by Rankings, Awards, & more. Try Visual Search!
www.Bing.com/VisualSearch

**▸▸Oscar Diele**
The starting point if you are interested to learn about Oscar
oscardiele.com/about/

**▸▸Academy Awards In Order**
Search multiple engines for academy awards in order
www.webcrawler.com

**▸▸Oscars Best Dressed**
Vote on which stars you think dressed the best at the Oscars
www.zimbio.com/oscars+best+dressed

**▸▸Tennis Team Clothing**
Get Shirts, Shorts, Dresses & More. Buy Uniforms For Your Tennis Team.
www.ATennisOutlet.com

**▸▸Dry Shampoos at Sephora**
Save Your Style, Wash Without Water Top Brands, Free Shipping Over $50!
www.Sephora.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*


**Go Daddy.com $ MAKE MONEY**
Affiliate Program   www.GoDaddy.com

Get a FREE domain   GET A FREE DOMAIN


Get what you need in UNDER 5 MINUTES with our Product Advisor
[ Start Here! ]

**Go Daddy.com $1.99* Domains**
The web is your Domain!
With any new, non-domain purchase! No quantity limit!**

Find a domain name now:
[ _____ ] .com [ GO ]
What's a Domain?   Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches
▸▸Oscar
▸▸The Oscar Awards
▸▸2010 Oscar Winners
▸▸Mejor Pelicula Oscar
▸▸Penélope Cruz Oscar
▸▸Meryl Streep Oscar

**.CO Pre-registration now open!**
Choose your .CO domain, before someone else does!  ▸Start!


**Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®**

**HOSTING PLANS**
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
 .net

**Get a FREE domain** when you complete one of these valuable offers!
Go Daddy.com


**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.49/mo!

**SOLD!**
The smart choice for buying & selling domains   AUCTIONS
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of GoDaddy.com   ICANN ACCREDITED

JTX2235.001

CASE NO. __2:10-cv-3738-AB__
AMPAS
VS. __GoDaddy.com, et al.__
JOINT EXHIBIT __2236__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**Go Daddy.COM**
This Web page is parked FREE,
courtesy of GoDaddy.com
▸▸ Today's offers at GoDaddy.com SALE

SEARCH

## Sponsored Listings

▸▸**2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

▸▸**2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

▸▸**Oscar award nomination movie**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

▸▸**The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

▸▸**What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

▸▸**Vatican City Tour**
Only one Time in your Life Best of Rome with driver Guide
www.citytouritaly.com

▸▸**Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

▸▸**tour of california**
See the Tour of California Live Lance, Team RadioShack, Book Today!
www.TrekTravel.com/RaceBikeTours

▸▸**Buy Pronto Colore Pen**
Oscar Blandi Hair Care Root Touch Up Stick. $50 orders ship free!
LockandMane.com/Blandi-Color-Pen

▸▸**Tour Operator Software**
Elevate your tour operator business to new heights.
www.peak15systems.com

 Learn how to succeed—in life and online—with straight
talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*

 MAKE MONEY — Affiliate Program — www.GoDaddy.com

   
Get a FREE domain when you complete one of these valuable offers! GET A FREE DOMAIN
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

 Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!



$1.99* Domains
With any new, non-domain purchase! No quantity limit!**

**Find a domain name now:**
.com GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**
▸▸Alaska Tour
▸▸Boat Tour
▸▸Holiday Tour Packages
▸▸Sightseeing Tour
▸▸Helicopter Tour
▸▸Bus Tour

Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®

**HOSTING PLANS**
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!
 .net cf php perl

**Get a FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!** AUCTIONS
The smart choice for buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs
 

---

## This Web page is parked FREE, courtesy of GoDaddy.com

**ICANN ACCREDITED**

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

Case 2:10-cv-03738-AB-CW   Document 717   Filed 07/29/15   Page 85 of 90   Page ID #:30762

CASE NO. 2:10-cv-3738-AB
         AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT   2237
DATE _____ IDEN.
DATE _____ EVID.
BY _____
      Deputy Clerk



**Go Daddy.com**

This Web page is parked FREE, courtesy of GoDaddy.com
▶▶ Today's offers at GoDaddy.com **SALE!**

SEARCH

## Sponsored Listings

**▶▶ Oscar awards telecast**
Win a Free trip to the 2010 Awards! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**▶▶ 2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**▶▶ 2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**▶▶ oscar de la renta fashion**
Designer brands at discount prices. theOutnet.com. It's chic-onomics!"
www.theoutnet.com/oscar_de_la_renta

**▶▶ The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**▶▶ What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**▶▶ Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

**▶▶ Oscar Blandi Products**
Treat Your Hair With Oscar Blandi Product. Free Samples On All Orders
LockandMane.com/Blandi

**▶▶ Dry Shampoos at Sephora**
Shop 200 beauty brands. Get Free Shipping over $50 & Free Samples!
www.Sephora.com

**▶▶ Temporary Power**
From Cords to Distribution boxes Full line of temp power & customs
www.ericson.com

 Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
*Viewer discretion advised!*


**MAKE MONEY**
Go Daddy Affiliate Program
www.GoDaddy.com

 **Get a FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

   **GET A FREE DOMAIN**

 Get what you need in **UNDER 5 MINUTES** with our Product Advisor
**Start Here!**

---

**$1.99** Domains
With any new, non-domain purchase! No quantity limit!*

**Find a domain name now:**
[_____] .com ▼ **GO**
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

### Related Searches
▶▶ Buy a 2007 Camry
▶▶ 2007 Toyota Camry in Los Angeles
▶▶ Oscar Nominations
▶▶ Oscar Winners
▶▶ Oscar Predictions
▶▶ Oscar Juicer


**Free Shipping on over 80,000 items at** **GO**
**GO DADDY MARKETPLACE®**

**HOSTING PLANS**    Save up to 15%
99.9% Network Uptime!   on multi-year
FREE Setup!            hosting plans!
 .net  php perl 

**Get a FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own
Web site in minutes!
Plans from $3.79/mo!   

**SOLD!** 
The smart choice for   **AUCTIONS**
buying & selling domains
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
 I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

### This Web page is parked FREE, courtesy of GoDaddy.com   [ICANN ACCREDITED]

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

JTX2237.001

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2238
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk



This Web page is parked FREE, courtesy of GoDaddy.com
→ Today's offers at GoDaddy.com

SEARCH

## Sponsored Listings

**→ Awards oscar**
2010 Red Carpet Prize Giveaway! Air, Hotel, Red Carpet, and More
www.Local.com/awards_prize

**→ 2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**→ 2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**→ oscar de la renta fashion**
Designer brands at discount prices. theOutnet.com. It's chic-onomics!"
www.theoutnet.com/oscar_de_la_renta

**→ The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**→ Master Chocolatier Ortega**
Enjoy Oscar Ortega's Best Delicious and Artistic Chocolates
www.chocolatierra.com/ortega

**→ Oscar Blandi Hair Care**
Buy Luxury Hair Care Products Online. Free Samples On All Orders!
LockandMane.com/Blandi

**→ 35% Off Oscar Glad Bulbs**
Stunning Fire Engine Red Bloom. Get Over 1/3 Off! Spring Delivery.
AmericanMeadows.com/Oscar-Bulbs

**→ 2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**→ District 9 Oscar Nominees**
Find Out How 2010's Got Started at Vancouver Film School.
VFS.com/EnterD9


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!



  


Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

This Web page is parked FREE, courtesy of GoDaddy.com

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

JTX2238.001



CASE NO. __2:10-cv-3738-AB__
AMPAS
VS. __GoDaddy.com, et al.__
JOINT EXHIBIT __2239__
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

**WELCOME TO:** thinkquickoscar.com

Domains, websites &
everything® in between!"

[ 🔍                                                ] [ SEARCH ]    Is this yo
                                                                    Add hostin

### Sponsored Listings

Want to buy this domain? Our Domain Buy S

**Local Restaurants**
Get 50% Off Coupons On The Best Restaurants In Your City. Sign Up!
www.LivingSocial.com

**2011 Oscars Predictions**
Who do you think will win? Check out Terra's Oscars predictions!
En.Terra.com/Oscars-2011

**Oscar Mayer Coupons**
Save On Oscar Mayer Today. Print At Home & Save In The Store.
www.Coupons.com

**Oscar Sofa**
Oscar Sofa by Matthew Hilton Made and sold by SCP London
www.scp.co.uk

**Visual Effect Academy**
Hands on Experience to Prepare for A Career in Visual Effects!
www.flashpointacademy.com

**The "Sound" of the Oscars**
Watch exclusive videos about the sound of Oscar nominated films!
www.soundworkscollection.com

**Vogue - Official Site**
View Oscar de la Renta Collection at Vogue.com. Browse our Gallery!
www.Vogue.com

**Buy Here Pay Here Cars?**
Zero Down! Get 100% Financing Now. Fast, Easy Loan For Any Credit Type
NoteLot.com/Buy-Here-Pay-Here

**Oscar Schmidt**
Find great deals and save! Compare products, prices & stores.
www.Shopping.com

**2010 oscar worst dressed**
Photo Gallery of the Latest Red Carpet Disasters
SheKnows.com




**Get a FREE domain†**
when you complete one of these valuable offers!
Powered by TrialPay®
Get your FREE domain now!



This web page is parked for

**Domains**
• Register domain names – up to 70% less wh
• Go Daddy Auctions® – bid on, buy and sell

Get the domain you really want with
Perfect for individuals, businesses & organi:

Register a new .COM for $11.99 $7.49* p

**Websites**
• Build it yourself with one of our easy sitebu
• Reliable website hosting keeps your site up
• Let our web pros build your website, logo,

**Affordable Web Hosting**
4th Generation Hosting from the world's largest hostname provide

.net CF php perl

What's Bob saying now?  Why YOU should NEVER
**BOB PARSONS**      what OTHERS THINK abo
CEO & Founder of GoDaddy.com®



**Everything In Between**
• SSL Certificates protect your customers fro
• Fast, spam-free email with a memorable em
• Marketing tools help you promote your busi
• Sell online with 2009's "Most Popular Shopp



**Fast, Personalized Email**
For yourself, your team or the whole office
• Create a unique email address based on your domain
• Open on iPhone®, Blackberry®, Droid® and more
• Free Calendar & Online File Folder®

## This Web page is parked FREE, courtesy of GoDaddy.com

**Visit GoDaddy.com for the best values on:**

Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See product ce

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

* Plus ICANN fee of 18 cents per domain name year. Discount based on new one-year registration prices as of 10/25/2010 with sale price reflected in your shopping c
registrations and renewals and cannot be used in conjunction with any other offer or promotion. Domains purchased through this offer will renew at regular price aft
limitations apply.
+Practical eCommerce survey, 2009.
† Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NET or .ORG
GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain exte
Source: RegistrarSTATS.com

JTX2239.001



**Go Daddy.COM**

This Web page is parked FREE, courtesy of GoDaddy.com

» Today's offers at GoDaddy.com SALE

[SEARCH]

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT **2240**
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

### Sponsored Listings

» **Travel To**
Cheap Travel in 2010 Means No More Change or Cancel Fees on Travel.
www.Travelocity.com

» **Amadeus: Travel IT**
Solutions for travel agents Tell us what you need
www.amadeus.com

» **Own A Travel Business?**
Don't Miss Out On Sedo's Travel Domain Auction March 5-12!
Sedo.com/Travel

» **Travel Nursing Jobs**
The Nation's Largest Database of Travel Healthcare Jobs.
AmericanMobile.com

» **Travel Agency Deals**
Locate Top Travel Agencies. Get Reliable Advice In Your Area.
DoTellAll.com

» **Top Travel Nurse Agencies**
Great Travel Nursing Opportunities Apply Now- Work Close To The Beach!
www.OANurseTravel.com

» **2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

» **31 days of oscar**
Watch 9 Decades of Oscar Films 2/1 - 3/3 on Turner Classic Movies
www.TCM.com/31DaysofOscar

» **$399 Cancun All-Inclusive**
6 Days in a 5-Star Beachfront Resort for only $399 Per Couple!
Cancun5Star.com

» **Vietnam Travel in Style?**
Local Full Travel Services Agency One Stop For Vietnam Holiday, Book!
www.LUXuryTravelVietnam.com/Travel

 Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®. Viewer discretion advised!







 Get what you need in UNDER 5 MINUTES with our Product Advisor [Start Here!]



**$1.99 Domains**
With any new, non-domain purchase! No quantity limit!

**Find a domain name now:**
[.com ▼] [GO]
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?** Let us help you get it!

### Related Searches
» **Travel Tours Russia**
» **Agency Travel**
» **Arizona Travel**
» **Travel America**
» **Peru Travel**
» **Travel Hotels**

**Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®** [GO]

**HOSTING PLANS** Save up to 15% on multi-year hosting plans!
99.9% Network Uptime!
FREE Setup!
.net cf php perl

**Get a FREE domain** when you complete one of these valuable offers!
†Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®** Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!** The smart choice for buying & selling domains **AUCTIONS**
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

**This Web page is parked FREE, courtesy of GoDaddy.com** [ICANN ACCREDITED]

**Visit GoDaddy.com for the best values on:**
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls



**Go Daddy**.COM

This Web page is parked FREE, courtesy of GoDaddy.com
↠ Today's offers at GoDaddy.com SALE

[SEARCH]

## Sponsored Listings

**↠2010 Oscars Predictions**
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

**↠2010 Oscar Nominations**
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

**↠What Will The Co-Hosts**
Have to Say? Join the Conversation. Don't Miss The View Weekdays on ABC
abc.go.com/TheView

**↠The 2010 Academy Awards**
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

**↠"31 Days of Oscar" On TCM**
Watch Oscar Films - 1920s to Today on Turner Classic Movies 2/1 - 3/3
www.TCM.com/31DaysofOscar

**↠Academy Awards Sweepstake**
Join the largest growing Oscar Pool The 15th Annual Online Oscar Pool
www.theoscarpool.com

**↠2009 Oscar News**
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

**↠Red Carpet Beauty**
Experience Latina's Red Carpet Read exclusive quotes
www.latina.com

**↠District 9 Oscar Nominees**
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

**↠Buy The Nexus One Online**
New Phone By Google Available By Itself Or With A T-Mobile Plan!
www.google.com/phone



Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!








Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!

---

**$1.99** Domains
With any new, non-domain purchase! No quantity limit!

Find a domain name now:
[.com ▼] [GO]
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

**Want to buy this domain?**
Let us help you get it!

**Related Searches**
↠ Buy a 2007 Camry
↠ 2007 Toyota FJ Cruiser in Los Angeles
↠ Used Toyota Camry Los Angeles
↠ Oscar
↠ Red Dress
↠ Romantic Dresses

**Find great deals NOW!** GO
GO DADDY
**MARKETPLACE®**
Electronics • Clothing • Bath & Body • Sports

**HOSTING PLANS**
99.9% Network Uptime! FREE Setup!
Save up to 15% on multi-year hosting plans!
.net

**Get a FREE domain**
when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

**WEBSITE TONIGHT®**
Create your own Web site in minutes!
Plans from $3.79/mo!

**SOLD!**
The smart choice for buying & selling domains
**AUCTIONS**
Memberships just $4.99/year! Lowest commissions!

**BIG OR SMALL BUSINESS**
Everything you need to succeed on the Web!
I'm interested in: Selling products online, securing my site, hosting, reseller programs

---

This Web page is parked FREE, courtesy of **GoDaddy.com**

ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2241
DATE _____ IDEN.
DATE _____ EVID.
BY _____ Deputy Clerk

This Web page is parked FREE, courtesy of GoDaddy.com
▶▶ Today's offers at GoDaddy.com SALE
WELCOME TO: traveloscars.net

SEARCH

CASE NO. 2:10-cv-3738-AB
AMPAS
VS. GoDaddy.com, et al.
JOINT EXHIBIT 2242
DATE _____ IDEN.
DATE _____ EVID.
BY _____
Deputy Clerk

Case 2:10-cv-03738-AB-CW   Document 717   Filed 07/20/15   Page 956 of 960   Page ID #:30767

## Sponsored Listings

### ▶▶2010 Oscars Predictions
Who will win an Academy Award this year? Check out our predictions!
en.terra.com

### ▶▶2010 Oscar Nominations
Find out who will win an Oscar on March 7th - news, photos and more!
www.HitFix.com/Awards

### ▶▶The 2010 Academy Awards
The New York Times brings you complete coverage of the big event
www.nytimes.com/movies

### ▶▶2009 Oscar News
Check Out The Nominee List And The Predictions At The Frisky!
TheFrisky.com/Oscars

### ▶▶Red Carpet Beauty
Experience Latina's Red Carpet Read exclusive quotes
www.latina.com

### ▶▶District 9 Oscar Nominees
Find Out How 2010's Nominees Got Started at Vancouver Film School.
VFS.com/EnterD9

### ▶▶Learn About The Nexus One
3.7" Display, 5MP Camera & More From Just $179, Order Today!
www.google.com/phone

### ▶▶Local Movie Theaters
Find Listings for Local Movie theaters - indie, multiplex & more.
yellowpages.com

### ▶▶Oscar Blandi®
Buy Luxury Hair Products Free Samples and Shipping at $50!
LockandMane.com/OscarBlandi

### ▶▶Red Carpet Cookie Box
The stars received - so can you! Enter 'LOVE' for Free fast delivery
theGracefulCookie.com


Learn how to succeed—in life and online—with straight talk from Go Daddy's CEO & Founder, Bob Parsons®.
Viewer discretion advised!



  

 Get what you need in UNDER 5 MINUTES with our Product Advisor
Start Here!


$1.99* Domains
With any new, non-domain purchase! No quantity limit!*

Find a domain name now:
.com ▼ GO
What's a Domain? Advanced Search
*Plus ICANN fee of 18 cents per domain name year.

Want to buy this domain?
Let us help you get it!

**Related Searches**

▶▶ Buy a 2007 Camry
▶▶ 2007 Toyota FJ Cruiser in Los Angeles
▶▶ Used Toyota Camry Los Angeles
▶▶ Red Dress
▶▶ Microsoft Office 2007
▶▶ Academy Awards Oscars


Free Shipping on over 80,000 items at GO DADDY MARKETPLACE®

HOSTING PLANS
99.9% Network Uptime!
FREE Setup!
Save up to 15% on multi-year hosting plans!


Get a FREE domain
when you complete one of these valuable offers!
*Good for one 1-year registration of any available .COM, .US, .BIZ, .INFO, .NAME, .NET or .ORG

WEBSITE TONIGHT®
Create your own Web site in minutes!
Plans from $3.79/mo!

SOLD!
The smart choice for buying & selling domains
 AUCTIONS
Memberships just $4.99/year! Lowest commissions!

BIG OR SMALL BUSINESS
Everything you need to succeed on the Web!

I'm interested in: Selling products online, securing my site, hosting, reseller programs

This Web page is parked FREE, courtesy of GoDaddy.com    ICANN ACCREDITED

Visit GoDaddy.com for the best values on:
Domain names • Web Hosting • Web Site Builders • Email Accounts • SSL Certificates • Ecommerce Products • And More! • See Product Catalog

Go Daddy Super Bowl Commercial • Danica Patrick • Dale Jr. • Go Daddy Girls