1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:10-cv-03738 AB (CWx) [Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING LODGING OF VOLUMINOUS TRIAL EXHIBITS ON CD-ROM**<br><br><br>Date Action Filed:   May 18, 2010<br>Pre-Trial Conference: July 16, 2015<br>Trial Date:                August 4, 2015 |

[PROPOSED] ORDER GRANTING STIPULATION REGARDING TRIAL EXHIBITS

     Having read and considered the Stipulation Regarding Lodging of Voluminous Trial Exhibits on CD-ROM jointly submitted by Plaintiff Academy of Motion Picture Arts and Sciences ("the Academy") and Defendant GoDaddy.com, LLC ("GoDaddy," and together with the Academy, the "Parties") on July 28, 2015, and good cause appearing,

     IT IS ORDERED THAT:

     1.    Trial Exhibits 800-848 and 1000-1257 will be lodged via CD-ROM on the first day of trial; and

     2.    The Parties will provide the Court with a separate binder of the discovery responses and correspondence from Trial Exhibits 800-848 and 1000-1257 that they intend to present at trial, marked according to the Court's rules and standing order.

DATED: July 30, 2015

_____
Hon. André Birotte Jr.
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION REGARDING TRIAL EXHIBITS
-1-