BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:   310-752-2400
Fax:  310-752-2490

[Additional Counsel Listed On Signature Page]
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  2:10-cv-03738 AB (CWx) [Consolidated with Case No.2:13-cv-08458-AB (CWx)]<br><br>**STIPULATION REGARDING LODGING OF ADDITIONAL VOLUMINOUS TRIAL EXHIBITS ON CD-ROM;**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY**<br><br>Date Action Filed:     May 18, 2010<br>Pre-Trial Conference: July 16, 2015<br>Trial Date:                August 4, 2015 |

The following Stipulation is made by and among counsel for Plaintiff Academy of Motion Picture Arts and Sciences ("the Academy") and Defendant GoDaddy.com, LLC ("GoDaddy," and together with the Academy, the "Parties"):

WHEREAS, on July 21, 2015 the Parties filed an Amended Joint Exhibit List (Dkt. No. 711, "Exhibit List") pursuant to pursuant to Local Rule 16-6 and the Court's order at the Final Pre-Trial Conference held on July 16, 2015;

WHEREAS, Trial Exhibits 6-9, 11, 14, 16-27 on the Exhibit List consist of various versions of GoDaddy's contractual agreements with domain name registrants;

WHEREAS, Trial Exhibit 24 alone consists of over 1,163 pages;

WHEREAS, the Parties recognize the relevance of Trial Exhibits 6-9, 11, 14, and 16-27, but given the time limitations on the Parties' trial presentations, it will not be manageable to present all of these agreements;

WHEREAS, the Parties wish to save the Court the burden of dealing with thousands of pages of documents and therefore seek permission to lodge Trial Exhibits 6-9, 11, 14, and 16-27 via CD-ROM on the first day of trial—the same time that trial exhibits are lodged with the Courtroom Deputy Clerk pursuant to the Court's Order re Court Trial;

WHEREAS, the Parties will print out the specific agreements from Trial Exhibits 6-9, 11, 14, 16-27 that they intend to offer at trial and place them in a separate binder for the Court marked according to the Court's rules and standing order;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties as follows:

1. Trial Exhibits 6-9, 11, 14, and 16-27 will be lodged via CD-ROM on the first day of trial; and

2. The Parties will provide the Court with a separate binder of the discovery and correspondence from Trial Exhibits 6-9, 11, 14, and 16-27 that they intend to present at trial, marked according to the Court's rules and standing order.

**IT IS SO STIPULATED.**

DATED: July 29, 2015    By:  */s/ Enoch H. Liang*
    Enoch Liang

LEE TRAN & LIANG LLP
James M. Lee, California Bar No. 192301
Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650
Fax: 424-248-6652

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL, 33301
Tel: 954-356-0011

|  | Fax: 954-356-0022 |
|---|---|
|  | David L. Zifkin (SBN 232845)<br>401 Wilshire Blvd., Suite 850<br>Santa Monica, CA 90401<br>Tel: 310-752-2400<br>Fax: 310-752-2490<br>*Additional Attorneys for Plaintiff* |
| DATED: July 29, 2015    By: | */s/ Aaron M. McKown*<br>Aaron M. McKown |
|  | RING BENDER LLLP<br>Aaron M. McKown (CA Bar No. 208781)<br>Paula Zecchini (CA Bar No. 238731)<br>2 Park Plaza, Suite 550<br>Irvine, CA 92612<br>Tel: 949.202.5818; Fax: 949.679.7939 |
|  | WILMER CUTLER PICKERING HALE AND DORR LLP<br>Robert Galvin, California Bar No. 171508<br>Jimmy Doan, California Bar No. 271448<br>950 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 858-6000 |
|  | William Lee, pro hac vice<br>60 State St.<br>Boston, MA 02109<br>Telephone: (617) 526-6000 |
|  | *Attorneys for Defendant* |