# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING LODGING OF ADDITIONAL VOLUMINOUS TRIAL EXHIBITS ON CD-ROM**<br><br>Date Action Filed:   May 18, 2010<br>Pre-Trial Conference: July 16, 2015<br>Trial Date:              August 4, 2015 |

1  Having read and considered the Stipulation Regarding Lodging of
2  Additional Voluminous Trial Exhibits on CD-ROM jointly submitted by Plaintiff
3  Academy of Motion Picture Arts and Sciences ("the Academy") and Defendant
4  GoDaddy.com, LLC ("GoDaddy," and together with the Academy, the "Parties")
5  on July 29, 2015, and good cause appearing,

6  IT IS ORDERED THAT:

7  1.  Trial Exhibits 6-9, 11, 14, and 16-27 will be lodged via CD-ROM on
8  the first day of trial; and

9  2.  The Parties will provide the Court with a separate binder of the
10  discovery responses and correspondence from Trial Exhibits 6-9, 11, 14, and 16-27
11  that they intend to present at trial, marked according to the Court's rules and
12  standing order.

DATED: _____     _____
                           Hon. André Birotte Jr.
                           United States District Court Judge