BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
David Nelson (*pro hac vice*)
dnelson@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed On Signature Page]
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,

Plaintiff,

v.

GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,

Defendants.

Case No.: 2:10-cv-03738 AB (CWx) [Consolidated with Case No. 2:13- cv-08458-AB (CWx)]

**STIPULATION REGARDING DEPOSITION TRANSCRIPTS TO BE LODGED AT TRIAL;**

**[PROPOSED] ORDER FILED CONCURRENTLY**

Date Action Filed: May 18, 2010
Pre-Trial Conference: July 16, 2015
Trial Date: August 4, 2015

The following Stipulation is made by and among counsel for Plaintiff Academy of Motion Picture Arts and Sciences ("the Academy") and Defendant GoDaddy.com, LLC ("GoDaddy," and together with the Academy, the "Parties"):

WHEREAS, pursuant to L.R. 16-2.7, on August 4, 2015 the Parties are to identify on the original deposition transcripts the testimony they intend to offer by bracketing the questions and answers in the margins, along with marking any objections thereto in the margins;

WHEREAS, the Parties have exchanged their marked-up designations, counter-designations, and objections to deposition testimony in electronic versions of the deposition transcripts; and

WHEREAS, the Parties seek permission to lodge with the Court hard copies of these electronic marked-up versions of the deposition testimony instead of marked-up versions of the original deposition transcripts.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties as follows:

On the first day of trial, the Parties will lodge copies of their electronic mark-ups of their designations, counter-designations, and objections to the deposition testimony they intend to offer.

**IT IS SO STIPULATED.**

DATED: July 30, 2015 By: */s/ Enoch H. Liang*
Enoch Liang

LEE TRAN & LIANG LLP
James M. Lee, California Bar No. 192301
Enoch H. Liang California Bar No. 212324
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

FOOTE, MEYERS, MIELKE FLOWERS LLC
Robert M. Foote (*pro hac vice*)
Kathleen Chavez (*pro hac vice*)
Matthew Herman (*pro hac vice*)
30 North LaSalle Street, Suite 2340
Chicago, IL 60602
Telephone: (630) 232-6333
Facsimile: (630) 845-8982

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650
Fax: 424-248-6652

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL, 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490
*Additional Attorneys for Plaintiff*

DATED: July 30, 2015 By: */s/ Aaron M. McKown*
Aaron M. McKown

RING BENDER LLLP
Aaron M. McKown (CA Bar No. 208781)
Paula Zecchini (CA Bar No. 238731)
2 Park Plaza, Suite 550
Irvine, CA 92612
Tel: 949.202.5818; Fax: 949.679.7939

WILMER CUTLER PICKERING HALE AND DORR LLP
Robert Galvin, California Bar No. 171508
Jimmy Doan, California Bar No. 271448
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000

William Lee, pro hac vice
60 State St.
Boston, MA 02109
Telephone: (617) 526-6000

*Attorneys for Defendant*