1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEPOSITION TRANSCRIPTS TO BE LODGED AT TRIAL**<br><br><br>Date Action Filed:    May 18, 2010<br>Pre-Trial Conference: July 16, 2015<br>Trial Date:              August 4, 2015 |

[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEPOSITION TRANSCRIPTS

Having read and considered the Stipulation Regarding Deposition Transcripts to be Lodged at Trial jointly submitted by Plaintiff Academy of Motion Picture Arts and Sciences ("the Academy") and Defendant GoDaddy.com, LLC ("GoDaddy," and together with the Academy, the "Parties") on July 30, 2015, and good cause appearing,

IT IS ORDERED THAT:

On the first day of trial, the Parties will lodge with the Court copies of their electronic mark-ups of their designations, counter-designations, and objections to the deposition testimony they intend to offer.

DATED: _____

                                    Hon. André Birotte Jr.
                                    United States District Court Judge