1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEPOSITION TRANSCRIPTS TO BE LODGED AT TRIAL**<br><br>Date Action Filed:   May 18, 2010<br>Pre-Trial Conference: July 16, 2015<br>Trial Date:              August 4, 2015 |

[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEPOSITION TRANSCRIPTS

1  Having read and considered the Stipulation Regarding Deposition
2  Transcripts to be Lodged at Trial jointly submitted by Plaintiff Academy of Motion
3  Picture Arts and Sciences ("the Academy") and Defendant GoDaddy.com, LLC
4  ("GoDaddy," and together with the Academy, the "Parties") on July 30, 2015, and
5  good cause appearing,

6  IT IS ORDERED THAT:

7  On the first day of trial, the Parties will lodge with the Court copies of their
8  electronic mark-ups of their designations, counter-designations, and objections to
9  the deposition testimony they intend to offer.

DATED: July 31, 2015

Hon. André Birotte Jr.
United States District Court Judge