1  BOIES, SCHILLER & FLEXNER LLP
2  Stuart Singer (*pro hac vice*)
   ssinger@bsfllp.com
3  401 East Las Olas Blvd, Suite 1200
4  Fort Lauderdale, FL 33301
   Tel: 954-356-0011
5  Fax: 954-356-0022

6
   David L. Zifkin (SBN 232845)
7  dzifkin@bsfllp.com
8  401 Wilshire Blvd., Suite 850
   Santa Monica, CA 90401
9  Tel:   310-752-2400
   Fax:   310-752-2490
10

11 [Additional Counsel Listed On Signature Page]
12 Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> GODADDY.COM, INC., a Delaware corporation, <br><br> Defendant. | Case No. CV10-3738-AB(CWx) <br><br> **JOINT WITNESS LIST** <br><br> Date Action Filed: May 18, 2010 <br> Pre-Trial Conference: July 16, 2015 <br> Trial Date: August 4, 2015 |

| | **Witnesses for Plaintiff** | **Dates of Testimony** |
|---|---|---|
| 1 | | |
| 2 | Bruce Davis | Tuesday, August 4, 2015 |
| 3 | Christine Jones (by deposition) | Tuesday, August 4, 2015 |
| 4 | Barbara Rechterman (by deposition) | Tuesday, August 4, 2015 |
| 5 | Shannon Schumacher (by deposition) | Tuesday, August 4, 2015 |
| 6 | Richard Merdinger (by deposition) | Tuesday, August 4, 2015 |
| 7 | Camille Ede (by deposition) | Tuesday, August 4, 2015 |
| 8 | Chris Silver Smith (by deposition) | Tuesday, August 4, 2015 |
| 9 | Nathan Curran (may call) (by deposition) | Wednesday, August 5, 2015 |
| 10-11 | Timothy Ruiz (may call) (by deposition) | Wednesday, August 5, 2015 |
| 12 | Paul Nicks (by deposition) | Wednesday August 5, 2015 |
| 13 | | |
| 14 | **Witnesses for Defendant** | **Dates of Testimony** |
| 15 | Oscar Sagastume (*) | Thursday, August 6, 2015 |
| 16 | Oscar Hernandez (*) | Thursday, August 6, 2015 |
| 17 | Ric Robertson (by deposition) | Thursday, August 6, 2015 |
| 18 | Jessica Hanyen | Thursday, August 6, 2015 |
| 19 | Richard Merdinger (by deposition) | Thursday, August 6, 2015 |
| 20 | Paul Nicks | Thursday, August 6, 2015 |
| 21 | Janet Weiss (by deposition) | Friday, August 7, 2015 |
| 22 | Scott Miller (by deposition) | Friday, August 7, 2015 |
| 23 | Jim Pampinella | Friday, August 7, 2015 |
| 24 | | |
| 25 | **Rebuttal Witnesses for Plaintiff** | **Dates of Testimony** |
| 26 | Chip Mahla (Expert) (may call)(†) | Friday, August 7 |
| 27 | David Quinto (may call) | Friday, August 7 |
| 28 | | |

1

JOINT WITNESS LIST

| | |
|---|---|
| Ric Robertson (may call) | Friday, August 7 |
| Scott Miller (may call) | Friday, August 7 |
| Christina Kounelias (may call) | Friday, August 7 |

(\*)  These witnesses are unavailable on Wednesday, August 5, 2015 and may need to be called out of order.

(†)  GoDaddy objects to Chip Mahla, AMPAS' damages expert, from being called as a rebuttal witness given that AMPAS bears the burden of proof in this matter. Moreover, Mr. Mahla was not designated as a rebuttal witness by AMPAS in its L.R. 16-2 Witness List.

DATED: August 3, 2015

By: /s/   Enoch H. Liang

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC
Robert M. Foote (pro hac vice)
rmf@fmcolaw.com
Matthew Herman (pro hac vice)
mjh@fmcolaw.com
10 West State Street, Suite 200
Geneva, Illinois 60134
Tel:  630-232-7450

Fax: 630-232-7452

LEE, TRAN & LIANG LLP
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: 213-612-8900
Fax: 213-612-3773

KUPFERSTEIN MANUEL & QUINTO LLP
David W. Quinto, Esq. (SBN 106232)
dq@kmqIitigation.com
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650
Fax: 424-248-6652


Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

Dated: August 3, 2015

**RING BENDER LLLP**
Aaron M. McKown
Paula L. Zecchini

By: *s/ Paula L. Zecchini*
    Paula L. Zecchini

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
Jimmy Doan, California Bar No. 271448
950 Page Mill Road
Palo Alto, CA  94304
Telephone: (650)858-6017
E-mail:  robert.galvin@wilmerhale.com
         jimmy.doan@wilmerhale.com

William Lee, *pro hac vice*
60 State Street

| | |
|---|---|
| 1 | Boston, MA  02109 |
| 2 | Telephone: (617)526-6000 |
|   | E-mail: William.lee@wilmerhale.com |
| 3 | Attorneys for Defendant |
| 4 | GODADDY.COM, LLC (fka GODADDY.COM, INC.) |