BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:   310-752-2400
Fax:  310-752-2490

[Additional Counsel Listed On Signature Page]
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>GODADDY.COM, INC., a Delaware corporation,<br><br>     Defendant. | Case No. CV10-3738-AB(CWx)<br><br>**STIPULATED FACT NO. 136**<br><br>Date Action Filed: May 18, 2010<br>Pre-Trial Conference: July 16, 2015<br>Trial Date: August 4, 2015 |

The following Stipulation is made by and among counsel for Plaintiff Academy of Motion Picture Arts and Sciences ("the Academy") and Defendant GoDaddy.com, LLC ("GoDaddy," and together with the Academy, the "Parties"):

WHEREAS, on July 31, 2015 the Court signed the Revised Final Pretrial Conference Order (Dkt. No. 725). Appendix A thereto contained one hundred thirty four (134) "Stipulated Facts that the Parties Have Agreed to be Admitted." *See* Dkt. No. 725, at pages 20-38;

WHEREAS, on August 2, 2015, the Parties filed an additional Stipulated Fact No. 135 (Dkt. No. 728);

WHEREAS, the Parties have now agreed to an additional Stipulated Fact No. 136, attached hereto for the Court's convenience.

**IT IS SO STIPULATED.**

DATED: August 4, 2015

By: /s/   Enoch H. Liang

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC

1

| | |
|---|---|
| 1 | Robert M. Foote (pro hac vice) |
| 2 | rmf@fmcolaw.com |
|   | Matthew Herman (pro hac vice) |
| 3 | mjh@fmcolaw.com |
|   | 10 West State Street, Suite 200 |
| 4 | Geneva, Illinois 60134 |
| 5 | Tel:  630-232-7450 |
|   | Fax:  630-232-7452 |
| 6 | |
| 7 | LEE, TRAN & LIANG LLP |
|   | James M. Lee (SBN 192301) |
| 8 | james.lee@ltlattorneys.com |
|   | Enoch H. Liang (SBN 212324) |
| 9 | enoch.liang@ltlattorneys.com |
| 10 | 601 South Figueroa Street, Suite 3900 |
|    | Los Angeles, CA 90017 |
| 11 | Tel: 213-612-8900 |
| 12 | Fax: 213-612-3773 |
| 13 | |
|    | KUPFERSTEIN MANUEL & QUINTO LLP |
| 14 | David W. Quinto, Esq. (SBN 106232) |
| 15 | dq@kmqIitigation.com |
|    | 11845 W. Olympic Boulevard, Suite 1000 |
| 16 | Los Angeles, CA 90064 |
| 17 | Tel: 424-248-6650 |
|    | Fax: 424-248-6652 |
| 18 | |
| 19 | |
|    | Attorneys for Plaintiff Academy of Motion |
| 20 | Picture Arts and Sciences |
| 21 | |
| 22 | |
|    | Dated:  August 4, 2015                    **RING BENDER LLLP** |
| 23 |                                                                Aaron M. McKown |
|    |                                                                Paula L. Zecchini |
| 24 | |
| 25 |                                    By:  *s/ Paula L. Zecchini* |
|    |                                          Paula L. Zecchini |
| 26 | |
| 27 |                                    **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 28 |                                    Robert Galvin, California Bar No. 171508 |
|    |                                    Jimmy Doan, California Bar No. 271448 |

1
2
3

950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650)858-6017
E-mail: robert.galvin@wilmerhale.com
jimmy.doan@wilmerhale.com

4
5
6

William Lee, *pro hac vice*
60 State Street
Boston, MA 02109
Telephone: (617)526-6000
E-mail: William.lee@wilmerhale.com

7
8
9

Attorneys for Defendant
GODADDY.COM, LLC (fka
GODADDY.COM, INC.)

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**The Parties' Stipulated Fact No. 136**

As of August 4, 2015, GoDaddy's market capitalization was $4.44 billion.