1
2
3
4
5

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL, 33301
Tel: 954-356-0011
Fax: 954-356-0022

6
7
8
9

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

10    [Additional Counsel Listed on Signature Page]

11    Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

12

13                  UNITED STATES DISTRICT COURT

14                  CENTRAL DISTRICT OF CALIFORNIA

15                         WESTERN DIVISION

16

17
18
19

ACADEMY OF MOTION PICTURE
ARTS AND SCIENCES, a California
nonprofit corporation,

Case No.:  2:10-cv-03738 AB (CWx)
[Consolidated with Case No.2:13- cv-
08458-AB (CWx)]

20
21

                     Plaintiff,
v.

**PLAINTIFF ACADEMY OF
MOTION PICTURE ARTS AND
SCIENCES' NOTICE OF REDUCED
EXHIBITS**

22    GODADDY.COM, INC., et al.,

23
24

                     Defendant.

Complaint Filed: May 18, 2010
Trial Date: August 4, 2015

25
26
27
28

1   After discussion with the Court on August 5, 2015 about reducing the number

2   of exhibits in the record, Plaintiff Academy of Motion Pictures Arts and Sciences

3   ("AMPAS") hereby submits the following reduced list of exhibits that it intends to

4   rely upon, other than (a) the exhibits already moved into evidence on Tuesday Aug. 4

5   and Wednesday Aug. 5[1], and/or (b) those exhibits that will be used for impeachment

6   and/or in rebuttal testimony.[2]

7   For the Court's convenience, AMPAS has divided the below list below into two

8   categories:  (1) those exhibits that are stipulated to by the parties, but which were not

9   discussed specifically during AMPAS's case-in-chief (the parties previously agreed

10  that whatever exhibits were not objected to would be in evidence); and (2) those

11  exhibits to which GoDaddy has objected.

12  For the Court's reference, of the approximately 1053[3] original exhibits on the

13  Fourth Amended/Revised Joint Exhibit List previously filed with the Court (Dkt. No.

14  730), AMPAS has decided that it does not intend to rely upon approximately 556

15  exhibits.

16  Of the remaining approximately 500 exhibits, (1) approximately 350 of them

17  are either screenshots of Parked Pages and/or cease and desist letters, which AMPAS

18  requires to preserve the record on the 293 domain names at issue; (2) approximately

19  30 of them relate to GoDaddy's revenue and/or impression data spreadsheets (that

---

[1] Though the Clerk is keeping her own list of exhibits already moved into evidence, AMPAS has kept track as well and has the following exhibits on its list as in evidence already: 13, 38, 44, 100, 114, 117, 135, 202, 203, 206, 400, 405, 506-507, 522, 529, 532, 534, 538, 549, 556, 566, 599, 661-666, 714, 1035, 1156, 1238, 2006, 2029-2030, 2076, 2101, 2172, 2192, 2302, 2305, and 3050.

[2] AMPAS asked GoDaddy if it wished to file a joint document reducing GoDaddy's number of exhibits, but GoDaddy declined to do so until after it rests its case on Friday.

[3] The numbers given are approximations because the parties have been adding and dropping exhibits from the list on a daily basis.  Also, the Court has also been making rulings on exhibits on a daily basis.

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

AMPAS may drop at the close of the case); (3) approximately 36 of them relate to AMPAS's fame (such as newspaper articles or dictionary definitions that the Court already took judicial notice regarding) and/or trademark registrations; and (4) approximately 12 of them relate to GoDaddy's agreements or contracts—the relevant language from these contracts has already been stipulated to by the parties in the Court's Revised Final Pretrial Conference Order.

That leaves approximately 70 exhibits that are GoDaddy or AMPAS documents, emails, presentations, etc.

### 1. List Of Exhibits Stipulated To By The Parties (But Not Specifically Discussed During AMPAS's Case-In-Chief)

Exhibits relating to Fame of AMPAS's Marks:

| Trial Exhibit | Date | Brief Description (* -- refers to AEO Documents) |
|---|---|---|
| 1 | | AMPAS Licensing Agreements* |
| 3 | 2005-02-22 | Broadcast License to ABC* |
| 4 | 2005-06-10 | Oscars.com License* |
| 200 | n/a | USPTO DVD |
| 205 | n/a | AMPAS Annual Report 2009-2010 |
| 219 | 2011-04-22 | AMPAS regulations re viewing clips for Academy Awards |
| 222 | | Gary Levin, Nielsens: 36.3 million go for Oscar gold, USA TODAY, February 25, 2009, reporting that 36.3 million television viewers in the United States watched the 2009 Academy Awards ceremony |
| 223 | | James Hibberd, ABC thanks Oscars: trophy show powers network to No. 2 for week, HOLLYWOOD REPORTER, February 25, 2009, reporting that 36.3 million television viewers in the United States watched the 2009 Academy Awards ceremony |
| 224 | | THE NIELSENS: And the ratings winner is … Oscar, NEWSDAY, March 10, 2010, reporting that 41.70 million television viewers in the United States watched the 2010 Academy Awards ceremony |
| 225 | | Oscars are gold for ABC, LOS ANGELES TIMES, March 12, 2010, reporting that 41.70 million television viewers in the United States watched the 2010 Academy Awards ceremony |
| 226 | | Sam Thielman, Oscar Ads Sold Out, VARIETY, February 11, 2011, reporting that "[a]d inventory for the 83rd annual Academy Awards telecast on ABC is sold out" and that "marketers courting Oscar viewers will be Amazon.com, Anheuser Busch, Best Buy, |

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| | | | |
|---|---|---|---|
| | | | Cars.com, Coke, Hyundai, JC Penny, McDonald's, Nokia, Procter & Gamble, Sprint, Unilever and the American Cancer Society, many of which are returning advertisers." |
| | 227 | | Marc Graser, Oscar ad buys looking golden, VARIETY, February 16, 2011, reporting that "ABC said last week that it had sold out its commercial time for the 83rd installment of the awards show . . . with a 30-second ad costing around $1.7 million . . . . That's up from the $1.4 million that the network charged marketers last year." |
| | 228 | | Michael Cieply and Brooks Barnes, Younger Audience Still Eludes Oscars, N.Y. TIMES, February 28, 2011, reporting preliminary viewership results for the 2011 Academy Awards and that 41.7 million television viewers in the United States watched the 2010 Academy Awards ceremony |
| | 229 | | Gary Levin, 37.9M viewers pick up Oscars, USA TODAY, March 2, 2011, reporting that 37.9 million television viewers in the United States watched the 2011 Academy Awards ceremony |
| | 230 | | PRIME-TIME TV RANKINGS; ABC gets weeklong Oscar lift, LOSANGELES TIMES, March 4, 2011, reporting that 37.92 million television viewers in the United States watched the 2011 Academy Awards ceremony |
| | 231 | | THE NIELSENS: And the winner is … Oscar, NEWSDAY, March 1, 2011, reporting that 37.9 million television viewers in the United States watched the 2011 Academy Awards ceremony |
| | 232 | | Marc Graser and Christy Grosz, Oscar Brand, VARIETY, February 15, 2012, reporting that "[w]ith ABC charging between $1.6 million and $1.7 million per spot this year, the average price of a 30-second ad during the 84th Academy Awards is up only modestly vs. the past two years." |
| | 233 | | Michael Cieply and Brooks Barnes, Loud Oscar for "The Artist": 5 Wins, N.Y. TIMES, February 27, 2012, reporting that 37.9 million viewers in the United States watched the 2011 Academy Awards ceremony |
| | 234 | | Scott Collins, PRIME-TIME TV RANKINGS: Oscars deliver for a cold ABC, LOS ANGELES TIMES, February 29, 2012, reporting that 39.34 million television viewers in the United States watched the 2012 Academy Awards ceremony |
| | 235 | | Rick Kissel, A rare win for ABC: Net hopes Oscarcast boosts debuts, VARIETY, February 29, 2012, reporting that 39.34 million television viewers in the United States watched the 2012 Academy Awards ceremony. |
| | 236 | | Hampton Stevens, If Oscars were such a bore, why were ratings so good?, WASHINGTON TIMES, February 28, 2012, reporting that 39.3 million television viewers in the United States watched the 2012 Academy Awards ceremony. |
| | 237 | | THE NIELSENS: The winner is … Oscar, NEWSDAY, February 29, 2012, reporting that 39.3 million television viewers in the United States watched the 2010 Academy Awards ceremony. |

3

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| | | |
|---|---|---|
| 238 | | Marisa Guthrie, ABC Sells Out Ad Inventory for Oscars, HOLLYWOOD REPORTER, February 5, 2013, reporting that "ABC has unloaded all of its advertising inventory for the 85th Annual Academy Awards . . . . The network has been booking up to $1.8 million for a 30-second spot, up slightly compared to last year's $1.7 million. |
| 239 | | Michael Cieply and Brooks Barnes, Academy Award Show Raises Ratings and Hackles, N.Y. TIMES, February 25, 2013, reporting that 39.3 million television viewers in the United States watched the 2012 Academy Awards ceremony and 40.3 million television viewers in the United States watched the 2013 Academy Awards ceremony. |
| 240 | | Gary Levin, Oscar ratings rise under MacFarlane's irreverent watch: Show pulls in 1 million more viewers than 2012, USA TODAY, February 26, 2013, reporting that 40.3 million television viewers in the United States watched the 2013 Academy Awards ceremony |
| 241 | | Scott Collins, PRIME-TIME TV RANKINGS: ABC takes the week, but CBS wins 'sweeps,' LOS ANGELES TIMES, February 28, 2013, reporting that 40.38 million television viewers in the United States watched the 2013 Academy Awards ceremony |
| 242 | | Rick Kissel, Oscar's Halo Effect, VARIETY, February 27, 2013, reporting that 40.38 million television viewers in the United States watched the 2013 Academy Awards ceremony |
| 243 | | PRIME-TIME TV RANKINGS: ABC's big wish is granted by the Oscars; The Academy Awards programming is a hit, giving network four of top seven shows and a ratings victory, LOS ANGELES TIMES, March 5, 2014, reporting that 43.74 million television viewers in the United States watched the 2014 Academy Awards ceremony |
| 244 | | David Bauder, Nielsen TV ratings: More good news for Oscars, AP ONLINE, March 4, 2014, reporting that 43.7 million television viewers in the United States watched the 2014 Academy Awards ceremony. |
| 245 | | The fact that popular magazines, like People, U.S. Weekly, and Vogue, magazine, have extensive coverage of the Academy Awards in their magazines and websites. |
| 246 | | The Office for Harmonization In The Internal Market's Decision on Opposition No. B 903 767, dated January 14, 2008, regarding the Academy's Oscar trademark. |
| 248 | | The definition of Oscar in the Oxford English Dictionary (from the online version) |
| 249 | | the definition of Academy Award in the Oxford English Dictionary (from the online version) |
| 250 | | The description of Academy Award in the Encyclopedia Britannica (from the online version) |

<u>Exhibits relating to GoDaddy Agreements (with Google or with Registrants)</u>

4

| *8* | *2008-06-09* | *GoDaddy Domain name Registration Agreement* |
|---|---|---|
| 12 | 2009-04-10 | Google Service Agreement |
| 15 | 2009-04-03 | Google/GD AdSense Agreement |
| 31 | 2009-04-10 | Google Services Agreement with GD* |
| 32 | 2005-12-21 | Amendment No.1 to AFD with Google* |
| 33 | 2005-08-12 | GSA Order Form Terms for AFD to GD* |
| 34 | 2006-06-15 | Amendment No.2 to AFD with Google* |
| 35 | 2011-03-22 | Final Renewal Agreement between Google and GoDaddy* |
| 36 | 2011-03-30 | Executed  Final Renewal Agreement between Google and GoDaddy Executed by GoDaddy* |
| 37 | 2011-04-04 | Executed  Final Renewal Agreement between Google and GoDaddy Executed by Google* |
| 505 | 2006-08-23 | Google AdSense Policy Guidelines |
| 584 | 2009-03-31 | Email from Paul Nicks re Google Contract and revenue |

## Exhibits relating to trademark applications and/or registrations

| 110 | 2011-10-26 | BRANDCATCHER trademark application |
|---|---|---|
| 111 | 2011-12-26 | DEEP MONITOR trademark application |

## Exhibits relating to GoDaddy's July 2013 and Dec. 2014 Filters

| 399 | n/a | Filter-related program documents, bates no. GD070537-GD070568, GD071550-GD071551* |
|---|---|---|
| 401 | n/a | Filter-related program documents* |
| 402 | n/a | Updated Filter-related program documents* |
| 404 | n/a | List of terms barred from use as keywords in CashParking |
| 658 | 2013-07-01 | AMPAS Trademark Filter (July 2013 results) |
| 660 | 2013-12-09 | Email to Nicks re Filter* |
| 668 | 2014-05-05 | Email to Nicks re Trademark Release (ready by April 28, 2014) |
| 681 | n/a | Obvious TM List |

5

## Exhibits that are generally GoDaddy communications

| | | |
|---|---|---|
| 42 | | Merdinger Patent Application No. 11866831 |
| 43 | 2010-06-14 | Prosecution History for Patent Application No. 11866831 |
| 508 | 2007-01-17 | Emails re Templates on the Park System |
| 511 | 2007-02-08 | Email from Nate Curran re Casale |
| 515 | 2007-03-31 | CashParking revenue charts |
| 526 | 2007-08-25 | Docs re cash parking revenue |
| 527 | 2007-08-31 | Email re auto-optimization |
| 533 | 2007-10-12 | Email re request for parked page for disputed domains |
| 537 | 2008-01-04 | Domain Disputes Parked Page Template Numbers |
| 539 | 2008-01-25 | Email re Domain Name Aftermarket News |
| 542 | 2008-02-12 | Email re YouTube's use of AMPAS marks |
| 543 | 2008-02-14 | Email from Adam Dicker re Casale |
| 544 | 2008-02-15 | Email re February 15, 2008 Aftermarket Report |
| 546 | 2008-02-18 | Email from Paul Nicks re Casale |
| 552 | 2008-03-01 | Aftermarket Report re Casale |
| 560 | 2008-04-26 | Emails re action items re cash parking |
| 562 | 2008-07-16 | Domain Name Aftermarket News |
| 592 | 2009-10-01 | Email re engineering feedback response |
| 625 | 2011-05-02 | Getting Started with CashParking Quick Content |
| 626 | 2011-05-02 | GoDaddy Getting Started with CashParking Quick Content |
| 645 | 2012-02-20 | CashParking Plan Information |
| 650 | 2012-05-25 | Email from M. Herman attaching AMPAS008939 to AMPAS008944 |
| 703 | n/a | Cash Parking Help Topics |
| ***806*** | ***2011-11-04*** | ***GoDaddy's Resp. to Second Set of Interrogatories (Blacklist)*** |
| 850 | | AMPAS Compendium of GoDaddy's Discovery Responses |
| 2020 | n/a | Cash Parking Screenshots from GD Website |
| 3047 | | Cash Parking Documents re OSCARRESULTS.NET, OSCARRESULTS.COM, and MYOSCARSPEECH.COM (GD14354-GD14355) |

## Exhibits relating to Summaries of Revenue or Impression Data

| | | |
|---|---|---|
| 408 | n/a | Aggregate Revenue Data |
| 648 | 2012-03-28 | Email from McKown to Liang re aggregate revenues for banner ads |
| 649 | 2012-04-09 | Cash Parking Revenue Statistics (5.11.2009 - 3.27.2012) |
| 651 | 2012-11-12 | Email from Aaron McKown producing revenue documents (attached) |
| 655 | 2013-01-15 | Email from Aaron McKown attaching Revenue Spreadsheets |

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| 685 | n/a | Parked Page Revenue 2004-2010 |
| 686 | n/a | Parked Page Revenue 2005-2010 |
| 687 | n/a | Parked Page Revenue by Domain by Date (1.27.2011 - 4.14.11) |
| 688 | n/a | Revenue Spreadsheet |
| 689 | n/a | Revenue Spreadsheet |
| 690 | n/a | Cash Parking Revenue Summary |
| 692 | n/a | Parked Page Revenue by Domain by Date (1.29.07 - 11.28.11) |
| 693 | n/a | Revenue by Domain |
| 696 | n/a | Parked page aggregate revenue spreadsheet |
| 700 | n/a | Revenue from Parked Pages |
| 701 | n/a | Park Page Revenue |
| 702 | n/a | Spreadsheet showing revenue by domain name |
| 711 | n/a | Spreadsheet (Revenue) |
| 902 | 2014-10-28 | Amended Pampinella Expert Report*[4] |
| 906 | | Expert report of James Pampinella* |
| 907 | | Expert file of James Pampinella* |
| 909 | | Impression count data by domain |
| 910 | | Revenue data by domain |
| 3019 | | Domain Name Revenue Data |
| 3020 | | Domain Name Impression Data |
| 3021 | | Domain Name Revenue Data |
| 3032 | | Supplemental Domains Impressions Chart |
| 3043 | 2015-07-22 | Amended Expert Report of James Pampinella |
| 396 | n/a | Revenue spreadsheets produced by GoDaddy.com, Inc., bates no. GD066442-066568 |
| 397 | n/a | AMPAS I impression data with IP address, bates no. GD070776-GD071044 |

Exhibits relating to Cease and Desist Letters

| 1000 | n/a | Summary of Cease & Desist Letters |
| 1013 | 2009-06-18 | C&D Letter for academy-award.info |
| 1015 | 2009-06-18 | C&D letter: ACADEMYAWARDSFORUM.COM and ACADEMYAWARDSFORUMS.COM |
| 1016 | 2009-06-18 | C&D letter: academyawardsnominations.com |
| 1018 | 2009-06-29 | C&D letter: academyaward.us |
| 1019 | 2009-06-29 | C&D letter: academyawards2010.com |
| 1025 | 2009-07-06 | C&D letter: academyawardsshow.com |
| 1028 | 2009-07-06 | C&D letter: academyawardsvideo.com |

---

[4] AMPAS would only use the expert reports of James Pampinella (JTX 902, 906, 907, and 3043 if GoDaddy does not call Mr. Pampinella.

| 1030 | 2010-02-05 | C&D letter:  academyaward(s)rental.com |
|---|---|---|
| 1031 | 2009-08-06 | C&D letter:  academyawardwinners.com |
| 1034 | 2009-08-20 | C&D letter:  academyawardnominations.com |
| 1038 | 2009-09-24 | C&D letter:  academyawardsvoting.com and academyawardsvoting.org |
| 1039 | 2009-10-08 | C&D letter:  watch-oscar-online.info |
| 1042 | 2011-03-03 | C&D letter:  theworldawardacademy.com_org |
| 1047 | 2011-09-15 | C&D letter:  dj-academy-awards.com |
| 1052 | 2011-12-09 | C&D letter:  oscar-yard.info |
| 1058 | 2012-02-28 | C&D letter:  academy-awards-pool.com and  oscar-awards-pool.com |
| 1062 | 2012-03-20 | C&D letter:  oscaraward2013live.com |
| 1072 | 2012-08-28 | C&D letter:  oscarinc.us |
| 1132 | 2009-06-22 | Correspondence from GoDaddy to Quinn Emanuel dated 6/22/09 regarding academyawardsforum.com and academyawardsforums.com |
| 1133 | 2009-06-22 | Correspondence from GoDaddy to Quinn Emanuel dated 6/22/09 regarding academyawardsnominations.com |
| 1134 | 2009-06-23 | Correspondence from GoDaddy to Quinn Emanuel dated 6/23/09 regarding theacademyawardsedwardedeluxe.com |
| 1138 | 2009-07-06 | Correspondence from GoDaddy to Quinn Emanuel dated 7/6/09 regarding youtubeacademyawards.com |
| 1140 | 2009-07-08 | Correspondence from GoDaddy to Quinn Emanuel dated 7/8/09 regarding academyawardsdvd.com |
| 1146 | 2009-07-08 | Correspondence from GoDaddy to Quinn Emanuel dated 7/8/09 regarding academyawardsdocumentary.com |
| 1147 | 2009-07-09 | Correspondence from GoDaddy to Quinn Emanuel dated 7/9/09 regarding inshadacademyawards.com, inshadacademyawards.info, inshadacademyawards.net, and inshadacademyawards.org |
| 1148 | 2009-07-08 | Correspondence from GoDaddy to Quinn Emanuel dated 7/8/09 regarding academyawardsfashion.com |
| 1153 | 2009-08-10 | Correspondence from GoDaddy to Quinn Emanuel dated 8/10/09 regarding academyawardwinners.com |
| 1154 | 2009-08-17 | Correspondence from GoDaddy to Quinn Emanuel dated 8/17/09 regarding academyawardbooks.com |
| 1165 | 2010-02-09 | Correspondence from GoDaddy to Quinn Emanuel dated 2/9/10 regarding academyawardrental.com and academyawardsrental.com |
| 1213 | 2013-01-08 | Letter from Quinn Emanuel to GoDaddy dated 1/8/13 regarding academyawardsnomination.com |
| 1252 | | CHART/SUMMARY OF THIRD PARTY LETTERS  TO GODADDY (sorted by date) |
| 1253 | | CHART/SUMMARY OF THIRD PARTY LETTERS TO GODADDY (sorted by trademark) |

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| 1254 | | CHART/SUMMARY OF THIRD PARTY LETTERS (sorted by # of domain names complained of) |
|---|---|---|
| 3027 | 2011-04-14 | Email attaching Notice of Additional Infringing Domain Names |
| 3028 | 2011-09-14 | Email attaching Notice of Additional Infringing Domain Names |
| 3029 | 2011-09-26 | Notice of Additional Infringing Domain Names (corrected) |
| 3030 | 2011-12-12 | Notice of Additional Infringing Domain Names |
| 3031 | 2012-06-07 | Email attaching Notice of Additional Infringing Domain Names |

Exhibits relating to Screenshots of Parked Pages

| 2021 | | VIRTUALACADEMYAWARDS.COM |
|---|---|---|
| 2022 | | BOLLYWOODOSCARS.COM |
| 2023 | | 411-ACADEMYAWARDS.COM |
| 2024 | | METAVERSEACADEMYAWARDS.COM |
| 2025 | | SOCIALMEDIAACADEMYAWARDS.COM |
| 2026 | | VIRTUALWORLDACADEMYAWARDS.COM |
| 2027 | | ACADEMYAWARDSDB.COM |
| 2028 | | ACADEMYAWARDSLIVE.COM |
| 2031 | | PETACADEMYAWARDS.INFO |
| 2032 | | PETACADEMYAWARDS.COM |
| 2033 | | GLOBEACADEMYAWARD.COM |
| 2034 | | GLOBEACADEMYAWARDS.COM |
| 2035 | | GLOBEACADEMYAWARDS.ORG |
| 2036 | | WORMACADEMYAWARDS.ORG |
| 2037 | | 2012ACADEMYAWARDS.COM |
| 2038 | | 2013ACADEMYAWARDS.COM |
| 2039 | | BILLYCRYSTAL2012ACADEMYAWARDS.COM |
| 2040 | | ACADEMY-AWARDS-POOL.COM |
| 2041 | | OSCAR-AWARDS-POOL.COM |
| 2042 | | OSCARSFILM.COM |
| 2043 | | OSCARNOMINATIONS2013.COM |
| 2044 | | THEINTERNETACADEMYAWARDS.COM |
| 2045 | | THEOSCARS.CO |
| 2046 | | OSCARSEASON.NET |
| 2047 | | OSCARNOMINATIONS2011.COM |
| 2048 | | OSCARNOMINATEDFILMS.COM |
| 2049 | | ACADEMYAWARDS2011WINNERS.COM |

9

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| | | |
|---|---|---|
| 2050 | | ACADEMYAWARDS2012WINNERS.COM |
| 2051 | | LISTOFACADEMYAWARDWINNERS.COM |
| 2052 | | ONLINEOSCARS.COM |
| 2053 | | ACADEMYAWARDEE.COM |
| 2054 | | ACADEMYAWARDER.COM |
| 2055 | | INDIEACADEMYAWARDS.COM |
| 2056 | | MUSICACADEMYAWARD.COM |
| 2057 | | ONACADEMYAWARDS.COM |
| 2058 | | OSCARACTOR.COM |
| 2059 | | OSCARACTRESS.COM |
| 2060 | | ACADEMYAWARDSWINNERSLIST.COM |
| 2063 | | 2OSCARS.NET |
| 2064 | | 3DOSCAR.COM |
| 2065 | | ANDTHEOSCARGOESTOTHEHANGOVER.COM |
| 2066 | | APP-OSCARS.COM |
| 2067 | | APPSOSCARS.COM |
| 2068 | | APPS-OSCARS.COM |
| 2069 | | AWARDSOSCAR.COM |
| 2070 | | BETACADEMYAWARDS.COM |
| 2071 | | BOOTLEGOSCARS.COM |
| 2072 | | BOOTLEGOSCARS.NET |
| 2073 | | COLLEGIATEACADEMYAWARDS.COM |
| 2074 | | COLLEGIATEACADEMYAWARDS.ORG |
| 2075 | | DOGACADEMYAWARD.COM |
| 2077 | | E-OSCARHOME.COM |
| 2078 | | E-OSCARONLINE.NET |
| 2079 | | FUTUREOSCARWINNER.NET |
| 2080 | | GUIDE2OSCARSEVENTS.COM |
| 2081 | | GUIDETOOSCARSEVENTS.COM |
| 2082 | | HOLLYWOODOSCAR.COM |
| 2083 | | HOMEMOVIEOSCARS.COM |
| 2084 | | IMAGEOSCAR.NET |
| 2085 | | IMAGEOSCARS.COM |
| 2086 | | INTERNETOSCAR.COM |
| 2087 | | INTERNET-OSCAR.COM |
| 2088 | | JONSTEWARTOSCARS.COM |
| 2089 | | LEEZAGIBBONSOSCARNIGHT2009.COM |
| 2090 | | LEEZAGIBBONSOSCARNIGHT2011.COM |
| 2091 | | LEEZAGIBBONSOSCARPARTY.COM |
| 2092 | | MYOSCARCOLLECTION.COM |
| 2093 | | MYOSCARCOLLECTION.NET |
| 2094 | | MYOSCARCOLLECTIONNOW.COM |
| 2095 | | MYOSCARCOLLECTIONONLINE.COM |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| | | |
|---|---|---|
| 2096 | | MYOSCARSPEECH.COM |
| 2097 | | OFFICEOSCARS.COM |
| 2098 | | OFFICIALE-OSCAR.COM |
| 2099 | | OFFICIALE-OSCARONLINE.COM |
| 2100 | | OSCAR2.COM |
| 2102 | | OSCARANDEMMY.COM |
| 2103 | | OSCARAPP.COM |
| 2104 | | OSCARATTHEMOVIES.COM |
| 2105 | | OSCARAWARDBOOKS.COM |
| 2106 | | OSCARBET.COM |
| 2107 | | OSCARBETS.COM |
| 2108 | | OSCARBLOG.COM |
| 2109 | | OSCARBLOGGER.COM |
| 2110 | | OSCARCINEMAS.COM |
| 2111 | | OSCARCOMEDY.COM |
| 2112 | | OSCARDVD.COM |
| 2113 | | OSCARDVDS.COM |
| 2114 | | OSCARENTERTAINMENT.COM |
| 2115 | | OSCARFAQS.COM |
| 2116 | | OSCARFORWOMEN.COM |
| 2117 | | OSCARGOODIES.COM |
| 2118 | | OSCARGURU.COM |
| 2119 | | OSCARIMAGE.COM |
| 2120 | | OSCARLIST.COM |
| 2121 | | OSCARMOVIEMAKER.COM |
| 2122 | | OSCARMOVIES.NET |
| 2123 | | OSCARNIGHTDRESSES.COM |
| 2124 | | OSCARORNOT.COM |
| 2125 | | OSCARRESULTS.NET |
| 2126 | | OSCARSARCHIVES.COM |
| 2127 | | OSCARSBALL.COM |
| 2128 | | OSCARSBLOG.COM |
| 2129 | | OSCARSDRESSREGISTRY.COM |
| 2130 | | OSCARSFANTASY.COM |
| 2131 | | OSCARSFASHION.COM |
| 2132 | | OSCARSGIFTINGSUITE.COM |
| 2133 | | OSCARSGOODIEBAGS.COM |
| 2134 | | OSCARSGOODIES.COM |
| 2135 | | OSCARSHOMEMOVIES.COM |
| 2136 | | OSCARSLIST.COM |
| 2137 | | OSCARSLIVEBLOGGING.COM |
| 2138 | | OSCARSNUB.COM |
| 2139 | | OSCARSONLINE.NET |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| | | |
|---|---|---|
| 2140 | | OSCARSPICTURES.COM |
| 2141 | | OSCARSREDCARPET.COM |
| 2142 | | OSCARSRESULTS.COM |
| 2143 | | OSCARSRESULTS.NET |
| 2144 | | OSCARSTWEET.COM |
| 2145 | | OSCARSUNPLUGGED.COM |
| 2146 | | OSCARSWIN.COM |
| 2147 | | OSCARTHEATERS.COM |
| 2148 | | OSCARTRAILER.COM |
| 2149 | | OSCARTWEETS.COM |
| 2150 | | OSCARVIEWINGPARTY.COM |
| 2151 | | OSCARWEAR.NET |
| 2152 | | OSCARWINNERS.NET |
| 2153 | | OSCARWINNERSCOMMUNITY.COM |
| 2154 | | OSCARWINNINGFILMS.COM |
| 2155 | | THEFANTASYOSCARS.COM |
| 2156 | | THEIMAGEOSCAR.COM |
| 2157 | | THEIMAGEOSCARS.COM |
| 2158 | | THEINTERNETACADEMYAWARDS.COM |
| 2159 | | THELIQUIDOSCARS.COM |
| 2160 | | THELOCATIONSOSCAR.COM |
| 2161 | | THEOSCARDOTCOM.COM |
| 2162 | | THEOSCARGOES2.COM |
| 2163 | | THEOSCARGURU.COM |
| 2164 | | THEOSCARORNOT.COM |
| 2165 | | THEOSCARSATLANTA.COM |
| 2166 | | THEOSCARSORNOT.COM |
| 2167 | | THEOSCARSTWEET.COM |
| 2168 | | THEOSCARSTWEETS.COM |
| 2169 | | VOTEOSCARS.COM |
| 2170 | | VOTEOSCARSADS.COM |
| 2171 | | WEBACADEMYAWARDS.COM |
| 2173 | | 2013OSCARS.COM |
| 2174 | | 2013OSCARS.NET |
| 2175 | | ACADEMYAWARDBUZZ.COM |
| 2176 | | ACADEMYAWARDMOVIES.COM |
| 2177 | | ACADEMYAWARDS.NET |
| 2178 | | ACADEMYAWARDS2011LIVE.COM |
| 2179 | | ACADEMYAWARDS2012.NET |
| 2180 | | ACADEMYAWARDSINC.COM |
| 2181 | | ACADEMYAWARDSPREVIEW.COM |
| 2182 | | ACADEMYAWARDZ.COM |
| 2183 | | ATTHEOSCARS.COM |

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| | | | |
|---|---|---|---|
| 1 | 2184 | | OSCARACADEMYAWARD.COM |
| | 2185 | | OSCARS-2011.COM |
| 2 | 2186 | | THEOSCARSXXX.COM |
| | 2187 | | GOTOSCAR.COM |
| 3 | 2188 | | GREENOSCAR.COM |
| 4 | 2189 | | HOMEOSCARS.COM |
| | 2190 | | LISTOSCAR.COM |
| 5 | 2191 | | LOCATIONSOSCAR.COM |
| 6 | 2193 | | OSCAR4RE.COM |
| | 2194 | | OSCARBRIGHT.COM |
| 7 | 2195 | | OSCARBRITE.COM |
| 8 | 2196 | | OSCARCAM.COM |
| | 2197 | | OSCARCHALLENGE.COM |
| 9 | 2198 | | OSCARCHALLENGE.NET |
| 10 | 2199 | | OSCARCLAIM.COM |
| | 2200 | | OSCARCLAIM.NET |
| 11 | 2201 | | OSCARCLAIMS.NET |
| 12 | 2202 | | OSCARCOMMUNITY.COM |
| | 2203 | | OSCARDOESITAGAIN.COM |
| 13 | 2204 | | OSCARELIGIBLE.COM |
| 14 | 2205 | | OSCARELIGIBLE.NET |
| | 2206 | | OSCARHOPE.COM |
| 15 | 2207 | | OSCARHOSPITALITY.COM |
| 16 | 2208 | | OSCARI.COM |
| | 2209 | | OSCARI.NET |
| 17 | 2210 | | OSCAR-INT.COM |
| 18 | 2211 | | OSCARKIDS.COM |
| | 2212 | | OSCARLOCATIONS.COM |
| 19 | 2213 | | OSCARRESPONSE.COM |
| 20 | 2214 | | OSCARRESULTS.COM |
| | 2215 | | OSCARRUN.COM |
| 21 | 2216 | | OSCARS3D.COM |
| 22 | 2217 | | OSCARSHOTELS.COM |
| | 2218 | | OSCARSHOTELS.NET |
| 23 | 2219 | | OSCARSINAMINUTE.COM |
| | 2220 | | OSCARSLLC.COM |
| 24 | 2221 | | OSCARSMILE.COM |
| 25 | 2222 | | OSCARSOASIS.COM |
| | 2223 | | OSCARSOPENHOUSE.COM |
| 26 | 2224 | | OSCARSORNOT.COM |
| 27 | 2225 | | OSCARSROOM.COM |
| | 2226 | | OSCARTWIST.COM |
| 28 | 2227 | | OSCARUNIVERSE.COM |

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| | | |
|---|---|---|
| 2228 | | OSCARWAY.COM |
| 2229 | | OSCARWORTHYMANSION.COM |
| 2230 | | TEXTILEOSCARS.COM |
| 2231 | | TEXTILEOSCARS.NET |
| 2232 | | THEMORMONOSCARS.COM |
| 2233 | | THEOSCARBODY.COM |
| 2234 | | THEOSCARCOPS.NET |
| 2235 | | THEOSCARTEAM.COM |
| 2236 | | THEOSCARTOUR.COM |
| 2237 | | THINKOSCAR.COM |
| 2238 | | THINKOSCAR.NET |
| 2239 | | THINKQUICKOSCAR.COM |
| 2240 | | TRAVELOSCAR.COM |
| 2241 | | TRAVELOSCARS.COM |
| 2242 | | TRAVELOSCARS.NET |
| 2243 | | 100OSCAR.COM |
| 2244 | | 100OSCARS.COM |
| 2245 | | 100THOSCAR.COM |
| 2246 | | 24HOURSATOSCARS.COM |
| 2247 | | 24HOURSATTHEOSCARS.COM |
| 2248 | | ACADEMYAWARDS2011WINNERS.COM |
| 2249 | | ACADEMYAWARDS2012WINNERS.COM |
| 2250 | | ALLOSCAR.COM |
| 2251 | | ALLOSCARWINNERS.COM |
| 2252 | | BESTOSCARPARTYINTOWN.COM |
| 2253 | | BESTPICTUREOSCARNOMINATIONS.COM |
| 2254 | | BILLYCRYSTAL2012ACADEMYAWARDS.COM |
| 2255 | | BILLYCRYSTAL2012OSCARS.COM |
| 2256 | | COMEDYOSCARS.COM |
| 2257 | | IAMANOSCARWINNER.COM |
| 2258 | | LETSTALKOSCARS.COM |
| 2259 | | LISTOFACADEMYAWARDWINNERS.COM |
| 2260 | | MYOSCARORNOT.COM |
| 2261 | | MYOSCARSORNOT.COM |
| 2262 | | NIGHTATOSCARS.COM |
| 2263 | | OSCAR2013LIVE.COM |
| 2264 | | OSCAR2013LIVESTREAM.COM |
| 2265 | | OSCAR2014LIVE.COM |
| 2266 | | OSCARARTPRODUCTION.COM |
| 2267 | | OSCARAWARDS2013.COM |
| 2268 | | OSCARBUZ.COM |
| 2269 | | OSCARGOODIEBAGS.COM |
| 2270 | | OSCARHOSTS.COM |

14

| | | | |
|---|---|---|---|
| 2271 | | OSCARIMAGES.COM | |
| 2272 | | OSCARLIVE2013.COM | |
| 2273 | | OSCARMOMINEE.COM | |
| 2274 | | OSCARMOMINEES.COM | |
| 2275 | | OSCARNOMINATEDMOVIES.COM | |
| 2276 | | OSCARPICTURES.COM | |
| 2277 | | OSCARREDCARPET.COM | |
| 2278 | | OSCARS2013LIVE.COM | |
| 2279 | | OSCARSNOBINATIONS.COM | |
| 2280 | | OSCARSWINNER.COM | |
| 2281 | | OSCARWEEK.COM | |
| 2282 | | OSCARWINNERS2009.COM | |
| 2283 | | OSCARWINNERS2012.COM | |
| 2284 | | OSCARWINNINGMOVIES.COM | |
| 2285 | | TWOOSCARS.COM | |
| 2286 | | WATCHOSCAR2013ONLINE.COM | |
| 2287 | | YOUTUBEOSCARS.COM | |
| 2288 | | ZBIGATTIACADEMYAWARDS.COM | |
| 2289 | | 2011THEOSCARS.COM | |
| 2290 | | 2012ACADEMYAWARDS.COM | |
| 2291 | | 2013ACADEMYAWARDS.COM | |
| 2292 | | THEOSCARS2011.COM | |
| 2293 | | 2013OSCARS.COM | |
| 2294 | | 2013OSCARS.NET | |
| 2295 | | ACADEMYAWARDSINC.COM | |
| 2296 | | COLLEGIATEACADEMYAWARDS.COM | |
| 2297 | | COLLEGIATEACADEMYAWARDS.ORG | |
| 2298 | | ONLINEOSCARS.COM SCREENSHOT | |
| 2307 | 2011-03-17 | ACADEMY-AWARDS.INFO | |
| 2308 | 2011-03-01 | ACADEMYAWARDSDB.COM | |
| 2309 | 2011-01-04 | ACADEMYAWARDSLIVE.COM | |
| 2310 | 2011-02-24 | ACADEMYAWARDWINNINGFILMS.COM | |
| 2311 | 2011-03-01 | GLOBEACADEMYAWARD.COM | |
| 2312 | 2011-03-01 | GLOBEACADEMYAWARDS.COM | |
| 2313 | 2011-03-01 | GLOBEACADEMYAWARDS.ORG | |
| 2314 | 2010-05-17 | ACADEMYAWARDSPREVIEW.COM | |
| 2315 | 2010-05-17 | OSCARLIST.COM | |
| 2316 | 2010-05-17 | ACADEMYAWARDSINC.COM | |
| 2317 | 2010-05-17 | OSCARMOVIES.NET | |
| 2318 | 2010-05-17 | OSCARGAQS.COM | |
| 2319 | 2010-05-17 | THEOSCARGURU.COM | |
| 2320 | 2010-05-17 | WEBACADEMYAWARDS.COM | |
| 2321 | 2010-05-17 | MYOSCARSPEECH.COM | |

15

| 3001 | 2015-05-15 | All screenshots as filed and attached to the Presbrey Declaration ISO AMPAS' 5-15-2015 MSJ (Dkt. 663-8 to Dkt. 663-16) |
| 3002 | 2015-05-15 | All screenshots as filed and attached to the Quinto Declaration ISO AMPAS' 5-15-2015 MSJ (Dkt. 663-4 to Dkt. 663-6) |
| 3003 | 2015-05-15 | All screenshots as filed and attached to the Liang Declaration ISO AMPAS' 5-15-2015 MSJ (Dkt. 663-18) |
| 3004 | 2015-05-15 | All screenshots as filed and attached to the Herman Declaration ISO AMPAS' 5-15-2015 MSJ (Dkt. 663-17) |

## 2.      List Of Exhibits To Which GoDaddy Has Objected

Below is a list of AMPAS exhibits—not discussed during witness testimony yet—to which GoDaddy has objected.  Because AMPAS may rely upon these at the trial, AMPAS is prepared to address these objections at the Court's convenience.

| Trial Exhibit | Date | Brief Description (* -- refers to AEO Documents) | GoDaddy Objections |
|---|---|---|---|
| 201 | 2007-10-18 | "Worlds Most Recognized Symbols and TMs Report" | F/H/IR/A |
| 593 | 2009-12-05 | Email re November 2009 Traffica payment | H/IR |
| 631 | 2011-05-31 | dnforum.com | F/H/IR/A |
| 672 | 2015-02-11 | GoDaddy's S-1 Amendment No. 4, filed with the SEC on February 11, 2015 | D |
| 674 | 2015-05-12 | Article - "GoDaddy Reports Strong First Quarter 2015 Results" | A/D/DE/UP |
| 712 | n/a | Premium Domain Inventory Expansion Program Presentation from Afternic | F/IR |
| 713 | | Domain Name Parking_Turn Parked Pages into CASH | D/I |
| 852 | | AMPAS Compendium of AMPAS Interrogatory Responses | H, F, C, AF, R |
| 908 | 2014-10-28 | Schedules 1-6 of Amended Pampinella Expert Report* | D/EX |
| *1106* | *2013-7-26* | *C&D Letter re ACADEMY-AWARDS.ORG* | *D/LC* |
| *1109* | | *2009-06-18 C&D Ltr re ACADEMY-AWARD.INFO* | *IR/LC* |
| *1117* | | *2010-02-05 C&D Ltr re ACADEMYAWARDS.MOBI* | *IR/LC* |
| *1243* | *multiple* | *Emails from third parties re trademark complaints to GoDaddy* | *IR/F/H* |
| 2004 | n/a | Screenshot - name spinning | F/H/IR/A |

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | Dated: August 6, 2015 BOIES, SCHILLER & FLEXNER LLP |
| 4 | FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC |
| 5 | LEE TRAN & LIANG LLP |
| 6 | KUPFERSTEIN MANUEL & QUINTO LLP |
| 7 | |
| 8 | By: /s/ Enoch H. Liang |
| 9 | Enoch H. Liang |
| 10 | **BOIES, SCHILLER & FLEXNER LLP** |
| 11 | Stuart Singer (pro hac vice) ssinger@bsfllp.com |
| 12 | 401 East Las Olas Blvd., Suite 1200 Fort Lauderdale, FL 33301 |
| 13 | Tel: 954-356-0011 |
| 14 | Fax: 954-356-0022 |
| 15 | David L. Zifkin (SBN 232845) |
| 16 | dzifkin@bsfllp.com 401 Wilshire Blvd., Suite 850 |
| 17 | Santa Monica, CA 90401 |
| 18 | Tel: 310-752-2400 Fax: 310-752-2490 |
| 19 | |
| 20 | **FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC** |
| 21 | Robert M. Foote (pro hac vice) rmf@fmcolaw.com |
| 22 | Matthew Herman (pro hac vice) mjh@fmcolaw.com |
| 23 | 10 West State Street, Suite 200 Geneva, Illinois 60134 |
| 24 | Tel: 630-232-7450 |
| 25 | Fax: 630-232-7452 |
| 26 | |
| 27 | **LEE TRAN & LIANG LLP** James M. Lee (SBN 192301) |
| 28 | james.lee@ltlattorneys.com |

PLAINTIFF'S NOTICE OF REDUCED EXHIBITS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel:  213-612-8900
Fax: 213-612-3773

**KUPFERSTEIN MANUEL & QUINTO LLP**
David W. Quinto, Esq. (SBN 106232)
dq@kmqlitigation.com
11845 W. Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Tel: 424-248-6650
Fax: 424-248-6652

*Attorneys for Plaintiff Academy of Motion Picture
Arts and Sciences*