Robert M. Galvin (CA Bar No. 171508)
Robert.Galvin@wilmerhale.com
Jimmy Doan (CA Bar No. 271448)
Jimmy.Doan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
[Additional Counsel Listed on Signature Page]

*Attorneys for Defendant GoDaddy.com, LLC (f/k/a GoDaddy.com, Inc.)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No. 2:13-cv-08458-AB (CWx)]<br><br>**GODADDY'S NOTICE OF REDUCED EXHIBITS**<br><br>Complaint Filed: May 18, 2010<br>Trial Date: August 4, 2015<br><br>Judge André Birotte Jr. |

After further discussions with the Court on August 6, 2015 about reducing the number of exhibits in the record, Defendant GoDaddy.com, LLC ("GoDaddy") hereby submits the following reduced list of exhibits that it intends to rely upon, other than the exhibits already moved into evidence or that will be moved into evidence at the time that GoDaddy rests its case. None of the documents identified below have been objected to by Plaintiff Academy of Motion Pictures Arts and Sciences ("AMPAS").

| Trial Exhibit | Date | Brief Description |
|---|---|---|
| 902 | 10/28/2014 | Amended Expert Report and Disclosure Pursuant to Rule 26(a)(2)(B) of James E. Pampinella, CPA, CFF, CLP with attachments and schedules |
| 3043 | 7/22/2015 | Amended Expert Report and Disclosure Pursuant to Rule 26(a)(2)(B) of James E. Pampinella, CPA, CFF, CLP with attachments and schedules |
| 3052 | 7/22/2015 | Schedules from Amended Expert Report and Disclosure Pursuant to Rule 26(a)(2)(B) of James E. Pampinella, CPA, CFF, CLP |
| 3053 | various | Screenshots of accused domain names that do not contain advertisements displaying AMPAS' trademarks |
| 3054 | various | Screenshots of accused domain names that do not contain any Google-provided, third-party pay-per-click advertising links |
| 3055 | various | Screenshots of accused domain names which contain advertisements directing a user to AMPAS' own revenue-generating website, oscars.go.com |

| | | |
|---|---|---|
| 1 | Dated: August 7, 2015 | */s/ Robert M. Galvin* |
| 2 | | Robert M. Galvin (CA Bar No. 171508) |
| 3 | | Robert.Galvin@wilmerhale.com |
| | | Jimmy Doan (CA Bar No. 271448) |
| 4 | | Jimmy.Doan@wilmerhale.com |
| 5 | | WILMER CUTLER PICKERING |
| | | HALE AND DORR LLP |
| 6 | | 950 Page Mill Road |
| 7 | | Palo Alto, California  94304 |
| | | Tel:  (650) 858-6000 |
| 8 | | Fax:  (650) 858-6100 |
| 9 | | |
| 10 | | William F. Lee (admitted *pro hac vice*) |
| | | William.Lee@wilmerhale.com |
| 11 | | WILMER CUTLER PICKERING |
| 12 | | HALE AND DORR LLP |
| | | 60 State Street |
| 13 | | Boston, Massachusetts  02109 |
| 14 | | Telephone:  (617) 526-6000 |
| 15 | | Aaron M. McKown (CA Bar No. 208781) |
| | | AMcKown@ringbenderlaw.com |
| 16 | | Paula Zecchini (CA Bar No. 238731) |
| 17 | | PZecchini@ringbenderlaw.com |
| | | RING BENDER LLLP |
| 18 | | 2 Park Plaza, Suite 550 |
| 19 | | Irvine, California  92612 |
| | | Tel:  (949) 202-5818 |
| 20 | | Fax:  (949) 679-7939 |
| 21 | | |
| 22 | | *Attorneys for Defendant GoDaddy.com, LLC* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304