# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 10-03738-AB (CWx) |
| Title: | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al |
| Date | August 6, 2015 |

Present: The Honorable **ANDRÉ BIROTTE JR.**

| Carla Badirian | Chia Mei Jui/Khowoonsun (Koni) Chong |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David Zifkin; David Quinto; Enoch Liang; Kathleen Chavez; Matthew Herman; Robert Foote; Stuart Singer | Paula Zecchini; Aaron McKown; Robert Galvin; Jimmy Tuan Anh Doan |

**3rd** Day Court Trial _____ Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by
_____ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
_____ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to **Friday, August 7, 2015 at 9:00 am** for further trial/further jury deliberation.
✓ Other: Witnesses called and testified, via deposition.

**6 : 20**

Initials of Deputy Clerk   **CB**

cc: