# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 10-03738-AB (CWx) |
| Date | August 7, 2015 |
| Title: | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al |

**Present: The Honorable** ANDRÉ BIROTTE JR.

| Carla Badirian | Chia Mei Jui/Khowoonsun (Koni) Chong |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| David Zifkin;David Quinto;Enoch Liang; Kathleen Chavez;Matthew Herman;Robert Foote;Stuart Singer | Paula Zecchini; Aaron McKown; Robert Galvin; Jimmy Tuan Anh Doan |

4th Day Court Trial                    Day Jury Trial

____ One day trial:    ____ Begun (1st day);    ____ Held & Continued;    **X** Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.
✓ Plaintiff(s) rest.    ✓ Defendant(s) rest.
✓ Closing arguments made by    ✓ plaintiff(s)    ✓ defendant(s).    ____ Court instructs jury.
____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.
____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.
____ Jury polled.    ____ Polling waived.
✓ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.
____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).
✓ Case submitted.    Briefs to be filed by
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Witnesses called and testified, via deposition. Counsel shall file their Proposed Findings of Fact and Conclusions of Law by Monday, August 24, 2015.

2 : 55

Initials of Deputy Clerk    CB

cc: