BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL, 33301
Tel: 954-356-0011
Fax: 954-356-0022
[Additional Counsel Listed on Signature Page]
Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences

Robert M. Galvin (CA Bar No. 171508)
Robert.Galvin@wilmerhale.com
Jimmy Doan (CA Bar No. 271448)
Jimmy.Doan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
[Additional Counsel Listed on Signature Page]
*Attorneys for Defendant GoDaddy.com, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,

Plaintiff,

v.

GODADDY.COM, INC., et al.,

Defendant.

Case No.: 2:10-cv-03738 AB (CWx) [Consolidated with Case No.2:13- cv-08458-AB (CWx)]

**JOINT SUBMISSION OF FINAL DEPOSITION DESIGNATIONS OFFERED AT TRIAL**

| AMPAS Designations | | | | | | |
|---|---|---|---|---|---|---|
| **Witness** | **Date** | **AMPAS** | **GoDaddy** | **Depo Exh. No.** | **JTX No.** | **Obj.** |
| Curran, Nathan | 6/22/2011 | 7:18-19 | | | | |
| | 6/22/2011 | 12:1-18 | | | | |
| | 6/22/2011 | 15:4-7 | | | | |
| | 6/22/2011 | 15:11-16:9 | | | | |
| | 6/22/2011 | | 18:1-10 | | | |
| | 6/22/2011 | 34:10-35:20 | | | | |
| | 6/22/2011 | | 42:18-22 | | | |
| | 6/22/2011 | 59:25-60:15 | | | | |
| | 6/22/2011 | 60:25-61:15 | | | | |
| | 6/22/2011 | 70:13-71:24 | | | | |
| | | | | | | |
| **Witness** | **Date** | **AMPAS** | **GoDaddy** | **Depo Exh. No.** | **JTX No.** | **Obj.** |
| Ede, Camille | 6/28/2011 | 9:25-10:1 | | | | |
| | 6/28/2011 | 17:4-12 | | | | |
| | 6/28/2011 | 20:11-13 | | | | |
| | 6/28/2011 | 45:19-20 | | | | |
| | 6/28/2011 | 45:24-46:8 | | | | |
| | 6/28/2011 | | 117:1-3 | | | |
| | 6/28/2011 | 125:25-126:2 | | | | |
| | 6/28/2011 | 126:6-24 | | Exh. 7 | JTX 1238 | |
| | 6/28/2011 | 128:10-15 | | Exh. 7 | JTX 1238 | |
| | 6/28/2011 | 128:18-21 | | | | |
| | 6/28/2011 | 128:24-129:9 | | | | |
| | 6/28/2011 | 129:15-16 | | | | |
| | 6/28/2011 | 149:15-18 | | | | |
| | 6/28/2011 | 150:2-4 | | | | |
| | 6/28/2011 | 150:7 | | | | |
| | 6/28/2011 | | 160:3-4 | | | |
| | 6/28/2011 | | 160:6 | | | |
| | 6/28/2011 | | 160:10-161:11 | | | |
| | 6/28/2011 | 162:5-15 | | | | |
| | | | | | | |
| **Witness** | **Date** | **AMPAS** | **GoDaddy** | **Depo Exh. No.** | **JTX No.** | **Obj.** |
| Jones, Christine | 8/27/2012 | 7:8-24 | | | | |
| | 8/27/2012 | 19:2-23 | | | | |
| | 8/27/2012 | | 30:20-31:9 | | | |
| | 8/27/2012 | | 31:12-16 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8/27/2012 | 32:5-17 | | | | |
| | 8/27/2012 | 32:19-33:7 | | | | |
| | 8/27/2012 | | 33:8-34:10 | | | |
| | 8/27/2012 | 34:11-35:8 | | | | |
| | 8/27/2012 | | 35:9-37:4 | | | |
| | 8/27/2012 | 37:5-38:14 | | | | |
| | 8/27/2012 | 39:13-14 | | | | |
| | 8/27/2012 | 39:16-40:16 | | | | |
| | 8/27/2012 | | 40:17-41:1 | | | |
| | 8/27/2012 | 51:20-52:13 | | | | |
| | 8/27/2012 | | 59:16-60:3 | | | |
| | 8/27/2012 | | 60:6-11 | | | |
| | 8/27/2012 | | 61:23-62:1 | | | |
| | 8/27/2012 | 62:2-3 | | | | |
| | 8/27/2012 | 62:6-13 | | | | |
| | 8/27/2012 | 62:16 | | | | |
| | 8/27/2012 | 71:5-8 | | | | |
| | 8/27/2012 | 75:12-24 | | Exh. 2 | JTX 0013 | |
| | 8/27/2012 | 77:21-25 | | | | |
| | 8/27/2012 | | 78:7-9 | | | |
| | 8/27/2012 | | 78:12-15 | | | |
| | 8/27/2012 | | 78:18-80:1 | | | |
| | 8/27/2012 | 81:19-82:7 | | | | |
| | 8/27/2012 | | 82:8-14 | | | |
| | 8/27/2012 | | 82:20-83:7 | | | Objection in text |
| | 8/27/2012 | 83:8-18 | | | | |
| | 8/27/2012 | 84:21-25 | | | | |
| | 8/27/2012 | 85:11-86:11 | | | | |
| | 8/27/2012 | 94:16-95:24 | | Exh. 4 | JTX 2006 | |
| | 8/27/2012 | 96:2-8 | | | | |
| | 8/27/2012 | 96:11-18 | | | | |
| | 8/27/2012 | 96:20-25 | | | | |
| | 8/27/2012 | 97:3 | | | | |
| | 8/27/2012 | 103:9-14 | | | | |
| | 8/27/2012 | 103:17-104:4 | | | | |
| | 8/27/2012 | 113:7-11 | | | | |
| | 8/27/2012 | 113:24-117:5 | | | | |
| | 8/27/2012 | 117:9-11 | | | | |
| | 8/27/2012 | 117:15-118:3 | | | | |
| | 8/27/2012 | 119:12-20 | | | | |
| | 8/27/2012 | 119:23-120:2 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8/27/2012 | 120:4-121:5 | | | | |
| | 8/27/2012 | | 121:6-10 | | | |
| | 8/27/2012 | 121:19-122:7 | | | | |
| | 8/27/2012 | | 122:8-123:5 | | | |
| | 8/27/2012 | 128:10-23 | | | | R |
| | 8/27/2012 | 137:6-10 | | | | |
| | 8/27/2012 | 137:13-25 | | | | |
| | 8/27/2012 | 138:5-8 | | | | |
| | 8/27/2012 | | 161:8-10 | | | |
| | 8/27/2012 | | 161:13-20 | | | |
| | 8/27/2012 | 161:21-25 | | | | |
| | 8/27/2012 | 162:2-5 | | | | |
| | 8/27/2012 | 162:18-164:10 | | | | |
| | 8/27/2012 | 165:1-13 | | Exh. 9 | JTX 2302 | |
| | 8/27/2012 | 165:15-24 | | | | |
| | 8/27/2012 | 166:23-167:4 | | | | |
| | 8/27/2012 | 167:7-168:10 | | | | |
| | 8/27/2012 | 170:13-20 | | | | |
| | 8/27/2012 | 170:23-171:2 | | | | |
| | 8/27/2012 | 171:5-10 | | | | |
| | 8/27/2012 | 171:12-16 | | | | |
| | 8/27/2012 | 178:23-25 | | | | |
| | 8/27/2012 | 192:6-15 | | | | |
| | 8/27/2012 | 197:11-19 | | | | |
| | 8/27/2012 | 199:24-200:13 | | | | |
| | 8/27/2012 | 211:19-212:8 | | Exh. 12 | JTX 0111 | |
| | 8/27/2012 | 212:14-213:15 | | | | |
| | 8/27/2012 | 214:5-215:14 | | | | |
| | 8/27/2012 | 233:11-234:16 | | | | |
| | 8/27/2012 | 236:8-9 | | Exh. 15 | JTX 0507 | |
| | 8/27/2012 | 243:20-244:14 | | Exh. 18 | JTX 0528 | |
| | 8/27/2012 | 244:24-245:3 | | | | |
| | 8/27/2012 | 248:4-7 | | Exh. 20 | JTX 0556 | Untimely |
| | 8/27/2012 | 248:10-14 | | | | Untimely |
| | 8/27/2012 | 248:16-250:5 | | | | Untimely |
| | 8/27/2012 | 250:8-22 | | | | Untimely |
| | 8/27/2012 | 252:10-17 | | | | |
| | 8/27/2012 | 253:20-25 | | | | |

| Witness | Date | AMPAS | GoDaddy | Depo Exh. No. | JTX No. | Obj. |
|---|---|---|---|---|---|---|
| | 8/27/2012 | 254:9-17 | | | | |
| | 8/27/2012 | 254:20-255:12 | | | | |
| | 8/27/2012 | 260:15-18 | | | | |
| | 8/27/2012 | 260:21-261:6 | | Exh. 1 | JTX 0005 | |
| | 8/27/2012 | 267:9-20 | | Exh. 23 | JTX 0038 | |
| | 8/27/2012 | 270:10-271:5 | | | | |
| | 8/27/2012 | 276:10-17 | | | | |
| | 8/27/2012 | 276:19-21 | | | | |
| | 8/27/2012 | 283:4-25 | | | | |
| | 8/27/2012 | 284:17-285:5 | | | | |
| | | | | | | |
| **Witness** | **Date** | **AMPAS** | **GoDaddy** | **Depo Exh. No.** | **JTX No.** | **Obj.** |
| Merdinger, Richard 30(b)(6) (Vol. 1) | 6/15/2011 | 4:13-16 | | | | |
| | 6/15/2011 | 26:11-20 | | RM 5 | JTX 0044 | |
| | 6/15/2011 | 27:4-13 | | | | |
| | 6/15/2011 | 27:16 | | | | |
| | 6/15/2011 | 35:4-6 | | | | |
| | 6/15/2011 | 35:9-12 | | | | |
| | 6/15/2011 | 35:16-20 | | | | |
| | 6/15/2011 | 35:24-36:7 | | | | |
| | 6/15/2011 | 36:14-37:4 | | | | |
| | 6/15/2011 | | 37:5-23 | | | |
| | 6/15/2011 | | 37:24-38:21 | | | |
| | 6/15/2011 | | 40:1-7 | | | |
| | 6/15/2011 | 42:5-8 | | | | |
| | 6/15/2011 | 46:14-18 | | | | |
| | 6/15/2011 | 46:21-47:4 | | | | |
| | 6/15/2011 | 47:11-14 | | | | |
| | 6/15/2011 | 65:24 | | | | |
| | 6/15/2011 | 66:3-9 | | | | |
| | 6/15/2011 | | 68:14-69:12 | | | |
| | 6/15/2011 | | 69:13-70:10 | | | |
| | 6/15/2011 | | 72:12-17 | | | |
| | 6/15/2011 | | 72:21-73:8 | | | |
| | 6/15/2011 | 74:9-12 | | | | |
| | 6/15/2011 | 74:15-16 | | | | |
| | 6/15/2011 | 74:17-75:7 | | | | |
| | 6/15/2011 | 75:8-17 | | | | |
| | 6/15/2011 | 77:21-23 | | | | |
| | 6/15/2011 | 78:1 | | | | |
| | 6/15/2011 | 81:24-82:15 | | | | |

| | 6/15/2011 | 86:13-87:11 | | | | |
|---|---|---|---|---|---|---|
| | 6/15/2011 | 88:4-89:1 | | | | |
| | 6/15/2011 | 91:1-12 | | | | |
| | 6/15/2011 | 95:3-15 | | | | |

| Witness | Date | AMPAS | GoDaddy | Depo Exh. No. | JTX No. | Obj. |
|---|---|---|---|---|---|---|
| Merdinger, Richard 30(b)(6) (Vol. 2) | 11/9/2011 | 121:4-15 | | GoDaddy 2 | JTX 44 | Untimely |
| | 11/9/2011 | 121:19-20 | | | | Untimely |
| | 11/9/2011 | 124:9-20 | | | | Untimely |
| | 11/9/2011 | 124:23-25 | | | | Untimely |
| | 11/9/2011 | 125:1-4 | | | | Untimely |
| | 11/9/2011 | 125:8-12 | | | | Untimely |

| Witness | Date | AMPAS | GoDaddy | Depo Exh. No. | JTX No. | Obj. |
|---|---|---|---|---|---|---|
| Merdinger, Richard Indiv. (Vol. 1) | 6/16/2011 | 4:11-25 | | | | |
| | 6/16/2011 | 6:15-23 | | | | |
| | 6/16/2011 | 10:4-11:4 | | | | |
| | 6/16/2011 | 11:5-12:4 | | | | |
| | 6/16/2011 | 12:5-13:1 | | | | |
| | 6/16/2011 | 13:2-25 | | | | |
| | 6/16/2011 | 24:9-11 | | | | |
| | 6/16/2011 | 24:16 | | | | |
| | 6/16/2011 | | 24:17-19 | | | |
| | 6/16/2011 | | 24:24-25:3 | | | |
| | 6/16/2011 | 26:13-21 | | | | |
| | 6/16/2011 | 26:24 | | | | |
| | 6/16/2011 | 31:3-4 | | | | |
| | 6/16/2011 | 31:8-32:2 | | | | |
| | 6/16/2011 | 45:23-46:5 | | | | |
| | 6/16/2011 | 46:10 | | | | |
| | 6/16/2011 | 47:22-48:14 | | GD 2 | JTX 0044 | |
| | 6/16/2011 | 48:15-49:6 | | | | |
| | 6/16/2011 | 49:7-16 | | | | ARG; F; MT |
| | 6/16/2011 | | 49:9-14 | | | |
| | 6/16/2011 | 50:5-13 | | | | |
| | 6/16/2011 | 50:16-21 | | | | |
| | 6/16/2011 | 50:24-25 | | RM 5 | JTX 538 | |
| | 6/16/2011 | 51:1-9 | | | | |
| | 6/16/2011 | 51:24-52:10 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6/16/2011 | 52:11-53:8 | | | | |
| | 6/16/2011 | 53:9-24 | | | | |
| | 6/16/2011 | 54:2-8 | | | | |
| | 6/16/2011 | 54:11-14 | | | | |
| | 6/16/2011 | 54:17 | | | | |
| | 6/16/2011 | 55:17-56:3 | | RM 6 | JTX 0529 | |
| | 6/16/2011 | 60:20-61:5 | | | | |
| | 6/16/2011 | 61:13-17 | | | | |
| | 6/16/2011 | 74:23-25 | | | | |
| | 6/16/2011 | 75:17-76:6 | | | | |
| | 6/16/2011 | 76:15-18 | | | | |
| | 6/16/2011 | 76:21-77:1 | | | | |
| | 6/16/2011 | 77:4-9 | | | | |
| | 6/16/2011 | 77:13-18 | | | | |

| Witness | Date | AMPAS | GoDaddy | Depo Exh. No. | JTX No. | Obj. |
|---|---|---|---|---|---|---|
| Merdinger, Richard Indiv. (Vol. 2) | 11/9/2011 | 108:1-6 | | | | |
| | 11/9/2011 | 111:7-18 | | | | |
| | 11/9/2011 | 111:23-25 | | | | |
| | 11/9/2011 | 112:1-10 | | | | |
| | 11/9/2011 | 112:13 | | | | |
| | 11/9/2011 | | 112:14-17 | | | |
| | 11/9/2011 | | 112:20 | | | |
| | 11/9/2011 | 118:24-25 | | RM15 | JTX 522 | |
| | 11/9/2011 | 119:1-6 | | | | |
| | 11/9/2011 | 121:15-22 | | | | |
| | 11/9/2011 | 121:25 | | | | |
| | 11/9/2011 | 122:1-15 | | | | |
| | 11/9/2011 | 122:18-19 | | | | |
| | 11/9/2011 | 128:5-8 | | | | |
| | 11/9/2011 | 129:14-18 | | | | |
| | 11/9/2011 | 131:17-23 | | | | |
| | 11/9/2011 | | 131:24-25 | | | |
| | 11/9/2011 | | 132:1-9 | | | |
| | 11/9/2011 | 132:16-18 | | | | |
| | 11/9/2011 | 132:21 | | | | |
| | 11/9/2011 | | 147:16-23 | | | |
| | 11/9/2011 | | 147:25 | | | |
| | 11/9/2011 | | 148:1-9 | | | |
| | 11/9/2011 | | 148:12-24 | | | |
| | 11/9/2011 | | 149:13-15 | | | |
| | 11/9/2011 | | 149:18-25 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 11/9/2011 | | 150:1-2 | | | |
| | 11/9/2011 | | 150:5-19 | | | |
| | 11/9/2011 | | 150:23-25 | | | |
| | 11/9/2011 | | 151:1-9 | | | |
| | 11/9/2011 | | 151:12-25 | | | |
| | 11/9/2011 | | 152:1-9 | | | |
| | 11/9/2011 | 152:24-25 | | | | |
| | 11/9/2011 | 153:1-2 | | | | |
| | 11/9/2011 | 153:5-13 | | | | |
| | 11/9/2011 | 153:17-22 | | | | |

| Witness | Date | AMPAS | GoDaddy | Depo Exh. No. | JTX No. | Obj. |
|---|---|---|---|---|---|---|
| Nicks, Paul 30(b)(6) (Vol. 1) | 6/16/2010 | 4:6-8 | | | | |
| | 6/16/2010 | 5:8-10 | | Exh. 4 | JTX 0633 | |
| | 6/16/2010 | | 6:18-7:4 | | | |
| | 6/16/2010 | 14:8-17 | | | | |
| | 6/16/2010 | 14:22 | | | | |
| | 6/16/2010 | 46:21-47:3 | | Exh. 7 | JTX 2305 | |
| | 6/16/2010 | 77:15-16 | | | | |
| | 6/16/2010 | 77:20-23 | | | | |
| | 6/16/2010 | 78:1-4 | | | | |
| | 6/16/2010 | 78:7 | | | | |
| | 6/16/2010 | 78:11-13 | | | | |
| | 6/16/2010 | 78:16-21 | | | | |
| | 6/16/2010 | 78:23-79:4 | | | | |
| | 6/16/2010 | 79:7-16 | | | | |
| | 6/16/2010 | 79:18-80:1 | | | | |
| | 6/16/2010 | 80:4-10 | | | | |
| | 6/16/2010 | 80:12-14 | | | | |
| | 6/16/2010 | 80:16-18 | | | | |
| | 6/16/2010 | 80:20-25 | | | | |
| | 6/16/2010 | 81:4-11 | | | | |
| | 6/16/2010 | 83:7-84:15 | | | | |
| | 6/16/2010 | 86:15-87:6 | | | | |
| | 6/16/2010 | 87:9-12 | | | | |
| | 6/16/2010 | 89:9-11 | | | | |
| | 6/16/2010 | 89:14-15 | | | | |
| | 6/16/2010 | 89:18 | | | | |
| | 6/16/2010 | 95:20-21 | | | | |
| | 6/16/2010 | 95:24-25 | | | | |
| | 6/16/2010 | 97:22-98:3 | | Exh. 8 | JTX 0599 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6/16/2010 | 98:8-99:3 | | | | |
| | 6/16/2010 | 102:5-6 | | | | |
| | 6/16/2010 | 102:9-19 | | | | |
| | 6/16/2010 | 102:21-22 | | | | |
| | 6/16/2010 | 103:4-5 | | | | |
| | 6/16/2010 | 103:7 | | | | |
| | 6/16/2010 | 103:12-104:19 | | | | |
| | 6/16/2010 | 104:21-23 | | | | |
| | 6/16/2010 | 110:12-111:3 | | | | |
| | 6/16/2010 | 111:5-11 | | | | |
| | 6/16/2010 | 112:18-113:14 | | | | |
| | 6/16/2010 | 113:16-25 | | | | |
| | 6/16/2010 | 114:3-19 | | | | |
| | 6/16/2010 | 114:23-115:1 | | | | |
| | 6/16/2010 | 115:4-8 | | | | |
| | 6/16/2010 | 115:11-12 | | | | |
| | 6/16/2010 | 138:16-17 | | | | |
| | 6/16/2010 | 138:20-139:1 | | | | |
| | 6/16/2010 | 139:5-8 | | | | |
| | 6/16/2010 | 139:10-13 | | | | |
| | 6/16/2010 | 143:4-8 | | | | |
| | 6/16/2010 | 143:11-12 | | | | |
| | 6/16/2010 | 143:15-17 | | | | |
| | 6/16/2010 | 143:20 | | | | |

| **Witness** | **Date** | **AMPAS** | **GoDaddy** | **Depo Exh. No.** | **JTX No.** | **Obj.** |
|---|---|---|---|---|---|---|
| Nicks, Paul 30(b)(6) (Vol. 2) | 11/9/2011 | 155:18-156:15 | | | | |
| | 11/9/2011 | 160:18-24 | | Exh. 10 | JTX 0549 | |
| | 11/9/2011 | 161:22-162:8 | | Exh. 10 | JTX 0549 | |
| | 11/9/2011 | 162:11-163:5 | | | | |
| | 11/9/2011 | 163:8-11 | | | | |
| | 11/9/2011 | 163:13-14 | | | | |
| | 11/9/2011 | 179:25-180:16 | | | | |
| | 11/9/2011 | 180:20-181:7 | | | | |
| | 11/9/2011 | 181:11-19 | | | | |
| | 11/9/2011 | 181:21-182:1 | | | | |
| | 11/9/2011 | 182:4-11 | | | | |
| | 11/9/2011 | 188:14-16 | | | | |
| | 11/9/2011 | 188:19-189:4 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 11/9/2011 | 189:7-12 | | | | |
| | 11/9/2011 | 189:15-17 | | | | |
| | | | | | | |
| **Witness** | **Date** | **AMPAS** | **GoDaddy** | **Depo Exh. No.** | **JTX No.** | **Obj.** |
| Nicks, Paul Indiv. (Vol. 1) | 6/16/2011 | 6:23-7:6 | | | | |
| | 6/16/2011 | 7:14-23 | | | | |
| | 6/16/2011 | 9:7-8 | | | | |
| | 6/16/2011 | 34:3-12 | | | | |
| | 6/16/2011 | 34:15-17 | | | | |
| | 6/16/2011 | 34:19-25 | | | | |
| | 6/16/2011 | 35:3-7 | | | | |
| | 6/16/2011 | 35:9-11 | | | | |
| | 6/16/2011 | 35:13-16 | | | | |
| | 6/16/2011 | 35:19-25 | | | | |
| | 6/16/2011 | 36:3-6 | | | | |
| | 6/16/2011 | 36:9-10 | | | | |
| | 6/16/2011 | 36:12-14 | | | | |
| | 6/16/2011 | 36:18-20 | | | | |
| | 6/16/2011 | 36:22-38:5 | | Exh. 7 | JTX 0566 | |
| | 6/16/2011 | 40:17-20 | | | | |
| | 6/16/2011 | 40:24-41:9 | | | | |
| | 6/16/2011 | 41:13-15 | | | | |
| | 6/16/2011 | 44:8-12 | | | | |
| | 6/16/2011 | 53:16-20 | | | | |
| | 6/16/2011 | 54:2-4 | | | | |
| | 6/16/2011 | 54:6-11 | | | | |
| | 6/16/2011 | 54:14-15 | | | | |
| | 6/16/2011 | 58:20-59:2 | | Exh. 8 | JTX 0529 | |
| | 6/16/2011 | 59:5-9 | | Exh. 8 | JTX 0529 | |
| | 6/16/2011 | 59:12-25 | | Exh. 8 | JTX 0529 | |
| | 6/16/2011 | 63:14-64:10 | | Exh. 9 | JTX 0534 | |
| | 6/16/2011 | 64:13-65:2 | | Exh. 9 | JTX 0534 | |
| | 6/16/2011 | 65 Line 4 | | | | |
| | 6/16/2011 | 67:3-5 | | | | |
| | 6/16/2011 | | 68:8-16 | | | |
| | 6/16/2011 | | 68:25-69:7 | | | |
| | 6/16/2011 | 70:22-71:14 | | | | |
| | 6/16/2011 | 76:2-6 | | | | |
| | 6/16/2011 | 76 Line 9 | | | | |
| | 6/16/2011 | 79:4-8 | | | | |
| | 6/16/2011 | 79:11-16 | | | | |
| | 6/16/2011 | 80:11-19 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6/16/2011 | 80:22-81:7 | | | | |
| | 6/16/2011 | 89:19-90:3 | | Exh. 10 | JTX 0044 | |
| | 6/16/2011 | 90:8-14 | | Exh. 10 | JTX 0044 | |
| | 6/16/2011 | 90:17-19 | | | | |
| | 6/16/2011 | 92:1-4 | | | | |
| | 6/16/2011 | 92:6-10 | | | | |
| | 6/16/2011 | 101:21-102:1 | | | | |
| | 6/16/2011 | 102:3-10 | | | | |
| | 6/16/2011 | 102:12-14 | | | | |
| | 6/16/2011 | 102:17-20 | | | | |
| | 6/16/2011 | 102:23-24 | | | | |
| | 6/16/2011 | 108:1-3 | | | | |
| | 6/16/2011 | 108:6-16 | | | | |
| | 6/16/2011 | 108 Line 19 | | | | |
| | 6/16/2011 | 110:13-21 | | Exh. 11 | JTX 0532 | |
| | 6/16/2011 | 111:5-14 | | Exh. 11 | JTX 0532 | |
| | 6/16/2011 | 111:17-112:17 | | Exh. 11 | JTX 0532 | |
| | 6/16/2011 | 113:15-19 | | Exh. 11 | JTX 0532 | |
| | 6/16/2011 | 113:22-114:2 | | Exh. 11 | JTX 0532 | |
| | 6/16/2011 | 114:6-19 | | Exh. 11 | JTX 0532 | |
| | 6/16/2011 | 115:22-23 | | | | |
| | 6/16/2011 | 115:25-116:4 | | | | |
| | 6/16/2011 | 116:7-8 | | | | |
| | 6/16/2011 | 118:14-19 | | | | |
| | 6/16/2011 | 118:23-119:1 | | | | |
| | 6/16/2011 | 119:3-4 | | | | |

| Witness | Date | AMPAS | GoDaddy | Depo Exh. No. | JTX No. | Obj. |
|---|---|---|---|---|---|---|
| Nicks, Paul Indiv. (Vol. 3) | 8/20/2014 | 5:15-6:5 | | | | |
| | 8/20/2014 | 6:13-18 | | | | |
| | 8/20/2014 | 6:25-8:2 | | | | |
| | 8/20/2014 | 8:16-21 | | | | |
| | 8/20/2014 | 10:8-19 | | | | |
| | 8/20/2014 | 12:3-13 | | | | |
| | 8/20/2014 | 13:2-10 | | | | |
| | 8/20/2014 | 14:13-15:3 | | | | |
| | 8/20/2014 | 15:11-17 | | | | |
| | 8/20/2014 | 15:24-16:3 | | | | |
| | 8/20/2014 | 16:8-10 | | | | |
| | 8/20/2014 | 23:19-23 | | | | |
| | 8/20/2014 | 23:25-24:3 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 8/20/2014 | 24:15-16 | | | | |
| | 8/20/2014 | 24:18-25 | | | | |
| | 8/20/2014 | 28:10-12 | | | | |
| | 8/20/2014 | 28:14-29:7 | | | | |
| | 8/20/2014 | 29:12-22 | | | | Vague |
| | 8/20/2014 | 33:15-16 | | | | |
| | 8/20/2014 | 33:18-34:2 | | | | |
| | 8/20/2014 | 42:8-46:18 | | | | |
| | 8/20/2014 | 46:20-47:13 | | | | |
| | 8/20/2014 | 47:16-22 | | Exh. 3 | JTX 0714 | |
| | 8/20/2014 | 47:25-48:2 | | Exh. 3 | JTX 0714 | |
| | 8/20/2014 | 48:6-19 | | Exh. 3 | JTX 0714 | |
| | 8/20/2014 | 49:16-50:13 | | Exh. 3 | JTX 0714 | |
| | 8/20/2014 | 50:16-51:1 | | | | |
| | 8/20/2014 | 51:19-20 | | | | |
| | 8/20/2014 | 51:22-52:12 | | | | |
| | 8/20/2014 | 52:15-53:25 | | | | |
| | 8/20/2014 | 54:11-15 | | Exh. 3 | JTX 0714 | |
| | 8/20/2014 | 54:20-55:21 | | Exh. 3<br>Exh. 4 | JTX 0714<br>JTX 0661 | |
| | 8/20/2014 | 56:11-57:23 | | Exh. 3<br>Exh. 5 | JTX 0714<br>JTX 0662 | |
| | 8/20/2014 | 57:25-59:17 | | | | |
| | 8/20/2014 | 59:20-22 | | | | |
| | 8/20/2014 | 60:22-23 | | Exh. 5 | JTX 0662 | |
| | 8/20/2014 | 61:5-14 | | Exh. 5 | JTX 0662 | |
| | 8/20/2014 | 61:23-62:9 | | Exh. 5 | JTX 0662 | |
| | 8/20/2014 | 65:4-23 | | Exh. 5 | JTX 0662 | |
| | 8/20/2014 | | 65:24-66:3 | | | |
| | 8/20/2014 | 68:15-69:3 | | Exh. 6 | JTX 0663 | |
| | 8/20/2014 | | 69:23-70:6 | Exh. 6 | JTX 0663 | |
| | 8/20/2014 | 71:5-6 | | Exh. 7 | JTX 0664 | |
| | 8/20/2014 | 71:22-72:6 | | Exh. 7 | JTX 0664 | |
| | 8/20/2014 | 73:7-74:4 | | Exh. 8 | JTX 0665 | |
| | 8/20/2014 | 75:1-3 | | | | |
| | 8/20/2014 | 75:10-16 | | | | |
| | 8/20/2014 | 77:22-25 | | Exh. 9 | JTX 0666 | |
| | | | | | | |
| **Witness** | **Date** | **AMPAS** | **GoDaddy** | **Depo Exh. No.** | **JTX No.** | **Obj.** |
| Rechterman, Barbara Jo | 6/21/2011 | 7:23-8:1 | | | | |
| | 6/21/2011 | | 10:2-11:9 | | | |
| | 6/21/2011 | 11:13-23 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6/21/2011 | 20:7-9 | | | | |
| | 6/21/2011 | 20:22-21:4 | | | | |
| | 6/21/2011 | | 31:22-32:5 | | | |
| | 6/21/2011 | 32:6-33:6 | | | | |
| | 6/21/2011 | | 63:12-64:1 | | | |
| | 6/21/2011 | | 66:22-25 | | | |
| | 6/21/2011 | 88:11-16 | | Exh. 4 | JTX 0038 | |
| | 6/21/2011 | 88:18-90:10 | | | | |
| | 6/21/2011 | 90:13-18 | | | | |
| | 6/21/2011 | 90:22-91:2 | | | | |
| | 6/21/2011 | 91:4-5 | | | | |
| | 6/21/2011 | | 91:7-9 | | | |
| | 6/21/2011 | | 91:11-12 | | | |
| | 6/21/2011 | 92:11-19 | | | | |
| | 6/21/2011 | 92:21-22 | | | | |
| | 6/21/2011 | 92:24-25 | | | | |
| | 6/21/2011 | | 93:1-4 | | | |
| | 6/21/2011 | 93:18-94:4 | | | | |
| | 6/21/2011 | 94:9 | | | | |
| | 6/21/2011 | 111:22-24 | | | | |
| | 6/21/2011 | 112:2-3 | | | | |
| | 6/21/2011 | 112:6-113:3 | | | | |
| | 6/21/2011 | 113:6-7 | | | | |
| | 6/21/2011 | 113:9-13 | | | | |
| | 6/21/2011 | 113:15-23 | | | | |
| | 6/21/2011 | 114:1-4 | | | | |
| | 6/21/2011 | 114:6-7 | | | | |
| | 6/21/2011 | | 114:8 | | | |
| | 6/21/2011 | | 114:10-11 | | | |
| | 6/21/2011 | | 114:13 | | | |

| Witness | Date | AMPAS | GoDaddy | Depo Exh. No. | JTX No. | Obj. |
|---|---|---|---|---|---|---|
| Schumacher, Shannon | 6/22/2011 | 6:21-23 | | | | |
| | 6/22/2011 | 8:9-12 | | | | |
| | 6/22/2011 | 9:4-7 | | | | |
| | 6/22/2011 | 10:7-12 | | | | |
| | 6/22/2011 | 17:11-18:6 | | | | |
| | 6/22/2011 | 18:23-19:16 | | | | |
| | 6/22/2011 | 20:3-14 | | | | |
| | 6/22/2011 | 22:20-23:1 | | | | |
| | 6/22/2011 | 23:19-24:2 | | | | |
| | 6/22/2011 | 24:12-25 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6/22/2011 | 25:20-26:4 | | | | |
| | 6/22/2011 | 26:9-15 | | | | |
| | 6/22/2011 | 26:17-22 | | | | |
| | 6/22/2011 | 27:7-8 | | | | |
| | 6/22/2011 | 27:10-20 | | | | |
| | 6/22/2011 | | 27:21-23 | | | |
| | 6/22/2011 | 30:14-31:1 | | | | |
| | 6/22/2011 | | 31:2-4 | | | |
| | 6/22/2011 | 33:2-15 | | | | |
| | 6/22/2011 | 33:17-23 | | | | |
| | 6/22/2011 | 35:13-15 | | | | |
| | 6/22/2011 | 35:17-19 | | | | |
| | 6/22/2011 | 38:4-7 | | | | |
| | 6/22/2011 | 38:14-39:3 | | | | |
| | 6/22/2011 | 43:21-44:7 | | | | |
| | 6/22/2011 | | 44:8-11 | | | |
| | 6/22/2011 | 46:6-14 | | | | |
| | 6/22/2011 | 47:9-14 | | | | |
| | 6/22/2011 | 47:16 | | | | |
| | 6/22/2011 | 49:7-19 | | | | |
| | 6/22/2011 | 50:16-22 | | | | |
| | 6/22/2011 | | 56:10-11 | | | |
| | 6/22/2011 | | 56:13-17 | | | |
| | 6/22/2011 | 56:18-57:12 | | | | |
| | 6/22/2011 | 64:18-23 | | | | |
| | 6/22/2011 | 67:17-22 | | | | |

| GoDaddy Designations | | | | | | |
|---|---|---|---|---|---|---|
| **Witness** | **Date** | **GoDaddy** | **AMPAS** | **Deposition Exh. No.** | **JTX No.** | **Obj.** |
| Merdinger, Richard 30(b)(6) Vol. 1 | 6/15/2011 | 4:1-3 | | | | |
| | 6/15/2011 | 16:23 - 17:3 | | | | |
| | 6/15/2011 | 17:8-10 | | | | |
| | 6/15/2011 | 17:15 - 18:15 | | | | |
| | 6/15/2011 | 18:18 - 19:3 | | | | |
| | 6/15/2011 | 19:6-15 | | | | |
| | 6/15/2011 | 31:17-21 | | | | |
| | 6/15/2011 | 32:12-20 | | GD 2 | JTX 44 | |
| | 6/15/2011 | 40:8-14 | | GD 2 | JTX 44 | |
| | 6/15/2011 | 65:24 | | GD 2 | JTX 44 | |

| GoDaddy Designations | | | | | | |
|---|---|---|---|---|---|---|
| **Witness** | **Date** | **GoDaddy** | **AMPAS** | **Deposition Exh. No.** | **JTX No.** | **Obj.** |
| | 6/15/2011 | 66:3-9 | | GD 2 | JTX 44 | |
| | 6/15/2011 | 89:5-16 | | | | |
| | | | | | | |
| Miller, Scott 30(b)(6) (Vol. 1) | 10/29/2012 | 6:3-5 | | | | |
| | 10/29/2012 | 6:20-24 | | | | |
| | 10/29/2012 | 60:2-12 | | | | |
| | 10/29/2012 | 60:15 | | | | |
| | 10/29/2012 | 62:14-19 | | | | |
| | 10/29/2012 | 63:2-4 | | | | |
| | 10/29/2012 | 85:19-22 | | | | |
| | 10/29/2012 | 86:2-15 | | | | |
| | 10/29/2012 | 86:18 | | | | |
| | 10/29/2012 | 87:12-15 | | | | |
| | 10/29/2012 | 87:18-19 | | | | |
| | 10/29/2012 | 87:21 | | | | |
| | 10/29/2012 | 87:25-88:1 | | | | |
| | 10/29/2012 | 89:2-10 | | Ex. 1 | JTX 3051 | |
| | 10/29/2012 | 89:13-15 | | | | |
| | 10/29/2012 | 89:18-24 | | | | |
| | 10/29/2012 | 90:5-6 | | | | |
| | 10/29/2012 | 91:8-10 | | | | |
| | 10/29/2012 | 91:17-92:3 | | | | |
| | 10/29/2012 | 92:6-7 | | | | |
| | 10/29/2012 | 93:24-94:1 | | | | |
| | 10/29/2012 | 94:7-8 | 94:10-14 | | | |
| | 10/29/2012 | 97:22 - 98:9 | | Ex. 1 | JTX 3051 | |
| | 10/29/2012 | 98:24-99:4 | | Ex. 1 | JTX 3051 | |
| | 10/29/2012 | 99:6 | | | | |
| | 10/29/2012 | 99:14-17 | | | | |
| | 10/29/2012 | 99:20-100:7 | | | | |
| | 10/29/2012 | 101:2-5 | | | | |
| | 10/29/2012 | 101:8-12 | | | | |
| | 10/29/2012 | 101:14 | | | | |
| | 10/29/2012 | 108:17-24 | | | | |
| | | | | | | |
| Miller, Scott 30(b)(6) (Vol. 2) | 11/27/2012 | 125:3-5 | | | | |
| | 11/27/2012 | 126:21-24 | | | | |
| | 11/27/2012 | 139:10-13 | | | | |

| GoDaddy Designations | | | | | | |
|---|---|---|---|---|---|---|
| **Witness** | **Date** | **GoDaddy** | **AMPAS** | **Deposition Exh. No.** | **JTX No.** | **Obj.** |
| | 11/27/2012 | 140:23 - 141:1 | | | | |
| | 11/27/2012 | 143:19 - 144:1 | | Ex. 6 | JTX 683 | |
| | 11/27/2012 | 150:25 - 151:7 | | Ex. 6 | JTX 683 | |
| | 11/27/2012 | 155:18-24 | | Ex. 6 | JTX 683 | |
| | 11/27/2012 | 156:4-19 | | Ex. 6 | JTX 683 | |
| | 11/27/2012 | 156:22-23 | | Ex. 6 | JTX 683 | |
| | 11/27/2012 | 158:6-20 | | Ex. 6 | JTX 683 | |
| | 11/27/2012 | 264:25-265:8 | | Ex. 6 | JTX 683 | |
| | 11/27/2012 | 265:11 | | Ex. 6 | JTX 683 | |
| | 11/27/2012 | 275:21-276:3 | | | | |
| | 11/27/2012 | 276:13-22 | 276:10-12 | | | |
| | 11/27/2012 | 276:25-277:1 | | | | |
| | 11/27/2012 | 292:20-293:3 | | | | |
| | | | | | | |
| Robertson, Richard | 7/26/2011 | 6:8-11 | | | | |
| | 7/26/2011 | 19:17-19 | | | | |
| | 7/26/2011 | 22:19-23 | | | | |
| | 7/26/2011 | 23:9-14 | | | | |
| | 7/26/2011 | 79:10-12 | 79:1-9; 79:21 - 80:16 | | | |
| | 7/26/2011 | 79:17-20 | | | | |
| | 7/26/2011 | 83:4-11 | | | | |
| | 7/26/2011 | 86:2-5 | | | | |
| | 7/26/2011 | 87:13-17 | | | | |
| | 7/26/2011 | 87:22 - 89:12 | | Ex. 2 | JTX 3049 | |
| | 7/26/2011 | 93:21 - 94:3 | 96:13-97:12 | | | |
| | 7/26/2011 | 101:16-20 | 111:16-112:22 | | | |
| | 7/26/2011 | 119:7-21 | 143:12-21 | | | |
| | | | | | | |
| Weiss, Janet 30(b)(6) (Vol. 3) | 11/28/2012 | 311:4-6 | | | | |
| | 11/28/2012 | 312:24 - 313:2 | | | | |
| | 11/28/2012 | 401:4-23 | | | | |
| | 11/28/2012 | 404:14-16 | | | | |
| | 11/28/2012 | 404:19 - 405:9 | | | | |

| GoDaddy Designations | | | | | | |
|---|---|---|---|---|---|---|
| **Witness** | **Date** | **GoDaddy** | **AMPAS** | **Deposition Exh. No.** | **JTX No.** | **Obj.** |
| | 11/28/2012 | 417:14-16 | | | | |
| | 11/28/2012 | 417:18-19 | | | | |
| | 11/28/2012 | 419:13-15 | | | | |
| | 11/28/2012 | 419:18 | | | | |
| | 11/28/2012 | 419:20-22 | | | | |
| | 11/28/2012 | 432:3-7 | 428:7-9; 428:22-25; 429:17 - 430:2; 430:5-14 | | | |
| | 11/28/2012 | 432:9-14 | | | | |
| | 11/28/2012 | 432:16-18 | | | | |
| | 11/28/2012 | 439:16-440:3 | | Ex. 48 | JTX 315 | |
| | 11/28/2012 | 440:20-22 | | Ex. 48 | JTX 315 | |
| | 11/28/2012 | 440:25-441:3 | | Ex. 48 | JTX 315 | |

DATED: August 11, 2015

By: */s/ Enoch H. Liang*
Enoch H. Liang

BOIES, SCHILLER & FLEXNER LLP
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
401 East Las Olas Blvd, Suite 1200
Fort Lauderdale, FL 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
David Michaels (SBN 276100)
dmichaels@bsfllp.com
225 Santa Monica Blvd., 11th Fl.
Santa Monica, CA 90401
Tel: 310-393-9119
Fax: 310-395-5877

FOOTE, MEYERS, CHAVEZ, & O'NEIL LLC
Robert M. Foote (*pro hac vice*)
rmf@fmcolaw.com
Matthew Herman (*pro hac vice*)
mjh@fmcolaw.com
10 West State Street, Suite 200
Geneva, IL 60134
Tel: 630-232-7450

Fax: 630-232-7452

LEE, TRAN & LIANG LLP
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel: 213-612-8900
Fax: 213-612-3773

*Attorneys for Plaintiff*

DATED: August 11, 2015

By: */s/ Aaron M. McKown*

Robert M. Galvin (CA Bar No. 171508)
Robert.Galvin@wilmerhale.com
Jimmy Doan (CA Bar No. 271448)
Jimmy.Doan@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

William F. Lee (admitted *pro hac vice*)
William.Lee@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-600

Aaron M. McKown (CA Bar No. 208781)
AMcKown@ringbenderlaw.com
Paula Zecchini (CA Bar No. 238731)
PZecchini@ringbenderlaw.com
RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92612
Tel: (949) 202-5818
Fax: (949) 679-7939

*Attorneys for Defendant GoDaddy.com, LLC*