NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

AUG - 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Academy of Motion Picture Arts and Sciences<br><br>PLAINTIFF(S),<br>v.<br>GoDaddy.com, Inc. et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 10-03738-AB (CWx)<br><br>**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the _joint_ exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

_____  
Date

Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____  
[signature]  
Signature                    630-6508177                    Telephone Number

4 AUG 2015  
Date

PAULA ZECCHIN  
Counsel for: ☐ Plaintiff ☐ Defendant ☒ GODADDY.COM LLC  
[signature]  
Signature                    949-202-5815                    Telephone Number

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

Clerk, U.S. District Court

8/4/15  
Date                    By [signature]  
                        Deputy Clerk                    Counsel Signing Document

cc: Judge    Exhibits Custodian

G-38 (11/09)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING