**BOIES, SCHILLER & FLEXNER, LLP**
Stuart Singer (*pro hac vice*)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Fax: (954) 356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed On Signature Page]
*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>Defendant. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>**PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79.5-1 AND GENERAL ORDER 10-07**<br><br>Complaint Filed: May 10, 2010<br>Trial Date: August 4, 2015<br>Judge André Birotte Jr. |

Plaintiff Academy of Motion Picture Arts & Sciences ("Plaintiff") requests the Court's permission to file certain portions of documents under seal, and, as grounds, states as follows:

WHEREAS Defendant GoDaddy.com, LLC (fka GoDaddy.com, Inc.) has designated information contained in Plaintiff's Post-Trial Proposed Findings of Fact and Conclusions of Law as "Confidential" or "Confidential – Attorneys' Eyes Only";

WHEREAS Paragraph 12 of the parties' Stipulation and Protective Order (Dkt. No. 80) provides that documents designated as "Confidential" and "Confidential – Attorneys' Eyes Only" are to be filed under seal; and

WHEREAS Local Rule 79-5.1 provides that a party wishing to file a document under seal must obtain the Court's permission to do so;

THEREFORE, Plaintiff respectfully requests the Court's permission to file under seal portions of Paragraphs 28, 41 and 45 to Plaintiff's Post-Trial Proposed Findings of Fact and Conclusions of Law.

Enclosed with this Application are a Proposed Order granting the Application, Plaintiff's Post-Trial Proposed Findings of Fact and Conclusions of Law, and a Proof of Service.

Dated: August 24, 2015     Respectfully submitted,

By: */s/ Enoch H. Liang*
      Enoch H. Liang (SBN 212324)

*Additional attorneys for Plaintiff*

**LEE TRAN & LIANG LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com

-1-

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL

| | |
|---|---|
| 1 | 601 South Figueroa Street, Suite 3900 |
| 2 | Los Angeles, CA 90017 |
|   | Tel: 213-612-8900 |
| 3 | Fax: 213-612-3773 |
| 4 | |
| 5 | **FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC** |
| 6 | Robert M. Foote (pro hac vice) |
| 7 | rmf@fmcolaw.com |
|   | Matthew Herman (pro hac vice) |
| 8 | mjh@fmcolaw.com |
| 9 | 10 West State Street, Suite 200 |
|   | Geneva, Illinois 60134 |
| 10 | Tel: 630-232-7450 |
| 11 | Fax: 630-232-7452 |
| 12 | |
| 13 | **KUPFERSTEIN MANUEL & QUINTO LLP** |
| 14 | David W. Quinto, Esq. (SBN 106232) |
| 15 | dq@kmqlitigation.com |
|    | 11845 W. Olympic Boulevard, Suite 1000 |
| 16 | Los Angeles, CA 90064 |
| 17 | Tel: 424-248-6650 |
|    | Fax: 424-248-6652 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL