Robert M. Galvin (CA Bar No. 171508)
Robert.Galvin@wilmerhale.com
Jimmy Doan (CA Bar No. 271448)
Jimmy.Doan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100
[Additional Counsel Listed on Signature Page]

*Attorneys for Defendant GoDaddy.com, LLC (f/k/a GoDaddy.com, Inc.)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  2:10-cv-03738 AB (CWx) [Consolidated with Case No. 2:13-cv-08458-AB (CWx)]<br><br>**GODADDY'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79.5-1 AND GENERAL ORDER 10-07**<br><br>Complaint Filed:   May 18, 2010<br>Trial Date:             August 4, 2015<br>Judge André Birotte Jr. |

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

1  Defendant GoDaddy.com, LLC ("GoDaddy") respectfully requests
2  permission to file certain documents under seal, and, as grounds, states as follows:
3  WHEREAS GoDaddy has designated information contained in its Marked
4  Copy of Plaintiff's Post-Trial Proposed Findings of Fact and Conclusions of Law
5  as "Confidential" or "Confidential – Attorneys' Eyes Only";
6  WHEREAS Paragraph 12 of the parties' Stipulation and Protective Order
7  (Dkt. No. 80) provides that documents designated as "Confidential" and
8  "Confidential – Attorneys' Eyes Only" are to be filed under seal; and
9  WHEREAS Local Rule 79-5.1 provides that a party wishing to file a
10 document under seal must obtain the Court's permission to do so;
11 THEREFORE, GoDaddy respectfully requests the Court's permission to file
12 under seal its Marked Copy of Plaintiff's Post-Trial Proposed Findings of Fact and
13 Conclusions of Law.
14 Enclosed with this Application are a Proposed Order granting this
15 Application, Defendant's Marked Copy of Plaintiff's Post-Trial Proposed Findings
16 of Fact and Conclusions of Law, and a Certificate of Service.

18  Dated: August 31, 2015           */s/ Robert M. Galvin*

Robert M. Galvin (CA Bar No. 171508)
Robert.Galvin@wilmerhale.com
Jimmy Doan (CA Bar No. 271448)
Jimmy.Doan@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100

|    |    |
|----|----|
| 1  | William F. Lee (admitted *pro hac vice*) |
| 2  | William.Lee@wilmerhale.com |
|    | WILMER CUTLER PICKERING |
| 3  | HALE AND DORR LLP |
|    | 60 State Street |
| 4  | Boston, Massachusetts  02109 |
| 5  | Telephone:  (617) 526-6000 |
| 6  |    |
|    | Aaron M. McKown (CA Bar No. 208781) |
| 7  | AMcKown@ringbenderlaw.com |
|    | Paula Zecchini (CA Bar No. 238731) |
| 8  | PZecchini@ringbenderlaw.com |
| 9  | RING BENDER LLLP |
|    | 2 Park Plaza, Suite 550 |
| 10 | Irvine, California  92612 |
| 11 | Tel:  (949) 202-5818 |
|    | Fax:  (949) 679-7939 |
| 12 |    |
| 13 | *Attorneys for Defendant GoDaddy.com, LLC* |

(Left margin: **Wilmer Cutler Pickering Hale and Dorr LLP**, 950 Page Mill Road, Palo Alto, CA 94304)

Lines 14–28 blank.

GODADDY'S APPLICATION TO FILE UNDER SEAL
2