# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No. 2:13-cv-08458-AB (CWx)]<br><br>**[PROPOSED] ORDER REGARDING GODADDY'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Complaint Filed:　May 18, 2010<br>Trial Date:　　　August 4, 2015<br>Judge André Birotte Jr. |

[PROPOSED] ORDER

On August 31, 2015, Defendant GoDaddy.com, LLC ("GoDaddy") filed an Application to file under seal its Marked Copy of Plaintiff's Post-Trial Proposed Findings of Fact and Conclusions of Law.

The Application requested the Court's permission to file Defendant's Marked Copy of Plaintiff's Post-Trial Proposed Findings of Fact and Conclusions of Law under seal because it contained information designated by GoDaddy as "Confidential" or "Confidential – Attorneys' Eyes Only" pursuant to the Stipulation and Protective Order entered by this Court on March 18, 2011 (Dkt. No. 80).

IT IS HEREBY ORDERED that GoDaddy's Application to file its Marked Copy of Plaintiff's Post-Trial Proposed Findings of Fact and Conclusions of Law under seal is GRANTED. The Court directs the Clerk to accept the filing under seal

Dated: _____

United States District Court Judge

[OR]

IT IS HEREBY ORDERED that GoDaddy's Application to file its Marked Copy of Plaintiff's Post-Trial Proposed Findings of Fact and Conclusions of Law under seal is DENIED. Counsel shall publicly file the document(s) if Defendant wants the Court to consider them. Counsel shall retrieve the chambers copy of the document(s).

Dated: _____

United States District Court Judge