Robert M. Galvin (CA Bar No. 171508)
Robert.Galvin@wilmerhale.com
Jimmy Doan (CA Bar No. 271448)
Jimmy.Doan@wilmerhale.com
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California  94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100
[Additional Counsel Listed on Signature Page]

*Attorneys for Defendant GoDaddy.com, LLC (f/k/a GoDaddy.com, Inc.)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; GODADDY.COM, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:  2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No. 2:13-cv-08458-AB (CWx)]<br><br>**GODADDY'S CERTIFICATE OF SERVICE REGARDING ITS APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Complaint Filed:    May 18, 2010<br>Trial Date:              August 4, 2015<br>Judge André Birotte Jr. |

GODADDY'S CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I, Taryn McCarthy, declare that I am employed by Wilmer Cutler Pickering Hale and Dorr LLP in the County of Santa Clara.  I am over the age of 18 and not a party to the within action.  My business address is 950 Page Mill Road, Palo Alto, California  94304.

On August 31, 2015, I served upon the interested parties in this action the documents described as:

- **GODADDY'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79.5-1 AND GENERAL ORDER 10-07**

- **[PROPOSED] ORDER REGARDING GODADDY'S APPLICATION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79.5-1 AND GENERAL ORDER 10-07**

- **DEFENDANT'S MARKED COPY OF PLAINTIFF'S POST-TRIAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

 **BY ELECTRONIC MAIL**  By attaching a true copy thereof to an email addressed as stated below:

| | |
|---|---|
| Stuart Singer (*pro hac vice*)<br>  ssinger@bsfllp.com<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 East Las Olas Boulevard,<br>Suite 1200<br>Fort Lauderdale, FL  33301 | Enoch H. Liang, (SBN 212324)<br>  Enoch.Liang@ltlattorneys.com<br>LEE TRAN & LIANG LLP<br>601 South Figueroa Street, Suite 3900<br>Los Angeles, CA  90017 |
| David L. Zifkin (SBN 232845)<br>  dzifkin@bsfllp.com<br>BOIES, SCHILLER & FLEXNER, LLP<br>401 Wilshire Boulevard, Suite 850<br>Santa Monica, CA  90401 | |
| Robert M. Foote (*pro hac vice*)<br>  rmf@fmcolaw.com<br>Kathleen Chavez (*pro hac vice*)<br>  gkeg4@aol.com<br>Matthew Herman (*pro hac vice*)<br>  mjh@fmcolaw.com<br>FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC<br>10 West State Street, Suite 200<br>Geneva, IL 60134 | David W. Quinto (SBN 106232)<br>  dq@kmqlitigation.com<br>KUPFERSTEIN MANUEL<br>  & QUINTO LLP<br>11845 West Olympic Boulevard,<br>Suite 1000<br>Los Angeles, CA  90064 |

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on August 31, 2015, at Palo Alto, California.

*/s/ Taryn McCarthy*
Taryn McCarthy

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304

GODADDY'S CERTIFICATE OF SERVICE

2