**WILMER CUTLER PICKERING HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
Jimmy Doan, California Bar No. 271448
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6017
E-mail:  robert.galvin@wilmerhale.com
          jimmy.doan@wilmerhale.com

**RING BENDER LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California 92614
Telephone: (949) 202-5810
E-Mail:  amckown@ringbenderlaw.com
          pzecchini@ringbenderlaw.com

Attorneys for Defendant
GODADDY.COM, LLC (f/k/a GoDaddy.com, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>Defendants. | Case No. CV10-3738 AB (CWx)<br>[consolidated with Case No. CV13-08458-ABC (CW)<br><br>Assigned to Hon. André Birotte Jr.<br><br>**NOTICE OF LODGING [PROPOSED] ORDER ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANT GODADDY.COM, LLC**<br><br>Complaint Filed:  May 18, 2010<br>Trial Date:  August 4, 2015 |

NOTICE OF LODGING [PROPOSED] ORDER
ENTERING FINAL JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant GoDaddy.com, LLC ("GoDaddy") hereby lodges with the Court the [Proposed] Order Entering Final Judgment In Favor of GoDaddy.com, LLC pursuant to the Court's Findings of Fact and Conclusions of Law [Dkt. 757, Filed 9/10/15].

Dated:  September 17, 2015

**RING BENDER LLLP**
Aaron M. McKown
Paula L. Zecchini


By:  */ Paula L. Zecchini*
       Paula L. Zecchini
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
Jimmy Doan, California Bar No. 271448
950 Page Mill Road
Palo Alto, CA  94304
Telephone: (650)858-6017
E-mail:  robert.galvin@wilmerhale.com
             jimmy.doan@wilmerhale.com

William Lee, *pro hac vice*
60 State Street
Boston, MA  02109
Telephone: (617)526-6000
E-mail: William.lee@wilmerhale.com

Attorneys for Defendant
GODADDY.COM, LLC

**RING BENDER LLLP**
2 Park Plaza, Suite 550
Irvine, California 92614