**WILMER CUTLER PICKERING HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
Jimmy Doan, California Bar No. 271448
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6017
E-mail:   robert.galvin@wilmerhale.com
              jimmy.doan@wilmerhale.com

**RING BENDER  LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California  92614
Telephone: (949) 202-5810
E-Mail:   amckown@ringbenderlaw.com
              pzecchini@ringbenderlaw.com

Attorneys for Defendant
GODADDY.COM, LLC (f/k/a GoDaddy.com, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>            Plaintiff,<br><br>v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>            Defendants. | Case No. CV10-3738 AB (CWx) [consolidated with Case No. CV13-08458-ABC (CW)]<br><br>Assigned to Hon. André Birotte Jr.<br><br>**[PROPOSED] ORDER ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANT GODADDY.COM, LLC**<br><br>Complaint Filed:   May 18, 2010<br>Trial Date:            August 4, 2015 |

This above-captioned action was tried to the Court from August 4-7, 2015 on the single claim of cybersquatting asserted by Plaintiff Academy of Motion Picture Arts and Sciences ("Plaintiff") against Defendant GoDaddy.com, LLC, formerly known as GoDaddy.com, Inc. ("GoDaddy"), under the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. §1125(d).

On September 10, 2015, the Court issued its post-trial Findings of Fact and Conclusions of Law in favor of GoDaddy on Plaintiff's claim of cybersquatting, completely resolving the action. *See* Dkt. 757. The Court now issues a final judgment as follows:

1. Judgment is entered in GoDaddy's favor on Plaintiff's claim for cybersquatting (Dkt. 1), as set forth in the Findings of Fact and Conclusions of Law issued on September 10, 2015. *See* Dkt. 757.

2. Control over the domain names previously lodged with the Court by way of three Registrar's Certificates (Dkt. 37, 402, and 571) is returned to the respective registrants of such domain names. GoDaddy may cancel the "registrar lock" initiated as to each of the domain names.

3. All other claims asserted and parties named in this action were previously dismissed with prejudice or are hereby dismissed with prejudice.

4. As the prevailing parties in this litigation, GoDaddy is entitled to recover costs. Fed. R. Civ. P. 54(d)(1); Civ. L.R. 54-1. In accordance with Local Rule 54-2, GoDaddy shall file its Notice of Application to the Clerk to Tax Costs and Proposed Bill of Costs within fourteen (14) days after the entry of this judgment.

///
///
///
///
///

RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

1  The Court **GRANTS FINAL JUDGMENT** in favor of GoDaddy and against
2  Plaintiff as to all claims asserted in the case.
3
4  **IT IS SO ORDERED**.
5
   Dated: September __, 2015
6
                                            _____
7                                           HONORABLE ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RING BENDER LLLP**
2 Park Plaza, Suite 550
Irvine, California 92614

[PROPOSED] ORDER
ENTERING FINAL JUDGMENT