AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of California___ on the following  ☐ Patents or  ☒ Trademarks:

| DOCKET NO.<br>CV10 3738 | DATE FILED<br>5/18/2010 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>Academy of Motion Picture Arts and Sciences | | DEFENDANT<br>GoDaddy.com, Inc.; The GoDaddy Group, Inc.; Domains by Proxy, Inc.; Greendomainmarket.com; BDS; XPDreamTeam LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,245,965 | 5/18/1999 | Academy of Motion Picture Arts and Sciences Corporation |
| 2 | 1,103,859 | 10/10/1978 | Academy of Motion Picture Arts and Sciences Corporation |
| 3 | 1,880,473 | 2/28/1995 | Academy of Motion Picture Arts and Sciences Corporation |
| 4 | 1,956,313 | 2/13/1996 | Academy of Motion Picture Arts and Sciences Corporation |
| 5 | 1,096,990 | 7/18/1978 | Academy of Motion Picture Arts and Sciences Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

FILED 2010 MAY 18 PM 1:4[?] CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE ATTACHMENT ORDER ENTERING FINAL JUDGMENT" |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>9/30/2015 |
|---|---|---|

Copy 3—Upon termination of action                                           r