1  **WILMER CUTLER PICKERING HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
2  Jimmy Doan,  California Bar No. 271448
950 Page Mill Road
3  Palo Alto, California 94304                                     JS-6
Telephone: (650) 858-6017
4  E-mail:      robert.galvin@wilmerhale.com
               jimmy.doan@wilmerhale.com
5

6  **RING BENDER  LLLP**
Aaron M. McKown, California Bar No. 208781
7  Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
8  Irvine, California  92614
Telephone: (949) 202-5810
9  E-Mail:      amckown@ringbenderlaw.com
               pzecchini@ringbenderlaw.com
10

11  Attorneys for Defendant
GODADDY.COM, LLC (f/k/a GoDaddy.com, Inc.)

12

13              **UNITED STATES DISTRICT COURT**

14              **CENTRAL DISTRICT OF CALIFORNIA**

15

16  ACADEMY OF MOTION PICTURE        | Case No. CV10-3738 AB (CWx)
    ARTS AND SCIENCES, a California  | [consolidated with Case No. CV13-
17  nonprofit corporation,           | 08458-ABC (CW)]

18                  Plaintiff,       | Assigned to Hon. André Birotte Jr.

19          v.                       | [PROPOSED] ORDER ENTERING
                                     | **FINAL JUDGMENT IN FAVOR OF**
20  GODADDY.COM, INC., a Delaware    | **DEFENDANT GODADDY.COM,**
    corporation; THE GODADDY GROUP   | **LLC**
21  INC., a Delaware corporation;
    DOMAINS BY PROXY, INC., a
22  Delaware Corporation;
    GREENDOMAINMARKET.COM, an
23  unknown entity; BDS, an unknown
    entity; and XPDREAMTEAM LLC, a
24  California limited liability corporation,
                                     | Complaint Filed:   May 18, 2010
25                                   | Trial Date:        August 4, 2015
                    Defendants.
26

27

28

RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

1    This above-captioned action was tried to the Court from August 4-7, 2015 on

2    the single claim of cybersquatting asserted by Plaintiff Academy of Motion Picture

3    Arts and Sciences ("Plaintiff") against Defendant GoDaddy.com, LLC, formerly

4    known as GoDaddy.com, Inc. ("GoDaddy"), under the Anti-Cybersquatting

5    Consumer Protection Act, 15 U.S.C. §1125(d).

6    On September 10, 2015, the Court issued its post-trial Findings of Fact and

7    Conclusions of Law in favor of GoDaddy on Plaintiff's claim of cybersquatting,

8    completely resolving the action.  *See* Dkt. 757.  The Court now issues a final

9    judgment as follows:

10    1.    Judgment is entered in GoDaddy's favor on Plaintiff's claim for

11    cybersquatting (Dkt. 1), as set forth in the Findings of Fact and Conclusions

12    of Law issued on September 10, 2015.  *See* Dkt. 757.

13    2.    Control over the domain names previously lodged with the Court by

14    way of three Registrar's Certificates (Dkt. 37, 402, and 571) is returned to the

15    respective registrants of such domain names.  GoDaddy may cancel the

16    "registrar lock" initiated as to each of the domain names.

17    3.    All other claims asserted and parties named in this action were

18    previously dismissed with prejudice or are hereby dismissed with prejudice.

19    4.    As the prevailing parties in this litigation, GoDaddy is entitled to

20    recover costs.  Fed. R. Civ. P. 54(d)(1); Civ. L.R. 54-1. In accordance with

21    Local Rule 54-2, GoDaddy shall file its Notice of Application to the Clerk to

22    Tax Costs and Proposed Bill of Costs within fourteen (14) days after the entry

23    of this judgment.

24    ///

25    ///

26    ///

27    ///

28    ///

RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

[PROPOSED] ORDER
ENTERING FINAL JUDGMENT

The Court **GRANTS FINAL JUDGMENT** in favor of GoDaddy and against Plaintiff as to all claims asserted in the case.

**IT IS SO ORDERED**.

Dated: September 30, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

[PROPOSED] ORDER
ENTERING FINAL JUDGMENT