**BOIES, SCHILLER & FLEXNER LLP**
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL, 33301
Tel: 954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel: 310-752-2400
Fax: 310-752-2490

[Additional Counsel Listed on Signature Page]
*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>Plaintiff,<br>v.<br><br>GODADDY.COM, INC., et al.,<br><br>Defendant. | Case No.: 2:10-cv-03738 AB (CWx)<br>[Consolidated with Case No.2:13- cv-08458-AB (CWx)]<br><br>The Honorable André Birotte Jr.<br><br>**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT** |

PLEASE TAKE NOTICE that Plaintiff ACADEMY OF MOTION PICTURE ARTS AND SCIENCES hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following:

1) the district court's Final Judgment entered in this case on September 30, 2015 (Dkt. No. 759), attached hereto as Exhibit A;

2) the district court's Findings of Fact and Conclusions of Law entered on September 10, 2015 (Dkt. No. 757), attached hereto as Exhibit B;

3) the evidentiary rulings made by the district court during the bench trial of this matter between August 4 and August 8, 2015; and

4) the district court's order granting summary judgment in favor of Defendant GoDaddy.com, LLC on Plaintiff's claim for violation of California's Unfair Competition Law (Cal. Bus. & Prof. Code §17200, *et seq.*) entered on April 10, 2015 (Dkt. No. 655), attached hereto as Exhibit C.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), a Representation Statement is attached hereto.

Respectfully submitted,

Dated: October 29, 2015

BOIES, SCHILLER & FLEXNER LLP

FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC

LEE TRAN & LIANG LLP

DAVIS WRIGHT TREMAINE LLP

By: */s/ Enoch H. Liang*

**BOIES, SCHILLER & FLEXNER LLP**
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200

Fort Lauderdale, FL 33301
Tel:  954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:  310-752-2400
Fax: 310-752-2490

**FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC**
Robert M. Foote (pro hac vice)
rmf@fmcolaw.com
Matthew Herman (pro hac vice)
mjh@fmcolaw.com
10 West State Street, Suite 200
Geneva, Illinois 60134
Tel:   630-232-7450
Fax:  630-232-7452

**LEE TRAN & LIANG LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel:  213-612-8900
Fax: 213-612-3773

**DAVIS WRIGHT TREMAINE LLP**
David W. Quinto, Esq. (SBN 106232)
davidquinto@dwt.com
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: 213-633-6845
Fax: 213-633-6899

*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

# REPRESENTATION STATEMENT

### [Fed. R. App. P. 12(b); Circuit Rule 3-2(b)]

The following counsel represent ACADEMY OF MOTION PICTURES ARTS AND SCIENCES, plaintiff and appellant in this matter, and no other party:

**BOIES, SCHILLER & FLEXNER LLP**
Stuart Singer (pro hac vice)
ssinger@bsfllp.com
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel:  954-356-0011
Fax: 954-356-0022

David L. Zifkin (SBN 232845)
dzifkin@bsfllp.com
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Tel:  310-752-2400
Fax: 310-752-2490

**FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC**
Robert M. Foote (pro hac vice)
rmf@fmcolaw.com
Matthew Herman (pro hac vice)
mjh@fmcolaw.com
10 West State Street, Suite 200
Geneva, Illinois 60134
Tel:  630-232-7450
Fax:  630-232-7452

**LEE TRAN & LIANG LLP**
James M. Lee (SBN 192301)
james.lee@ltlattorneys.com
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
601 South Figueroa Street, Suite 3900
Los Angeles, CA 90017
Tel:  213-612-8900
Fax: 213-612-3773

**DAVIS WRIGHT TREMAINE LLP**
David W. Quinto, Esq. (SBN 106232)
davidquinto@dwt.com
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: 213-633-6845
Fax: 213-633-6899

The following counsel represent GODADDY.COM, LLC, formerly known as GODADDY.COM, INC., defendant and appellee in this matter, and no other party:

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
Jimmy Doan, California Bar No. 271448
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6017
robert.galvin@wilmerhale.com
jimmy.doan@wilmerhale.com

**RING BENDER LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California 92614
Telephone: (949) 202-5810
amckown@ringbenderlaw.com
pzecchini@ringbenderlaw.com

Dated: October 29, 2015         BOIES, SCHILLER & FLEXNER LLP

                                FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC

                                LEE TRAN & LIANG LLP

                                DAVIS WRIGHT TREMAINE LLP

                                By: */s/ Enoch H. Liang*

| | |
|---|---|
| 1 | |
| 2 | **BOIES, SCHILLER & FLEXNER LLP** |
|   | Stuart Singer (pro hac vice) |
| 3 | ssinger@bsfllp.com |
|   | 401 East Las Olas Blvd., Suite 1200 |
| 4 | Fort Lauderdale, FL 33301 |
| 5 | Tel:  954-356-0011 |
|   | Fax: 954-356-0022 |
| 6 | |
| 7 | David L. Zifkin (SBN 232845) |
|   | dzifkin@bsfllp.com |
| 8 | 401 Wilshire Blvd., Suite 850 |
|   | Santa Monica, CA 90401 |
| 9 | Tel:  310-752-2400 |
| 10 | Fax: 310-752-2490 |
| 11 | |
|    | **FOOTE, MIELKE, CHAVEZ, & O'NEIL LLC** |
| 12 | Robert M. Foote (pro hac vice) |
| 13 | rmf@fmcolaw.com |
|    | Matthew Herman (pro hac vice) |
| 14 | mjh@fmcolaw.com |
|    | 10 West State Street, Suite 200 |
| 15 | Geneva, Illinois 60134 |
| 16 | Tel:   630-232-7450 |
|    | Fax:  630-232-7452 |
| 17 | |
| 18 | **LEE TRAN & LIANG LLP** |
| 19 | James M. Lee (SBN 192301) |
|    | james.lee@ltlattorneys.com |
| 20 | Enoch H. Liang (SBN 212324) |
| 21 | enoch.liang@ltlattorneys.com |
|    | 601 South Figueroa Street, Suite 3900 |
| 22 | Los Angeles, CA 90017 |
| 23 | Tel:  213-612-8900 |
|    | Fax: 213-612-3773 |
| 24 | |
| 25 | **DAVIS WRIGHT TREMAINE LLP** |
|    | David W. Quinto, Esq. (SBN 106232) |
| 26 | davidquinto@dwt.com |
| 27 | 865 S. Figueroa Street, Suite 2400 |
|    | Los Angeles, CA 90017 |
| 28 | Tel: 213-633-6845 |

Fax: 213-633-6899

*Attorneys for Plaintiff Academy of Motion Picture Arts and Sciences*

NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE NINTH CIRCUIT