# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | | | | |
|---|---|---|---|---|---|
| 1a. Contact Person for this Order | Lynette Suksnguan | 2a. Contact Phone Number | 213-612-8900 | 3a. Contact E-mail Address | lynette.suksnguan@ltlattorneys.com |
| 1b. Attorney Name (if different) | Enoch H. Liang | 2b. Attorney Phone Number | 650-422-2130 | 3b. Attorney E-mail Address | enoch.liang@ltlattorneys.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
LEE TRAN & LIANG LLP
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017

| | |
|---|---|
| 5. Party Represented | Plaintiff Academy of Motion Picture Arts and Sciences |
| 6. Case Name | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al. |
| 7a. District Court Case Number | 2:10-cv-03738-AB-CW |
| 7b. Appeals Court Case Number | Ninth Circuit COA 15-56687 |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Chia Mei Jui, CSR 3287

**9. THIS TRANSCRIPT ORDER IS FOR:**   ☒ Appeal   ☐ Non-Appeal   ☐ Criminal   ☒ Civil   ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2015 | AB | Trial - Chia Mei Jui covered A.M. session, starting at 9:03 a.m. | ○ | ○ | ● | ○ | ○ | ○ | 11/17/2015 | ORDINARY (30-day) |
| 08/05/2015 | AB | Trial - Chia Mei Jui covered full day session, starting at 9:01 a.m. | ○ | ○ | ● | ○ | ○ | ○ | 11/17/2015 | ORDINARY (30-day) |
| 08/06/2015 | AB | Trial - Chia Mei Jui covered P.M session, starting at 1:17 p.m. | ○ | ○ | ● | ○ | ○ | ○ | 11/17/2015 | ORDINARY (30-day) |
| 08/07/2015 | AB | Trial - Chia Mei Jui covered A.M. session, starting at 9:42 a.m. | ○ | ○ | ● | ○ | ○ | ○ | 11/17/2015 | ORDINARY (30-day) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).
Please send all portions of the trial transcript to the Ninth Circuit.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/02/2015   Signature: /s/ Enoch H. Liang

G-120 (10/15)