UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court
reporter directly immediately after e-filing form.
*(Please read instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order | Lynette Suksnguan | 2a. Contact Phone Number: 213-612-8900 | 3a. Contact E-mail Address: lynette.suksnguan@ltlattorneys.com |
| 1b. Attorney Name (if different) | Enoch H. Liang | 2b. Attorney Phone Number: 650-422-2130 | 3b. Attorney E-mail Address: enoch.liang@ltlattorneys.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

LEE TRAN & LIANG LLP
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017

5. Party Represented: Plaintiff Academy of Motion Picture Arts and Sciences

6. Case Name: Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al.

7a. District Court Case Number: 2:10-cv-03738-AB-CW

7b. Appeals Court Case Number: Ninth Circuit COA 15-56687

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Khowoonsun (Koni) Chong , CSR 12907

9. THIS TRANSCRIPT ORDER IS FOR: ☒ Appeal ☐ Non-Appeal ☐ Criminal ☒ Civil ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type: *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

| DATE | JUDGE (initials) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE (*Provide release date of efiled transcript, or check to certify none yet on file.*) | d. DELIVERY TYPE (*One per line, but check with court reporter before choosing any type but "ordinary."*) |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/04/2015 | AB | Trial - K. Chong covered P.M. session starting at 1:25 p.m. | ○ | ○ | ● | ○ | ○ | ○ | ● ___ | ORDINARY (30-day) |
| 08/06/2015 | AB | Trial - K. Chong covered A.M. session starting at 9:10 a.m. | ○ | ○ | ● | ○ | ○ | ○ | ● ___ | ORDINARY (30-day) |
| 08/07/2015 | AB | Trial - K. Chong covered P.M. session starting at 1:36 p.m. | ○ | ○ | ● | ○ | ○ | ○ | ● ___ | ORDINARY (30-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ORDINARY (30-day) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

b. SELECT FORMAT(S) (*CM/ECF access included with purchase of transcript.*)

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach add'l pages if needed).*

Please send all portions of the trial transcript to the Ninth Circuit.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/02/2015   Signature: /s/ Enoch H. Liang

G-120 (10/15)