**WILMER CUTLER PICKERING HALE AND DORR LLP**
Robert Galvin, California Bar No. 171508
Jimmy Doan,  California Bar No. 271448
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6017
E-mail:     robert.galvin@wilmerhale.com
               jimmy.doan@wilmerhale.com

**RING BENDER  LLLP**
Aaron M. McKown, California Bar No. 208781
Paula L. Zecchini, California Bar No. 238731
2 Park Plaza, Suite 550
Irvine, California  92614
Telephone: (949) 202-5810
E-Mail:     amckown@ringbenderlaw.com
               pzecchini@ringbenderlaw.com

Attorneys for Defendant
GODADDY.COM, LLC (f/k/a GoDaddy.com, Inc.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, a California nonprofit corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>GODADDY.COM, INC., a Delaware corporation; THE GODADDY GROUP INC., a Delaware corporation; DOMAINS BY PROXY, INC., a Delaware Corporation; GREENDOMAINMARKET.COM, an unknown entity; BDS, an unknown entity; and XPDREAMTEAM LLC, a California limited liability corporation,<br><br>                    Defendants. | Case No. CV10-3738 AB (CWx) [consolidated with Case No. CV13-08458-ABC (CW)<br><br>Assigned to Hon. André Birotte Jr.<br><br><br>**DEFENDANT'S NOTICE OF WITHDRAWAL OF AMENDED NOTICE OF APPLICATION AND AMENDED APPLICATION TO CLERK TO TAX CERTAIN COSTS** |

RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

1      TO   THE   COURT,   PLAINTIFF,   AND   PLAINTIFF'S   COUNSEL   OF
2  RECORD:

3      PLEASE   TAKE   NOTICE   that   Defendant   GoDaddy.com,   LLC   fka
4  GoDaddy.com,   Inc.   hereby   withdraws   its   AMENDED   NOTICE   OF
5  APPLICATION   AND   AMENDED   APPLICATION   TO   CLERK   TO   TAX
6  CERTAIN COSTS [Dkt. No. 763], which is currently set for hearing on February
7  29, 2016.

8

9  Dated:  February 5, 2016            **RING BENDER LLLP**
10                                     Aaron M. McKown
                                       Paula L. Zecchini
11

12                                     By:  _/ Aaron M. McKown_____
13                                           Aaron M. McKown

14                                     RING BENDER LLLP
15                                     Aaron M. McKown, Cal. Bar No. 208781
                                       Paula L. Zecchini, Cal. Bar No. 238731
16                                     2 Park Plaza, Suite 550
                                       Irvine, CA 92612
17                                     Tel: 949.202.5818
                                       E-mail:  amckown@ringbenderlaw.com
18                                               pzecchini@ringbenderlaw.com

19                                     **WILMER CUTLER PICKERING**
                                       **HALE AND DORR LLP**
20                                     Robert Galvin, Cal. No. 171508
21                                     Jimmy Doan, Cal. Bar No. 271448
                                       950 Page Mill Road
22                                     Palo Alto, CA  94304
                                       Telephone: (650)858-6017
23                                     E-mail:  robert.galvin@wilmerhale.com
                                               jimmy.doan@wilmerhale.com
24

25                                     Attorneys for Defendant
                                       GODADDY.COM, LLC
26

27

28

RING BENDER LLLP
2 Park Plaza, Suite 550
Irvine, California 92614

DEFENDANT'S NOTICE OF WITHDRAWAL
OF AMENDED BILL TO TAX COSTS